

1   STEVEN M. WATT* swatt@aclu.org
    BEN WIZNER (SBN 215724) bwizner@aclu.org
2   JAMEEL JAFFER* jjaffer@aclu.org
    STEVEN R. SHAPIRO* sshapiro@aclu.org
3   AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
4   125 Broad Street, 18th Floor
5   New York, NY, 10004
    Tel. 212.549.2500 / Fax 212.549.2651
6

7   ANN BRICK (SBN 65296) abrick@aclunc.org
    ACLU FOUNDATION OF
8   NORTHERN CALIFORNIA
    39 Drumm Street
9   San Francisco, CA, 94111
    Tel. 415.621.2493 / Fax 415.255.1478
10

11  CLIVE STAFFORD SMITH*† clivess@mac.com
    ZACHARY KATZNELSON† (SBN 209489)
12  Zachary@reprieve.org.uk
    REPRIEVE
13  PO Box 52742
    London EC4P 4WS
14  England
15  Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641

16  Additional Counsel Listed on Next Page

17

18              IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NORTHERN CALIFORNIA
19                     Division of San Jose

20   BINYAM MOHAMED
     ABOU ELKASSIM BRITEL
21   AHMED AGIZA                          C 07        2798

22                Plaintiffs,             Civil Action No.

23         v.                            CERTIFICATION OF INTERESTED
                                         PARTIES OR ENTITIES
24   JEPPESEN DATAPLAN, Inc.

25                Defendants.

26

27

28

1  PAUL HOFFMAN (SBN 71244) hoffpaul@aol.com
   SCHONBRUN DESIMONE SEPLOW
2  HARRIS & HOFFMAN LLP
   732 Ocean Front Walk, Suite 100
3  Venice, CA 90291
   Tel. 310.999.7040, ext. 4 / Fax 310.999.7040
4

5  HOPE METCALF* hope.metcalf@yale.edu
   NATIONAL LITIGATION PROJECT
6  ALLARD K. LOWENSTEIN INTERNATIONAL
   HUMAN RIGHTS CLINIC
7  YALE LAW SCHOOL
   127 Wall Street
8  New Haven, CT 06520
   Tel. 203.432.9404 / fax 203.432.9128
9

10 **Attorneys for Plaintiffs BINYAM MOHAMED, ABOU EL KASSIM BRITEL, and
   AHMED AGIZA**
11 **\* Pro Hac admission pending**
   **† Attorneys for and on behalf of Plaintiff BINYAM MOHAMED only**
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   CERTIFICATION OF INTERESTED
   PERSONS OR ENTITIES

1
2

**CERTIFICATION OF INTERESTED
PERSONS OR ENTITIES**

3
4
      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

5
named parties, there is no such interest to report.

6
7
8
9
Dated: May 30, 2007

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.

10
11
By: _____
                  Ann Brick
              Counsel for Plaintiffs

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED                    1
PERSONS OR ENTITIES