STEVEN M. WATT* swatt@aclu.org
BEN WIZNER (SBN 215724) bwizner@aclu.org
JAMEEL JAFFER* jjaffer@aclu.org
STEVEN R. SHAPIRO* sshapiro@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY, 10004
Tel. 212.549.2500 / Fax 212.549.2651

ANN BRICK (SBN 65296) abrick@aclunc.org
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493 / Fax 415.255.1478

CLIVE STAFFORD SMITH*† clivess@mac.com
ZACHARY KATZNELSON† (SBN 209489)
Zachary@reprieve.org.uk
REPRIEVE
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641

Additional Counsel Listed on Next Page

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA
Division of San Jose**

| | |
|---|---|
| **BINYAM MOHAMED<br>ABOU ELKASSIM BRITEL<br>AHMED AGIZA**<br><br>Plaintiffs,<br><br>v.<br><br>**JEPPESEN DATAPLAN, Inc.**<br><br>Defendants. | Civil Action No. C 07 2798<br><br>**CERTIFICATION OF INTERESTED PARTIES OR ENTITIES** |

CERTIFICATION OF INTERESTED
PERSONS OR ENTITIES

```
 1  PAUL HOFFMAN (SBN 71244) hoffpaul@aol.com
    SCHONBRUN DESIMONE SEPLOW
 2  HARRIS & HOFFMAN LLP
    732 Ocean Front Walk, Suite 100
 3  Venice, CA  90291
 4  Tel. 310.999.7040, ext. 4 / Fax 310.999.7040

 5  HOPE METCALF* hope.metcalf@yale.edu
    NATIONAL LITIGATION PROJECT
 6  ALLARD K. LOWENSTEIN INTERNATIONAL
 7  HUMAN RIGHTS CLINIC
    YALE LAW SCHOOL
 8  127 Wall Street
    New Haven, CT  06520
 9  Tel. 203.432.9404 / fax 203.432.9128

10  Attorneys for Plaintiffs BINYAM MOHAMED, ABOU EL KASSIM BRITEL, and
11  AHMED AGIZA
    * Pro Hac admission pending
12  † Attorneys for and on behalf of Plaintiff BINYAM MOHAMED only
```

CERTIFICATION OF INTERESTED
PERSONS OR ENTITIES

## CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 30, 2007

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.

By: _____
Ann Brick
Counsel for Plaintiffs

CERTIFICATION OF INTERESTED
PERSONS OR ENTITIES                                1