Clerk's Use Only
Initial for fee pd.:

Steven Watt, American Civil Liberties Union, 125 Broad St., 18th Fl. New York, NY 10004, Phone: (212) 519-7870

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BINYAM MOHAMED
ABOU ELKASSIM BRITEL
AHMED AGIZA

Plaintiff(s),

v.

JEPPESEN DATAPLAN, Inc.

Defendant(s).

CASE NO. C 07 2798

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Steven Watt, an active member in good standing of the bar of The State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Ann Brick, ACLU of Northern California, 39 Drumm Street, San Francisco, CA, 94111, (415) 621-2493

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 29.5.07