Clerk's Use Only

Initial for fee pd.:

Steven R. Shapiro, American Civil Liberties Union, 125 Broad St., 18th Fl.
New York, NY 10004, Phone: (212) 549-2611

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BINYAM MOHAMED
ABOU ELKASSIM BRITEL
AHMED AGIZA


CASE NO. C 07-2798

Plaintiff(s),

v.

JEPPESEN DATAPLAN, Inc.

E-filing

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

RS

_____Defendant(s)._____/

Pursuant to Civil L.R. 11-3, Steven R. Shapiro, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Ann Brick, ACLU of Northern California, 39 Drumm Street, San Francisco, CA, 94111, (415) 621-2493

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2007

Steven R Shapiro