| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Clive Stafford Smith, Reprieve, P.O. Box 52742, London, United Kingdom, EC4P 4WS Phone: +44 (0) 20 7353 4640

FILED
07 MAY 30 AM 10: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BINYAM MOHAMED ABOU ELKASSIM
BRITEL AHMED AGIZA

    Plaintiff(s),

        v.

JEPPESEN DATAPLAN, Inc.

    Defendant(s).

CASE NO. C 07 2798 RS

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

E-filing

Pursuant to Civil L.R. 11-3, Clive Stafford Smith, an active member in good standing of the bar of particular court to which applicant is admitted, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Ann Brick, ACLU of Northern California, 39 Drumm Street, San Francisco, CA, 94111, (415) 621-2493

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29th 2007