Hope R. Metcalf
National Litigation Project – Allard K. Lowenstein International Human Rights Clinic
Yale Law School
127 Wall Street
New Haven, Connecticut 06520
Phone: 203-432-9404
Fax:    203-432-9128
hope.metcalf@yale.edu

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA
Division of San Jose

| | |
|---|---|
| BINYAM MOHAMED<br>ABOU ELKASSIM BRITEL<br>AHMED AGIZA<br>　　　　Plaintiffs,<br><br>v.<br><br>JEPPESEN DATAPLAN, Inc.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>) APPLICATION FOR<br>) ADMISSION OF ATTORNEY<br>) *PRO HAC VICE*<br>)<br>) |

C 07 - 2798 RS

E-filing

Pursuant to Civil L.R. 11-3, Hope R. Metcalf, an active member in good standing of the bars of New York, Connecticut, the United States Courts of Appeals for the Second and Fourth Circuits, the United States District Court for the Southern District of New York, and the United States District Court for the District of Connecticut, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Ann Brick
>American Civil Liberties Union Foundation of Northern California
>39 Drumm Street
>San Francisco, California 94111
>Telephone: 415/621-2493
>Facsimile: 415/255-8437

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/25/2007