# UNITED STATES DISTRICT COURT
## Northern District of California

BINYAM MOHAMED
ABOU ELKASSIM BRITEL
AHMED AGIZA

        Plaintiff(s),

v.

JEPPESEN DATAPLAN, Inc.

        Defendant(s).

CASE NO. C 07-2798

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

E-FILED 6/13/07

RECEIVED 07 MAY 30 AM 10:50

E-filing

RS

Steven R. Shapiro, an active member in good standing of the bar of the State of New York whose business address and telephone number (particular court to which applicant is admitted) is

American Civil Liberties Union
125 Broad St., 18th Fl.
New York, NY 10004, Phone: (212) 549-2611

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg 6/13/07

                                                       United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California