UNITED STATES DISTRICT COURT
Northern District of California

BINYAM MOHAMED
ABOU ELKASSIM BRITEL
AHMED AGIZA

CASE NO. C 07 2798

Plaintiff(s),

v.

JEPPESEN DATAPLAN, INC.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

E-FILED 6/13/07

Clive Stafford Smith, an active member in good standing of the bar of the State of Louisiana whose business address and telephone number (particular court to which applicant is admitted) is

Reprieve, P.O. Box 52742
London, U.K., EC4P 4WS
+ 44 (0) 207 353 4640

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/13/07

_____
United States Magistrate Judge