**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA
Division of San Jose**

BINYAM MOHAMED
ABOU ELKASSIM BRITEL
AHMED AGIZA
        Plaintiffs,

v.

JEPPESEN DATAPLAN, Inc.

        Defendant.

)
)
)
)
) Civil Action No.
)
) [proposed]
) ORDER GRANTING APPLICATION
) FOR ADMISSION OF ATTORNEY
) *PRO HAC VICE*
)
)

C 07 - 2798

RS

E-FILED 6/13/07

E-filing

      Hope R. Metcalf, an active member in good standing of the bars of New York, Connecticut, the United States Courts of Appeals for the Second and Fourth Circuits, the United States District Court for the Southern District of New York, and the United States District Court for the District of Connecticut, whose business address and telephone number is: National Litigation Project – Allard K. Lowenstein International Human Rights Clinic, Yale Law School, 127 Wall Street, New Haven, Connecticut 06520, 203- 432-9404, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Binyam Mohamed, Abou Elkassim Britel, and Ahmed Agiza,

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/13/07                       _____
                                     United States Magistrate Judge