Clerk's Use Only

Initial for fee pd..

Alexa Kolbi-Molinas, American Civil Liberties Union, 125 Broad
18th Fl., New York, NY 10004, (212) 519-7845

RECEIVED
JUN 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED JUN 18 2007
07 JUN 18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ORIGINAL F

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BINYAM MOHAMED
ABOU ELKASIM BRITEL
AHMED AGIZA

　　　　　Plaintiff(s),

　　　　v.

JEPPESEN DATAPLAN, Inc.

_____
　　　　　Defendant(s).　　　　/

CASE NO. CV07 2798 RS

**APPLICATION FOR
ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Alexa Kolbi-Molinas ☒ , an active member in

good standing of the bar of the State of New York ☒ , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing Plaintiffs ☒ in the above-entitled action.

In support of this application, I certify on oath that:

1.　　I am an active member in good standing of a United States Court or of the highest

　　　court of another State or the District of Columbia, as indicated above;

2.　　I agree to abide by the Standards of Professional Conduct set forth in Civil Local

　　　Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

　　　become familiar with the Local Rules and the Alternative Dispute Resolution

　　　programs of this Court; and,

3.　　An attorney who is a member of the bar of this Court in good standing and who

　　　maintains an office within the State of California has been designated as co-

　　　counsel in the above-entitled action. The name, address and telephone number of

　　　that attorney is:

　　　Ann Brick, ACLU of Northern California, 39 Drumm St., San Francisco, CA,
　　　94111, (415) 621-2493

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/15/07