RECEIVED

JUN 18 2007

CLERK ... COURT
NORTHERN ... CALIFORNIA

FILED

JUN 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES  DISTRICT COURT**

Northern District of California

BINYAM MOHAMED
ABOU ELKASIM BRITEL
AHMED AGIZA

CASE NO. C07-02798 RS

                    Plaintiff(s),

v.

JEPPESEN DATAPLAN, INC.

                    Defendant(s).
_____/

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Alexa Kolbi-Molinas                         , an active member in good standing of the bar of

the State of New York                         whose business address and telephone number

(particular court to which applicant is admitted)

is

American Civil Liberties Union
125 Broad St., 18th Fl.
New York, NY 10004, Phone: (212) 519-7845

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiff.

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: ggg  6/22/07

_____
United States Magistrate  Judge

UNITED STATES DISTRICT COURT
For the Northern District of California