# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

BINYAM MOHAMED
ABOU ELKASSIM BRITEL
AHMED AGIZA

**V.**

JEPPESEN DATAPLAN, INC.

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

**RS**

C 07 2798

TO: (Name and address of defendant)

Jeppesen Dataplan, Inc.
225 West Santa Clara Street, Suite 1800
San Jose, CA, 95113-1743

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ben Wizner
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY, 10004

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MAY 3 0 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint* was made by me [1] | DATE  6\11\07 @ 10:15AM |
| Name of SERVER  Michael Morris | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

Jeppeson Dataplan, Inc.
CSC  2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

By serving:
Rhonda McCarty, Authorized Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6\22\07
                    Date

Signature of Server
1138 Howard Street
San Francisco, CA 94103
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

* and copies of the documents set forth on Exhibit A attached hereto

# EXHIBIT A

## Additional Documents Served

1. Certification of Interested Parties

2. Civil Cover Sheet

3. Order Setting Initial Case Management Conference and ADR Deadlines

4. Notice of Assignment of Case to a United States Magistrate Judge

5. Consent to Proceed Before a United States Magistrate Judge

6. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

7. ECF Registration Information Handout

8. Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division