1  HENRY WEISSMAN (SBN 132418)
   Henry.Weissman@mto.com
2  DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
3  JOSEPH S. KLAPACH (SBN 206345)
   Joseph.Klapach@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
6  Facsimile:     (213) 687-3702

7  Attorneys for Defendant
   JEPPESEN DATAPLAN, INC.

8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 | BINYAM MOHAMED; ABOU ELKASSIM BRITEL; AND AHMED AGIZA, | CASE NO.  C 07-2798 RS
13 |                                                        | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JEPPESEN DATAPLAN, INC.**
14 | Plaintiffs,                                            |
15 | vs.                                                    |
16 | JEPPESEN DATAPLAN, INC.,                               |
17 | Defendant.                                             |

19     TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

20     Please enter my appearance as counsel in this case for Defendant Jeppesen DataPlan, Inc.

21     I certify that I am admitted to practice in this Court.

22  DATED: June 26, 2007                     MUNGER, TOLLES & OLSON LLP

24                                           By:   /s/ *Daniel P. Collins*
                                                     Daniel P. Collins
25
                                             Attorneys for Defendant
26                                           JEPPESEN DATAPLAN, INC.

27

28