1  HENRY WEISSMAN (SBN 132418)
   Henry.Weissman@mto.com
2  DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
3  JOSEPH S. KLAPACH (SBN 206345)
   Joseph.Klapach@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
6  Facsimile:     (213) 687-3702

7  Attorneys for Defendant
   JEPPESEN DATAPLAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BINYAM MOHAMED; ABOU ELKASSIM BRITEL; AND AHMED AGIZA,<br><br>Plaintiffs,<br><br>vs.<br><br>JEPPESEN DATAPLAN, INC.,<br><br>Defendant. | CASE NO.  C 07-2798 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: June 26, 2007                               MUNGER, TOLLES & OLSON LLP


                                                   By:  /s/ *Daniel P. Collins*
                                                            Daniel P. Collins

                                                   Attorneys for Defendant
                                                   JEPPESEN DATAPLAN, INC.