1  HENRY WEISSMAN (SBN 132418)
   Henry.Weissman@mto.com
2  DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
3  JOSEPH S. KLAPACH (SBN 206345)
   Joseph.Klapach@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
6  Facsimile:     (213) 687-3702

7  Attorneys for Defendant
   JEPPESEN DATAPLAN, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 | BINYAM MOHAMED; ABOU ELKASSIM BRITEL; AND AHMED AGIZA, | CASE NO.  C 07-2798 RS |
|---|---|
| Plaintiffs, | **DEFENDANT JEPPESEN DATAPLAN, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |
| vs. | |
| JEPPESEN DATAPLAN, INC., | |
| Defendant. | |

1  Pursuant to Civil Local Rule 3-16, the undersigned counsel, counsel of record for
2  Defendant Jeppesen DataPlan, Inc., certifies that the following listed persons, associations of
3  persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have
4  a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have
5  a non-financial interest in that subject matter or in a party that could be substantially affected by
6  the outcome of this proceeding:
7      1.    Jeppesen Dataplan, Inc. is a wholly owned subsidiary of Jeppesen Sanderson, Inc.
8      2.    Jeppesen Sanderson, Inc. is a wholly owned subsidiary of The Boeing Company, a
9  publicly traded company.

10 DATED: June 26, 2007                       MUNGER, TOLLES & OLSON LLP

11
12                                        By:   /s/ *Daniel P. Collins*
                                                    Daniel P. Collins
13                                     Attorneys for Defendant
14                                     JEPPESEN DATAPLAN, INC.

15
16
17
18
19
20
21
22
23
24
25
26
27
28