1   HENRY WEISSMAN (SBN 132418)
    Henry.Weissman@mto.com
2   DANIEL P. COLLINS (SBN 139164)
    Daniel.Collins@mto.com
3   JOSEPH S. KLAPACH (SBN 206345)
    Joseph.Klapach@mto.com
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 35th Floor
5   Los Angeles, CA  90071-1560
    Telephone:    (213) 683-9100
6   Facsimile:    (213) 687-3702

7   Attorneys for Defendant
    JEPPESEN DATAPLAN, INC.

8
    STEVEN M. WATT (*pro hac vice*)
9   swatt@aclu.org
    BEN WIZNER (SBN 215724)
10  bwizner@aclu.org
    AMERICAN CIVIL LIBERTIES
11  UNION FOUNDATION
    125 Broad Street, 18th Floor
12  New York, NY  10014
    Telephone:    (212) 549-2500
13  Facsimile:    (212) 549-2651

    Attorneys for Plaintiffs
14
    [Additional counsel listed on next page]
15

16              UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA

18                  SAN JOSE DIVISION

19  BINYAM MOHAMED; ABOU ELKASSIM        CASE NO.  C 07-2798 RS
    BRITEL; AND AHMED AGIZA,
20                                        **STIPULATION UNDER LOCAL RULE
                     Plaintiffs,          6-1(a) EXTENDING THE TIME TO
21                                        RESPOND TO THE COMPLAINT**

22          vs.

23  JEPPESEN DATAPLAN, INC.,              **[NO ACTION REQUIRED]**

24                   Defendant.

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANN BRICK (SBN 65296)
abrick@aclunc.org
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA  94111
Telephone:     (415) 621-2493
Facsimile:      (415) 255-1478

Attorneys for Plaintiffs

1    WHEREAS on May 30, 2007, Plaintiffs Binyam Mohamed, Abou Elkassim Britel, and

2    Ahmed Agiza ("Plaintiffs") filed the Complaint in this action;

3    WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A) and Fed. R. Civ. P. 6(a), the response

4    of Defendant Jeppesen DataPlan, Inc. ("Defendant") to the Complaint is currently due to be filed

5    and served on Monday, July 2, 2007;

6    WHEREAS, on Monday, June 25, 2007, counsel for Plaintiffs informed counsel for

7    Defendant that Plaintiffs intend to amend the Complaint pursuant to Fed. R. Civ. P. 15(a) and to

8    file and serve their amended complaint on or before Wednesday, July 25, 2007;

9    WHEREAS, pursuant to Fed. R. Civ. P. 15(a) and Fed. R. Civ. P. 6(a), (e), Defendant's

10   response to an amended complaint served on July 25, 2007 would ordinarily be due on Monday,

11   August 13, 2007;

12   WHEREAS, in light of the forthcoming amended complaint, it would serve no practical

13   purpose to require Defendant to answer the current Complaint;

14   WHEREAS Local Rule 6-1(a) provides that the "[p]arties may stipulate in writing,

15   without a Court order, to extend the time within which to answer or otherwise respond to the

16   complaint, … provided the change will not alter the date of any event or any deadline already

17   fixed by Court order";

18   WHEREAS the parties reserve the right to present a further stipulation to the Court, for its

19   approval under Local R. 6-1(b), more fully establishing the schedule for a possible motion under

20   Fed. R. Civ. P. 12 in response to the forthcoming amended complaint (which stipulation and

21   proposed order may include a further extension of the due date for responding to the forthcoming

22   amended complaint);

23   NOW THEREFORE, Plaintiffs and Defendant, through their undersigned counsel, hereby

24   stipulate, pursuant to Local Rule 6-1(a),  that the time within which Defendant shall respond to

25   the Complaint shall be extended to and until Monday, August 13, 2007.

26

27

28

1    DATED: June 26, 2007                    MUNGER, TOLLES & OLSON LLP

2

3                                            By: _____

4                                                  Daniel P. Collins

5                                            Attorneys for Defendant
                                             JEPPESEN DATAPLAN, INC.
6

7    DATED: June 26, 2007                    AMERICAN CIVIL LIBERTIES
                                             UNION FOUNDATION
8

9                                            By: _____

10                                                 Steven M. Watt

11                                           Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. PER LOCAL R. 6-1(a) TO EXTEND DATE TO RESPOND TO COMPLAINT—c-07-2798 RS