1  HENRY WEISSMAN (SBN 132418)
   Henry.Weissman@mto.com
2  DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
3  JOSEPH S. KLAPACH (SBN 206345)
   Joseph.Klapach@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
6  Facsimile:     (213) 687-3702

7  Attorneys for Defendant
   JEPPESEN DATAPLAN, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 | BINYAM MOHAMED; ABOU ELKASSIM BRITEL; AND AHMED AGIZA, | CASE NO.  C 07-2798 RS |
|---|---|
| Plaintiffs, | **DEFENDANT JEPPESEN DATAPLAN, INC.'S <u>CORRECTED</u> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |
| vs. | |
| JEPPESEN DATAPLAN, INC., | |
| Defendant. | |

1    Pursuant to Civil Local Rule 3-16, the undersigned counsel, counsel of record for
2 Defendant Jeppesen DataPlan, Inc., certifies that the following listed persons, associations of
3 persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have
4 a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have
5 a non-financial interest in that subject matter or in a party that could be substantially affected by
6 the outcome of this proceeding:

7    1.    Jeppesen Dataplan, Inc. is a wholly owned subsidiary of Jeppesen Sanderson, Inc.
8    2.    Jeppesen Sanderson, Inc. is a wholly owned subsidiary of Boeing International
9 B.V.
10    3.    Boeing International B.V. is a wholly owned subsidiary of The Boeing Company,
11 a publicly traded company.

DATED: June 26, 2007                MUNGER, TOLLES & OLSON LLP

                                    By:   /s/ *Daniel P. Collins*
                                             Daniel P. Collins

                                    Attorneys for Defendant
                                    JEPPESEN DATAPLAN, INC.