THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

Zachary Philip Katznelson
Clive Stafford Smith
Reprieve
P.O. Box 52742
London, England, UK EC4P 4WS


Hope R. Metcalf
National Litigation Project–Allard K. Lowenstein
International Human Rights Clinic
Yale Law School
127 Wall Street
New Haven, CT 06520


Dated: June 27, 2007                                          Richard W. Wieking, Clerk

                                                                                             By:_____
                                                              Martha Parker Brown,
                                                              Courtroom Deputy