**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINYAM MOHAMED, | No. C 07-02798 JW |
|         Plaintiff(s), | |
|    v. | CLERK'S NOTICE |
| JEPPESEN DATAPLAN INC, | |
|         Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the reassignment of this case the Case Management Conference before Judge Ronald M Whyte previously noticed September 14, 2007 at 10:30 AM, has been reset to **be heard before Judge James on September 24, 2007, at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The Parties shall file a Joint Case Management by September 14, 2007.

Dated: June 28, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:      /s/
       Elizabeth Garcia
       Courtroom Deputy