**LEGAL DEPARTMENT**

**ACLU**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
LEGAL DEPARTMENT
NATIONAL OFFICE
125 BROAD STREET, 18TH FL.
NEW YORK, NY 10004-2400
T/212.549.2500
F/212.549.2651
WWW.ACLU.ORG

OFFICERS AND DIRECTORS
NADINE STROSSEN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

KENNETH B. CLARK
CHAIR, NATIONAL
*ADVISORY COUNCIL*

RICHARD ZACKS
*TREASURER*

September 4, 2007

Honorable James Ware
United States District Court
Northern District of California
280 South First Street
San Jose, California 95113

Re: *Mohamed et al v. Jeppesen Dataplan, Inc.*, 5:07-cv-02798-JW

Dear Judge Ware:

I am writing, pursuant to Local Rule 3-15, to advise the Court of facts it may wish to consider. The national legal department of the American Civil Liberties Union (ACLU), based in New York, is lead counsel for the plaintiffs in this action. As the Court is aware, the Court's daughter, Carlie Ware, is currently a staff attorney in the ACLU's Drug Law Reform Project in Santa Cruz, California.

Ms. Ware has had no involvement in any aspect of this case, nor will she. Nor has she been involved in any way in *El-Masri v. United States,* another ACLU case challenging the conduct of government officials and corporations in the CIA's extraordinary rendition program, or in any other related matter. Indeed, as an employee of a separate ACLU project located in a separate office, Ms. Ware has had no more access to or information about these matters than any member of the general public. To the extent such an assurance is of further assistance to the Court, by this letter counsel for plaintiffs asserts that Ms. Ware will continue to be screened entirely from any involvement in this case.

Sincerely,

Steven M. Watt
Counsel for Plaintiffs

cc: Daniel Collins, counsel for Defendant