JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Director, Federal Programs Branch
MICHAEL P. ABATE
Trial Attorney
michael.abate@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone:      (202) 616-8209
Fax:         (202) 616-8470

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| | |
|---|---|
| BINYAM MOHAMMED; ABOU ELKASSIM BRITEL; AHMED AGIZA; MOHAMED FARAG AHMAD BASHMILAH; BISHER AL-RAWI,<br><br>Plaintiffs,<br><br>v.<br><br>JEPPESEN DATAPLAN, INC.<br><br>Defendant. | Case No. C-07-02798-JW<br><br>**NOTICE OF APPEARANCE**<br><br>Hon. James Ware, District Judge |

      Please take note that the Clerk is hereby asked to enter the appearance of Michael P. Abate, Trial Attorney, United States Department of Justice, as counsel for the United States in this action.

                                            Respectfully Submitted,

|   |   |
|---|---|
| 1 | JEFFREY S. BUCHOLTZ |
|   | Acting Assistant Attorney General |
| 2 |   |
|   | SCOTT N. SCHOOLS |
| 3 | United States Attorney |
| 4 | CARL J. NICHOLS |
|   | Deputy Assistant Attorney General |
| 5 |   |
|   | JOSEPH H. HUNT |
| 6 | Director, Federal Programs Branch |
| 7 | VINCENT M. GARVEY |
|   | Deputy Director, Federal Programs Branch |
| 8 |   |
|   | */s/ Michael. P. Abate* |
| 9 | MICHAEL P. ABATE |
|   | Trial Attorney |
| 10 | michael.abate@usdoj.gov |
|   | U.S. Department of Justice |
| 11 | Civil Division, Federal Programs Branch |
|   | 20 Massachusetts Avenue, NW |
| 12 | Washington, DC 20001 |
|   | Phone:   (202) 616-8209 |
| 13 | Fax:       (202) 616-8470 |
| 14 | Attorneys for the United States of America |
| 15 | Dated: September 6, 2007 |

Notice of Appearance
Case No. C-07-02798-JW