1  DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
2  PAUL J. WATFORD (SBN 183283)
   Paul.Watford@mto.com
3  JOSEPH S. KLAPACH (SBN 206345)
   Joseph.Klapach@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA  90071-1560
   Telephone:   (213) 683-9100
6  Facsimile:   (213) 687-3702

7  Attorneys for Defendant
   JEPPESEN DATAPLAN, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  BINYAM MOHAMED; ABOU ELKASSIM        CASE NO.  C 07-2798 JW
    BRITEL; AND AHMED AGIZA,
13                                        **DECLARATION OF DANIEL P.
                  Plaintiffs,             COLLINS IN SUPPORT OF
14                                        DEFENDANT'S MOTION TO
         vs.                              CHANGE TIME IN LIGHT OF THE
15                                        UNITED STATES' RECENTLY FILED
    JEPPESEN DATAPLAN, INC.,              STATEMENT OF INTEREST**
16
                  Defendant.              **[Civil Local Rule 6-3]**
17

**DECLARATION OF DANIEL P. COLLINS**

I, Daniel P. Collins, do hereby declare as follows:

1. I am a member of the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendant Jeppesen DataPlan, Inc. in *Binyam Mohamed, et al. v. Jeppesen DataPlan, Inc.*, No. C-07-2798-JW, which is pending in this Court. I am a member in good standing of the bar of this Court. The matters set forth herein are based upon my own personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the "Stipulation Under Local Rule 6-1(a) Extending the Time to Respond to the Complaint," which was filed in this action on June 26, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the "Stipulation and Order Re: Briefing on Motion to Dismiss," as entered by this Court in the docket on August 14, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of the "Statement of Interest of the United States" that was filed in this action on September 6, 2007.

5. On August 30, 2007, I communicated by telephone with Michael Abate of the Civil Division at the U.S. Dept. of Justice, who had left me a voicemail message earlier that day. Mr. Abate informed me that the U.S. was considering whether to participate in the action, that it anticipated being able to file its papers one way or the other on October 19, 2007, and that he wanted to know whether the parties would be willing to enter into a stipulation that would postpone Defendants' response date until after that. In discussing the format that such a stipulation might take, Mr. Abate ultimately suggested that the parties could include a verbatim recital setting forth what they had been told about the position of the U.S. as follows: "The United States has informed the parties that it is presently considering whether and how to participate in this action, including whether to assert the state secrets privilege, and requests until October 19, 2007 to make its determination. If the United States determines to participate in this action, it anticipates filing its papers by October 19, 2007." I informed him that I would raise the matter with my client and with counsel for the Plaintiffs.

6. I subsequently spoke by telephone that same day with Steven Watt, one of the counsel for Plaintiffs. I informed him that Defendant was fine with the stipulation that the U.S. suggested, and I read him the verbatim language that Mr. Abate had given me. In describing what form the stipulation might take, I stated words to the effect that I envisioned a two-track extension in which the Defendant's date for answering would be deferred if the U.S. asserted the state secrets privilege by October 19, but if the U.S. did not, then the response date would be extended to a date certain. Mr. Watt stated that he would have to check with his co-counsel.

7. On the following day, August 31, Mr. Watt informed me that Plaintiffs might not be able to get back to me on the proposed stipulation until Tuesday, September 4. Later that same day, however, I received a call from Ben Wizner, another of the counsel for Plaintiffs, and he informed me that Plaintiffs would not agree to any such stipulation. Mr. Wizner subsequently confirmed the Plaintiffs' position in an email to me and Mr. Abate. Based on those communications, I understand the bases of Plaintiffs' objections to include the following: that, in Plaintiffs' view, the Government has not justified its stated need for more time; that it is Plaintiffs' view that the state secrets privilege is not relevant at the pleadings stage and that the Fourth Circuit's contrary conclusion in *El-Masri* (in which a cert. petition is pending) was wrong; and that Plaintiffs believe that a state secrets motion would be premature if the Defendant were to file a motion to dismiss rather than an answer.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed at Los Angeles, California, on September 6, 2007.

/s/ *Daniel P. Collins*
Daniel P. Collins

- 2 -

DECLARATION OF DANIEL P. COLLINS ISO DEFT.'S MOTION TO CHANGE TIME—C 07-2798-JW