**Exhibit A to Declaration of Daniel P. Collins**

HENRY WEISSMAN (SBN 132418)
Henry.Weissman@mto.com
DANIEL P. COLLINS (SBN 139164)
Daniel.Collins@mto.com
JOSEPH S. KLAPACH (SBN 206345)
Joseph.Klapach@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant
JEPPESEN DATAPLAN, INC.

STEVEN M. WATT (*pro hac vice*)
swatt@aclu.org
BEN WIZNER (SBN 215724)
bwizner@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10014
Telephone:   (212) 549-2500
Facsimile:    (212) 549-2651

Attorneys for Plaintiffs

[Additional counsel listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BINYAM MOHAMED; ABOU ELKASSIM BRITEL; AND AHMED AGIZA,<br><br>Plaintiffs,<br><br>vs.<br><br>JEPPESEN DATAPLAN, INC.,<br><br>Defendant. | CASE NO. C 07-2798 RS<br><br>**STIPULATION UNDER LOCAL RULE 6-1(a) EXTENDING THE TIME TO RESPOND TO THE COMPLAINT**<br><br>**[NO ACTION REQUIRED]** |
|---|---|

1  ANN BRICK (SBN 65296)
   abrick@aclunc.org
2  ACLU FOUNDATION OF
   NORTHERN CALIFORNIA
3  39 Drumm Street
   San Francisco, CA  94111
4  Telephone:   (415) 621-2493
   Facsimile:   (415) 255-1478
5
   Attorneys for Plaintiffs
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. PER LOCAL R. 6-1(a) TO EXTEND DATE TO RESPOND TO COMPLAINT—c-07-2798 RS

1   WHEREAS on May 30, 2007, Plaintiffs Binyam Mohamed, Abou Elkassim Britel, and
2   Ahmed Agiza ("Plaintiffs") filed the Complaint in this action;
3   WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A) and Fed. R. Civ. P. 6(a), the response
4   of Defendant Jeppesen DataPlan, Inc. ("Defendant") to the Complaint is currently due to be filed
5   and served on Monday, July 2, 2007;
6   WHEREAS, on Monday, June 25, 2007, counsel for Plaintiffs informed counsel for
7   Defendant that Plaintiffs intend to amend the Complaint pursuant to Fed. R. Civ. P. 15(a) and to
8   file and serve their amended complaint on or before Wednesday, July 25, 2007;
9   WHEREAS, pursuant to Fed. R. Civ. P. 15(a) and Fed. R. Civ. P. 6(a), (e), Defendant's
10  response to an amended complaint served on July 25, 2007 would ordinarily be due on Monday,
11  August 13, 2007;
12  WHEREAS, in light of the forthcoming amended complaint, it would serve no practical
13  purpose to require Defendant to answer the current Complaint;
14  WHEREAS Local Rule 6-1(a) provides that the "[p]arties may stipulate in writing,
15  without a Court order, to extend the time within which to answer or otherwise respond to the
16  complaint, … provided the change will not alter the date of any event or any deadline already
17  fixed by Court order";
18  WHEREAS the parties reserve the right to present a further stipulation to the Court, for its
19  approval under Local R. 6-1(b), more fully establishing the schedule for a possible motion under
20  Fed. R. Civ. P. 12 in response to the forthcoming amended complaint (which stipulation and
21  proposed order may include a further extension of the due date for responding to the forthcoming
22  amended complaint);
23  NOW THEREFORE, Plaintiffs and Defendant, through their undersigned counsel, hereby
24  stipulate, pursuant to Local Rule 6-1(a), that the time within which Defendant shall respond to
25  the Complaint shall be extended to and until Monday, August 13, 2007.
26
27
28

1  DATED: June 26, 2007         MUNGER, TOLLES & OLSON LLP

2

3                                By: /s/ Daniel P. Collins
                                    Daniel P. Collins
4
                                 Attorneys for Defendant
5                                JEPPESEN DATAPLAN, INC.

6

7  DATED: June 26, 2007         AMERICAN CIVIL LIBERTIES
                                 UNION FOUNDATION
8

9                                By: /s/ Steven M. Watt
                                    Steven M. Watt
10
                                 Attorneys for Plaintiffs

- 2 -