1  DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
2  PAUL J. WATFORD (SBN 183283)
   Paul.Watford@mto.com
3  JOSEPH S. KLAPACH (SBN 206345)
   Joseph.Klapach@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
6  Facsimile:     (213) 687-3702

7  Attorneys for Defendant
   JEPPESEN DATAPLAN, INC.

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 BINYAM MOHAMED; ABOU ELKASSIM         CASE NO.  C 07-2798 JW
   BRITEL; AND AHMED AGIZA,
13                                       **[PROPOSED] ORDER GRANTING
                 Plaintiffs,             DEFENDANT'S MOTION TO
14                                       CHANGE TIME IN LIGHT OF THE
        vs.                              UNITED STATES' RECENTLY FILED
15                                       STATEMENT OF INTEREST**
   JEPPESEN DATAPLAN, INC.,
16                                       **[Civil Local Rule 6-3]**
                 Defendant.
17

1  FOR GOOD CAUSE SHOWN, in light of the United States' Statement of Interest (filed on Sept. 6, 2007), the time for Defendant to file its response to the operative complaint in this action is extended until the later of: (a) ten (10) days after the Court enters an order disposing of any motion to dismiss that may be filed by the United States in this action; or (b) November 2, 2007.

DATED: Sept. _____, 2007

By: _____
The Hon. James Ware
United States District Judge