1  STEVEN M. WATT* swatt@aclu.org
2  BEN WIZNER (SBN 215724) bwizner@aclu.org
   ALEXA KOLBI-MOLINAS* akolbi-molinas@aclu.org
3  JAMEEL JAFFER* jjaffer@aclu.org
   STEVEN R. SHAPIRO* sshapiro@aclu.org
4  AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
5  125 Broad Street, 18th Floor
   New York, NY, 10004
6  Tel. 212.549.2500 / Fax 212.549.2651
7
   ANN BRICK (SBN 65296) abrick@aclunc.org
8  ACLU FOUNDATION OF
   NORTHERN CALIFORNIA
9  39 Drumm Street
   San Francisco, CA, 94111
10 Tel. 415.621.2493 / Fax 415.255.1478
11
   Additional Counsel Listed on Next Page
12

13              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NORTHERN CALIFORNIA
14                          San Jose Division
15
   BINYAM MOHAMED;
16 ABOU ELKASSIM BRITEL;
   AHMED AGIZA;
17 MOHAMED FARAG AHMAD
   BASHMILAH;
18 BISHER AL-RAWI
19                                    Civil Action No. 5:07-cv-02798 (JW)
20       Plaintiffs,
                                      DECLARATION OF BEN WIZNER IN
21       v.                           SUPPORT OF PLAINTIFFS'
                                      OPPOSITION TO UNITED STATES'
22                                    REQUEST FOR A STAY AND
                                      DEFENDANT'S MOTION TO CHANGE
23 JEPPESEN DATAPLAN, INC.            TIME
24       Defendant.
25
26
27
28

1  CLIVE STAFFORD SMITH*[†] clivess@mac.com
   ZACHARY KATZNELSON[†] (SBN 209489)
2  Zachary@reprieve.org.uk
   REPRIEVE
3  PO Box 52742
   London EC4P 4WS
4  England
   Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641
5

6  PAUL HOFFMAN (SBN 71244) hoffpaul@aol.com
   SCHONBRUN DESIMONE SEPLOW
7  HARRIS & HOFFMAN LLP
   732 Ocean Front Walk, Suite 100
8  Venice, CA, 90291
   Tel. 310.999.7040, ext. 4 / Fax 310.999.7040
9

10  HOPE METCALF* hope.metcalf@yale.edu
    NATIONAL LITIGATION PROJECT
11  ALLARD K. LOWENSTEIN INTERNATIONAL
    HUMAN RIGHTS CLINIC
12  YALE LAW SCHOOL
    127 Wall Street
13  New Haven, CT, 06520
    Tel. 203.432.9404 / Fax 203.432.9128
14

15  MARGARET L. SATTERTHWAITE*++ satterth@juris.law.nyu.edu
16  INTERNATIONAL HUMAN RIGHTS CLINIC
    WASHINGTON SQUARE LEGAL SERVICES, INC.
17  NEW YORK UNIVERSITY SCHOOL OF LAW
    245 Sullivan Street
18  New York, NY 10012
    Tel. 212.998.6657 / Fax 212.995.4031
19

20  **Attorneys for Plaintiffs BINYAM MOHAMED, ABOU ELKASSIM BRITEL, AHMED
    AGIZA, MOHAMED FARAG AHMAD BASHMILAH, and BISHER AL-RAWI**
21  **\*Admitted *Pro Hac Vice***
22  **†Attorneys for and on behalf of Plaintiff BINYAM MOHAMED only
    ++ Attorney for and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH**
23  **only.**

24

25

26

27

28

**DECLARATION OF BEN WIZNER**

I, Ben Wizner, do hereby declare as follows:

