1  DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
2  PAUL J. WATFORD (SBN 183283)
   Paul.Watford@mto.com
3  JOSEPH S. KLAPACH (SBN 206345)
   Joseph.Klapach@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
6  Facsimile:      (213) 687-3702

7  Attorneys for Defendant
   JEPPESEN DATAPLAN, INC.

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BINYAM MOHAMED; ABOU ELKASSIM BRITEL; AND AHMED AGIZA,<br><br>Plaintiffs,<br><br>vs.<br><br>JEPPESEN DATAPLAN, INC.,<br><br>Defendant. | CASE NO.  C 07-2798 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME IN LIGHT OF THE UNITED STATES' RECENTLY FILED STATEMENT OF INTEREST**<br><br>**[Civil Local Rule 6-3]** |

1  FOR GOOD CAUSE SHOWN, in light of the United States' Statement of Interest (filed on Sept. 6, 2007), the time for Defendant to file its response to the operative complaint in this action is extended until the later of: (a) ten (10) days after the Court enters an order disposing of any motion to dismiss that may be filed by the United States in this action; or (b) November 2, 2007.

DATED: Sept. __11__, 2007

By: _____/s/ James Ware_____
The Hon. James Ware
United States District Judge