1
JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
2
SCOTT N. SCHOOLS
United States Attorney
3
CARL J. NICHOLS
Deputy Assistant Attorney General
4
JOSEPH H. HUNT
Director, Federal Programs Branch
5
VINCENT M. GARVEY
Deputy Director, Federal Programs Branch
6
MICHAEL P. ABATE
Trial Attorney
7
michael.abate@usdoj.gov
U.S. Department of Justice
8
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
9
Washington, DC 20001
Phone:    (202) 616-8209
10
Fax:    (202) 616-8470
Attorneys for the United States of America

11

UNITED STATES DISTRICT COURT
12
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

13

| | |
|---|---|
| BINYAM MOHAMMED;<br>ABOU ELKASSIM BRITEL;<br>AHMED AGIZA;<br>MOHAMED FARAG AHMAD<br>BASHMILAH;<br>BISHER AL-RAWI<br><br>        Plaintiffs,<br><br>        v.<br><br>JEPPESEN DATAPLAN, INC.<br><br>        Defendant. | Case No. C-07-02798-JW<br><br>NOTICE OF LODGING OF CLASSIFIED <u>IN CAMERA</u>, <u>EX PARTE</u> DECLARATION<br><br>Hon. James Ware, District Judge |

**NOTICE OF LODGING OF CLASSIFIED <u>IN CAMERA</u>, <u>EX PARTE</u> DECLARATION**

The United States of America, through its undersigned counsel, hereby provides notice that it has lodged the classified *in camera, ex parte* declaration of General Michael V. Hayden, USAF, Director, Central Intelligence Agency, in support of the Motion to Dismiss, Or, in the Alternative, for Summary Judgment by the United States of America.  This classified *in camera*, *ex parte* declaration has been lodged for secure storage and transmission to the Court with the United States Department of Justice, Litigation Security Group, 20 Massachusetts Avenue, N.W., 5th Floor, Washington, D.C., 20001.  The Court Security Officers who will arrange for the Court to view that declaration at the Court's convenience may be reached at (202) 514-9016.

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

*/s/ Michael. P. Abate*
MICHAEL P. ABATE
Trial Attorney
michael.abate@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone:       (202) 616-8209
Fax:          (202) 616-8470

*Attorneys for the United States of America*

Dated: <u>October 19, 2007</u>

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF LODGING OF CLASSIFIED <u>IN</u>

<u>CAMERA</u>, <u>EX PARTE</u> DECLARATION will be served by means of the Court's CM/ECF

system, which will send notifications of such filing to the following:

American Civil Liberties Union
Foundation of Northern California Inc.
Ann Brick
39 Drumm Street
San Francisco, CA 94111

American Civil Liberities Union
Jameel Jaffer
Steven R Shapiro
Steven M. Watt
Benjamin Elihu Wizner
125 Broad Street
18th Floor
New York, NY 10004

International Human Rights Clinic
Washington Square Legal Services, Inc
Margaret L. Satterthwaite
NYU School of Law
245 Sullivan Street
New York, NY 10012

Joseph Scott Klapach
Attorney at Law
355 S. Grand Ave., #3500
Los Angeles, CA 90071-1560

Munger Tolles & Olson
Daniel Paul Collins
Henry Weissman
355 So Grand Ave Ste 3500
Los Angeles, CA 90071-1560

National Litigation Project-Allard K. Lowenstein
International Human Rights Clinic
Hope R Metcalf
Yale Law School
127 Wall Street
New Haven, CT 06520

Reprieve
Zachary Philip Katznelson
Clive Stafford Smith
PO Box 52742

Notice of Lodging of Classified *in camera*, *ex parte* Declaration
Case No. C-07-02798-JW

1   London, England, UK EC4P 4WS

2                                              /s/ Michael P. Abate