UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

BINYAM MOHAMED;
ABOU ELKASSIM BRITEL;
AHMED AGIZA;
MOHAMED FARAG AHMAD BASHMILAH;
BISHER AL-RAWI

    Plaintiffs,

v.

JEPPESEN DATAPLAN, INC.

    Defendant.

Case No. C-07-02798-JW

**[PROPOSED] ORDER**

The Court, having fully considered the Motion to Dismiss, or, in the Alternative, for Summary Judgment by the United States finds it to be well-taken, and it is hereby ORDERED, this _____ day of _____, 200_, that the case is DISMISSED.

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

[Proposed] Order on Motion to Dismiss, or, in the Alternative, for Summary Judgment, Case No. C-07-02798-JW

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing [PROPOSED] ORDER will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

American Civil Liberties Union
Foundation of Northern California Inc.
Ann Brick
39 Drumm Street
San Francisco, CA 94111

American Civil Liberities Union
Jameel Jaffer
Steven R Shapiro
Steven M. Watt
Benjamin Elihu Wizner
125 Broad Street
18th Floor
New York, NY 10004

International Human Rights Clinic
Washington Square Legal Services, Inc
Margaret L. Satterthwaite
NYU School of Law
245 Sullivan Street
New York, NY 10012

Joseph Scott Klapach
Attorney at Law
355 S. Grand Ave., #3500
Los Angeles, CA 90071-1560

Munger Tolles & Olson
Daniel Paul Collins
Henry Weissman
355 So Grand Ave Ste 3500
Los Angeles, CA 90071-1560

National Litigation Project-Allard K. Lowenstein
International Human Rights Clinic
Hope R Metcalf
Yale Law School
127 Wall Street
New Haven, CT 06520

Reprieve
Zachary Philip Katznelson
Clive Stafford Smith
PO Box 52742
London, England, UK EC4P 4WS

                                    */s/ Michael P. Abate*

[Proposed] Order on Motion to Dismiss, or, in the Alternative, for Summary Judgment, Case No. C-07-02798-JW