1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  SCOTT N. SCHOOLS
   United States Attorney
3  CARL J. NICHOLS
   Deputy Assistant Attorney General
4  JOSEPH H. HUNT
   Director, Federal Programs Branch
5  VINCENT M. GARVEY
   Deputy Director, Federal Programs Branch
6  MICHAEL P. ABATE
   Trial Attorney
7  michael.abate@usdoj.gov
   U.S. Department of Justice
8  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW
9  Washington, DC 20001
   Phone:    (202) 616-8209
10 Fax:      (202) 616-8470

11 *Attorneys for the United States of America*

12 [Counsel for Plaintiffs and Defendant listed on next page]

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14                      San Jose Division

15 BINYAM MOHAMED;
   ABOU ELKASSIM BRITEL;
16 AHMED AGIZA;
   MOHAMED FARAG AHMAD
17 BASHMILAH;
   BISHER AL-RAWI
18
                                          Case No. C-07-02798-JW
19         Plaintiffs,
                                          STIPULATION AND [PROPOSED]
20                                        ORDER RE: BRIEFING SCHEDULE ON
                                          MOTION TO INTERVENE AND
21                                        MOTION TO DISMISS
       v.
22
   JEPPESEN DATAPLAN, INC.
23                                        Judge:          Hon. James Ware
                                          Hearing Date:   February 4, 2008
                                          Hearing Time:   9:00 AM
24                                        Courtroom:      8, 4th Floor

25         Defendant.

26

27 Stipulation and [Proposed] Order Re: Briefing Schedule on
   Motion to Intervene and Motion to Dismiss,
28 Case No. C-07-02798-JW

STEVEN M. WATT (*pro hac vice*)
swatt@aclu.org
BEN WIZNER (SBN 215724)
bwizner@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10014
Phone:      (212) 549-2500
Fax:         (212) 549-2651

*Attorneys for Plaintiffs*

ANN BRICK (SBN 65296)
abrick@aclunc.org
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Phone:      (415) 621-2493
Fax:         (415) 255-1478

*Attorneys for Plaintiffs*

HENRY WEISSMANN (SBN 132418)
Henry.Weissmann@mto.com
DANIEL P. COLLINS (SBN 139164)
Daniel.Collins@mto.com
JOSEPH S. KLAPACH (SBN 206345)
Joseph.Klapach@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Phone:      (213) 683-9100
Fax:         (213) 687-3702

*Attorneys for Defendant*
JEPPESEN DATAPLAN, INC.

Stipulation and [Proposed] Order Re: Briefing Schedule on
Motion to Intervene and Motion to Dismiss,
Case No. C-07-02798-JW

## STIPULATION AND PROPOSED ORDER

WHEREAS on October 19, 2007, the United States filed a Motion to Intervene, and a separate Motion to Dismiss, or in the Alternative, for Summary Judgment, in this action, both of which currently are scheduled for argument on February 4, 2008;

WHEREAS on October 19, 2007, the United States submitted a formal assertion of the military and state secrets privilege, as well as a statutory privilege under the National Security Act, in this action;

WHEREAS undersigned counsel for Defendant Jeppesen Dataplan, Inc. has indicated that Jeppesen does not oppose the United States' Motion to Intervene;

WHEREAS the Commentary to Local R. 7-2 states that, "[f]or complex motions, parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer periods for response or reply"; and

WHEREAS the parties respectfully submit that the proposed schedule set forth below will enable them to fully and fairly brief the issues raised by the United States' Motion to Intervene and separate Motion to Dismiss or, in the Alternative, for Summary Judgment in advance of the February 4, 2008 hearing;

NOW THEREFORE, Plaintiffs, Defendant, and the United States, through their undersigned counsel, hereby stipulate and request that the Court make this stipulation an order of the Court:

1. Plaintiffs shall file their response to the Motions to Intervene and to Dismiss, or, in the Alternative, for Summary Judgment by the United States on or before December 14, 2007; the United States shall file its reply in support of these motions on or before January 18, 2008; and the hearing on these motions shall be February 4, 2008, and 9:00 a.m., or at such time thereafter as is convenient for the Court.

Stipulation and [Proposed] Order Re: Briefing Schedule on
Motion to Intervene and Motion to Dismiss,
Case No. C-07-02798-JW                -2-

Dated: October 31, 2007          UNITED STATES DEPARTMENT OF JUSTICE

By: _____
     Michael P. Abate

Attorneys for United States of America


Dated: October 30, 2007          AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: _____
     Steven M. Watt

Attorneys for Plaintiffs


Dated: October 31, 2007          MUNGER, TOLLES & OLSEN LLP

By: _____
     Daniel P. Collins

Attorneys for Defendant
JEPPESEN DATAPLAN, INC.


IT IS SO ORDERED.

Dated: _____        _____
                                HON. JAMES WARE
                                UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order Re: Briefing Schedule on
Motion to Intervene and Motion to Dismiss,
Case No. C-07-02798-JW                    -3-

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION TO INTERVENE AND MOTION TO DISMISS will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

American Civil Liberties Union
Foundation of Northern California Inc.
Ann Brick
39 Drumm Street
San Francisco, CA 94111

American Civil Liberities Union
Jameel Jaffer
Steven R Shapiro
Steven M. Watt
Benjamin Elihu Wizner
125 Broad Street
18th Floor
New York, NY 10004

International Human Rights Clinic
Washington Square Legal Services, Inc
Margaret L. Satterthwaite
NYU School of Law
245 Sullivan Street
New York, NY 10012

Joseph Scott Klapach
Attorney at Law
355 S. Grand Ave., #3500
Los Angeles, CA 90071-1560

Munger Tolles & Olson
Daniel Paul Collins
Henry Weissman
355 So Grand Ave Ste 3500
Los Angeles, CA 90071-1560

National Litigation Project-Allard K. Lowenstein
International Human Rights Clinic
Hope R Metcalf
Yale Law School
127 Wall Street
New Haven, CT 06520

Stipulation and [Proposed] Order Re: Briefing Schedule on
Motion to Intervene and Motion to Dismiss,
Case No. C-07-02798-JW

1  Reprieve
   Zachary Philip Katznelson
2  Clive Stafford Smith
   PO Box 52742
3  London, England, UK EC4P 4WS

4                                    /s/ Michael P. Abate

27 Stipulation and [Proposed] Order Re: Briefing Schedule on
   Motion to Intervene and Motion to Dismiss,
28 Case No. C-07-02798-JW