1  STEVEN M. WATT* swatt@aclu.org
2  BEN WIZNER (SBN 215724) bwizner@aclu.org
   JAMEEL JAFFER* jjaffer@aclu.org
3  STEVEN R. SHAPIRO* sshapiro@aclu.org
   AMERICAN CIVIL LIBERTIES
4  UNION FOUNDATION
   125 Broad Street, 18th Floor
5  New York, NY, 10004
   Tel. 212.549.2500 / Fax 212.549.2651
6
7  ANN BRICK (SBN 65296) abrick@aclunc.org
   ACLU FOUNDATION OF
8  NORTHERN CALIFORNIA
   39 Drumm Street
9  San Francisco, CA, 94111
   Tel. 415.621.2493 / Fax 415.255.1478
10
11 Additional Counsel Listed on Next Page

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
**San Jose Division**

| | |
|---|---|
| **BINYAM MOHAMED;** **ABOU ELKASSIM BRITEL;** **AHMED AGIZA;** **MOHAMED FARAG AHMAD BASHMILAH;** **BISHER AL-RAWI**  Plaintiffs,  v.  **JEPPESEN DATAPLAN, INC.**  Defendant. | **Civil Action No. 5:07-cv-02798 (JW)**  **ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGES BY PLAINTIFF** |

Administrative Motion for Enlargement of Pages By Plaintiffs – Civil Action No. 5:07-cv-02798 (JW)

CLIVE STAFFORD SMITH*† clivess@mac.com
ZACHARY KATZNELSON† (SBN 209489)
Zachary@reprieve.org.uk
REPRIEVE
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641

PAUL HOFFMAN (SBN 71244) hoffpaul@aol.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
732 Ocean Front Walk, Suite 100
Venice, CA, 90291
Tel. 310.999.7040, ext. 4 / Fax 310.999.7040

HOPE METCALF* hope.metcalf@yale.edu
NATIONAL LITIGATION PROJECT
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT, 06520
Tel. 203.432.9404 / Fax 203.432.9128

MARGARET L. SATTERTHWAITE*++ satterth@juris.law.nyu.edu
INTERNATIONAL HUMAN RIGHTS CLINIC
WASHINGTON SQUARE LEGAL SERVICES, INC.
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street
New York, NY 10012
Tel. 212.998.6657 / Fax 212.995.4031

**Attorneys for Plaintiffs BINYAM MOHAMED, ABOU ELKASSIM BRITEL, AHMED AGIZA, MOHAMED FARAG AHMAD BASHMILAH, and BISHER AL-RAWI**
*Admitted *Pro Hac Vice*
†**Attorneys for and on behalf of Plaintiff BINYAM MOHAMED only**
++ **Attorney for and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only.**

Administrative Motion for Enlargement of Pages By Plaintiffs – Civil Action No. 5:07-cv-02798 (JW)

Pursuant to Civil L.R. 7-11, and pursuant to the stipulation of Counsel for the United States, Plaintiffs hereby move for an order of enlargement of the page limit for their Opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment to no more than sixty (60) pages. Plaintiffs' opposition brief will be filed on December 14, 2007.

Plaintiffs seek to exceed the page limit prescribed by Local Rule 7.3(a) for the following reasons: First, the United States' Motion, styled as a "Motion to Dismiss, *or in the Alternative*, for Summary Judgment," necessarily requires that Plaintiffs respond not only with legal arguments in opposition to the motion, but also with extensive factual information to demonstrate that there are disputed issues not suitable for resolution at this stage of the proceedings. Second, the United States seeks outright termination of this litigation – and the consequent denial to plaintiffs of a forum provided under the Constitution for the resolution of disputes – at the outset of proceedings, before the defendant has been required even to respond to the complaint. Should the United States prevail, plaintiffs will have no further opportunity to present arguments or evidence. Finally, the United States' motion raises complex issues of law that are of national importance. An extension of the prescribed page limit will facilitate the Court's consideration of these issues and promote the interests of justice

Dated: December 5, 2007                                                    Respectfully submitted,


                                                                                          _____/s/ Steven M Watt_____
                                                                                          STEVEN M. WATT

Administrative Motion for Enlargement of Pages By Plaintiffs – Civil Action No. 5:07-cv-02798 (JW)

BEN WIZNER, SBN 215724
JAMEEL JAFFER
STEVEN R. SHAPIRO
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. 212.519.7870
Fax 212.549.2629

ANN BRICK, SBN 65296
American Civil Liberties Union Foundation
of Northern California
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493
Fax 415.255.1478

*CLIVE STAFFORD-SMITH
*ZACHARY KATZNELSON, SBN 209489
Reprieve
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640
Fax +44 (0)207 353 4641

PAUL HOFFMAN, SBN 71244
Schonbrun DeSimone Seplow Harris &
Hoffman LLP
723 Ocean Front Walk, Suite 100
Venice, CA  90291
Tel. 310.396.0731, ext. 4
Fax 310.399.7040

HOPE METCALF
National Litigation Project
Allard K. Lowenstein International
Human Rights Clinic
Yale Law School
127 Wall Street
New Haven, CT 06520
Tel. 203.432.9404
Fax 203.432.9128

MARGARET L. SATTERTHWAITE++
International Human Rights Clinic

2

Administrative Motion for Enlargement of Pages By Plaintiffs – Civil Action No. 5:07-cv-02798 (JW)

1
2
3
4

Washington Square Legal Services, Inc.
New York University School of Law
245 Sullivan Street
New York, NY 10012
Tel. 212.998.6657 / Fax 212.995.4031

5  * For and on behalf of Plaintiff BINYAM MOHAMED only
6  ++ For and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Administrative Motion for Enlargement of Pages By Plaintiffs – Civil Action No. 5:07-cv-02798 (JW)