1  STEVEN M. WATT* swatt@aclu.org
   BEN WIZNER (SBN 215724) bwizner@aclu.org
2  JAMEEL JAFFER* jjaffer@aclu.org
3  STEVEN R. SHAPIRO* sshapiro@aclu.org
   AMERICAN CIVIL LIBERTIES
4  UNION FOUNDATION
   125 Broad Street, 18th Floor
5  New York, NY, 10004
   Tel. 212.549.2500 / Fax 212.549.2651
6
7  ANN BRICK (SBN 65296) abrick@aclunc.org
   ACLU FOUNDATION OF
8  NORTHERN CALIFORNIA
   39 Drumm Street
9  San Francisco, CA, 94111
   Tel. 415.621.2493 / Fax 415.255.1478
10
11 *Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
**San Jose Division**

| | |
|---|---|
| **BINYAM MOHAMED;**<br>**ABOU ELKASSIM BRITEL;**<br>**AHMED AGIZA;**<br>**MOHAMED FARAG AHMAD BASHMILAH;**<br>**BISHER AL-RAWI**<br><br>    **Plaintiffs,**<br><br>    **v.**<br><br>**JEPPESEN DATAPLAN, INC.**<br><br>    **Defendant.** | **Civil Action No. 5:07-cv-02798 (JW)**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PAGE LIMITS FOR PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT** |

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Director, Federal Programs Branch
MICHAEL P. ABATE
Trial Attorney
michael.abate@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone: (202) 616-8209
Fax: (202) 616-8470

*Attorneys for the United States of America*

## STIPULATION AND PROPOSED ORDER

WHEREAS on October 19, 2007, the United States filed a Motion to Intervene, and a separate Motion to Dismiss, or in the Alternative, for Summary Judgment, in this action, both of which are currently scheduled for argument on February 4, 2008;

WHEREAS, by Stipulation and Order of this Court dated November 2, 2007 the parties agreed upon a briefing schedule on the United States' Motions;

WHEREAS, Plaintiffs are seeking leave of court to file a sixty (60) page brief in support of their Opposition to United States Motion to Dismiss, or in the Alternative, for Summary Judgment.

WHEREAS Counsel for the United States does not oppose Plaintiffs' motion to file a brief of up to sixty (60) pages;

1

NOW THEREFORE, Plaintiffs and the United States, through their undersigned counsel, hereby stipulate to the following page limit and ask that the Court make this stipulation an order of the Court:

Plaintiffs shall be permitted to file a brief in opposition to United States Motion to Dismiss, or in the Alternative, for Summary Judgment not to exceed sixty (60) pages.

Dated: December 5, 2007

UNITED STATES DEPARTMENT OF JUSTICE

By: /s/ Michael P. Abate

_____

Michael P. Abate


AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: /s/ Steven M. Watt

_____

Steven M. Watt


Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Michael P. Abate

[PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED

2

Stipulation and [Proposed Order] Re: Page Limits For Plaintiffs' Opposition to United States' Motion to Dismiss, or in the Alternative, For Summary Judgment – Civil Action No. 5:07-cv-02798 (JW)

Dated: _____        _____

                            Hon. James Ware
                            United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ADMINISTARTIVE MOTION FOR ENLARGEMENT OF PAGES BY PLAINTIFF, STIPULATION AND [PROPOSED] ORDER RE: PAGE LIMITS FOR PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT** will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

3

Stipulation and [Proposed Order] Re: Page Limits For Plaintiffs' Opposition to United States' Motion to Dismiss, or in the Alternative, For Summary Judgment – Civil Action No. 5:07-cv-02798 (JW)

1  MICHAEL P. ABATE
   Trial Attorney
2

3  U.S. Department of Justice
   Civil Division, Federal Programs Branch
4  20 Massachusetts Avenue, NW
5  Washington, DC 20001

6

7

8                                                            */s/ Steven M. Watt*

4

Stipulation and [Proposed Order] Re: Page Limits For Plaintiffs'
Opposition to United States' Motion to Dismiss, or in the Alternative, For Summary Judgment – Civil Action No. 5:07-cv-02798 (JW)