1  STEVEN M. WATT* swatt@aclu.org
   BEN WIZNER (SBN 215724) bwizner@aclu.org
2  JAMEEL JAFFER* jjaffer@aclu.org
   STEVEN R. SHAPIRO* sshapiro@aclu.org
3  AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
4  125 Broad Street, 18th Floor
   New York, NY 10014
5  Tel. 212.549-2500 / Fax 212.549.2651

6  ANN BRICK (SBN 65296) abrick@aclunc.org
   ACLU FOUNDATION OF
7  NORTHERN CALIFORNIA
   39 Drumm Street
8  San Francisco, CA 94111
   Tel. 415.621.2493 / Fax 415.255.1478
9

10 Additional Counsel Listed on Next Page

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **BINYAM MOHAMED;**<br>**ABOU ELKASSIM BRITEL;**<br>**AHMED AGIZA;**<br>**MOHAMED FARAG AHMAD BASHMILAH;**<br>**BISHER AL-RAWI,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**JEPPESEN DATAPLAN, INC.,**<br><br>**Defendant.** | Civil Action No. 5:07-cv-02798 (JW)<br><br>**PLAINTIFFS' RESPONSE TO UNITED STATES' MOTION TO INTERVENE** |

CLIVE STAFFORD SMITH*† clivess@mac.com
ZACHARY KATZNELSON† (SBN 209489) zachary@reprieve.org.uk
REPRIEVE
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641

PAUL HOFFMAN (SBN 71244) hoffpaul@aol.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
732 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel 310.999.7040, ext. 4 / Fax 310.999.7040

HOPE METCALF* hope.metcalf@yale.edu
NATIONAL LITIGATION PROJECT
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06520
Tel. 203.432.9404 / Fax 203.432.9128

MARGARET L. SATTERTHWAITE*++ satterth@juris.law.nyu.edu
INTERNATIONAL HUMAN RIGHTS CLINIC
WASHINGTON SQUARE LEGAL SERVICES, INC.
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street
New York, NY 10012
Tel. 212-998-6657 / Fax 212-995-4031

**Attorneys for Plaintiffs BINYAM MOHAMED, ABOU ELKASSIM BRITEL, AHMED AGIZA, MOHAMED FARAG AHMAD BASHMILAH, and BISHER AL-RAWI**
**\* Admitted Pro Hac Vice**
**† Attorneys for and on behalf of Plaintiff BINYAM MOHAMED only**
**++ Attorney for and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only**

Plaintiffs take no position on the United States' Motion to Intervene. However, for the reasons stated in Plaintiffs' Memorandum of Opposition to the United States Motion to Dismiss or, in the Alternative, for Summary Judgment, filed herewith, plaintiffs believe that the United States' invocation of the state secrets privilege is premature.

Respectfully submitted,

 /s/ Ben Wizner_____
BEN WIZNER SBN 215724
STEVEN M. WATT
STEVEN R. SHAPIRO
JAMEEL JAFFER
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. 212.519.7870
Fax 212.549.2629

ANN BRICK, SBN 65296
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493
Fax 415.255.1478

*CLIVE STAFFORD-SMITH
*ZACHARY KATZNELSON (SBN 209489
Reprieve
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640
Fax +44 (0)207 353 4641

PAUL HOFFMAN, SBN 71244
Schonbrun DeSimone Seplow Harris &
Hoffman LLP
723 Ocean Front Walk, Suite 100
Venice, CA  90291
Tel. 310.396.0731, ext. 4
Fax 310.399.7040

HOPE METCALF
National Litigation Project
Allard K. Lowenstein International
Human Rights Clinic
Yale Law School
127 Wall Street
New Haven, CT 06520
Tel. 203.432.9404
Fax 203.432.9128

MARGARET SATTERTHWAITE++
    International Human Rights Clinic
    Washington Square Legal Services, Inc.
    New York University School of Law
    245 Sullivan Street
    New York, NY. 10012
    Tel. 212.298.6657
    Fax. 212.995.4031


* For and on behalf of Plaintiff BINYAM MOHAMED only
++ For and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing PLAINTIFFS' RESPONSE TO UNITED STATES' MOTION TO INTERVENE will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

MICHAEL P. ABATE
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone: (202) 616-8209
Fax: (202) 616-8470
*Attorneys for the United States of America*

Dated: December 14, 2007                    */s/ Ben Wizner*