– take active steps to prevent any other authority from operating detention centres which are not subject to political and judicial oversight or where *incommunicado* detention is permitted;

*Legal recommendations*

195. Considers that the powers of Parliament's temporary inquiry committees should be reinforced and the inter-institutional decision governing the exercise of Parliament's right of inquiry be amended accordingly;

196. Considers that Parliament should be adequately involved when the Community or the Union adopt measures affecting civil rights and liberties;

197. Calls for the establishment of an adequate and structured system of cooperation between Parliament and competent bodies of the United Nations and the Council of Europe when dealing with matters related to internal security of the European Union;

198. Calls for enhanced cooperation with national parliaments in order to share all information related to the fight against international terrorism;

199. Underlines the importance of a common definition of 'terrorism'; believes that the United Nations is the most suitable organisation to define the concept;

SECRET SERVICES

200. Fully endorses the conclusions of the Secretary-General of the Council of Europe, Terry Davis, about the lack of oversight and judicial control mechanisms in respect of security services, as expressed in the "Follow-up to the Secretary General's reports under Article 52 ECHR" and expects his recommendations to be duly taken into consideration; calls on Member States to provide adequate and effective parliamentary monitoring (by establishing oversight committees with appropriate powers to access documents and budgetary information) and legal supervision over their secret and intelligence services and the formal and informal networks of which they are part;

201. Considers it necessary to enhance the Conference of the Oversight Committees on the Intelligence bodies of the Member States, in which Parliament should be fully involved;

202. Considers that all European countries should have specific national laws to regulate and monitor the activities of third countries' secret services on their national territories, to ensure a better monitoring and supervision also of their activities, as well as to sanction illegal acts or activities, notably in violation of human rights;

203. Considers the reinforcement of cooperation between the secret and security services of Member States to be highly desirable, either on a multilateral basis, preferably within an EU framework, or on a bilateral basis, provided that a legal framework for it is created ensuring full democratic parliamentary and judicial control and human rights are respected and protected at all times;

204. Urges the Council and the Member States to establish as a matter of priority a system for the democratic monitoring and control over the joint and coordinated intelligence activities at EU level; proposes an important role for Parliament in this monitoring and

control system;

AIR TRAFFIC

205. Urges the Member States to ensure that Article 3 of the Chicago Convention, which excludes state aircraft from the scope of the Convention, is properly implemented in order that all military and/or police aircraft fly over or land on another State's territory only if they have prior authorisation;

206. Calls on Member States to take adequate measures to ensure that overflight clearances for military and/or police aircraft should be granted only if accompanied by guarantees that human rights will be respected and monitored;

207. Considers it necessary to enforce effectively, both at EU and national level, the Tokyo Convention on Offences and Certain Other Acts Committed on Board Aircraft so that the exercise of jurisdiction is used to ensure the observance of any obligation under a multilateral international agreement, in particular concerning the protection of human rights, and that, when appropriate, inspections on board should be undertaken;

208. Calls on the Commission to adopt adequate legislative proposals on transport safety, as provided for in Article 71 EC Treaty, taking into account the recommendations included in this resolution;

209. Recalls the Community competence in the field of transport, and notably transport security; asks the Commission, therefore, to take immediate action to ensure that the recommendations made by the Secretary-General of the Council of Europe as well as by Parliament are implemented;

210. Calls on the Commission to consider adopting rules on the use, monitoring and management of European airspace, on the use of EU airports and on the monitoring of non-commercial aviation;

INTERNATIONAL CONVENTIONS AND AGREEMENTS

211. Urges the Member States that have not yet done so to complete as soon as possible ratification of the 2003 EU-US Extradition Agreement, while taking adequate steps to avoid wrongly interpreting Article 12 of the Agreement, thereby ensuring that its scope does not extend beyond formal extradition and does not legitimise extraordinary renditions;

212. Calls on European countries to support the rapid adoption by the UN General Assembly of the International Convention for the Protection of All Persons Against Enforced Disappearance, adopted on 29 June 2006 by the UN Human Rights Council;

