| DATE | TIME | INSTITUTION-PLACE | SUBJECT |
|---|---|---|---|
| 19 September 2006 - Tuesday | *** | Berlin (Germany) | **Delegation TDIP 3: Berlin (GERMANY)** Carlos COELHO, (chairman), Giovanni Claudio FAVA, Jas GAWRONSKI, Wolfgang KREISSL-DÖRFLER, Alexander ALVARO, Cem ÖZDEMIR, Sylvia Yvonne KAUFMANN<br><br>Hans-Martin TILLACK, Stern Magazine; Ferdinand MUGGENTHALER and Susanne BAUMANN, Amnesty International; Members of the Bundestag's Inquiry Committee: GROHE Hermann, HARTMANN Michael, HUBINGER Anette, JUNG Johannes, KASTER Bernhard, KAUDER Siegfried Kauder, KOHLER Kristina, KONIGSHAUS Hellmut, MAYER Stephan, MOGG Ursula, NACHTWEI Winfried, NESKOVIC Wolfgang, OPPERMANN Thomas, PAU Petra, STADLER Max and STRÖBELE Hans-Christian |
| 20 September 2006 - Wednesday | 12h00 | EP - BXL | **Meeting with rapporteur 2:** Francis GAINCHE, Adviser to the Director of the Central Flow Management (EUROCONTROL) |
| 25 September 2006 - Monday<br>EP PLENARY - September II (from 25 to 28) | 21h00 - 22h30 | EP - STR | **TDIP Committee 20:** Hans BORN, Senior fellow, Geneva Centre for the Democratic Control of Armed Forces (DCAF) |
| 02 October 2006 - Monday | 16h15 - 17h00 | | **TDIP Committee 21:** Exchange of views on the delegation to Berlin; Projection of the film "CIA: Guerre secrete en Europe" |
| | 17h00 - 18h30 | EP - BXL | **Steering group 9:** Treatment of confidential information; State of play of TDIP Committee working programme (hearings and delegations) |
| 03 October 2006 - Tuesday | 09h00 - 12h30 | | **TDIP Committee 21:** Victor AGUADO, Director General of the European Organisation for the Safety of Air Navigation (EUROCONTROL); Martin SCHEININ, United Nations Special Rapporteur for promotion and protection of Human rights while countering terrorism |

| DATE | TIME | INSTITUTION-PLACE | SUBJECT |
|---|---|---|---|
| 04 October 2006 - Wednesday (morning) 06 October 2006 - Friday (evening) | *** | London (United Kingdom) | **Delegation TDIP 4: London (UNITED KINGDOM)** Sarah LUDFORD, [acting chair], Giovanni Claudio FAVA, Jas GAWRONSKI, Wolfgang KREISSL-DÖRFLER, Jean LAMBERT, Giusto CATANIA, Miroslaw PIOTROWSKI<br><br>Wahab El-Rawi, brother of Bisher al-Rawi; Clive Stafford Smith, lawyer for Bisher al-Rawi, Jamil El-Banna and Binyam Mohamed; Gareth Peirce, lawyer for Bisher al-Rawi and Jamil El-Banna; Brent Mickum, US lawyer of Bisher al Rawi and Jamil El-Banna; Rt Hon Michael Ancram MP, Member of the Intelligence and Security Committee; Martin Mubanga; Louise Christian, lawyer of Martin Mubanga; Eric Metcalfe, representative from Justice; Gareth Crossman, representative from Liberty; Anne Fitzgerald, representative from Amnesty International; Ian Cobain and Richard Norton-Taylor, journalists from "The Guardian"; Stephen GREY, free-lance journalist; Mike Gapes MP, Chairman of the Foreign Affairs Committee (House of Commons); Rt Hon Geoff Hoon MP, Minister for Europe, Foreign and Commonwealth Office; Andrew Tyrie MP, Chairman of the All-Party Parliamentary Group on extraordinary rendition, comprising members of the House of Commons and House of Lords |
| 06 October 2006 - Friday | 11h00 - 12h00 | Commission Delegation London (United Kingdom) | **Press conference 9:** Sarah LUDFORD, acting chair and Giovanni Claudio FAVA, rapporteur: Outcome of the delegation to London |
| 09 October 2006 - Monday | 15h00 - 18h30 | EP - BXL | Armando SPATARO, Prosecutor (Milano) |
| 10 October 2006 - Tuesday | 09h00 - 12h30 | | **TDIP Committee 22:** Otmar LAHODINSKY, Journalist and European editor of Austria's weekly magazine "Profil"; Masaad Omer BEHARI, Alleged victim of Sudanese origin, living in Vienna |

