| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
|  | **Journalists** |  |  |  |  |  |
| 1 | LAHODYNSKY Otmar | Journalist and European Editor of Austria's weekly magazine *Profil* | Austria | 10 October 2006 | Brussels | Hearing |
| 2 | TILLACK Hans-Martin | Journalist from *Stern Magazin* | Germany | 19 September 2006 | Berlin | Delegation |
| 3 | BIONDANI Paolo | Journalist from *Il Corriere della Sera* | Italy | 21 March 2006 | Brussels | Hearing |
| 4 | OLIMPIO Guido | Journalist from *Il Corriere della Sera* | Italy | 21 March 2006 | Brussels | Hearing |
| 5 | BONINI Carlo | Journalist from *La Repubblica* | Italy | 04 September 2006 | Strasbourg | Hearing |
| 6 | GIZIŃSKI Jarosław | Journalist from *Newsweek Polska* | Poland | 08 November 2006 | Warsaw | Delegation |
| 7 | KRZYKOWSKI Adam | Journalist from public TV Olsztyn | Poland | 09 November 2006 | Warsaw | Delegation |
| 8 | KSIĄŻEK Marek | Journalist from the region of Szczytno (free lance) | Poland | 09 November 2006 | Warsaw | Delegation |
| 9 | WROŃSKI Paweł | Journalist form *Gazeta Wyborcza* | Poland | 09 November 2006 | Warsaw | Delegation |
| 10 | LOURENCO Ricardo | Journalist from *Expresso* | Portugal | 05 December 2006 | Lisbon | Delegation |
| 11 | PEREIRA Micael | Journalist from *Expresso* | Portugal | 05 December 2006 | Lisbon | Delegation |
| 12 | CANDEA Stefan | Romanian Center for Investigative Journalism | Romania | 18 October 2006 | Bucharest | Delegation |
| 13 | RADU Cristian | Romanian Center for Investigative Journalism | Romania | 18 October 2006 | Bucharest | Delegation |
| 14 | COSMACIUC Calin | Journalist from the *Evenimentul Zilei* | Romania | 17 October 2006 | Bucharest | Delegation |
| 15 | DANGA Mihaela | Deputy Director at the Center for Independent Journalism | Romania | 19 October 2006 | Bucharest | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|----|------|----------|--------------------|--------------------|---------------------|---------|
|    | **Journalists** | | | | | |
| 16 | IONESCU Maria | Editor in chief at Observator de Constanta newspaper | Romania | 18 October 2006 | Bucharest | Delegation |
| 17 | MUTLER Allison | Associated Press Writer | Romania | 18 October 2006 | Bucharest | Delegation |
| 18 | VALLES Matias | Journalist from *Diario de Mallorca* | Spain | 20 April 2006 | Brussels | Hearing |
| 19 | COBAIN Ian | Journalist from *The Guardian* | United Kingdom | 05 October 2006 | London | Delegation |
| 20 | NORTON-TAYLOR Richard | Journalist from *The Guardian* | United Kingdom | 05 October 2006 | London | Delegation |
| 21 | GREY Stephen | Journalist free lance | United Kingdom | 21 March 2006 | Brussels | Hearing |
|    |  |  |  | 04 October 2006 | London | Delegation |
|    | **Academics and research** | | | | | |
| 1 | BORN Hans | Senior Fellow of the Geneva Centre for the Democratic Control of Armed Forces (DCAF) | (DCAF) Geneva | 25 September 2006 | Strasbourg | Hearing |
| 2 | JANKULOVSKI Zvonimir | Security expert, (Former FYROM Ambassador to the Council of Europe) | FYROM | 29 April 2006 | Skopje | Delegation |
