**EN**

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| **Sweden** | In reply: General cooperation with the TDIP was declared and a summary of national investigation was provided. | None | Carl BILDT, Minister for Foreign Affairs | None |
| **Turkey** | No written reaction | No request for a meeting | N/A | None |
| **United Kingdom** | No written reaction | HOON Geoff, Minister for Europe | Margaret BECKETT, Secretary of State for Foreign and Commonwealth Affairs Des BROWNE, Secretary of State for Defence John REID, Secretary of State for the Home Office Douglas Alexander, Secretary of State for Transport and Secretary of State for Scotland Elisa MANNINGHAM-BULLER, Director General of Security Service (MI5) John SCARLET[1], Chief of the Secret Intelligence Service (MI6) | None |

[1] Ms Manningham-Buller and Mr Scarlet are high officials

RR\382246EN.doc

PE 382.246v02-00

**Annex 4:**

**List of people who declined
the TDIP Committee's invitations for meetings**

- **COUNCIL OF THE EUROPEAN UNION**

<u>**Javier SOLANA,**</u> <u>Secretary General and High Representative CFSP</u>
*Reason given for not meeting the Committee:*
Mr Solana **met with the TDIP Committee on 2nd May 2006** and agreed to meet once
more. **The second invitation of the Committee was turned down** by Mr Solana as he has
found some comments in the draft report of the TDIP Committee as *"unjust and
erroneous"*[1].

<u>**Erkki TUOMIOJA,**</u> <u>President of the EU Council</u>
No reason given for not meeting the Committee: *"I would like to underscore the
importance attached to and the continued cooperation given by the Presidency and the
Secretary-General/High Representative to your Committee's work even if I am not able to
appear before your Committee."*[2]

--------------------------------------------------------------------------------

- **AUSTRIA**

<u>**Ursula PLASSNIK,**</u> <u>Minister for Foreign Affairs</u>
According to State Secretary Hans Winkler, who replied on her behalf: *"Es liegen zu
diesen Vorgängen keine weiteren Erkenntnisse vor, sodass keine weiteren Auskünfte erteilt
werden können. Ein persönliches Erscheinen vor dem Ausschuss erscheint angesichts
dieser Sachlage nicht erforderlich."*[3]

--------------------------------------------------------------------------------

- **DENMARK**

<u>**Fleming HANSEN,**</u> <u>Minister of Transportation</u>
*Reason given for not meeting the Committee:*
All information available about the TDIP issues was sent to the Danish Parliament and has
been forwarded to the EP.[4]

--------------------------------------------------------------------------------

---

[1] Letter of 14 December 2006 to EP President Josep Borrell
[2] Letter of 29 November 2006 to TDIP Chairman Carlos Coelho
[3] Letter of 13 December to TDIP Chairman Carlos Coelho
[4] Letter of 8 November 2006 to TDIP Chairman Carlos Coelho


**EN**

- **GERMANY**

  **Frank-Walter STEINMEIER,** Minister for Foreign Affairs
  *Reason given for not meeting the Committee:*
  Open in principle to meet but did not want to come before the Bundestag's Inquiry
  Committee would have finished dealing with the el-Masri case.[1]

  **Klaus-Dieter FRITSCHE,** Coordinator of Intelligence Services
  **Ernst UHRLAU,** President of BND
  *Reason given for not meeting the Committee:*
  Not allowed to meet by Government.[2]

  ────────────────────────────────

- **IRELAND**

  **Rory BRADY,** Attorney General
  *Reason given for not meeting the Committee:*
  No authorisation from Government.

  ────────────────────────────────

- **ITALY**

  **Enrico MICHELI,** Secretary of State responsible for intelligence services
  *Reason given for not meeting the Committee:*
  Busy agenda.

  **BIANCO Enzo,** Chairman of the Committee for Intelligence and Security Services and for
  State Secret
  *Reason given for not meeting the Committee:*
  Busy agenda.

