# EXHIBIT H

QUESTIONING NO. 2005/06:KU2                               Tuesday the 24th of may 2005

**Appendix B1.1**

Mr. Arne Andersson, Administrative Director at Säpo (Swedish Security Services)

*Chairman:* Welcome to the Standing Committee on the Constitution's meeting, which is unusually peopled. Today, we will discuss a matter that concerns the expulsion of two men to Egypt.

*Mats Einarsson:* We are not, as stated earlier, reviewing the Swedish Security Service. But in order to conduct this review about the conditions of the rendition we need to obtain as comprehensive information as possible from the Swedish Security Service. There are still a few question marks. One of these concerns the information that was presented at the meeting with Anna Lindh on December 17, or more precisely the circumstances of the execution of the expulsion order, and especially about the American involvement in the expulsion. There are some information about this in the written material, but I would additionally like to ask you to, as detailed and concrete as possible, describe what was said at the meeting at Anna Lindh's office.

*Arne Andersson:* /…/
There was a discussion at Anna Lindh's office, and everyone agreed that a transportation of the two men the morning after a decision (on expulsion) was far too late. It was demanded that it would take place sooner. A short time before the meeting - I cannot give you the exact date but most certainly two or three days before - an offer was given to me by our American fellows that they could provide us with an airplane, which had direct access all the way to Cairo through the airspace over Europe. They were the only ones that could enforce the expulsion order that way. The transport service by The (Swedish) Prison and Probation Service could not arrange this.

This was thus a suggestion put forward to Anna Lindh as we felt that that was a problem. I cannot describe in exact words how I delivered the proposal, but I informed Anna Lindh that there was way to solve the problem, and that is by accepting the offer that I had been given by our American colleagues.

Anna Lindh withdrew with her nearest associates for a brief moment, maybe 30 seconds, and then she said something in the line of "Lets do so".

/…/ A minister cannot take over an exercise of public authority in such a case. I am clear on the formal legal responsibilities. Even so, it was still a matter of such dignity that I thought the Ministry of Foreign Affairs and the Government should have knowledge of these facts. No matter what, this concerns an issue in the grey zone between politics and security aspects.

(2005/06:KU2 page 168)


*Mats Einarsson (mp, left party):* Okey. You said that a few days before the expulsion order was carried out you had been given an offer from your American fellows. How did your American colleagues know that you were in need of a transport service?

*Arne Andersson:* In general terms can I confirm that we are co-operating with a number of different secret services. We are fighting international terrorism. (...) However I cannot, in this particular case, publicly reveal to what extent the Americans were involved.

*Mats Einarsson:* Perhaps we can get back to that behind closed doors. A follow-up question: An "offer" sounds very generous of the Americans. But I guess it is not out of charity that they are dealing with this kind of transportation assignments. Did the American fellows express any special requests or claim any interests of their own as an explanation for their offer?

*Arne Andersson:* No, they did not. We are sovereign so to speak. We are responsible for all activities on Swedish territory. However, of course, we are occasionally accepting assistance, just like they do in the open police force within the given frameworks. But that we would fulfill a particular American interest is something that would never even come to our minds.

*Mats Einarsson:* /.../ Did the offer imply, or was it a known fact when you were given the offer, that American personnel partly would execute the expulsion? When the offer was given, did it include the crew, that the Americans would take part in the enforcement of the expulsion order?

*Arne Andersson:* Yes, that was obviously something we assumed. It was an American airplane with an American crew. Then again, we also knew that Egyptian personnel would accompany.

(2005/06:KU2 page 169)

*Gustav Fridolin (MP for the Green Party):* /.../ When it was made clear (to the government) that an American offer existed and when, as we have understood it, the Minister for Foreign Affairs withdrew to discuss the offer with her closest co-workers, did the government react in any other way, according to the Security Police's interpretation, besides the phrase by Anna Lindh: "Lets do so" or possibly "Let's go ahead"?

*Arne Andersson:* No, I did not hear anything else. /.../ I was very aware of that this decision was something that I was responsible for. /.../I was responsible for the whole issue.

*Gustav Fridolin:* Is this not to be interpreted as if you were actually given an approval from the government to take the decision?

*Arne Andersson:* Not for the formal procedure, but nonetheless I wanted to raise the question as there was a political dimension to it. It was, despite everything, another country's service that would provide us with the plane. Even if I believe foreign assistance is uncontroversial I still wanted to update the government.

(2005/06:KU2 page 171)

*Göran Magnusson (mp Social Democratic Party):* (...) Was Anna Lindh fully aware of the fact that it was, as expressed here, our Swedish Security Service's American colleagues that would completely enforce the expulsion order, that is even the operation at Bromma Airport, as is made evident from the Parliamentary Ombudsmen's report?

*Arne Andersson:* What we informed Anna Lindh of, and what we also knew, was that we would receive assistance with the transport by the Americans. /.../

(2005/06:KU2 page 172)

It was in a way unspoken that there would be an American crew on board that would manage the flight. But she had no knowledge of the details and neither did we until we arrived at Bromma airport. She probably understood the situation as Swedish Security Service would get help from the CIA with carrying out the transportation.

(2005/06: KU2 page 173)

*Helena Bargholtz(mp, Liberal party):* Then I will proceed to the actual transport. /.../ As it was made clear to Anna Lindh that the American offer would be utilized, did she ask any questions concerning the conditions on board for the expelled men and how the operation would be carried out?

*Arne Andersson:* No, she did not ask any questions.

(2005/06:KU2 page 174)

*Kerstin Lundgren:* /.../ Did the CIA know that the expulsion would take place on the 18th? Or, when was the American offer presented to you?

*Arne Andersson:* I cannot remember the exact point in time when the offer from CIA was presented to me. But it was probably the case that we were speculating around a few possible dates. Finally it was decided quite late. Still it was possible to arrange for a transportation that took place at the same time as when the men were apprehended.

(2005/06:KU2 page 176)