# EXHIBIT I

**Addendum 6, hearing before the standing Committee on the Constitution. Interview with Sven-Olof Petersson, former Political Director at the Ministry for Foreign Affairs.**

**Sven-Olof Petersson, ambassadör (Ambassador)**
Tisdagen den 24 maj 2005
*Page 33:*
Sven-Olof Petersson: Vad gäller denna aide-memoire och överenskommelsen med egyptierna gjordes för det första överenskommelsen med en mycket central person i det här sammanhanget, den egyptiske säkerhetschefen, dessutom med ministers rang.

**Unofficial Translation:**
"S-O Petersson: Concerning this aide-memoire and the agreement with the Egyptians; the first agreement was made with a very central person in these circumstances; the Egyptian head of security, who also is a minister in the government."

*Page 36:*
*Sven-Olof Petersson*:
När det gäller CIA:s inblandning och garantin fick jag redan från början klart för mig att ursprungsinformationen om de här två personerna, deras bakgrund och vad de har sysslat med tidigare, kom från amerikanska underrättelsemyndigheterna. Det var också tydligt att amerikanska myndigheter biståckte Säpo i att förmå Egypten att ta emot sina medborgare.

**Unofficial translation:**
"Concerning the involvement by the CIA and the guarantee; it was clear to me, already from the start that the original information about these two individuals, their background and what they had been doing before, originated from the American Intelligence. It was also evident that American authorities was helpful in assisting Säpo in encouraging Egypt to accept its citizens."

*Page 37:*
*Gustaf Fridolin (mp)*: Jag uppfattade inte att jag fick ett svar på frågan om vilken analys man gjorde av amerikanska intresset.
*Sven-Olof Petersson*: Amerikanska intresset? Jaha, okej. Jag tror inte att det behövdes någon stor analys av amerikanska intressen. Det är väl ganska uppenbart att den amerikanska nationen var skakad i grunden efter terroristattentatet den 11 september. Det hade genom ett antal samtal gjorts mycket klart från amerikansk sida att man var högst oroad av den utveckling som fanns i Europa över huvud taget när det gällde terrorister och framför allt möjligheten att bevaka terrorister. Den enda gång jag hade samtal med amerikanska ambassaden i den här frågan var just om att man var rädd att de skulle avvika och att vi inte skulle ha full kontroll över dem. Svaret på detta var att jag kontaktade Arne Andersson för att höra vad man gjorde för att se till att de inte avvek. Han sade att de hade 24 timmars övervakning på personerna.

**Unofficial translation:**
**Gustaf Fridolin (member of parliament for the Green Party): I don't think I received an answer to my question about what kind of analyses was made about the American interest in the case?**

S-O Petersson: The American interest? Yes, well okay. I don't think that any vast analysis about American interests was necessary. It was quite obvious that the American nation was deeply shaken after the terrorist attack on September 11.
In a number of conversations/talks the Americans had made it quite clear that they were profoundly worried about the overall development in Europe concerning terrorists and above all the possibility to keep them under surveillance.
The only time I had a conversation with the American Embassy in this matter concerned their fears about the men deviating and that we did not have full control of them. My answer to this was that I contacted Arne Andersson (Säpo) to hear how they were making sure the men did not deviate. He answered that they were under surveillance 24 hours a day.

Page 39:
*Mats Einarsson (v)*: Du nämnde nyligen ett samtal mellan dig och amerikanska ambassaden där ambassaden framförde oro för att de skulle kunna avvika. När skedde det mötet? Vilka deltog i mötet? Vilka besked gav du till amerikanska ambassaden? Fördes det några anteckningar från det mötet?
*Sven-Olof Petersson*: Det var inget möte. Det var ett telefonsamtal. Bakgrunden var ett samtal om de så kallade somaliasvenskarna där jag framförde synpunkter om hanteringen av detta ärende. Då frågade hon om hon fick ta upp en annan fråga. Hon sade att det gällde frågan om två egyptiska medborgare som befann sig i Sverige där de noterade att de fortfarande var på fri fot. Man var från amerikansk sida oroad för att de skulle avvika. Det ledde till att jag talade med Arne Andersson som sade att de hade 24 timmars bevakning. Jag ringde tillbaka och sade att de inte behövde vara oroliga, de är under svensk kontroll.
*Mats Einarsson (v)*: Kan du säga vem det var från amerikanska ambassaden som hade samtalet med dig?
*Sven-Olof Petersson*: Det var ministern, Gillian Milovanovic.

