# EXHIBIT J

# EUROPEAN PARLIAMENT



*2004*        *2009*

*Temporary Committee on the alleged use of European countries by the CIA for the transport and illegal detention of prisoners*

16.11.2006

# WORKING DOCUMENT No 7

on 'extraordinary renditions'

Temporary Committee on the alleged use of European countries by the CIA for the transport and illegal detention of prisoners

Rapporteur: Giovanni Claudio Fava

PE 380.593v04-00

**EN**             **EN**

## 1. MOHAMMED EL-ZARI AND AHMED AGIZA

As attested by the report (register no 2169-2004) of 22 March 2005 drawn up by the Swedish Parliamentary Ombudsman, Mats Melin (who concluded his report with extremely serious criticism of the Swedish security police), the Egyptian asylum-seekers El-Zari and Agiza were arrested by the Swedish police on 18 December 2001, following a decision taken by the Swedish Government that day on the basis of a briefing note provided by the CIA; the decision rejected their asylum applications and ordered their expulsion from Sweden.

On the same date, El-Zari and Agiza were transferred to Stockholm airport (Bromma), handed over to CIA agents there, stripped naked, drugged and shackled in an inhuman and unacceptable manner, according to Mats Melin's report. Once in Egypt, El-Zari and Agiza were tortured for several months and then brought to trial. Agiza was sentenced to 25 years' imprisonment (he is still currently in prison) and El-Zari was released; he now lives at liberty in Egypt, under constant surveillance.

Kjell Jönsson, El-Zari's lawyer, and Mats Melin, the Swedish Parliamentary Ombudsman, appeared before the TDIP temporary committee on 23 March 2006 and 4 May 2006, respectively.

According to the testimony of El-Zari's lawyer, the report by the Swedish Parliamentary Ombudsman and other sources, Agiza and El-Zari were supposedly taken from Stockholm (Sweden) to Cairo (Egypt) on 18 December 2001, after having been handed over to CIA agents.

Eurocontrol documents contain matching flight plan and/or CRCO data regarding the Gulfstream V with the registration number N379P for the following flights:

- from Washington (USA) to Cairo (Egypt) on 18 December 2001 (departure: 2.19, arrival: 13.19);
- from Cairo to Stockholm Bromma (Sweden) on 18 December 2001 (departure: 14.43, arrival: 19.43);
- **from Stockholm Bromma to Cairo on 18 December 2001 (departure: 20.48, arrival: 1.30 on 19 December);**
- from Cairo to Prestwick (United Kingdom) on 20 December 2001 (departure: 6.56, arrival: 12.03);
- from Prestwick to Washington on 20 December 2001 (departure: 13.07, arrival: 19.18).

The operator indicated is PREMIER EXECUTIVE TRANSPORT SERVICE[7].

---

[7] See Working Document No 8, PE 380.984.

**EN**

# Flight logs related to the rendition of AHMED AGIZA and MOHAMED ALZERY

| Registration Identifier or Call sign (N_Number) | Airport of Departure (ADEP) | ADEP Name | Airport of Destination (ADES) | ADES Name | Date | Take-off Time (ATOT) DD,HH:MI | Arrival Time (ATA) | Aircraft Type | Registered User or Operator Name |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| N379P | KIAD | WASHINGTON | HECA | CAIRO | 18/12/2001 | 18, 02:19 | 13:19 | GLF5 | PREMIER EXECUTIVE TR |
| N379P | HECA | CAIRO | ESSB | STOCKHOLM-BROMMA | 18/12/2001 | 18, 14:43 | 19:43 | GLF5 | PREMIER EXECUTIVE TR |
| N379P | ESSB | STOCKHOLM-BROMMA | HECA | CAIRO | 18/12/2001 | 18, 20:48 | 01:30 | GLF5 | PREMIER EXECUTIVE TR |
| N379P | HECA | CAIRO | EGPK | PRESTWICK | 20/12/2001 | 20, 06:56 | 12:03 | GLF5 | PREMIER EXECUTIVE TR |
| N379P | EGPK | PRESTWICK | KIAD | WASHINGTON | 20/12/2001 | 20, 13:07 | 19:18 | GLF5 | PREMIER EXECUTIVE TR |
| | | | | | | | | | |