# EXHIBIT A

07/01/2007 11:35  009671212521  ALLAW CORP  PAGE 06
FROM : OSAMA TELCOM  FAX NO. : 00967 2 389543  Apr. 03 2006 07:07PM P.



الرقم : ٨٦/١١/٥٢٢/م/ب
التاريخ : ٢٠٠٣/١٢/٣٠
الموافق :

الجمهورية اليمنية
وزارة الخارجية

الموضوع : (التنسيق والتحرير)

ترسل بالفاكس

الأخ/ سفير الجمهورية اليمنية بالأردن

بعد التحية ،،

تقدمت الأم المواطنة اليمنية/ نعمة ناجي علي الصبري
ولدها/ محمد فرج أحمد باشميلة المحتجز من قبل السلطات الأردنية بتاريخ
٢٠٠٣/١٠/٢١م بدون معرفة الأسباب والمذكور مغترب في أندونيسيا وصدر له جواز سفر بدل
فاقد بواسطتنا برقم (١١١١٩٢٢) بتاريخ ٢٠٠٣/٣/١٧م من صنعاء وأرسل بمذكرة إلى
سفارتنا في جاكرتا برقم ١٢/٢٧/١٦/٣٨ بتاريخ ٢٠٠٣/٣/٣١م .
ولذا نرجو منكم مخاطبة الجهات المختصة الأردنية لسرعة الأفراج عنه ومعرفة أسباب
الاحتجاز .

للأطلاع وعمل اللازم والأفادة ،

وتقبلوا تحياتنا ،،،

السفير/ عبد الرب السلفي
رئيس الدائرة القنصلية والمغتربين

| | | |
|---|---|---|
| Republic of Yemen<br>Foreign Ministry | [emblem] | No. 16/10/833/1727<br>Date: December 3, 2003 |

Department of Consular and Expatriate Affairs

To be sent by fax

Republic of Yemen Ambassador in Jordan

Your Excellency:

Yemeni citizen Ni'ma Naji Ali Al-Sabri has filed a complaint stating that her son Mohamed Farag Ahmad Bashmilah was detained by Jordanian authorities on October 21, 2003, for no known reasons. The aforementioned is an expatriate living in Indonesia, holding replacement passport no. 1111922, dated March 17, 2003, which was issued by us in Sanaa and was sent with a memorandum to our embassy in Jakarta no. 16/27/112/[illegible], dated March 31, 2003.

Please address this matter with the concerned Jordanian agencies to expedite his release and to find out the reasons for the detention.

For your perusal, action, and reply.

Best regards,

For Ambassador Abdulrabb Al-Salafi
[signature]
December 3, 2007
Director, Department of Consular and Expatriate Affairs

[ink seal]
Republic of Yemen
Foreign Ministry