# EXHIBIT D

```
================================================================
>>> From file : 031025.an1_input_manager.log.pif2op2.wri
================================================================

Date is              : 031025164111
Originat. Network    : AFTN
Originat. Address    : KSFOXLDI
Net Message Numbr    : 24167
Time Stamp           :    251641
Addresses            :
LFPYIFPU
Message is           :
 (FPL-N379P-IG
-GLF5/M-SDGHRWY/S
-OJAM0400
-N0489F390 AMRAH4 AMRAH A52 HAZEM W2 LEBOR N1 BRAVO R785 BAN W6
 ALE B544 TUSYR/N0488F390 VB36 GAZ UVW701 ERZ UB374
 INDUR/N0489F390 UG161 ED UB111 LUSAL UB702 DUKAN/K0900S1210 B449
 RJ A240 AFGAN L750 RANAH/N0483F410 L750 VELDT DCT DARIN DCT KB
 DCT
-OAKB0410 OPRN
-EET/OSTT0010 OLBB0025 OSTT0026 LTAA0050 UGEE0133 UBBB0143
 UTAK0213 UTAA0235 OAKX0325
 REG/N379P SEL/BCPR
 RMK/SYRIA APVD    LEBANON PMT/240620
 TURKMENISTAN PMT/GC/94/3234/241003
 TURKEY PMT/CAT8742   AFGHANISTAN PMT/YA1071/2003
 E/1111 P/10 R/UV S/M J/L D/2 26 C ORANGE
 A/WHT
 C/HAVLIN)
----------------------------------------------------------------
```

```
--------------------------------------------------
Date is           : 031026014252
To Network        : AFTN
To Addresses      :
LTAAZQZX            LTACYCYX
MESSAGE is        :
Length is         : 580
Header is         :
KIND              : FLIGHT_PLAN
TITLE             : IFPL
EFPM_ID           : BB27123121
TIME_STAMP        : 031026 0142
FPD_ID            : BB57100964
ARC_ID            : N379P
ADEP              : OJAM
ADES              : OAKB
GROUP_ID          : MIDEAST
Text is           :
 (FPL-N379P-IG

-GLF5/M-SDGHRWY/S

-OJAM0400

-N0489F390 AMRAH4 AMRAH A52 HAZEM W2 LEBOR N1 3442N03638E R785 BAN W6 ALE B544
TUSYR/N0488F390 VB36 GAZ UVW701 ERZ UB374 INDUR/N0489F390 UG161 ED UB111 LUSAL
UB702 DUKAN/K0900S1210 B449 RJ A240 AFGAN L750 RANAH/N0483F410 L750 VELDT DCT
DARIN DCT KB DCT

-OAKB0410 OPRN

-EET/OSTT0010 OLBB0025 OSTT0026 LTAA0050 UGEE0133 UBBB0143 UTAK0213 UTAA0235
OAKX0325 REG/N379P SEL/BCPR RMK/SYRIA APVD   LEBANON PMT/240620   TURKMENISTAN
PMT/GC/94/3234/241003   TURKEY PMT/CAT8742   AFGHANISTAN PMT/YA1071/2003
DOF/031026 IFP/RVSMVIOLATION ORGN/KSFOXLDI)

--------------------------------------------------
```