# EXHIBIT E

# Flight logs related to the rendition of MOHAMED FARAG AHMAD BASHMILAH in October 2003

| Registration Identifier or Call sign (N_Number) | Airport of Departure (ADEP) | ADEP Name | Airport of Destination (ADES) | ADES Name | Date | Take-off Time (ATOT) DD, HH:MI | Arrival Time (ATA) | Aircraft Type | Registered User or Operator Name |
|---|---|---|---|---|---|---|---|---|---|
| N379P | KIAD | WASHINGTON | LKPR | PRAHA RUZYNE | 24/10/2003 | 24, 18:03 | 01:46 | GLF5 | |
| N379P | LKPR | PRAHA RUZYNE | LRBS | BANEASA-BUCURESTI | 25/10/2003 | 25, 20:48 | 22:16 | GLF5 | |
| N379P | LRBS | BANEASA-BUCURESTI | OJAM | AMMAN/MARKA CIV | 25/10/2003 | 25, 23:12 | 01:10 | GLF5 | |
| N379P | OJAM | AMMAN/MARKA CIV | OAKB | KABUL/KHWADJA RAWASH | 26/10/2003 | 26, 04:15 | 08:25 | GLF5 | |
| N379P | OAKB | KABUL/KHWADJA RAWASH | ORBI | BAGHDAD INTERNATIONAL AIRPORT | 29/10/2003 | 29, 08:45 | 12:55 | GLF5 | |
| N379P | ORBI | BAGHDAD INTERNATIONAL AIRPORT | LPPR | PORTO | 29/10/2003 | 29, 13:33 | 20:04 | GLF5 | |
| N379P | LPPR | PORTO | KIAD | WASHINGTON | 30/10/2003 | 30, 13:00 | 19:53 | GLF5 | |

Excerpt from flight database compiled by CoE Rapporteur Marty