# EXHIBIT F

07/01/2007 11:35  009671212521            ALLAW CORP                     PAGE 01
FROM : OSAMA TELCOM        FAX NO. : 00567 2 389543      Apr. 03 2006 07:10PM P13

12:58  962-6-5923773              EMB. OF YEMEN REP.



وزارة الخارجية

الرقم : صدحج/١٠/٥/ ١٠١٥
التاريخ : ٢٧/١٠/٢٠٠٣

تهدي وزارة خارجية المملكة الأردنية الهاشمية أطيب تحياتها إلى سفارة الجمهورية اليمنية الشقيقة وبالإشارة لمذكرتها رقم ١١٧١/٨٠١/١٠/١٦ بتاريخ ٢٠٠٣/١٠/٢٧ ترجو اعلامها بأنه قد تم الطلب من المواطن اليمني محمد فرج احمد باشميله مراجعة دائرة المخابرات العامة، بتاريخ ٢٠٠٣/١٠/١٩ ولم يتم احتجازه/إلا أنه قد تم تكليفه بمغادرة المملكة حيث غادرها بتاريخ ٢٠٠٣/١٠/٢٦.

وتنتهز وزارة الخارجية هذه المناسبة لتعرب للسفارة الكريمة عن فائق تقديرها واحترامها.



سفارة الجمهورية اليمنية / عمان
وائل/هـ/٢

١ للتنظيمية
للاطلاع مراتبا بمة
صبكرا

[emblem]
Hashemite Kingdom of Jordan

**Ministry of Foreign Affairs**

No.: ع ق 11/5/7015
Date: November 17, 2003

The Foreign Ministry of the Hashemite Kingdom of Jordan presents its best wishes to the Embassy of our sister state, the Republic of Yemen. In reference to its memorandum no. 16/10/801/1171, dated October 27, 2003, we wish to inform it that the Yemeni citizen Mohamed Farag Ahmad Bashmilah was asked to report to the Department of General Intelligence on October 19, 2003. He was not detained, but he was ordered to leave the Kingdom, which he did on October 26, 2003.

The Foreign Ministry wishes to take this occasion to express its utmost appreciation and respect to the kind embassy.

[ink seal]
Hashemite Kingdom of Jordan
Ministry of Foreign Affairs
Department of Consular and Expatriate Affairs
[super imposed signature]

Embassy of the Republic of Yemen, Amman


Consulate
For perusal and follow up
Thank you.