# EXHIBIT G

*Ambassade
de la République du Yémen
25, rue Georges-Bizet - 75116 Paris
Tél. 01 53 23 87 87 - Fax 01 47 23 69 41*



سفارة
الجمهورية اليمنية
باريس

Paris, le 27 mars 2006

L'Ambassade de la République du Yémen présente ses compléments à Monsieur Dick Marty président de la commission des questions juridiques et des droits de l'homme de l'Assemblé parlementaire du conseil de l'Europe.

Nous avons l'honneur de répondre au courrier, daté du 13 février 2006, que vous avez adressé à Monsieur le Ministre de la défense au Yémen concernant Monsieur BASHMILA.

Et nous avons le plaisir de vous communiquer les informations transmises par les autorités compétentes yéménites le 22 mars 2006 à ce sujet.

Le Yémen apprécie les efforts importants du parlement européen concernant les prisons secrètes dans les pays membres du conseil de l'Europe et l'enlèvement des personnes sur les territoires européens et leur transfert vers d'autres pays. Ce sont des efforts et des principes compatibles avec ceux auxquels nous croyons et voudrons défendre ensembles avec les Européens.

L'Ambassade de la République de Yémen à Paris vous souhaite beaucoup de succès et réussite et saisie cette occasion pour renouveler les assurances de sa haute considération.

*Monsieur Dick Marty président de la commission des questions juridiques et des droits de l'homme de l'Assemblé parlementaire du conseil de l'Europe.*



# **TRADUCTION**

## *Le sujet :*

*La procédure de l'arrestation de Monsieur BASHMILA et son arrivée au Yémen*

- Monsieur Mohamed Faraj Bashmila est un citoyen yéménite ordinaire, né en 1968 à Aden. Il a travaillé comme distributeur dans le prêt-à-porter.

- **Depuis 2002 il a quitté le Yémen pour l'Indonésie où il s'est installé et s'est marié avec une** Indonésienne, **les autorités indonésiennes l'ont expulsé vers la Jordanie pour des raisons inconnues en novembre 2003**

- Les services des renseignements jordanien l'avaient retenu pendant une semaine, ensuite ils **l'ont livré, dans un aéroport jordanien, à *une autre autorité* qui l'a transféré au bord d'un avion à réaction** vers une destination inconnue. **Le vol a duré environ 3 heures et demi.**

- Le détenu a été placé ensuite dans **une ancienne unité de détention où il a été claustré dans une cellule individuelle souterraine pendant sept mois, surveillé par des soldats américains.** Ces derniers ont infligé à leurs prisonniers des mauvais traitements et des pressions psychologiques ; tel que l'obligation de les faire écouter de la musique assourdissante, tous les jours et 24 heures sur 24.

Par la suite, le détenu a été transporté à nouveau au bord d'**un avion à réaction** pendant une duré de **quatre heures**. L'avion avait atterri dans un aéroport inconnu où le détenu y est resté seulement une heure ; puis il a été transporté dans **un hélicoptère** -durant **deux heures** – vers un endroit toujours inconnu où il **a été incarcéré pendant un an dans une cellule individuelle.**

- Le 11 mars 2004, **le service des renseignements jordanien informait le service des renseignements et la sécurité yéménite que Monsieur Mohamed Bashmila a été libéré et qu'il lui permettait de quitter les territoires jordaniens pour l'Iraq.**

1

- Le 5 mars 2005 l'officier de liaison au service militaire à l'Ambassade américaine à Sanaa avait prévenu le service des renseignements et de la sécurité yéménite que Monsieur Bashmila a été capturé et détenu par les autorités américaines.

- Le 5 mai 2005, Bashmila est arrivé par avion à réaction au Yémen avec d'autres détenus également de nationalité yéménite (Monsieur Salah Nasser Saleem (kraou) et Monsieur Mohamed Abdullah Saleh Alassad). Ce déplacement a duré cette fois-ci 6 à 7 heures environ.

- Les autorités compétentes yéménites confirment qu'ils n'ont pas incarcéré Monsieur Bashmila, mais qu'il leur a été remis par les autorités américaines comme détenu inculpé d'être membre *d'Alqayda*. Les autorités yéménites ont, par la suite, arrêté et interpellé Monsieur Bashmila selon l'article numéro 13 du code pénal de l'année 1994 et l'ont incarcéré.

- Monsieur Bashmila a comparu devant la justice et a eu un procès dont le verdict satisfait par la durée d'incarcérations qu'il a fait auparavant dans les prisons secret et il sera libéré après avoir les garanties nécessaire.

- Plusieurs membres actifs des organisations humanitaires européennes et de droit de l'homme ont demandé instamment à l'Ambassade du Yémen à Berlin de libérer M. Bashmila ainsi que d'autres détenus comme Salah Nasser Saleem.

