# EXHIBIT L

