# EXHIBIT M

