# EXHIBIT N

Floor plan with the following labels:
- Yard with Weights
- Parking Lot
- Main Entrance
- Inner Gate
- Guard's Room
- Another Room
- Interrogation Room 1 (Also used as cell)
- Interrogation Room 2
- Interrogation Room 3
- Interrogation & Torture Room (Also used as cell)
- Direction of Cells
- Direction of Interrogation Rooms
- Windows to outside
- Cell 6
- Bathroom