# EXHIBIT R

