# EXHIBIT V



**MISSION DE LA RÉPUBLIQUE DU YÉMEN**

الوفد الدائم للجمهورية اليمنية

No. 758
OI/ 68

    The Permanent Mission of the Republic of Yemen to the United Nations Office and Other International Organizations presents its compliments the Special Rapporteur on the question of Torture and to the Special Rapporteur on Human Rights and Terrorism and has the honor to attach herewith,

    Our country's reply to the note verbale Ref. ALG/So214 (53-02) YEM12/2005 on the case of the two Yemeni citizens, **Salah Nasser Ali** (27 years old) and **Muhammad Farah Ahmed Bashmilah** (37 years old).

    The Permanent Mission hopes that constructive dialogue and cooperation continue between our government and your Special Rapporteurs in a positive atmosphere so as to understand the conditions and circumstances of each case separately.

    And as you all know, the cases related to international terrorism and its relation with external factors are extremely sensitive and it is difficult to settle them quickly and to come to clear facts.

    The Permanent Mission of the Republic of Yemen avails itself of this opportunity to renew to the Special Rapporteur on the question of Torture and the Special Rapporteur on Human Rights and Terrorism the assurances of its highest consideration.

Geneva, December 20th  2005

OHCHR REGISTRY
2 7 DEC 2005
Recipients : SPR



CHEMIN DU JONC 19 - 1216 COINTRIN (GENÈVE) - TÉL. (022) 798 53 33 - FAX (022) 798 04 65



| | |
|---|---|
| الرقم: ٦٣٦٢ج | الجمهورية اليمنية |
| التاريخ: ٢٠٠٥/١٢/١٨م | رئاسة الجمهورية |
| الموافق: ١٤هـ | الجهاز المركزي للأمن السياسي |
| المرفقات: | |

الأخ الدكتور/ أبو بكر عبدالله القربي

وزير الخارجيـــــــــــــة         المحترم

**بعد التحية :**

رداً على مذكرتكم رقم ١٠/٢١٤/١٠ بتاريخ ٢٠٠٥/١٢/٧م بخصوص مذكرة الوفد الدائم بجنيف بناء على بلاغ المقرر الخاص بالتعذيب والمقرر الخاص بحقوق الإنسان والإرهاب بشأن المواطنين /صلاح ناصر سالم علي ومحمد فرج أحمد باشميله .. وبناء عليـــه :-

نود افادتكــــــــــم بما يلي :-

**أولاً :**

فيما يتعلق بصحة الوقائع الوارده في البلاغ حول تعرضهما (المذكوران آنفاً) للضرب والاهانته والتعذيب والتهديد بالتحرش والاحتجاز السري بمعزل عن العالم ، من قبل السلطات الاندونيسيه والاردنيه والامريكيه كما ورد في البلاغ ، فهي من مسئولية المقرر الخاص بالتعذيب والمقرر الخاص بحقوق الإنسان والإرهاب بمتابعة السلطات في البلدان المذكوره حول صحة الوقائع الوارده في البلاغ ..

**ثانيا :**

حول مزاعم التعرض للتعذيب أشار المذكوران آنفاً من خلال التحقيق معهما إلا انهما قد تعرضا للتعذيب من قبل السلطات المشار اليها آنفاً ..

**ثالثاً :**

المسوغات القانونية :

تؤكد السلطات اليمنية بأنه لم يجري اعتقال المذكوران وانما سلما للسلطات اليمنية من السلطات الامريكية تحت تهمة انتمائهما إلى مايسمى بتنظيم

الجمهورية اليمنية
رئاسة الجمهورية
الجهاز المركزي للأمن السياسي

الرقم: ٦٣٦٧
التاريخ: ٢٠٠٥/١/١٨م
الموافق: ١٤هـ
المرفقات:

