# EXHIBIT X

UNITED
NATIONS

E



Economic and Social Council

Distr.
GENERAL

E/CN.4/2006/6/Add.1
21 March 2006

ENGLISH/FRENCH/SPANISH

COMMISSION ON HUMAN RIGHTS
Sixty-second session
Agenda item 11 (a)

# CIVIL AND POLITICAL RIGHTS, INCLUDING THE QUESTIONS OF TORTURE AND DETENTION

**Torture and other cruel, inhuman or degrading treatment or punishment**

**Report of the Special Rapporteur, Manfred Nowak**

**Addendum**

**Summary of information, including individual cases, transmitted to Governments and replies received**[*]

---

[*] The present document is being circulated as received, in the languages of submission only, as it greatly exceeds the word limitations currently imposed by the relevant General Assembly resolutions.

GE.06-11942

## Contents

|  | *Paragraphs* | *Page* |
|---|---|---|
| Introduction………………………………………………… |  | 4 |
| Mandate abbreviations…………………………………… |  | 6 |
| Summary of allegations transmitted and replies received………… |  | 7 |
| Afghanistan ……………………………………………………… | 1 | 7 |
| Algeria……………………………………………………… | 2 | 8 |
| Australia…………………………………………………… | 3 | 9 |
| Azerbaijan………………………………………………… | 4-6 | 10 |
| Bahrain…………………………………………………… | 7 | 12 |
| Bangladesh……………………………………………… | 8-11 | 14 |
| Belarus…………………………………………………… | 12 | 16 |
| Brazil……………………………………………………… | 13-17 | 25 |
| Canada…………………………………………………… | 18 | 29 |
| Chile……………………………………………………… | 19 | 29 |
| China……………………………………………………… | 20-35 | 30 |
| Colombia………………………………………………… | 36-45 | 45 |
| Cuba……………………………………………………… | 46-49 | 56 |
| Democratic Republic of the Congo……………………… | 50-57 | 59 |
| Djibouti…………………………………………………… | 58 | 69 |
| Egypt……………………………………………………… | 59-62 | 70 |
| Equatorial Guinea……………………………………… | 63 | 73 |
| Eritrea…………………………………………………… | 64-69 | 74 |
| Ethiopia…………………………………………………… | 70-75 | 77 |
| Germany………………………………………………… | 76 | 82 |
| Guatemala……………………………………………… | 77-79 | 85 |
| Guinea…………………………………………………… | 80 | 88 |
| Haiti……………………………………………………… | 81 | 89 |
| Honduras………………………………………………… | 82-83 | 90 |
| India……………………………………………………… | 84-89 | 93 |
| Indonesia………………………………………………… | 90-95 | 95 |
| Iran (Islamic Republic of) ……………………………… | 96-115 | 99 |
| Iraq……………………………………………………… | 116-121 | 109 |
| Israel…………………………………………………… | 122-125 | 113 |
| Jordan…………………………………………………… | 126 | 114 |
| Kazakhstan……………………………………………… | 127-128 | 114 |
| Kenya…………………………………………………… | 129 | 115 |
| Kuwait…………………………………………………… | 130 | 116 |
| Kyrgyzstan……………………………………………… | 131-136 | 116 |
| Lebanon………………………………………………… | 137-138 | 120 |
| Libyan Arab Jamahiriya………………………………… | 139-140 | 121 |
| Malaysia………………………………………………… | 141 | 122 |

|  | *Paragraphs* | *Page* |
|---|---|---|
| Mauritania………………………………………………………………… | 142-144 | 122 |
| Mexico……………………………………………………………………… | 145-152 | 126 |
| Mongolia…………………………………………………………………… | 153 | 143 |
| Morocco…………………………………………………………………… | 154-156 | 144 |
| Myanmar…………………………………………………………………… | 157-174 | 148 |
| Nepal……………………………………………………………………… | 175-347 | 157 |
| Nigeria…………………………………………………………………… | 348-349 | 199 |
| Pakistan…………………………………………………………………… | 350-359 | 200 |
| Peru………………………………………………………………………… | 360 | 204 |
| Philippines………………………………………………………………… | 361-371 | 205 |
| Republic of Moldova……………………………………………………… | 372-373 | 208 |
| Romania…………………………………………………………………… | 374-379 | 210 |
| Russian Federation………………………………………………………… | 380-395 | 216 |
| Saudi Arabia……………………………………………………………… | 396-398 | 239 |
| Senegal…………………………………………………………………… | 399 | 240 |
| Serbia and Montenegro…………………………………………………… | 400-409 | 240 |
| Sierra Leone……………………………………………………………… | 410 | 244 |
| Slovakia…………………………………………………………………… | 411 | 244 |
| Spain……………………………………………………………………… | 412-413 | 244 |
| Sri Lanka………………………………………………………………… | 414-442 | 248 |
| Sudan……………………………………………………………………… | 443-466 | 260 |
| Sweden…………………………………………………………………… | 467 | 277 |
| Syrian Arab Republic…………………………………………………… | 468-478 | 277 |
| Tajikistan………………………………………………………………… | 479-481 | 281 |
| Thailand…………………………………………………………………… | 482-486 | 283 |
| The former Yugoslav Republic of Macedonia…………………………… | 487-490 | 285 |
| Togo……………………………………………………………………… | 491-492 | 287 |
| Tunisia…………………………………………………………………… | 493-503 | 289 |
| Turkey…………………………………………………………………… | 504-513 | 303 |
| Turkmenistan……………………………………………………………… | 514 | 308 |
| United Arab Emirates…………………………………………………… | 515-516 | 309 |
| United Kingdom of Great Britain and Northern Ireland………………… | 517-519 | 310 |
| United States of America………………………………………………… | 520-527 | 313 |
| Uzbekistan………………………………………………………………… | 528-540 | 319 |
| Venezuela………………………………………………………………… | 541 | 335 |
| Viet Nam………………………………………………………………… | 542-544 | 337 |
| Yemen…………………………………………………………………… | 545-550 | 339 |
| Zambia…………………………………………………………………… | 551 | 341 |
| Zimbabwe………………………………………………………………… | 552 | 341 |
| Annex – Model questionnaire for submission of cases |  | 343 |

