# EXHIBIT AA

**Embassy of the Republic of Yemen**
Amman — Jordan

الرقم: ١٥٨٩/٨/٧/٣
التاريخ: ١٦/١٢/٢٠٠٣م

الأخ/ وكيل وزارة الخارجية للشئون المالية والإدارية        المحترم
بعد التحية:

بإشارة إلى خطابكم رقم 1827/833/10/16 بتاريخ 2003/12/3 ورقم 1775/833/10/16 بتاريخ 2003/12/10 بشأن المواطن اليمني محمد فرج أحمد باشموله.

نود الإحاطة بأن نجدة ناجي طفي الصبري أفادت بأن ابنها المذكور أعلاه وصل من تونوسيا يوم 2003/10/16م وتم حجزه من قبل المخابرات الأردنية وأنها ذهبت إلى هناك ولم يسمحوا لها بزيارته.
وقامت السفارة باتخاذ الإجراءات التالية:
أ- الاتصال بمكتب رئيس المخابرات والذي طلب حضورها وبالفعل ذهبت إلى هناك وسمح لها بزيارة ابنها.
2- تم إعداد مذكرة للخارجية الأردنية برقم 1171 /801/10/16 بتاريخ 2003/10/27م للاستفسار عن المذكور ومعرفة سبب احتجازه.
3- أبلغنا من قبل أنه بأن المخابرات وعد زيارتها لهم إبلاغنا بأن ابنها غادر المملكة.
4- تم إعداد مذكرة إلى الخارجية الأردنية برقم 1218/801/10/16 بتاريخ 2003/11/12م وطلبنا منهم معرفة هل تم ترحيله فعلا وما هي وجهة ترحيله.
5- استلمنا مذكرة من الخارجية الأردنية برقم ق ع/7015/5/11 بتاريخ 2003/11/17م تفيد بأن المذكور طلب منه مراجعة المخابرات ولم يتم احتجازه وتم تكليفه بمغادرة المملكة حيث غادرها يوم 2003/10/26م حسب ما جاء في مذكرتهم (مرفقة).
6- تم متابعة الموضوع وباستمرار مع مكتب مدير المخابرات والخارجية الأردنية ووزارة الداخلية ووعدوا جميعاً بمتابعة الأمر والرد على السفارة وتم تعزيز ذلك بمذكرة من السفارة برقم 1266 /801/10/16 بتاريخ 2003/12/4م نطلب فيها معرفة جهة ترحيله.

07/01/2007 11:35  009671212521  ALLAW CORP  PAGE 09
FROM : OGAMA TELCOM  FAX NO. : 00967 2 369543

وعليه نود الإشارة بأننا لازلنا نتابع الموضوع باستمرار وذلك من خلال إشارة للموضوع مع الجهات المعنية بالخارجية والمخابرات والداخلية، وسوف نفيدكم بالنتائج متابعاتنا عند استلامنا الرد من الجهات المعنية.

وتقبلوا خالص تحياتنا،،

د/ إبراهيم سعيد البخيتي
المدير العام

| | | |
|---|---|---|
| **Embassy of the Republic of Yemen**<br>Amman, Jordan | [emblem] | No. 7/10/801/1289<br>Date: December [illegible], 2003 |

Your Excellency:

In reference to your letter no. 16/10/833/1827, dated December 3, 2003, and your letter no 16/10/833/1775, regarding the Yemeni citizen Mohamed Farag Ahmad Bashmilah, we would like to inform you that Ni`ma Naji Ali Al-Sabri has stated that her aforementioned son had arrived from Indonesia on October 16, 2003, and was detained by Jordanian intelligence, and that she had gone there, but they did not allow her to visit him. The embassy has taken the following actions:

1. Called the office of the Chief of Intelligence, who asked for her to go there, which she actually did, and was allowed to visit her son.

2. Prepared a memorandum to the Jordanian Foreign Ministry no. 16/10/801/1171, dated October 27, 2003, to inquire about the aforementioned and the reasons for his detention.

3. We heard from his mother that the intelligence staff, when she visited, told her that her son had left the Kingdom.

4. Prepared a memorandum to the Jordanian Foreign Ministry no. 16/10/801/1218, dated November 12, 2003 requesting them to inform us if whether he has been actually deported, and to where.

5. Received a memorandum from the Jordanian Foreign Ministry no. 11/5/7015, dated November 17, 2003, stating that the aforementioned had been asked to report to the Intelligence Department, but he had not been detained. He was required to leave the Kingdom, which he did on October 26, 2003, according to their memorandum (copy attached).

6. Followed up persistently on the issue with the office of Chief of Intelligence, the Jordanian Foreign Ministry, and the Ministry of Interior. They all promised to follow up on the matter and to reply to the Embassy. This activity was supported by a memorandum from the Embassy no. 16/10/801/1266, dated December 4, 2003 requesting to know to what destination he was deported.

[illegible] we would like to note that we are still persistently following up on the matter by raising the issue with the concerned agencies, the Foreign Ministry, Intelligence, and the Ministry of Interior. We will update you with the results of our follow up as soon as we receive a reply from the concerned agencies.

Best regards,

Dr. Ibrahim Sa`eed Al-Adoofi
[signature]
Ambassador

[ink seal]
Embassy of the Republic of Yemen
Jordan