1.      I am a staff attorney in the National Legal Department of the American Civil liberties Union Foundation (ACLU), which is counsel for Plaintiffs Binyam Mohamed, Abou Elkassim Britel, Ahmed Agiza, Mohamed Farag Ahmad Bashmilah, and Bisher al-Rawi in the matter of *Mohamed, et al, v. Jeppesen Dataplan, Inc.*, No. C-07-2798-JW. I am a member in good standing of the bar of this Court. This declaration is based upon my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2.      On August 31, 2007, my colleague and co-counsel Steven Watt, a Senior Staff Attorney in the ACLU's Human Rights Program, informed me that he had been contacted by Dan Collins, counsel for the Defendant. According to Mr. Watt, Mr. Collins had notified him that he had received a telephone call from Michael Abate, an attorney in Civil Division of the United States Department of Justice. Mr. Abate had contacted Mr. Collins to advise him that the United States was considering its options with regard to the case, and was requesting additional time in which to do so. Based on my conversation with Mr. Watt, I understood that Mr. Collins had proposed that the Plaintiffs, Defendant, and the United States agree to a schedule that would put on hold the previously stipulated briefing schedule to permit the United States to intervene, if it chose to do so, before Defendant responded to Plaintiffs' complaint.

3.      Mr. Watt and I discussed how to respond to Defendant's proposal consistent with the best interests of our clients. We also consulted our co-counsel in this matter. As Mr. Watt was leaving the office early that day because of the Labor Day holiday, I agreed to contact Mr. Collins to advise him of Plaintiffs' position.

4.      I contacted Mr. Collins by telephone on the afternoon of Friday, August 31, 2007. I informed Mr. Collins that it was my understanding, based on previous

discussions and stipulations, that Defendant intended to mount a legal, as opposed to factual, defense. In that event, I explained, it was Plaintiffs' position that any intervention by the United States for the purpose of asserting the evidentiary state secrets privilege would be premature as a matter of law. I further suggested to Mr. Collins that Plaintiffs might consider a modification to the briefing schedule in the event that all interested parties – Plaintiffs, Defendant, and the United States – agreed jointly to request a status conference. Mr. Collins stated that he would advise counsel for the United States of the content of our discussion.

5.    On Wednesday, September 5, I received an email message from Michael Abate of the Department of Justice. In it, Mr. Abate wrote that the United States was considering filing a statement of interest informing the Court that it was considering whether and how to participate in this action, decisions that it would make by October 19, 2007. Mr. Abate sought Plaintiffs' consent to a stipulation "deferring the defendant's obligation to respond to the amended complaint until after the court considered any pleadings the government may file on or before October 19."

6.    I responded by email to Mr. Abate that same day. I wrote that it was counsel's view that it would be contrary to our clients' interests for us to facilitate the filing of what we believed would be a premature dispositive motion by the United States. I further wrote that my response assumed that the government was considering whether to invoke the state secrets privilege, but that if I was incorrect, Plaintiffs were willing to reconsider their opposition to a modification of the briefing schedule.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Ben Wizner

2

Respectfully submitted,


_/s/ Ben Wizner_
BEN WIZNER, SBN 215724
STEVEN M. WATT
ALEXA KOLBI-MOLINAS
JAMEEL JAFFER
STEVEN R. SHAPIRO
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. 212.519.7870
Fax 212.549.2629

ANN BRICK, SBN 65296
American Civil Liberties Union Foundation
of Northern California
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493
Fax 415.255.1478

*CLIVE STAFFORD-SMITH
*ZACHARY KATZNELSON, SBN 209489
Reprieve
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640
Fax +44 (0)207 353 4641

PAUL HOFFMAN, SBN 71244
Schonbrun DeSimone Seplow Harris &
Hoffman LLP
723 Ocean Front Walk, Suite 100
Venice, CA  90291
Tel. 310.396.0731, ext. 4
Fax 310.399.7040

HOPE METCALF
National Litigation Project
Allard K. Lowenstein International
Human Rights Clinic
Yale Law School
127 Wall Street
New Haven, CT 06520
Tel. 203.432.9404
Fax 203.432.9128

MARGARET L. SATTERTHWAITE++
International Human Rights Clinic
Washington Square Legal Services, Inc.
New York University School of Law
245 Sullivan Street
New York, NY 10012
Tel. 212.998.6657 / Fax 212.995.4031

\* For and on behalf of Plaintiff BINYAM MOHAMED only
++ For and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only