213. Believes that, in providing for the adequate interpretation and enforcement of the UN Convention Against Torture, all European countries should ensure that their definition of torture is in accordance with Article 1 of the Convention and that, moreover, the obligations relating to the prohibition of torture are also fulfilled with respect to other acts of cruel, inhuman, degrading treatment referred to in Article 16 of the Convention; considers that all European countries should ensure that Article 3 of the Convention is properly enforced, in particular in relation to the activities of their secret services;

214. States that, given that the protection against *refoulement* is higher under the ECHR than under the Convention against Torture, European countries should ensure in any event the protection afforded by the ECHR; recalls, in this context, that the principle of *non-refoulement* is also recognised by the Court of Justice of the European Communities;

215. Calls on all European countries to sign and ratify the Optional Protocol to the Convention Against Torture and establish independent national mechanisms to monitor places of detention; emphasises the need to ensure that all such procedures used by the different international conventions on human rights are compatible;

216. Takes the view that the CPT should be granted access without delay or obstruction to any place of detention within the European countries, including foreign military bases, and provided with all relevant information concerning such detention, and that, to this end, any bilateral agreements that restrict the access of the CPT should be revised;

217. Urges all European countries to comply with the provisions of the Rome Statute of the International Criminal Court;

218. Believes that the European Union should encourage all third countries to become party to the Optional Protocol to the Convention against Torture and to the Convention on Enforced Disappearances;

219. Asks European countries to establish clear rules that provide for the possibility of State immunity being waived where illegal actions violate human rights;

*Administrative recommendations (at EU level)*

220. Takes the view that all internal services within the Council (inter alia, the Policy Unit and the Joint Situation Centre) and the Commission (the Crisis Management and Conflict Prevention Unit in the Directorate-General for External Relations and relevant services in the Directorate-General for Justice, Freedom and Security), should be strengthened in the framework of the implementation of the EU Security Strategy and the counter-terrorism strategy in close cooperation with all Member States, and that their cooperation with each other, as well as with Member States, be clearly regulated and data protection be ensured; considers that Parliament should be involved fully in this regard by granting it oversight powers similar to those of national parliamentary oversight committees, and that the Court of Justice be granted competence in this area; underlines that the competence of the EU in the field of combating terrorism should be significantly strengthened;

*EU relations with third countries*

221. Urges the European Union to stress in its contacts with third countries that the appropriate legal framework for governing the international fight against terrorism is criminal law and international human rights law;

222. Stresses the necessity of political dialogue with the US, as well as with other strategic partners of the European Union, on security matters in order to combat terrorism effectively and by legal means;

223. Calls on the European Union to recall that the full application of the 'democratic clause'

is fundamental in its relations with third countries, especially those with which it has concluded agreements; calls on Egypt, Jordan, Syria and Morocco to provide clarity on their role in the extraordinary renditions programme;

224. Strongly believes that it is necessary to promote within the UN framework codes of conduct for all security and military services based on respect for human rights, humanitarian law and democratic political control, similar to the 1994 Code of Conduct on Politico-Military Aspects of Security of the Organisation for Security and Cooperation in Europe;

***Final conclusions***

225. Stresses, in view of the powers it was provided with and of the time which it had at its disposal, and the secret nature of the investigated actions, that the Temporary Committee was not put in a position fully to investigate all the cases of abuses and violations falling within its remit and that its conclusions are therefore not exhaustive;

226. Recalls the principles and values on which the European Union is based, as provided in Article 6 of the Treaty on European Union, and calls on the EU institutions to meet their responsibilities in relation to Article 7 of the Treaty on European Union and all other relevant provisions of the Treaties, and to take all appropriate measures in the light of the conclusions of the work of the Temporary Committee, the facts revealed in the course of the Temporary Committee's investigation and any other facts that may emerge in the future; expects the Council to start hearings and commission an independent investigation without delay, as foreseen in Article 7, and, where necessary, to impose sanctions on Member States in case of a serious and persistent breaches of Article 6, including where a violation of human rights has been declared by an international body but no measure has been taken to redress the violation;