| DATE | TIME | INSTITUTION-PLACE | SUBJECT |
|---|---|---|---|
| 17 October 2006 - Tuesday (morning) 19 October 2006 - Thursday (evening) | *** | Bucharest (Romania) | **Delegation TDIP 5: Bucharest (ROMANIA)** Carlos COELHO, (chairman), Giovanni Claudio FAVA, Sarah LUDFORD, Cem OZDEMIR, Frieda BREPOELS, Ana GOMES, Willy MEYER, Ryszard CZARNECKI  Tapio SAARELA, Finnish Ambassador representing the EU Council's Presidency; Jonathan SCHEELE, Head of the European Commission delegation; Adrian Cosmin VIERITA, Secretary of State for EU affairs, Ministry for Foreign Affairs; Norica NICOLAI, Senator, Chairwoman of the Special Inquiry Committee of the Romanian Senate; Teodor MELESCANU, Vice-president of the Romanian Senate; Radu STROE, Chairman of the Parliamentary Committee for the Oversight of the Romanian Intelligence Services; Romeo RAICU, Chairman of the Romanian Foreign Intelligence Service Oversight Parliamentary Committee; Renate WEBER, Chair of the Open Society Foundation; Diana-Olivia CALINESCU, Executive Director APADOR -CH (Romanian Helsinki Committee); Calin COSMACIUC, Journalist, Evenimentul Zilei; Dan VULCAN, Former chief inspector, Department of Civil Aviation, Ministry of Transport; Catalin RADU, Chief inspector, Department of Civil Aviation, Ministry of Transport; Sergiu Tudor MEDAR, National Security Adviser, Presidential Administration; Anghel ANDREESCU, Secretary of State for public order and security; George MAIOR, Head of the Romanian Intelligence Service; Radu TIMOFTE, Former Head of the Romanian Intelligence Service; Maria IONESCU, Editor in chief at "Observator de Constanta" newspaper; Cristian RADU and Stefan CANDEA, Romanian Centre for Investigative Journalism; Alison MUTLER, Associated Press Writer; Mihaela DANGA, Deputy Director at the Centre for Independent Journalism; Ioan TALPES, Senator, Member of the Committee for National Security and Defence; Gheorghe FULGA, Former Head of the Romanian External Intelligence Services |
| 19 October 2006 - Thursday | 11h23 - 12h00 | Commission Delegation Bucharest (Romania) | **Press conference 10:** Carlos COELHO, chairman and Giovanni Claudio FAVA, rapporteur: Outcome of the delegation to Bucharest |