| 3 | DE SCHUTTER Olivier | Coordinator or the EU Network of Independent Experts | Network of Independent Experts on Fundamental Rights | 30 May 2006 | Brussels | Hearing |
| 4 | ANDERS Chris | Legislative Counsel, American Civil Liberties Union | USA | 11 May 2006 | Washington | Delegation |
| 5 | BEESON Ann | Associate Legal Director, American Civil Liberties Union | USA | 11 May 2006 | Washington | Delegation |
| 6 | GUITTA Olivier | Consultant, The American Legislative Exchange Council | USA | 12 May 2006 | Washington | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **Academics and research** | | | | | |
| 7 | HALPERIN Morton H. | Senior Fellow and Director of the Security and Peace Initiative, The Center for American Progress | USA | 12 May 2006 | Washington | Delegation |
| 8 | KORB Lawrence J. | Senior Fellow, The Center for American Progress | USA | 12 May 2006 | Washington | Delegation |
| 9 | McNAMARA Sally | International Relations Project Director, The American Legislative Exchange Council | USA | 12 May 2006 | Washington | Delegation |
| 10 | RIVKIN David | Partner, Baker & Hostetler LLP, The American Legislative Exchange Council | USA | 12 May 2006 | Washington | Delegation |
| 11 | RUNDLET Peter | Vice President for National Security, The Center for American Progress | USA | 12 May 2006 | Washington | Delegation |
| 12 | SATTERTHWAITE Margaret L. | Assistant Professor of Clinical Law & Faculty of New York University School of Law | USA | 09 May 2006 | Washington | Delegation |
| 13 | WATT Steven M. | Staff Attorney, American Civil Liberties Union | USA | 11 May 2006 | Washington | Delegation |
| | **Others** | | | | | |
| 1 | EGAN Suzanne | Commissioner of the Irish Human Rights Commission | Ireland | 28 November 2006 | Brussels | Hearing |
| 2 | MANNING Maurice | President of the Irish Human Rights Commission | Ireland | 28 November 2006 | Brussels | Hearing |
| 3 | HORGAN Edward | Former UN peacekeeper and Retired Commandant of the Irish Army | Ireland | 20 April 2006 | Brussels | Hearing |
| 4 | RÁBOCK | Witness (Coleman BARRACKS) | Mannheim | 12 December 2006 | Mannheim | Fact finding mission |
| 5 | SCHINDLER | Witness (Coleman BARRACKS) | Mannheim | 12 December 2006 | Mannheim | Fact finding mission |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **Others** | | | | | |
| 6 | WRIGHT Peter | Peace activist | Mannheim | 12 December 2006 | Mannheim | Fact finding mission |
| 7 | JURCZENKO Jarosław | Chairman of the Board, Szczytno/Szymany Airport | Poland | 09 November 2006 | Warsaw | Delegation |
| 8 | KOS Jerzy | Former Chairman of the Board, Szczytno/Szymany Airport | Poland | 10 November 2006 | Warsaw | Delegation |
| 9 | PRZEWŁOCKA Mariola | Former Director of Szczytno/Szymany Airport | Poland | 23 November 2006 | Brussels | Hearing |
| 10 | AL-RAWI Wahab | Brother of Bisher AL-RAWI | United Kingdom | 04 October 2006 | London | Delegation |
| 11 | MURRAY Craig | Former Ambassador to Uzbekistan | United Kingdom | 20 April 2006 | Brussels | Hearing |
| 12 | JOHNSON-THOMAS Brian | Expert on arms trade | United Kingdom | 21 June 2006 | Brussels | Rapporteur |