  **Gianni LETTA,** former Secretary of State responsible for intelligence services
  *Reason given for not meeting the Committee:*
  Mr Letta would not come, as the Secretary in office (Micheli) had refused.

  ────────────────────────────────

- **POLAND**

  **Andrzej LEPPER,** Deputy Prime Minister
  *Reason given for not meeting the Committee:*
  Mr Lepper initially confirmed and afterwards another representative of Government was
  singled out to meet the TDIP delegation.

---

[1] Letter of 30 November 2006 to TDIP Chairman Carlos Coelho
[2] Letter of 21 November 2006 of Minister Thomas de Maizière to TDIP Chairman Carlos Coelho

**EN**

**Anna FOTYGA,** Minister of Foreign Affairs
*Reason given for not meeting the Committee:*
No information on the TDIP issues.[1]

**Radosław SIKORSKI,** Minister of National Defence
*Reason given for not meeting the Committee:*
Mr Sikorski initially confirmed and afterwards claimed busy agenda.

**Zbigniew WASSERMANN,** Minister Coordinator of Special Services
*Reason given for not meeting the Committee:*
Mr Wassermann seconded his deputy Under-Secretary Marek Pasionek[2] as the representative of Government.[3]

**Marek BIERNACKI,** MP, Chairman of Special Services Committee of the Sejm
*Reason given for not meeting the Committee:*
Mr Biernacki initially confirmed a meeting and afterwards informed that he had no information on TDIP issues and refused to meet.[4]

**Jerzy SZMAJDZIŃSKI,** MP, former Minister of National Defence (2001 - 2005)
*Reason given for not meeting the Committee:*
Busy agenda.

**Andrzej BARCIKOWSKI,** former Head of the Internal Security Agency (ABW) 2002 - 2005
*Reason given for not meeting the Committee:*
The law on national secrets forbids Mr Barcikowski to discuss the TDIP issues.

**Mariusz HARAF,** Commander of Border Guards responsible for controls at the Szymany airport
*Reason given for not meeting the Committee:*
Mr Haraf initially confirmed and later informed that the TDIP shall seek an authorisation for the meeting from Minister for Internal Affairs.

**Sylwester LATKOWSKI,** film director and journalist (free lance)
*Reason given for not meeting the Committee:*
Only an independent film would allow him to express his point of view on the TDIP issues without being misinterpreted.

**Paweł SMOLEŃSKI,** Journalist from Gazeta Wyborcza
*Reason given for not meeting the Committee:*
Mr Smolenski initially confirmed and later claimed busy agenda.

---

[1] Letter of 16 October 2006 of Director Jarosław Lindenberg to TDIP Secretariat
[2] Mr Pasionek is not a member of Government but a civil servant
[3] Letter of 31 October 2006 to TDIP Chairman Carlos Coelho
[4] Letter of 27 October 2006 to TDIP Chairman Carlos Coelho

**EN**

**Tomasz STAROWIEYSKI, former Chairman of the Board of the Szczytno/Szymany Airport owner (2004 - 2006)**
*Reason given for not meeting the Committee:*
Mr Starowieyski claimed that he could not devote the whole day for travelling to Warsaw and meeting the TDIP delegation.

---

- **PORTUGAL**

**Luis A. FONSECA DE ALMEIDA, President of National Institute for Civil Aviation (INAC)**
*Reason given for not meeting the Committee:*
Mr Fonseca singled out Director Falerio de Almeida to represent the Institute, as he was not its President anymore at the time of the meeting.

**Carlos GONCALVES DE COSTA, President of Conselho de Administração da NAV**
*Reason given for not meeting the Committee:*
Mr Gonçalves singled out Mr Carvalho to represent the NAV as his agenda was busy.

**Antonio FIGUEIREDO LOPES, former Minister for Home Affairs**
**Paulo PORTAS, former Minister for Defence**
*Reason given for not meeting the Committee:*
Current Government's representatives would meet the TDIP delegation and no information on the TDIP issues.