Unofficial translation:
Mats Einarsson (member of the parliament for the Left party): You just mentioned a conversation you had with the American Embassy where the Embassy communicated its worries about the men deviating. When did this meeting take place? Who participated in the meeting? What kind of answer did you give the American Embassy? Are there any notes from the meeting?
S-O Petersson: It was not a meeting. It was a telephone call. The setting was a conversation about the so-called Somali Swedes, where I delivered our points of view on how this errand was handled. Then she asked me if she could bring up another question. She said that it concerned the question of two Egyptian Nationals who were residing in Sweden and that they had observed that they were still at liberty. The Americans were concerned that the men would deviate, disappear. This caused my conversation with Arne Andersson who told me that they were under 24 hours surveillance. I called back and told them that they did not have to worry; the men are under Swedish control.
Mats Einarsson: Can you tell us whom you had this conversation with?
S-O Petersson: It was with the minister; Gillian Milovanovic

S-O Petersson: The American interest? Yes, well okay. I don't think that any vast analysis about American interests was necessary. It was quite obvious that the American nation was deeply shaken after the terrorist attack on September 11.
In a number of conversations/talks the Americans had made it quite clear that they were profoundly worried about the overall development in Europe concerning terrorists and above all the possibility to keep them under surveillance.
The only time I had a conversation with the American Embassy in this matter concerned their fears about the men deviating and that we did not have full control of them. My answer to this was that I contacted Arne Andersson (Säpo) to hear how they were making sure the men did not deviate. He answered that they were under surveillance 24 hours a day.

Page 39:
*Mats Einarsson (v)*: Du nämnde nyligen ett samtal mellan dig och amerikanska ambassaden där ambassaden framförde oro för att de skulle kunna avvika. När skedde det mötet? Vilka deltog i mötet? Vilka besked gav du till amerikanska ambassaden? Fördes det några anteckningar från det mötet?
*Sven-Olof Petersson*: Det var inget möte. Det var ett telefonsamtal. Bakgrunden var ett samtal om de så kallade somaliasvenskarna där jag framförde synpunkter om hanteringen av detta ärende. Då frågade hon om hon fick ta upp en annan fråga. Hon sade att det gällde frågan om två egyptiska medborgare som befann sig i Sverige där de noterade att de fortfarande var på fri fot. Man var från amerikansk sida oroad för att de skulle avvika. Det ledde till att jag talade med Arne Andersson som sade att de hade 24 timmars bevakning. Jag ringde tillbaka och sade att de inte behövde vara oroliga, de är under svensk kontroll.
*Mats Einarsson (v)*: Kan du säga vem det var från amerikanska ambassaden som hade samtalet med dig?
*Sven-Olof Petersson*: Det var ministern, Gillian Milovanovic.

**Unofficial translation:**
Mats Einarsson (member of the parliament for the Left party): You just mentioned a conversation you had with the American Embassy where the Embassy communicated its worries about the men deviating. When did this meeting take place? Who participated in the meeting? What kind of answer did you give the American Embassy? Are there any notes from the meeting?
S-O Petersson: It was not a meeting. It was a telephone call. The setting was a conversation about the so-called Somali Swedes, where I delivered our points of view on how this errand was handled. Then she asked me if she could bring up another question. She said that it concerned the question of two Egyptian Nationals who were residing in Sweden and that they had observed that they were still at liberty. The Americans were concerned that the men would deviate, disappear. This caused my conversation with Arne Andersson who told me that they were under 24 hours surveillance. I called back and told them that they did not have to worry; the men are under Swedish control.
Mats Einarsson: Can you tell us whom you had this conversation with?
S-O Petersson: It was with the minister; Gillian Milovanovic

**Addendum 6, hearing before the standing Committee on the Constitution. Interview with Sven-Olof Petersson, former Political Director at the Ministry for Foreign Affairs.**

**Sven-Olof Petersson, ambassadör (Ambassador)**
Tisdagen den 24 maj 2005
*Page 33:*
Sven-Olof Petersson: Vad gäller denna aide-memoire och överenskommelsen med egyptierna gjordes för det första överenskommelsen med en mycket central person i det här sammanhanget, den egyptiske säkerhetschefen, dessutom med ministers rang.