- Certaines organisations américaines se sont intéressés à cette cause et ont envoyé une équipe d'avocats (Douglas KOKS, Sarah HENZ, Nita FOSTER), tous de nationalité américaine.

- Amnistie internationale s'est également intéressé au cas de Monsieur BASHMILA et Salah Nasser Saleem ainsi que d'autres. Et avait publié des rapports expliquant essentiellement les conditions et les étapes de leur détention après avoir rencontré les détenus le 7 et 12 février 2006 par l'équipe de :

| | |
|---|---|
| Mme ANNE VITS GIRARD | Conseiller de l'organisation |
| Mme Madame LINNE WEISMAN | Ancienne Conseiller de l'organisation |
| MR AKRAM AL KHATIB | Traducteur |

2

- **Le croix rouge internationale** avait également suivi le cas et chargé une de ses représentants, Madame Maya BETROVITSHE, de les rencontrer le 8 mars 2006.

Le service des renseignements et de la sécurité yéménite n'a pas cessé de demander aux autorités américaines de lui remettre les dossiers de tous les détenus et de lui présenter les arguments justifiant leur implication dans cette inculpation.

3

<u>**الموضوع: إجراءات اعتقال ووصول السيد/محمد فرج باشميله إلى اليمن**</u>

- السيد/محمد باشميله هو مواطن يمني عادي من مواليد عام 1968م في مدينة عدن وكان يعمل في توزيع الملابس الجاهزة.
- كان مقيما في اندونيسيا منذ العام 2002م ومتزوجا من امرأة اندونيسية والسلطات في ذلك البلد رحلته في نوفمبر 2003م إلى الأردن – لأسباب غير معروفة- حيث تم احتجازه من قبل المخابرات العامة الأردنية لمدة أسبوع.
- **قام الأردنيون بتسليم المذكور في احدى مطاراتهم إلى (جهة أخرى) حيث تم نقله بطائرة نفاثه إلى مكان مجهول مدة الطيران إليه حوالي ثلاث ساعات ونصف وغير معروف المطار الذي هبطت الطائرة به، ونقل منه إلى وحدة احتجاز قديمة تحت الأرض وأودع في سجن انفرادي مكث به سبعة اشهر، وكان الحراس المشرفين عليه أمريكيين، ومن ضمن ممارسات الضغط على نفسية المسجونين كان تشغيل الموسيقى الصاخبة خلال الـ 24 ساعة يوميا.**
- **تم نقل المذكور مرة أخرى على طائرة نفاثه مدة الطيران تقريبا 4 ساعات وهبطت في مطار غير معروف ومكث به مدة ساعة، ونقل من جديد على طائرة مروحية إلى مكان مجهول مدة الطيران إليه ساعتين ونقل بعدها إلى سجن انفرادي مكث به سنة.**
- **في تاريخ 11 مارس 2004م قام جهاز المخابرات العامة الأردنية بإبلاغ الجهاز المركزي للأمن السياسي في اليمن بأن السيد/ محمد باشميله قد تم إخلاء سبيله وسمح له بالمغادرة إلى العراق.**

1

- في تاريخ 5 مارس 2005م قام الجانب الأمريكي عبر ضابط الارتباط في صنعاء بإبلاغ الجهاز المركزي للأمن السياسي في اليمن بأن السيد/محمد باشميله موقوف طرفهم.

- في تاريخ 5 مايو 2005م نقل المذكور من السجن الذي كان به على طائرة نفاثه إلى اليمن واستغرقت الرحلة من 6-7 ساعات، وكان معه في الطائرة كل من المواطنين اليمنيين صلاح ناصر سليم (قرو) ومحمد عبد الله صالح الأسد.

- تؤكد السلطات اليمنية المختصة أنها لم تقم باعتقال المذكور وإنما تسلمته من قبل السلطات الأمريكية في 5 مايو تحت تهمة انتمائه لتنظيم (القاعدة) وتم احتجازه باليمن وفقا لقانون الإجراءات الجزائية رقم (13) لسنة 1994م للتحقيق معه والتأكد من صحة ما نسب إليه من الأمريكيين.

- تم تقديم المذكور إلى القضاء اليمني لاستكمال الإجراءات القانونية تجاهه وصدر حكم قضائي بحقه بالاكتفاء بالمدة التي قضاها في السجون السرية وسيتم الإفراج عنه في ضوء الحكم الصادر من القضاء بعد اخذ الضمانات.

- قدمت العديد من المناشدات الإنسانية من ناشطين أوروبيين في مجال حقوق الإنسان إلى سفارة اليمن في برلين بألمانيا للمطالبة بإطلاق سراح السيد/ باشميله وآخرون (منهم صلاح ناصر سليم).