— ٢ —

القاعده ، وقد قامت السلطات اليمنية باحتجازهما وفقاً لقانون الاجراءات الجزائيه رقم (١٣) لسنة ٩٤م للتحقيق معهما والتأكد من صحة ما نسب اليهما من جانب السلطات الامريكية ، وقد جرى احتجازهما بناء على مسوغات قانونية وفقاً للقانون المشار اليه انفاً ويخضع موضوعهما للمراجعه القانونيه للتأكد من سلامة الاجراءات القانونية من قبل النيابة العامة ومدى ملاءمة ومطابقة هذه الاجراءات للقانون وقد تسلمت السلطات اليمنية ملفاتهما من السلطات الامريكية بتاريخ ١٠/نوفمبر/٢٠٠٥م ، ويجرى استكمال الاجراءات القانونية لاحالتهما إلى القضاء .

رابعاً :

الرعاية الصحية وبرامج اعادة التأهيل :

يحظى المحتجزون على ذمة قضايا بالرعاية الصحية وكذلك برامج اعادة التأهيل وفقاً للقانون سوى كان ذلك في مراكز الاحتجاز أو في السجون بناءً على قانون تنظيم السجون في حالة الادانة والحكم بالحبس ، وهناك لوائح داخلية تنظم وتقر مثل هذه الرعاية ، ويجري متابعتها والاشراف عليها من قبل النيابة العامة .

للاطلاع واجراءاتكــــــــــــــم ..

وتقبلوا تحياتنا ،،

لواء
غالب مطهر القميش
رئيس الجهاز المركزي للأمن السياسي

نسخه للاخ/مدير مكتب رئاسة الجمهورية .
نسخه للاخ/وزير الداخليه .
نسخه للأخت/وزيرة حقوق الإنسان .

*(Translated from Arabic)*

# Republic of Yemen

## Office of the President

### Central Political Security Department

Sir,

In response to your note No. 10/214/10, dated 7 December 2005, regarding a note from the Permanent Mission in Geneva about a report from the Special Rapporteur on torture and the Special Rapporteur on Human Rights and counter terrorism concerning Yemeni citizens Salah Nasser Salim Ali and Muhammad Faraj Ahmed Bashmilah, we should like to provide you with the following information:

1. With regard to the accuracy of the facts alleged in the report, namely, that the two men were beaten, verbally abused, tortured, threatened with sexual abuse and held in incommunicado detention by the Indonesian, Jordanian and United States authorities, it is up to the Special Rapporteur on torture and the Special Rapporteur on Human Rights and terrorism to check with the authorities of the countries concerned whether the facts alleged in the report are accurate.

2. With regard to the allegations about torture, both of the above-mentioned persons stated, when questioned, that they had not been tortured by any of the authorities mentioned above.

3. Legal basis:

The Yemeni authorities confirm that the two men were not arrested but rather were handed over to them by the United States authorities after having been accused of being members of the organization known as Al-Qa`ida. The Yemeni authorities detained them under

Mr. Abubakr Abdallah Al-Qirbi
Minister for Foreign Affairs

CHR/NONE/2005/426
GE.05-16867 (E)    240106    240106

the Code of Criminal Procedures No. 13 of 1994, with a view to questioning them and verifying the allegations made by the United States authorities. The legal basis on which they were held was the aforementioned Code. The lawfulness of detention is subject to judicial review. Steps are taken to verify that the Department of Public Prosecutions has followed the proper legal procedures and that the procedures are consistent with the law. The Yemeni authorities received the files on these two men from the United States authorities on 10 November 2005, and the legal procedures are being completed pending their arraignment before the courts.

4.   Medical treatment and rehabilitation programmes:

Under the Prisons Act, detainees awaiting trial are legally entitled to access to medical treatment and rehabilitation programmes, whether at a detention centre or, if they have been convicted and sentenced to imprisonment, at a prison. There are internal rules that regulate and establish the parameters for such treatment. The Department of Public Prosecutions oversees the implementation of these rules.

Accept, Sir etc.

(*Signed*):   Ghalib Mathar al-Qamish
              Chief
              Central Department of Political Security

cc.: Director, Office of the President of the Republic
     Minister for Internal Affairs
     Minister for Human Rights