E/CN.4/2006/6/Add.1
Page 340

| | | | | | |
|---|---|---|---|---|---|
| 547 | 27/06/05 | JUA | WGAD; TOR; | I. S., a 14 year-old member of the Zaidi community. On 8 May 2005, he was arrested after security forces stormed his family home in Sana'a. Since then, he has been detained incommunicado, possibly in the Political Security (Al-Amn Al-Seyasi) prison in Sana'. Ibrahim Al-Saiani was injured by shrapnel during clashes in Sa'da between government forces and followers of Hussain Badr Al-Din Al-Huthi, a cleric from the Zaidi community. Ibrahim Al-Saiani's right arm is said to have been amputated, a piece of shrapnel is lodged in his skull, and he has an injury to his right leg. | By letter dated 23/09/05, the Government informed that he had participated in acts of sabotage in Saada Province and had been injured during the clashes with the security forces. He subsequently joined a terrorist cell in Sana'a, which perpetrated some acts of sabotage and explosions targeted against the security forces, governmental facilities and foreign embassies. He has been arrested along with a group of 37 persons and the courts are dealing with the case. |
| 548 | 27/10/05 | JUA | FRDX; IJL; RINT; SUMX; TOR; | Yahya Al-Daylami, a religious leader of the Shiite Zaidi community. On 9 September 2004, he was taken into custody in Sa'da by agents of the Political Security Force and held incommunicado at the intelligence detention centre in Sana'a. On 29 May 2005, a special criminal court sentenced Mr. Al-Daylami to death. He is currently awaiting execution, as the death sentence requires the approval of the President, which is still pending. He was detained for more than eight months without access to a lawyer or anybody else. | By letter dated, 14/12/05, the Government informed that his arrest had been carried out in accordance with procedural norms, under the supervision of the Attorney General. No complaint had been submitted a complaint of ill-treatment and he was able to receive visitors. It informed that the specialized court would have taken instant measures in the event that mistreatment had been confirmed. |
| 549 | 10/11/05 | JAL | FRDX; TOR; | Moujib Soueileh, a camera operator working for Al-Arabiya, an Arabic-language satellite TV news station. On 20 October 2005, in Sanaa, police officers beat him, insulted him and detained him for questioning for several hours at a police station in the Habra neighbourhood of Sana'a, for filming a demonstration staged by textile factory workers demanding payment for wage arrears. Mr. Soueileh suffered from internal bleeding, three broken ribs and bruises on one leg. | |
| 550 | 17/11/05 | JAL | Terrorism; TOR; | Salah Nasser Salim 'Ali, aged 27, and Muhammad Faraj Ahmed Bashmilah, aged 37, both Yemeni citizens. (See Indonesia above). | By letter dated 20/12/05, the Government informed that both of the men stated, when questioned, that they had not been tortured by |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the authorities. The two men were not arrested but rather were handed over to them by the United States authorities after having been accused of being members of Al-Qaeda. The Yemeni authorities detained them under the Code of Criminal Procedures with a view to questioning them and verifying the allegations made by the US authorities. The Yemeni authorities received the files on the two men from the US authorities on 10 November 2005, and the legal procedures are being completed pending their arraignment before the courts. Under the Prisons Act, detainees awaiting trial are legally entitled to access to medical treatment and rehabilitation programmes. |
| 551 | Zambia | Follow-up to previously transmitted communication | | Martinho Ngola (E/CN.4/2005/62/Add.1, para. 1973). | By letter dated 8/02/05, the Government informed that the Zambian Police Service does not have any record of the arrest or detention of Mr. Ngola at Lusaka Police Headquarters. There is also no record of him on the Arrested Prisoners Property Book. The Government requested further information to enable it to respond appropriately. |
| 552 | Zimbabwe | 28/06/05 | JUA | FRDX; HRD; TOR; VAW; | 29 members of the Women of Zimbabwe Arise (WOZA). On 20 June 2005 at around 11am, 100 women carrying placards and banners started a peaceful demonstration in Bulawayo, against alleged forced evictions of thousands of people in the context of Operation Murambatsvina (Drive out the Rubbish). Police officers blocked their way and the women sat down in protest. Twenty-nine women were arrested. They were all detained for 48 hours before appearing in court to face charges of blocking the traffic in violation of the Miscellaneous Offences Act. They were all released on bail. The first trial hearing before the Provincial Magistrate's Court is scheduled for 11 | By letter dated 31/08/05, the Government informed that the incident took place on 18 June 2005 rather than 20 June 2005. The women concerned were blocking traffic, they were detained, charged under the Miscellaneous Offences Act, and were released on bail. No complaint had been filed by Siphiwe Maseko concerning the alleged abuse she suffered. The Government expressed its commitment to investigating the case if a claim was filed. |