227. Believes that the principle of loyal cooperation enshrined in the Treaties -which requires Member States and the EU institutions to take measures to ensure the fulfilment of their obligations under the Treaties, such as the respect of human rights, or resulting from action taken by the EU institutions, such as ascertaining the truth about alleged CIA flights and prisons, and to facilitate the achievement of EU tasks and objectives – has not been respected;

228. Recalls that in light of European Court of Human Rights case law, a signatory State bears responsibility for the material breach of the provisions of the ECHR, and therefore also of Article 6 of the Treaty on the European Union, not only if its direct responsibility can be established beyond reasonable doubt, but also by failing to comply with its positive obligation to conduct an independent and impartial investigation into reasonable allegations of such violations;

229. Notes the reports by reputable media operators that extraordinary rendition, illegal detention, and systematic torture involving many people is continuing, and considering the declaration by the current US Government that the use of extraordinary rendition and secret places of detention will be continued; therefore calls for an EU-US counter-terrorism summit to seek an end to such inhumane and illegal practices, and to insist that cooperation with regard to counter-terrorism is consistent with international human

rights and anti-torture treaty obligations;

230. Instructs its Committee on Civil Liberties, Justice and Home Affairs, where necessary in cooperation with the Committee on Foreign Affairs, notably its Sub-Committee on Human Rights, to follow up politically the proceedings of the Temporary Committee and to monitor the developments, and in particular, in the event that no appropriate action has been taken by the Council and/or the Commission, to determine whether there is a clear risk of a serious breach of the principles and values on which the European Union is based, and to recommend to it any resolution, taking as a basis Articles 6 and 7 of the Treaty on European Union, which may prove necessary in this context;

231. Calls on its Secretary-General to publish, at least in compliance with Regulation 1049/2001, all the documents received, produced and examined, as well as the records of the proceedings of the Temporary Committee on the Internet as well as in any other appropriate manner and calls on the Secretary-General to ensure that the developments in fields falling within the remit of the Temporary Committee after its disbandment are monitored;

0 0

0

232. Instructs its President to forward this resolution to the Council, the Commission, the governments and parliaments of the Member States, of the candidate Member States and the associated countries, and to the Council of Europe, NATO, the United Nations and the Government and two Houses of Congress of the United States, and to request them to keep Parliament informed of any development that may take place in the fields falling in the remit of the Temporary Committee.

## EXPLANATORY STATEMENT

This final report is the outcome of one year of intense work directly involving 46 Members from all political groups, with the support of secretariat officials and political group staff.

The following figures give some idea of the volume and complexity of the work carried out:

- 33 committee meetings (i.e. more than 110 hours of official meetings);
- 10 meetings of the Bureau and with political group coordinators;
- 7 official committee delegation visits (Former Yugoslav Republic of Macedonia, United States, Germany, United Kingdom, Romania, Poland and Portugal);
- evidence given by some 200 persons, both in committee and during missions;
- 19 extraordinary renditions considered (with four victims of renditions giving evidence directly);
- some 700 amendments tabled to both provisional and final versions of the resolution;
- thousands of pages of documentation received and analysed by the committee.

All the documents produced (reports, working documents, minutes and transcripts of meetings, official delegation reports, etc.) and the documents received (with the exception of confidential documents) will be made public.

---------------------------------------

All the committee's work (the facts analysed, the evidence given and the documents received) is covered in nine working documents, the purpose of which is to elucidate and flesh out the political conclusions set out in the final resolution. The rapporteur feels it would useful to go briefly over the three working documents that were produced last, namely:

- Working document No 7[1], which provide a fuller picture of the individual extraordinary renditions considered by the committee, setting out details of the CIA flights used to transfer detainees. The flight data supplied by Eurocontrol provide incontrovertible evidence of extraordinary renditions. In particular, they reveal a pattern of systematic and deliberate illegal behaviour, with extraordinary rendition circuits involving the repeated use of European airports as stopovers or staging points for illegal missions conducted by US intelligence services for the purpose of abducting terrorist suspects.