| DATE | TIME | INSTITUTION-PLACE | SUBJECT |
|---|---|---|---|
| 23 October 2006 - Monday | 19h00 - 19h30 | EP - STR | **TDIP Committee 23:** Exchange of views on the delegation to Romania (Bucharest) |
| | 19h30 - 20h30 | | **Steering group 10:** Treatment of confidential information; State of play of TDIP Committee working programme (hearings and delegations) |
| 08 November 2006 - Tuesday (morning) / 10 November 2006 - Thursday (evening) | *** | Warsaw (Poland) | **Delegation TDIP 6: Warszawa (POLAND)** Carlos COELHO (chairman), Giovanni Claudio FAVA, Jas GAWROŃSKI, Giulietto CHIESA, Sophia IN'T VELD, Cem OZDEMIR, Giusto CATANIA, Konrad SZYMANSKI, Boguslaw ROGALSKI, Ryszard CZARNECKI | Jarosław GIZIŃSKI, Journalist, Newsweek Polska; Paweł WROŃSKI, Journalist, Gazeta Wyborcza; Marek Antoni NOWICKI, President, Helsinki Foundation for Human Rights; Marek PASIONEK, Undersecretary of State in the Chancellery of the Prime Minister; Adam KRZYKOWSKI, Journalist, Public TV Olsztyn; Jarosław JURCZENKO, Chairman of the Board, Szczytno/Szymany Airport; Marek KSIĄŻEK, Journalist from the region of Szczytno (free lance); Zbigniew SIEMIATKOWSKI, former Head of the Foreign Intelligence Agency (AW) (2002 - 2004); Jerzy KOS, former Chairman of the Board, Szczytno/Szymany Airport. |
| 10 November 2006 - Friday | 13h30 - 14h00 | Commission Delegation Warsaw (Poland) | **Press conference 11:** Carlos COELHO, chairman and Giovanni Claudio FAVA, rapporteur: Outcome of the delegation to Warsaw |
| 13 November 2006 - Monday | 19h00 - 20h30 | EP - STR | **TDIP Committee 24:** Terry DAVIS, Council of Europe's Secretary General |
| 20 November 2006 - Monday | 15h00 - 18h30 | EP - BXL | **TDIP Committee 25:** Wolfgang PETRITSCH, former United Nations High Representative in Bosnia and Herzegovina; Javier ZARAGOZA and Vicente GONZALEZ MOTA, Spanish prosecutors |

EP PLENARY - October (from 23 to 26)
EP PLENARY - November (from 13 to 16)

RR\382246EN.doc        47/77        PE 382.246v02-00        **EN**

| DATE | TIME | INSTITUTION-PLACE | | SUBJECT |
|---|---|---|---|---|
| 22 November 2006 - Wednesday | 09h00 - 12h30 | EP - BXL | TDIP Committee 26: | Murat KURNAZ, victim; Bernhard DOCKE, Partner of Dr. Hannover and Partner Bremen, Lawyer of Murat KURNAZ |
| 23 November 2006 - Thursday | 15h00 - 18h30 | EP - BXL | TDIP Committee 27: | Mariola PRZEWLOCKA, Former director of Szczytno/Szymany Airport (Poland) |
| 28 November 2006 - Tuesday | 15h00 - 18h30 | EP - BXL | TDIP Committee 28: | Maurice MANNING, president of the Irish Human Rights Commission and Suzanne EGAN, Commissioner of the Irish Human Rights Commission; presentation of the final report by Giovanni Claudio FAVA, rapporteur |
| 28 November 2006 - Tuesday | 18h30 - 20h00 | EP - BXL | Steering group 10: | TDIP Temporary Committee delegation to Lisbon, 6 December 2006 |
| 29 November 2006 - Wednesday | 15h30 - 16h00 | EP - BXL | Press conference 12: | Giovanni Claudio FAVA, rapporteur: presentation of draft final report |
| 30 November 2006 - Thursday | 15h00 - 18h30 | EP - BXL | TDIP Committee 29: | Dermot AHERN, Irish Minister for Foreign Affairs; Gerald STABEROCK, International Commission of Jurists |
| 06 December 2006 - Wednesday | **** | Lisbon (Portugal) | Delegation TDIP 7: Lisbon (PORTUGAL) Carlos COELHO, (chairman), Sarah LUDFORD, Frieda BREPOELS, Wolfgang KREISSL-DÖRFLER, Raül ROMEVA, Ana Maria GOMES | Luis AMADO, Minister for Foreign Affairs, Micael PEREIRA and Ricardo LOURENÇO, journalists from "Expresso", Maria Helena FALEIRO DE ALMEIDA, Director of Economic Regulation of Instituto Nacional de Aviação Civil (INAC), Fernando CARVALHO, Administrator of Navegação Aérea de Portugal (NAV), Manuel JARMELA PALOS, Director of Serviço de Estrangeiros e Fronteiras (SEF), heads of political groups. |