**Annex 3:**

Table Summarizing Cooperation of the Governments with the TDIP Committee

| Country | Reaction from Permanent Representatives to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings[1] | Declinations to requests for meetings[2] | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Austria | In reply general cooperation with the TDIP was declared. | None | Ursula PLASSNIK, Minister for Foreign Affairs | None |
| Belgium | No written reaction[3] | No request for a meeting | N/A | Belgian authorities provided logistical support for facilitating the movements of TDIP invitees. |
| Bulgaria | No written reaction | No request for a meeting | N/A | None |
| Croatia | No written reaction | No request for a meeting | N/A | None |
| Cyprus | In reply, an information that the invitation was received. | No request for a meeting | N/A | None |
| Czech Republic | No written reaction | No request for a meeting | N/A | None |
| Denmark | In reply general cooperation with the TDIP was declared. | None | Fleming HANSEN, Minister of Transportation | • A copy of Government's reply to Council of Europe was sent,<br>• A copy of detailed dossier prepared for the Danish Parliament with large amount of technical data about flights was provided by Government to the TDIP. |

[1] Please refer for more details to annex 2 of the Explanatory Statement
[2] Please refer for more details to annex 4 of the Explanatory Statement
[3] TDIP Secretariat received a copy of a letter dated 10.03.2006 of Foreign Minister De Gucht to other Ministers concerned and to Parliament requesting cooperation with TDIP

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Estonia | No written reaction | No request for a meeting | N/A | None |
| Finland | No written reaction | No request for a meeting | N/A | None |
| France | In reply general cooperation with the TDIP was declared. | No request for a meeting | N/A | None |
| Germany | No written reaction | None | Frank-Walter STEINMEIER, Minister for Foreign Affairs<br><br>Klaus-Dieter FRITSCHE, Coordinator of Intelligence Services<br><br>Ernst UHRLAU[1], President of BND | None |
| Greece | In reply:<br>• General cooperation with the TDIP was declared,<br>• A brief summary of national investigation was provided. | No request for a meeting | N/A | • A copy of Government's reply to Council of Europe was sent,<br>• After a request of the TDIP, Government provided transcripts of parliamentary activities and a brief summary of preliminary investigations of "the Pakistani case" (17.11.2006). |

---

[1] Mr Fritsche and Mr Uhrlau are high officials

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Hungary | In reply general cooperation with the TDIP was declared. | No request for a meeting | N/A | None |
| Ireland | In reply general cooperation with the TDIP was declared. | Dermot AHERN, Minister for Foreign Affairs | Rory BRADY[1], Attorney General | A copy of Governments reply to Council of Europe was sent. |
| Italy | In reply a further cooperation with the TDIP was declared (after meeting with general Pollari). | Nicolò POLLARI, Head of SISMI[2] | Enrico MICHELI, Secretary of State responsible for intelligence services | None |
| Latvia | No written reaction | No request for a meeting | N/A | None |
| Lithuania | No written reaction | No request for a meeting | N/A | None |
| Luxembourg | In reply general cooperation with the TDIP was declared. | No request for a meeting | N/A | A copy of Government's reply to Council of Europe was sent. |
| Malta | No written reaction | No request for a meeting | N/A | None |
| Netherlands | In reply general cooperation with the TDIP was declared. | No request for a meeting | N/A | None |

---

[1] Mr Brady is a high official
[2] General Pollari is a high official

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Poland | In reply general cooperation with the TDIP was declared. | Marek PASIONEK[1], Undersecretary of State at the Chancellery of the Prime Minister | Andrzej LEPPER, Deputy Prime Minister<br><br>Anna FOTYGA, Minister of Foreign Affairs<br><br>Radoslaw SIKORSKI, Minister of National Defence<br><br>Zbigniew WASSERMANN, Minister Coordinator of Special Services | Copies of Government's replies to Council of Europe were sent. |
| Portugal | No written reaction | Luis AMADO, Minister for Foreign Affairs | None | After requests of the TDIP Chairman and of TDIP Member Ana Maria Gomes, Government provided a copy of Portugal's reply to Council of Europe (07.07.2006) and vast but not complete explanations and information about CIA flights (18.09.2006, 13.10.2006, 12.12.2006, 12.01.2007 and 16.01.2007). |

---

[1] Mr Pasionek is a high official

RR\382246EN.doc 　　　　　　　　　　　　　　　67/77 　　　　　　　　　　　　　　　PE 382.246v02-00

 EN

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Romania | In reply general cooperation with the TDIP was declared. | Anghel ANDREESCU, Secretary of State for public order and security<br><br>Adrian Cosmin VIERITA, Secretary of State for EU affairs | Vasile BLAGA, Minister for Internal Affairs<br><br>Mihai-Razvan UNGUREANU, Minister for Foreign Affairs | • Copy of Government's reply to Council of Europe was sent,<br><br>• Confidential report of Romanian Border Police on accident of a CIA plane was provided to the TDIP delegation by Government. |
| Slovakia | No written reaction | No request for a meeting | N/A | None |
| Slovenia | No written reaction | No request for a meeting | N/A | None |
| Spain | In reply general cooperation with the TDIP was declared. | Miguel Angel MORATINOS, Minister for Foreign Affairs | Alberto SAIZ CORTES, Secretary of State, Director of CNI | None |