---

- **ROMANIA**

**Vasile BLAGA, Minister of Internal Affairs**
*Reason given for not meeting the Committee:*
Busy agenda - Secretary of State Vierita singled out to deputise Mr Blaga.

**Mihai-Razvan UNGUREANU, Minister of Foreign Affairs**
*Reason given for not meeting the Committee:*
Busy agenda - Secretary of State Andreescu singled out to deputise Mr Ungureanu.

---

- **SPAIN**

**Alberto SAIZ CORTES, Secretary of State, Director of CNI**
*Reason given for not meeting the Committee:*
Another representative of Government was singled out to meet the delegation.

---

**EN**

- **SWEDEN**

**Carl BILDT,** Minister for Foreign Affairs
*Reason given for not meeting the Committee:*
Busy agenda.[1]

---

- **UNITED KINGDOM**

**Margaret BECKETT,** Secretary of State for Foreign and Commonwealth Affairs
*Reason given for not meeting the Committee:*
Ms Beckett claimed busy agenda and singled out Minister Hoon to deputise her.

**Des BROWNE,** Secretary of State for Defence
**John REID,** Secretary of State for the Home Office
**Douglas Alexander,** Secretary of State for Transport and Secretary of State for Scotland
No reasons given for not meeting the Committee. Officials representing the Home Office, Ministry of Defence and the Department of Transport were present during the meeting with Minister Hoon.[2]

**Elisa MANNINGHAM-BULLER,** Director General of Security Service (MI5)
**John SCARLET,** Chief of the Secret Intelligence Service (MI6)
**Irfan SIDDIQ,** member of the Diplomatic Service
*Reason given for not meeting the Committee:*
No authorisation for a meeting from Government.

**Richard DEARLOVE,** former Head of MI6
**Michael WOOD,** former Legal Adviser of the Foreign & Commonwealth Office
No reasons given for not meeting the Committee.[3]

---

- **FORMER YUGOSLAV REPUBLIC OF MACEDONIA**

**Aleksandar BOZINOVSKI,** Journalist of Vreme newspaper
*Reason given for not meeting the Committee:*
Logistical problems.

---

[1] Letter of 7 December 2006 to TDIP Chairman Carlos Coelho
[2] Letter of 11 September 2006 of Minster Geoff Hoon to TDIP Head of Secretariat
[3] Letter of 27 July 2006 of Minster Margaret Beckett to TDIP Head of Secretariat

**EN**

- **COUNCIL OF EUROPE**

**Christos ROZAKIS,** Vice-President of the European Court of Human Rights
*Reason given for not meeting the Committee:*
No authorisation from the ECHR.

---

- **UNITED STATES OF AMERICA**

**Condoleezza RICE,** Secretary of State
*Reason given for not meeting the Committee:*
Government decided that Assistant Secretary of State Daniel Fried would represent it.

**Pat ROBERTS,** Chairman of the Select Committee on Intelligence of US Senate
*Reason given for not meeting the Committee:*
Mr Roberts' policy of confidentiality does not allow him to discuss the TDIP issues.

**Jim BINGAMAN,** Senator
**Sam BROWNBACK,** Senator
**Jo Ann DAVIS,** Member of House of Representatives
**Russell FEINGOLD,** Senator
**Jane HARMAN,** Member of House of Representatives
**Pete HOEKSTRA,** Member of House of Representatives
**Darrell ISSA,** Member of House of Representatives
**John KERRY,** Senator
**Tom LANTOS,** Member of House of Representatives
**John Patrick LEAHY,** Senator
**Carl LEVIN,** Senator
**John McCAIN,** Senator
**Nancy PELOSI,** Member of House of Representatives
**John D. ROCKEFELLER,** Senator
**Christopher SHAYS,** Member of House of Representatives
**Chris SMITH,** Member of House of Representatives
**Porter J. GOSS,** CIA Director
**Tyler DRUMHELLER,** former CIA agent
**Michael SCHEUER,** former CIA agent
No reason given for not meeting the Committee.