Unofficial Translation:
"S-O Petersson: Concerning this aide-memoire and the agreement with the Egyptians; the first agreement was made with a very central person in these circumstances; the Egyptian head of security, who also is a minister in the government."

*Page 36:*
*Sven-Olof Petersson*:
När det gäller CIA:s inblandning och garantin fick jag redan från början klart för mig att ursprungsinformationen om de här två personerna, deras bakgrund och vad de har sysslat med tidigare, kom från amerikanska underrättelsemyndigheterna. Det var också tydligt att amerikanska myndigheter biträckte Säpo i att förmå Egypten att ta emot sina medborgare.

Unofficial translation:
"Concerning the involvement by the CIA and the guarantee; it was clear to me, already from the start that the original information about these two individuals, their background and what they had been doing before, originated from the American Intelligence. It was also evident that American authorities was helpful in assisting Säpo in encouraging Egypt to accept its citizens."

*Page 37:*
*Gustaf Fridolin (mp)*: Jag uppfattade inte att jag fick ett svar på frågan om vilken analys man gjorde av amerikanska intresset.
*Sven-Olof Petersson*: Amerikanska intresset? Jaha, okej. Jag tror inte att det behövdes någon stor analys av amerikanska intressen. Det är väl ganska uppenbart att den amerikanska nationen var skakad i grunden efter terroristattentatet den 11 september. Det hade genom ett antal samtal gjorts mycket klart från amerikansk sida att man var högst oroad av den utveckling som fanns i Europa över huvud taget när det gällde terrorister och framför allt möjligheten att bevaka terrorister. Den enda gång jag hade samtal med amerikanska ambassaden i den här frågan var just om att man var rädd att de skulle avvika och att vi inte skulle ha full kontroll över dem. Svaret på detta var att jag kontaktade Arne Andersson för att höra vad man gjorde för att se till att de inte avvek. Han sade att de hade 24 timmars övervakning på personerna.

Unofficial translation:
Gustaf Fridolin (member of parliament for the Green Party): I don't think I received an answer to my question about what kind of analyses was made about the American interest in the case?

*Arne Andersson:* What we informed Anna Lindh of, and what we also knew, was that we would receive assistance with the transport by the Americans. /.../

(2005/06:KU2 page 172)

It was in a way unspoken that there would be an American crew on board that would manage the flight. But she had no knowledge of the details and neither did we until we arrived at Bromma airport. She probably understood the situation as Swedish Security Service would get help from the CIA with carrying out the transportation.

(2005/06: KU2 page 173)

*Helena Bargholtz(mp, Liberal party):* Then I will proceed to the actual transport. /.../ As it was made clear to Anna Lindh that the American offer would be utilized, did she ask any questions concerning the conditions on board for the expelled men and how the operation would be carried out?

*Arne Andersson:* No, she did not ask any questions.

(2005/06:KU2 page 174)

*Kerstin Lundgren:* /.../ Did the CIA know that the expulsion would take place on the 18th? Or, when was the American offer presented to you?

*Arne Andersson:* I cannot remember the exact point in time when the offer from CIA was presented to me. But it was probably the case that we were speculating around a few possible dates. Finally it was decided quite late. Still it was possible to arrange for a transportation that took place at the same time as when the men were apprehended.

(2005/06:KU2 page 176)

*Arne Andersson:* In general terms can I confirm that we are co-operating with a number of different secret services. We are fighting international terrorism. (...) However I cannot, in this particular case, publicly reveal to what extent the Americans were involved.

*Mats Einarsson:* Perhaps we can get back to that behind closed doors. A follow-up question: An "offer" sounds very generous of the Americans. But I guess it is not out of charity that they are dealing with this kind of transportation assignments. Did the American fellows express any special requests or claim any interests of their own as an explanation for their offer?