- اهتمت بعض المنظمات الأمريكية بالقضية، فقام فريق من المحامين الأمريكيين بالالتقاء بهم يوم 20 يونيو 2005م وهم التالية أسماؤهم:

- السيد/دوجلاس كوكس
- السيدة/ساره هنـز
- السيدة/زينتا فوستر.

2

- اهتمت منظمة العفو الدولية بموضوع السيد/محمد باشميله وصلاح ناصر سليم وآخرون ونشرت تقرير يتضمن مراحل اعتقالهم وما مروا به من ظروف مختلفة وذلك بعد أن أجرى معهم فريق ممثلي منظمة العفو الدولية في اليمن لقاءين يومي 7 و 12 فبراير 2006م وكان الفريق مشكل من التالية أسماؤهم:

| | |
|---|---|
| – السيدة/آن فيتز جيراد | مستشارة في المنظمة |
| – السيدة/لين وسمن | مستشارة سابقة في المنظمة |
| – السيد/ أكرم الخطيب | مترجم |

- اهتمت منظمة الصليب الأحمر الدولي بالقضية وأرسلت السيدة/ مايا بيتروفتش مندوبة الحماية في اللجنة الدولية للصليب الأحمر للالتقاء بهم يوم 8 مارس 2006م.
- مازال الجهاز المركزي للأمن السياسي اليمني يطالب الجانب الأمريكي بتسليم ملفات المذكورين وتقديم الأدلة التي تثبت تورطهم فيما نسب إليهم واحتجازهم في سجون سرية خلال تلك الفترة، إلا أنه لم يتم الاستجابة للطلب حتى الآن.

س/ج

*Embassy of the Republic of Yemen*  [emblem]   The Embassy of the
*25, rue Georges-Bizet-75116 Paris*            Republic of Yemen Paris
*Tel. 01 53 23 87 87 – Fax 01 47 23 69 41*

Paris, 27 March 2006

The Embassy of the Republic of Yemen congratulates Mr. Dick Marty, President of the Committee on Legal Affairs and Human Rights of the Council of Europe Parliamentary Assembly.

We are honored to answer the letter, dated February 13, 2006, that you have addressed to the Yemeni Minister of Defence concerning Mr. Bashmila.

And we are delighted to communicate to you the information transmitted by the competent Yemeni authorities on March 22, 2006, on that subject.

Yemen appreciates the significant efforts of the European Parliament pertaining to the secret prisons in the member states of the Council of Europe, to the kidnapping of individuals on European territories and to their transfer to other states. These efforts and principles are compatible with those in which we believe and will want to defend together with the Europeans.

The Embassy of the Republic of Yemen in Paris wishes you great success and seizes this opportunity to renew its high regards.

*Mr. Dick Marty, President of the Committee on Legal Affairs and Human Rights of the Council of Europe Parliamentary Assembly.*

(Seal)

# TRANSLATION

## The issue:

### *Mr. BASHMILA's arrest procedure and his arrival in Yemen*

- Mr. Mohamed Faraj Bashmila is an ordinary Yemeni citizen, born in 1968 in Aden. He worked as a distributor in the ready to wear industry.

- **Since 2002, he left Yemen for Indonesia, where he settled and married** an Indonesian, **the Indonesian authorities have expelled him to Jordania for unknown reasons in November 2003.**

- The Jordanian intelligence services had withheld him for a week, and then **delivered him, in a Jordanian airport, to another authority which tranferred him in a jet airplane** to an unknown destination. **The flight lasted approximately three hours and a half.**

- The detainee was then placed in a **former detention unit where he was confined in an individual cell underground during seven months, surveilled by American soldiers.** The latter inflicted on their prisoners mistreatment and psychological pressures; such as the obligation to make them listen to deafening music every day, twenty four hours a day.

  The detainee was later transported once again in a **jet airplane** for a time period of **four hours**. The plane had landed in an unknown airport where the detainee only stayed an hour; he was then transported in **a helicopter – during two hours** – to a destination still unknown **where he was incarcerated for a year in an individual cell.**

- On March 11, 2004, **the Jordanian intelligence service informed the Yemeni intelligence and security services that Mr. Mohamed Bashmila had been released and that he was allowed to leave Jordanian territory to go to Iraq.**

- On March 5, 2005, **the liaison officer for the military service at the US Embassy in Sanaa had warned the Yemeni intelligence and security services that Mr. Bashmila was captured and detained by the American authorities.**

- **On May 5, 2005, Bashmila arrived in Yemen by jet airplane, with other detainees** of Yemeni nationality as well (Mr. Salah Nasser Saleem (kraou) and Mr. Mohamed Abdullah Saleh Alassad). This time, the displacement lasted more or less six to seven hours.

- **The competent Yemeni authorities confirm that they did not incarcerate Mr. Bashmila, but that he was returned to them by the American authorities as a detainee charged with being an Al Qaida member.** The Yemeni authorities later arrested and took in for questioning Mr. Bashmila under article 13 of the 1994 criminal code, and incarcerated him.