- Working document No 8[2], which contains an analysis of the shell companies and aircraft used by the CIA for the 1 245 flights which our committee was able to reconstruct in minute detail, from the types of aircraft used to the airports of departure and arrival, flight times, stopovers and, in particular, the 'suspicious locations', i.e. the

[1] PE 380.593.
[2] PE 380984.

places of departure or origin in which the temporary commission was able to establish the existence of detention centres at which the use of torture was common practice.

- Working document No 9[1], which contains a country-by-country overview of the information gathered by our committee on the extraordinary renditions, the alleged secret detention centres and the role of national authorities.

It should be emphasised that, behind the rigorous exposition of incidents, facts and responsibilities in the report lie the stories of individual human beings, many of whom have – following years of detention – been recognised as being totally innocent of the charges brought against them. These are men deprived of their most basic rights and in many cases forced to undergo degrading and humiliating treatment. It should be remembered that we were only able to address the plight of these victims of extraordinary renditions because their cases had become public knowledge. It is to be feared that many others may have suffered the same fate but escaped the notice of history (and this committee).

Finally, as further reading to this explanatory statement and the political conclusions set out in the two reports, the rapporteur has attached the following documents:

1. An overview of all the activities of the TDIP temporary committee (Annex 1).
2. A list of all the persons who gave evidence before the committee or during an official delegation mission (Annex 2).
3. A document providing details on cooperation afforded to our committee by individual European countries (Annex 3).
4. A list of all those who declined an invitation to meet the committee (Annex 4).

To wind up, the rapporteur considers it his duty to point out that his final report and all the documents and analyses he has produced are the fruit of collective effort involving a large number of Members from all political groups, in what were difficult circumstances. A special mention should go to the members of the committee secretariat and the staff working directly for the rapporteur, as well as to all other EP secretariat and political group staff involved in the arduous work performed over the past year. Our thanks go to each and every one of them.



[1] PE 382.420

**Annex 1**:

**TDIP Committee events**

| DATE | TIME | INSTITUTION-PLACE | SUBJECT | |
|---|---|---|---|---|
| 15 December 2005 - Thursday | | European Parliament (EP) - Strasbourg (STR) | **Plenary sitting 1:** | Resolution on presumed use of European countries by the CIA for the Transportation and Illegal Detention of Prisoners -TDIP-(P6_TA-PROV(2005)0529 |
| EP PLENARY - Jan. (from 16 to 19) 18 January 2006 - Wednesday | 12h00 - 13h00 | EP - STR | **Plenary sitting 2:** | Decision setting up a temporary committee on TDIP (P6_TA-PROV(2006)0012 |
| 24 January 2006 - Tuesday | 08h30 | Council of Europe - Strasbourg | **Parliamentary Assembly 1:** | Meeting of the Committee on Legal Affairs and Human Rights (Point 1 of the Agenda: *Alleged secret detentions in Council of Europe member states*) and debate in plenary of the Parliamentary Assembly. Follow-up by the TDIP secretariat |
| 26 January 2006 - Thursday | 09h00-10h00 | EP - Bruxelles (BXL) | **TDIP Committee 1:** | Constituent meeting (election of chairman, Carlos COELHO and vice-chairmen, Baroness Sarah LUDFORD, Giorgos DIMITRAKOPOULOS, Cem OZDEMIR ) |
| 01 February 2006 - Wednesday | 18h45 - 20h00 | EP - BXL | **Steering group 1:** | Provisional calendar of meetings and planning of the provisional report up to June 2006; Opening and transparency of proceedings; List of personalities/institutions to be invited; Committee delegations; Background information, specific studies, expertise |
| 08 February 2006 - Wednesday | 18h45 - 20h00 | EP - BXL | **Steering group 2:** | Agreement on a working programme to be adopted by the Committee on 13 February 2006 |
| EP PLENARY - Feb (from 13 to 16) 13 February 2006 - Monday | 19h00 - 21h00 | EP - STR | **TDIP Committee 2:** | Franco FRATTINI, Vice-President of the European Commission; Adoption of the calendar of meetings and of the TDIP working programme until 30 June 2006; presentation by Giovanni Claudio FAVA, rapporteur |
| 14 February 2006 - Tuesday | 14h30 - 15h00 | EP - STR | **Press conference 1:** | Carlos COELHO, chairman and Giovanni Claudio FAVA, rapporteur: Start of the committee proceedings |