| DATE | TIME | INSTITUTION-PLACE | | SUBJECT |
|---|---|---|---|---|
| 12 December 2006 - Tuesday | 13h00 - 22h00 | Mannheim (Germany) | Fact finding mission 1: Cem OZDEMIR, Vice-President | Wolf-Dieter DIETRICH, prosecutor; Peter WRIGHT, peace activist; Mr. RÄBOCK and Mr. SCHINDLER, witnesses (Coleman BARRACKS) |
| 14 December 2006 - Thursday | 10h00 - 11h00 | EP - STR | TDIP Committee 30: | Exchange of views on the draft final report |
| 18 December 2006 - Monday | 12h00 | | | Deadline for submission of the amendments to the draft final report (Committee's Secretariat) |
| | 15h00 - 18h30 | EP - BXL | | Exchange of views on the delegation to Lisbon (Portugal); Exchange of views on the draft final report (continuation from the previous meeting) |
| 19 December 2006 - Tuesday | 09h00 - 12h30 | | TDIP Committee 31: | Franco FRATTINI, Vice-President of the European Commission |
| 15 January 2007 - Monday | 19h00 - 20h30 | EP - STR | TDIP Committee 32: | Exchange of views on the amendments to the draft final report |
| 23 January 2007 - Tuesday | 09h00 - 12h30 | EP - BXL | TDIP Committee 33: | Vote of the motion for a resolution (2006/2200 (INI)) |
| | 14h30 - 15h00 | EP - BXL | Press conference 13: | Carlos COELHO, chairman and Giovanni Claudio FAVA, rapporteur: Outcome of the vote on the motion for a resolution as adopted by TDIP Committee |
| 13 February 2007 - Tuesday | 15h00 - 17h30 | EP - STR | Plenary sitting 4: | Debate on the resolution on the outcome of TDIP work |
| 15 February 2007 - Wednesday | Midday | | Plenary sitting 5: | Vote of the resolution |
| | After vote | | Press conference 14: | Outcome of the vote on the resolution concluding TDIP work in Plenary |

(Left margin row labels: EP PLENARY - December (from 11 to 14); EP PLENARY - January (15 to 18); EP PLENARY - February (12 to 15))