**Colin POWELL,** former Secretary of State
*Reason given for not meeting the Committee:*
No authority to discuss the topic.

**Dana PRIEST,** Journalist of Washington Post
*Reason given for not meeting the Committee:*
No permission for a meeting from her editors.

**EN**

**BAER Bob,** former CIA agent
**Richard CLARKE,** former CIA agent
*Reasons given for not meeting the Committee:*
Busy agenda.

---

- **EGYPT**

**Montasser AL-ZAYAT,** Lawyer of Abu OMAR
*Reason given for not meeting the Committee:*
Mr Al-Zayat initially confirmed and afterwards refused to meet without giving any reason.

**Hossam EL-HAMALAWY,** Journalist
*Reason given for not meeting the Committee:*
No authorisation from his publisher.

---

- **OTHERS**

**Louise ARBOUR,** UN High Commissioner for Refugees
*Reason given for not meeting the Committee:*
Busy agenda.

**Jaap DE HOOP SCHEFFER,** Secretary General of NATO
*Reason given for not meeting the Committee:*
No intention to meet.

**Jakob KELLENBERGER,** President of International Red Cross
*Reason given for not meeting the Committee:*
The IRC's policy of confidentiality.

**George ROBERTSON,** former Secretary General of NATO
*Reason given for not meeting the Committee:*
Busy agenda.

**Michael STEINER,** former Head of UN Interim Administration Mission in Kosovo
*Reason given for not meeting the Committee:*
Mr Steiner claimed that authorisation of both UN Secretary General and German Foreign Minister would be needed to meet the TDIP Committee.


**EN**

**PROCEDURE**

| Title | The alleged use of European countries by the CIA for the transportation and illegal detention of prisoners |
|---|---|
| Procedure number | 2006/2027(INI) |
| Committee responsible<br>    Date authorisation announced in plenary | TDIP<br>18.1.2006 |
| Committee(s) asked for opinion(s)<br>    Date announced in plenary | |
| Rapporteur(s)<br>    Date appointed | Giovanni Claudio Fava<br>26.1.2006 |
| Previous rapporteur(s) | |
| Discussed in committee | 14.12.2006    18.12.2006    15.1.2007 |
| Date adopted | 23.1.2007 |
| Result of final vote | +    28<br>-    17<br>0    3 |
| Members present for the final vote | Alexander Alvaro, Frieda Brepoels, Kathalijne Maria Buitenweg, Giusto Catania, Carlos Coelho, Simon Coveney, Giorgos Dimitrakopoulos, Giovanni Claudio Fava, Jas Gawronski, Ana Maria Gomes, Ignasi Guardans Cambó, Sylvia-Yvonne Kaufmann, Magda Kósáné Kovács, Wolfgang Kreissl-Dörfler, Barbara Kudrycka, Sarah Ludford,  Marian-Jean Marinescu, Claude Moraes, Józef Pinior, Mirosław Mariusz Piotrowski, Hubert Pirker, Bogusław Rogalski, Luca Romagnoli, Eoin Ryan, José Ignacio Salafranca Sánchez-Neyra, György Schöpflin, Inger Segelström, Hannes Swoboda, Konrad Szymański, Charles Tannock, Elena Valenciano Martínez-Orozco, Jan Marinus Wiersma |
| Substitute(s) present for the final vote | Panayiotis Demetriou, Proinsias De Rossa, Roger Helmer, Erna Hennicot-Schoepges, Jeanine Hennis-Plasschaert, Sajjad Karim, Helmut Kuhne, Jean Lambert, Henrik Lax, Bill Newton Dunn, Rihards Pīks, Marie-Line Reynaud, Bogusław Sonik, Josef Zieleniec |
| Substitute(s) under Rule 178(2) present for the final vote | Panagiotis Beglitis, Philip Bushill-Matthews, Pasqualina Napoletano, Neil Parish. |
| Date tabled | 30.1.2007 |
| Comments<br>(available in one language only) | |

**EN**