*Arne Andersson:* No, they did not. We are sovereign so to speak. We are responsible for all activities on Swedish territory. However, of course, we are occasionally accepting assistance, just like they do in the open police force within the given frameworks. But that we would fulfill a particular American interest is something that would never even come to our minds.

*Mats Einarsson:* /.../ Did the offer imply, or was it a known fact when you were given the offer, that American personnel partly would execute the expulsion? When the offer was given, did it include the crew, that the Americans would take part in the enforcement of the expulsion order?

*Arne Andersson:* Yes, that was obviously something we assumed. It was an American airplane with an American crew. Then again, we also knew that Egyptian personnel would accompany.

(2005/06:KU2 page 169)

*Gustav Fridolin (MP for the Green Party):* /.../ When it was made clear (to the government) that an American offer existed and when, as we have understood it, the Minister for Foreign Affairs withdrew to discuss the offer with her closest co-workers, did the government react in any other way, according to the Security Police's interpretation, besides the phrase by Anna Lindh: "Lets do so" or possibly "Let's go ahead"?

*Arne Andersson:* No, I did not hear anything else. /.../ I was very aware of that this decision was something that I was responsible for. /.../I was responsible for the whole issue.

*Gustav Fridolin:* Is this not to be interpreted as if you were actually given an approval from the government to take the decision?

*Arne Andersson:* Not for the formal procedure, but nonetheless I wanted to raise the question as there was a political dimension to it. It was, despite everything, another country's service that would provide us with the plane. Even if I believe foreign assistance is uncontroversial I still wanted to update the government.

(2005/06:KU2 page 171)

*Göran Magnusson (mp Social Democratic Party):* (...) Was Anna Lindh fully aware of the fact that it was, as expressed here, our Swedish Security Service's American colleagues that would completely enforce the expulsion order, that is even the operation at Bromma Airport, as is made evident from the Parliamentary Ombudsmen's report?

QUESTIONING NO. 2005/06:KU2                              Tuesday the 24th of may 2005

**Appendix B1.1**

Mr. Arne Andersson, Administrative Director at Säpo (Swedish Security Services)

*Chairman:* Welcome to the Standing Committee on the Constitution's meeting, which is unusually peopled. Today, we will discuss a matter that concerns the expulsion of two men to Egypt.

*Mats Einarsson:* We are not, as stated earlier, reviewing the Swedish Security Service. But in order to conduct this review about the conditions of the rendition we need to obtain as comprehensive information as possible from the Swedish Security Service. There are still a few question marks. One of these concerns the information that was presented at the meeting with Anna Lindh on December 17, or more precisely the circumstances of the execution of the expulsion order, and especially about the American involvement in the expulsion. There are some information about this in the written material, but I would additionally like to ask you to, as detailed and concrete as possible, describe what was said at the meeting at Anna Lindh's office.

*Arne Andersson:* /.../
There was a discussion at Anna Lindh's office, and everyone agreed that a transportation of the two men the morning after a decision (on expulsion) was far too late. It was demanded that it would take place sooner. A short time before the meeting - I cannot give you the exact date but most certainly two or three days before - an offer was given to me by our American fellows that they could provide us with an airplane, which had direct access all the way to Cairo through the airspace over Europe. They were the only ones that could enforce the expulsion order that way. The transport service by The (Swedish) Prison and Probation Service could not arrange this.

This was thus a suggestion put forward to Anna Lindh as we felt that that was a problem. I cannot describe in exact words how I delivered the proposal, but I informed Anna Lindh that there was way to solve the problem, and that is by accepting the offer that I had been given by our American colleagues.

Anna Lindh withdrew with her nearest associates for a brief moment, maybe 30 seconds, and then she said something in the line of "Lets do so".

/.../ A minister cannot take over an exercise of public authority in such a case. I am clear on the formal legal responsibilities. Even so, it was still a matter of such dignity that I thought the Ministry of Foreign Affairs and the Government should have knowledge of these facts. No matter what, this concerns an issue in the grey zone between politics and security aspects.

(2005/06:KU2 page 168)


*Mats Einarsson (mp, left party):* Okey. You said that a few days before the expulsion order was carried out you had been given an offer from your American fellows. How did your American colleagues know that you were in need of a transport service?