- Mr. Bashmila appeared in court and obtained a trial whose verdict satisfies by the duration of incarcerations he previously underwent in secret prisons, and he will be released once the necessary guarantees will have been made.

- Several active members of European humanitarian and human rights organizations have insistently asked the Yemeni Embassy in Berlin to release Mr. Bashmila as well as other detainees such as Salah Nasser Saleem.

- Some American organizations have also been interested in this cause and have sent a delegation of lawyers (Douglas KOKS, Sarah HENZ, Nita FOSTER), all of American nationality.

- **Amnesty International** has also been interested in the case of Mr. Bashmila and Salah Nasser Salem as well as others. And had published reports explaining mainly the conditions and phases of their detention after having met the detainees on February 7 and 12, 2006, by:

    Mrs. ANNE VITS GIRARD     Advisor of the Organization
    Mrs. LINNE WEISMAN        Former Advisor of the Organization
    Mr. AKRAM AL KHATIB       Translator

- **The International Red Cross** has also followed the case and charged one of its representatives, Mrs. Maya BETROVITSHE, to meet them on March 8, 2006.

The Yemeni intelligence and security service kept asking the American authorities to deliver them the files of all detainees and to present the arguments justifying these charges against them.

Subject:   **Chronology of the detention of Mr. Mohamed Farag Bashmilah and his arrival in Yemen**

- Mr. Mohamed Bashmilah is an ordinary citizen of Yemen, born in 1968 in the city of Aden, and used to work as a distributor of ready-to-wear clothes.

- He was living in Indonesia since 2002, being married to an Indonesian woman, when the authorities in that country deported him in November 2003 to Jordan for unknown reasons, and he was detained by the Jordanian General Intelligence for one week.

- The Jordanians handed over the aforementioned to another agency at one of their airports and he was transported by a jet aircraft to an unknown location about three and a half hours away by air. The landing airport is unknown. From there, he was transported to an old underground detention unit, where he was kept in solitary confinement for seven months. The guards were Americans. Among the psychological pressure tactics used against prisoners was to play loud music 24 hours a day.

- The aforementioned was transferred again by a jet aircraft, flying approximately four hours, and landing at an unknown airport, where it remained for an hour. He was then transported by a propeller aircraft to an unknown location two hours away by air. Afterwards, he was transferred to a solitary prison where he stayed for a year.

- On March 11, 2004, the Jordanian General Intelligence informed the Central Organization for Political Security in Yemen that Mr. Mohamed Bashmilah had been released and allowed to depart to Iraq.

- On March 5, 2005, the United States, through the Liaison Officer in Sanaa, informed the Central Organization for Political Security in Yemen that Mr. Mohamed Bashmilah was being held in their custody.

- On May 5, 2005, the aforementioned was transported from the prison where he was being held by a jet aircraft to Yemen. The flight lasted 6-7 hours. On board, he was accompanied by two Yemeni citizens, Salah Nasser Saleem (Qaru) and Muhammad Abdullah Saleh Al-Asad.

- The relevant Yemeni authorities confirm that they did not arrest the aforementioned. Rather, it received him from the U.S. authorities on May 5, being accused of membership in al Qa'ida. He was held in Yemen per Penal Procedure No. 13 of the year 1994 for questioning and verifying what the Americans have alleged against him.

- The aforementioned was brought before the Yemeni judicial system to complete the legal process in his case. A judicial sentence was issued making the time spent in secret prisons sufficient time served. He will be released per the judicial sentence, pending guarantees.

- Numerous humanitarian appeals were submitted by European human rights activists to the Yemeni Embassy in Berlin, Germany, demanding the release of Mr. Bashmilah and others (including Mr. Salah Nasser Saleem).

- Some American organizations were interested in the case. A team of American lawyers met with them on June 20, 2005, namely:

    Mr. Douglas Cox
    Ms. Sarah [Havens]
    Ms. [Tina] Foster

- Amnesty International was interested in the case of Mr. Mohamed Bashmilah, Mr. Salah Nasser Saleem, and others. It published a report containing a narrative of their detention

and the various conditions they had endured after a team of Amnesty International representatives conducted two interviews with them in Yemen on February 7 and 12, 2006. The team consisted of:

  Ms. Anne FitzGerald, organization advisor
  Ms. Lynn Wessman [phonetic], former organization advisor
  Mr. Akram al Khatib, Interpreter

- The International Committee of the Red Cross was interested in the case. It dispatched Ms. Maya Petrovich [phonetic], ICRC Protection Delegate, to meet with them on March 8, 2006.

- The Central Organization for Political Security in Yemen continues to press the U.S. to hand over the files of the aforementioned and to present the evidence for what has been alleged against them [and for which] they were held in secret prisons at that time. Until now, the request has not been granted.