| DATE | TIME | INSTITUTION-PLACE | | SUBJECT |
|---|---|---|---|---|
| 23 February 2006 - Thursday | 9h00 - 12h00 | EP - BXL | **TDIP Committee 3:** | Joanne MARINER, Human Rights Watch; Anne FITZGERALD, Amnesty International; Tony BUNYAN, Statewatch |
| | 15h00 - 18h30 | | | Armando SPATARO, Prosecutor (Milan); Dick MARTY, Council of Europe |
| | 19h30 | | **Working meal 1 (dinner):** | Hosted by Carlos COELHO, (Bureau and coordinators) with Dick MARTY, Council of Europe |
| 6 March 2006 - Monday | 15 h00 - 17h30 | EP - BXL | **TDIP Committee 4:** | Generale Nicolò POLLARI, Italian Intelligence and Security Services (in camera); Anne-Marie LIZIN, President of the Senate of Belgium; Jean Claude DELEPIERE, Chairman of the Permanent Committee R |
| | 17h30 - 18h30 | | **Steering group 3:** | Treatment of confidential information; Organisation of TDIP Committee work |
| EP PLENARY - March (from 13 to 16) 13 March 2006 - Monday | 11h45 - 13h00 | Council of Europe - Paris | **Parliamentary Assembly 2:** | Meeting of the Committee on Legal Affairs and Human Rights (Point 7 of the Agenda: *Alleged secret detentions in Council of Europe member states*) with the participation of Giovanni Claudio FAVA, rapporteur |
| | 21h00 - 22h30 | EP - STR | **TDIP Committee 5:** | Khaled EL MASRI (German citizen), alleged victim and his lawyer, Manfred GNJIDIC |
| 21 March 2006 - Tuesday | 15h00 - 18h00 | EP - BXL | **TDIP Committee 6:** | Stephen GREY, journalist (free lancer); Guido OLIMPIO and Paolo BIONDANI, journalists from *Il corriere della sera* (IT) |
| | 18h00 - 19h00 | | **Steering group 4:** | Delegations to FYROM and USA; Programme of future Committee meetings; Organisation of TDIP Committee meetings |
| 23 March 2006 - Thursday | 15h00 - 18h00 | EP - BXL | **TDIP Committee 7:** | Maher ARAR (Canadian citizen) alleged victim and his lawyers, Lorne WALDMAN and Marlys EDWARDH; Kjell JÖNSSON, lawyer of Mohammed EL-ZARY (Egyptian citizen) alleged victim |