**Annex 2:**

**Meetings in the Framework of the Committee's Work**

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **EU Institutions** | | | | | |
| 1 | FRATTINI Franco | Vice-President | European Commission | 19 December 2006 | Brussels | Hearing |
| | | | | 13 February 2006 | Strasbourg | |
| 2 | BRUTON John | Head of the European Commission delegation | European Commission | 08 May 2006 | Washington | Delegation |
| 3 | SCHEELE Jonathan | Head of the European Commission delegation | European Commission | 17 October 2006 | Bucharest | Delegation |
| 4 | FOUÉRÉ Erwan | Head of the European Commission delegation and EU Special Representative | FYROM | 27 April 2006 | Skopje | Delegation |
| 5 | SOLANA Javier | EU High Representative for the CFSP | Council of the European Union | 02 May 2006 | Brussels | Hearing |
| 6 | DE VRJIES Gijs | EU's Counter-terrorism Coordinator | Council of the European Union | 20 April 2006 | Brussels | Hearing |
| 7 | SAARELA Tapio | Finnish Ambassador to Romania representing the EU Council's Presidency | European Union Council's Presidency | 17 October 2006 | Bucharest | Delegation |
| 8 | NOWOTNY Eva | Austrian Ambassador to the USA representing the EU Council's Presidency | European Union Council's Presidency | 08 May 2006 | Washington | Delegation |
| | **Governments** | | | | | |
| 1 | AVRAMOVSKI Siljan | Deputy Director of the Security and Counter-Intelligence Directorate | FYROM | 28 April 2006 | Skopje | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **Governments** | | | | | |
| 2 | CRVENKOVSKI Branko | President of the Republic | FYROM | 27 April 2006 | Skopje | Delegation |
| 3 | MIHAILOVSKI Ljubomir | Minister of Interior | FYROM | 28 April 2006 | Skopje | Delegation |
| 4 | SEKERINSKA Radmila | Deputy Prime Minister | FYROM | 27 April 2006 | Skopje | Delegation |
| 5 | AHERN Dermot | Minister for Foreign Affairs | Ireland | 30 November 2006 | Brussels | Hearing |
| 6 | POLLARI Nicolò | Head of the Italian Intelligence and Security Services | Italy | 06 March 2006 | Brussels | Hearing |
| 7 | PASIONEK Marek | Undersecretary of State at the Chancellery of the Prime Minister | Poland | 09 November 2006 | Warsaw | Delegation |
| 8 | SIEMIĄTKOWSKI Zbigniew | Former Head of the Foreign Intelligence Agency (AW) | Poland | 10 November 2006 | Warsaw | Delegation |
| 9 | AMADO Luis | Minister for Foreign Affairs | Portugal | 05 December 2006 | Lisbon | Delegation |
| 10 | CARVALHO Fernando | Administrator of Navegação Aérea de Portugal (NAV) | Portugal | 05 December 2006 | Lisbon | Delegation |
| 11 | FALEIRO DE ALMEIDA Maria Helena | Director of Economic Regulation of Instituto Nacional de Aviação Civil (INAC) | Portugal | 05 December 2006 | Lisbon | Delegation |
| 12 | JARMELA PALOS Manuel | Director of Serviço de Estrangeiros e Fronteiras (SEF) | Portugal | 05 December 2006 | Lisbon | Delegation |
| 13 | ANDREESCU Anghel | Secretary of State for public order and security | Romania | 18 October 2006 | Bucharest | Delegation |
| 14 | FULGA Gheorghe | Former Head of the Romanian External Intelligence Service | Romania | 19 October 2006 | Bucharest | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
|  | **Governments** |  |  |  |  |  |
| 15 | MAIOR George | Head of the Romanian Internal Intelligence Service | Romania | 18 October 2006 | Bucharest | Delegation |
| 16 | MEDAR Sergiu Tudor | National Security Adviser, Presidential Administration | Romania | 18 October 2006 | Bucharest | Delegation |
| 17 | RADU Catalin | Chief Inspector, Department of Civil Aviation, Ministry of Transport | Romania | 18 October 2006 | Bucharest | Delegation |
| 18 | ROMERO | Deputy Director of the Romanian Internal Intelligence Service | Romania | 18 October 2006 | Bucharest | Delegation |
| 19 | TIMOFTE Radu | Former Head of the Romanian Internal Intelligence Service | Romania | 18 October 2006 | Bucharest | Delegation |
| 20 | VIERITA Adrian Cosmin | Secretary of State for EU affairs, Ministry for Foreign Affairs | Romania | 17 October 2006 | Bucharest | Delegation |
| 21 | VULCAN Dan | Former Chief Inspector, Department of Civil Aviation, Ministry of Transport | Romania | 17 October 2006 | Bucharest | Delegation |
| 22 | MORATINOS Miguel Angel | Minister for Foreign Affairs | Spain | 14 September 2006 | Brussels | Hearing |
| 23 | HOON Geoff | Minister for Europe, Foreign and Commonwealth Office | United Kingdom | 05 October 2006 | London | Delegation |
| 24 | BELLINGER John | Department of State Legal Adviser Office | USA | 11 May 2006 | Washington | Delegation |
| 25 | FRIED Dan | Assistant Secretary of State, Bureau of European and Eurasian Affairs | USA | 11 May 2006 | Washington | Delegation |
| 26 | WOOLSEY James | Former CIA Director | USA | 12 May 2006 | Washington | Delegation |
|  | **National Parliaments** |  |  |  |  |  |
| 1 | DELEPIÈRE Jean-Claude | Chairman of the Permanent Committee R | Belgium | 06 March 2006 | Brussels | Hearing |