| DATE | TIME | INSTITUTION-PLACE | SUBJECT | |
|---|---|---|---|---|
| EP PLENARY - April (from 3 to 6) 3 April 2006 - Monday | 21h00 - 22h15 | EP - STR | **TDIP Committee 8:** | Preparation of the draft interim report (2006/2027 (INI)) |
| | 22h15 - 22h35 | | **Steering group 5:** | Delegations to FYROM and USA; Treatment of confidential information ('Eurocontrol') |
| 11 April 2006 - Tuesday | from 8h30 | Council of Europe - STR | **Parliamentary Assembly 3:** | Meeting of the Committee on Legal Affairs and Human Rights (Point 4 of the Agenda: *Alleged secret detentions in Council of Europe member states*) Follow-up by the TDIP secretariat |
| 20 April 2006 - Thursday | 9h30 - 12h30 | EP - BXL | **TDIP Committee 9:** | Craig MURRAY, former UK ambassador to Uzbekistan; Gijs DE VRIES, EU's Counter-Terrorism Coordinator |
| | 15h00 - 18h30 | | | Matías VALLES, journalist from "Diario de Mallorca"; Edward HORGAN, former UN peacekeeper and Retired Commandant of the Irish Army |
| 24 April 2006 - Monday | 13h00 | EP - BXL | **Working meal 2 (lunch):** | Hosted by chairman COELHO with Thomas HAMMARBERG, CoE's Human Rights Commissioner |
| 25 April 2006 - Tuesday | 15h00 - 18h30 | EP - BXL | **TDIP Committee 10:** | Examination of the draft interim report; Stephen H. OLESKEY, Counsel for six citizens of Bosnia and Herzegovina imprisoned at Guantanamo Bay; Srdjan DIZDAREVIC, President of the Helsinki Committee for Human Rights in Bosnia and Herzegovina; Michele PICARD, former President of the Human Rights Chamber of Bosnia Herzegovina |
| 26 April 2006 - Wednesday | 11h00 - 12h00 | EP - BXL | **Press conference 2:** | Carlos COELHO, chairman and Giovanni Claudio FAVA, rapporteur: Presentation of the draft interim report (2006/2027 (INI)) |
| 27 April 2006 - Thursday | 15h00 - 18h30 | EP - BXL | | **TDIP Committee:** (cancelled because of the delegation to Skopje) |

| DATE | TIME | INSTITUTION-PLACE | SUBJECT | |
|---|---|---|---|---|
| 27 April 2006 - Thursday (afternoon) / 29 April 2006 - Saturday (morning) | *** | Skopje (FYROM) | **Delegation TDIP 1: Skopje (FYROM)** Sylvia-Yvonne KAUFMANN [acting chair], Giovanni Claudio FAVA, Wolfgang KREISSL-DÖRFLER, Raül ROMEVA I RUEDA, Ryszard CZARNECKI | Erwan FOUÉRÉ, Head of the European Commission delegation and EU Special Representative; Bancko CRVENKOVSKI, President of the Republic; Radmila SEKERINSKA, Deputy Prime Minister; Slobodan CASULE, Member of the Parliament; Siljan AVRAMOVSKI, Deputy Director of the Security and counter-Intelligence Directorate; Ljubomi MIHAILOVSKI, Minister of Interior; Ljupco JORDANOVSKI, President of the Assembly; Karolina RISTOVA-ASTERUD, President of the Parliament's EU Affairs Committee; Tenta ARIFI, President of the Parliament's Foreign Affairs Committee; Ganka SAMOILOVSKA CVETANOVA, Member of Parliament; Mirjana NAJCEVSKA, President of the Macedonian Helsinki Committee; Esad RAHIC, President of the Parliamentary Committee for Defence and Security; Stojan ANDOV, President of the Human Rights Parliamentary Committee; Zvonimir JANKULOVSKI, Security expert |
| 28 April 2006 - Friday | 19h30 - 20h00 | Skopje (FYROM) | **Press conference 3:** | Sylvia-Yvonne KAUFMANN, acting chairwoman and Giovanni Claudio FAVA, rapporteur: Outcome of the delegation to FYROM |
| 02 May 2006 - Tuesday | 14h30 | EP - BXL | | Informal meeting between Javier SOLANA and the Steering group |
| | 15h00 - 18h30 | EP - BXL | **TDIP Committee 11:** | Javier SOLANA, EU High Representative for the CFSP; Alvaro GIL-ROBLES, Council of Europe's former Human Rights Commissioner |
| 04 May 2006 - Thursday | 9h30 - 12h30 | EP - BXL | **TDIP Committee 12:** | Exchange of views on the draft interim report (2006/2027 (INI)); Manfred NOWAK, United Nations Special Rapporteur on Torture |
| | 15h00 - 18h30 | | | Mats MELIN, Swedish Chief Parliamentary Ombudsman |
| | 12h30 - 13h15 | EP - BXL | **Press conference 4:** | Sylvia-Yvonne KAUFMANN, acting chairwoman and Giovanni Claudio FAVA, rapporteur: Outcome of the delegation to FYROM |

| DATE | TIME | INSTITUTION-PLACE | SUBJECT | |
|---|---|---|---|---|
| 08 May 2006 - Monday (evening) / 12 May 2006 - Friday (morning) | *** | Washington (USA) | **Delegation TDIP 2: Washington (USA)** Carlos COELHO, Baroness Sarah LUDFORD, Cem ÖZDEMIR, Giovanni Claudio FAVA, Jas GAWRONSKI, Jose-Ingnacio SALAFRANCA SÁNCHEZ-NEYRA, Wolfgang KREISSL-DÖRFLER, Giulietto CHIESA, Jean LAMBERT, Giusto CATANIA, Konrad SZYMANSKI, Miroslaw PIOTROWSKI, Roger HELMER) | John BRUTON, Head of the European Commission Delegation; Scott HORTON, Chair of the committee on International Law; Margaret L. SATTERTHWAITE, Assistant Professor of Clinical Law and Faculty Director; Barbara OLSHANSKY, Director and Counsel (Guantanamo Global Justice Initiative); Elisa MASSIMINO, Director of the Washington, D.C. Office (Human Rights First); Angela COLAIUTA, Center for Victims of Torture, John BRADSHAW, Open Society Policy Center, Smita BARUAH, Physicians for Human Rights, Jumana MUSA, Advocacy Director for Domestic Human Rights and International Justice; Jonathan SIFTON, Counterterrorism Researcher, Jennifer DASKAL, US Advocacy Director; Representative Robert WEXLER (D-Florida); Dan FRIED, Assistant Secretary of State, John BELLINGER, Department of State's Legal Adviser; Steven M. WATT, Staff Attorney Ann BEESON, Associate Legal Director, Chris ANDERS, Legislative Counsel; Senator Arlen SPECTER (R) Pennsylvania; Senator Richard DURBIN (D) Illinois; Congressman Ed MARKEY (D) Massachusetts; James WOOLSEY (Former CIA Director 1993-1995); David RIVKIN, Olivier GUITTA and Sally McNAMARA from the American Legislative Exchange Council; Morton H. HALPERIN, Lawrence J. KORB, Peter RUNDLET and Ken GUDE from the Center for American Progress; Eva NOWOTNY, Austrian Ambassador to the USA representing the EU Council's Presidency |
| 11 May 2006 - Thursday | 17h30 - 18h15 | Commission Delegation Washington (USA) | **Press conference 5:** | Carlos COELHO, chairman and Giovanni Claudio FAVA, rapporteur: Outcome of the delegation to USA |
| EP PLENARY - May (from 15 to 18) — 15 May 2006 - Monday | 21h00 - 22h30 | EP - STR | **TDIP Committee 13:** | Exchange of views on the Research Note on the international law concerning the prohibition of torture presented by a representative of the Legal Service of the EP; Report on the TDIP committee delegation to USA (Washington, 8 to 12 May 2006) |
| 16 May 2006 - Tuesday | 12h00 | | | Deadline for submission of the amendments to the draft interim report (Committee's Secretariat) |

| | DATE | TIME | INSTITUTION-PLACE | | SUBJECT |
|---|---|---|---|---|---|
| | 17 May 2006 - Wednesday | 11h00 - 11h30 | | **Press conference 6:** | <u>Carlos COELHO</u>, chairman and <u>Giovanni Claudio FAVA</u>, rapporteur: Outcome of the delegation to USA |
| | 30 May 2006 - Tuesday | 15h00 - 18h30 | EP - BXL | **TDIP Committee 14:** | Exchange of views on the study of the EU Network of Independent Expertise with Olivier DE SCHUTTER; Exchange of views on the amendments to the draft interim report (2006/2027 (INI)); |
| | 01 June 2006 - Thursday | | EP - BXL | | **TDIP Committee:** (cancelled by a committee decision) |
| | 07 June 2006 - Wednesday | from 09h00 | Council of Europe - Paris | **Parliamentary Assembly 4:** | Meeting of the Committee on Legal Affairs and Human Rights (Point 3 of the Agenda: *Alleged secret detentions in Council of Europe member states: Consideration of a draft report and vote on a draft resolution and a draft recommendation*) |
| EP PLENARY - June (from 12 to 15) | 12 June 2006 - Monday | 19h00 - 20h30 | EP - STR | **TDIP Committee 15** | Vote of motion for a interim resolution (2006/2027 (INI)) midway through the TDIP work |
| | 13 June 2006 - Tuesday | 15h00-15h30 | | **Press conference 7:** | <u>Carlos COELHO</u>, chairman and <u>Giovanni Claudio FAVA</u>, rapporteur: Outcome of the vote on the interim resolution in the Committee |
| | 21 June 2006 - Wednesday | 15h00 | EP - BXL | **Meeting with rapporteur 1:** | Brian JOHNSON-THOMAS, expert on arms trade |
| | | 18h45 - 20h15 | | **Steering group 6:** | Informal exchange of views on eventual programme of work for the second semester of the year |
| | 27 June 2006 - Tuesday | from 10h00 | Council of Europe - Paris | **Parliamentary Assembly 5:** | Plenary of the Parliamentary Assembly, 3rd part of 2006 Ordinary Session (Point 2 of the Agenda: *Alleged secret detentions in Council of Europe member states; Statement by <u>Franco FRATTINI</u>, Vice-President of the European Commission; Statement by <u>Giovanni Claudio FAVA</u>, rapporteur; vote on Legal Affairs and Human Rights Committee's report*) |

| DATE | | TIME | INSTITUTION-PLACE | SUBJECT | |
|---|---|---|---|---|---|
| EP PLENARY - July (from 3 to 6) | 03 July 2006 - Monday | 21h00 - 22h30 | EP - STR | **TDIP Committee 16:** | Exchange of views with Dick MARTY, Council of Europe |
| | 05/06 July 2006 | 13h15 - 13h45 | | **Plenary sitting 3:** | Debate(5 July) and vote(6 July) of the resolution (2006/2027 (INI)) midway through TDIP work |
| | | | | **Press conference 8:** | Carlos COELHO, chairman and Giovanni Claudio FAVA, rapporteur: Outcome of the vote on the resolution just adopted in Plenary (6 July) |
| 10 July 2006 - Monday | | 15h00 - 18h00 | EP - BXL | **TDIP Committee 17:** | Working programme for the second half of the year; Munich prosecutor Martin HOFMANN (Germany) in charge of the El-Masri case |
| | | 18h00 - 18h30 | | **Steering group 7:** | Delegations to Germany, United Kingdom, Romania and Poland |
| PLENARY - September I (from 4 to 7) | 4 September 2006 - Monday | 21h00 - 22h30 | EP - STR | **TDIP Committee 18:** | Carlo BONINI, journalist from La Repubblica (IT) |
| 14 September 2006 - Thursday | | 09h00 - 12h30 | EP - BXL | **TDIP Committee 19:** | Bernhard DOCKE, Partner of Dr. Hannover and Partner Bremen, Lawyer of Murat KURNAZ; Gül PINAR, Lawyer of Mohammed ZAMMARS's family; Francesca LONGHI, Lawyer of Abou ELKASSIM BRITEL, Italian citizen |
| | | 14h00 - 15h00 | | **Steering group 8:** | State of play of TDIP Committee working programme (hearings and delegations); Preparation of TDIP Committee final recommendations |
| | | 15h00 - 18h30 | | **TDIP Committee 19:** | Marek Antoni NOWICKI, Former Kosovo Ombudsman (2000 - 2005); Miguel Angel MORATINOS, Minister for Foreign Affairs of Spain |