# EXHIBIT BB

بسم الله الرحمن الرحيم

الشيخ / رئيس الدائرة التشغيلية والمتوبين    المحترم

عليكم الله

الموضوع / حجز رابعي / احمد فرج نرج باستيريل
لدى السلطات الأردنية

نفيدكم بأنه سافرت إلى بلا كما ردنا بمعرفة مواصلة عاماجي وإعطائنا بجواز
جلية براجهية أخرى ( إلا ملاوع على المرقياتة ) روحنيا بناء على بعد
التنسيق مع ولدي الدكاي أعاده ... هاتميا إلى إسد نوغيا والرجل جويها
مجذة القبارة الذي يتوم بعلاجي والمناجمه ليه  و بعنده حنا فوجيل الد
بارت بن ثم اعطينا بجوازه وطلبوا منه حماد وتم بعد أربعة أباب وعند
وصلت مع الجميم أنامر بعد يوم من وصولي ده عندما دخلنا إلى مدربنة
أمد الجامعة الأردنية كي يسلام جوازة كم يمتجز وند و ... و نلت
بل بكار المغادرة البين يرجر إلى ... بدو ريها تامت للنا بعه وليمارى لي
كمرها جميا بينه مرة إنا السنا رغم يبتر مرة على السفر إلى المين
بيدوأ استاء بعد بمر الخال رحمت  بن اعتبار إن محمد لذا متهد لا يحد لنجاح
دون اسمايا معروفة وأو بيرتى تاوني لها ...

مستكمر حواصا التوجيهة إلى ممارستنا في الأرد من خلال بعنا بيلا مراح همع ليني
وتوجيهه إلى المحمي وإنه قد ما تو فيه حناينا ...

و تقبل حالص تحايا والاحترام      سيد إبرمسل الشدور
                                والدشدا ينجم المالي علي يجه
                                 قدم لطلفة الشحوء
                                 ناهر حالج يكلك المشرك
                                    [signature]

In the name of God, the Compassionate, the Merciful

Director
Department of Consular and Expatriate Affairs

Dear Sir,

Subject:   Detention of my son Mohamed Farag Farag [sic] Bashmilah by Jordanian authorities

Please be informed that I traveled to Jordan for the purpose of continuing my treatment and exploring the possibility of having surgery (please see the attached). Of course, I traveled after having coordinated by telephone with my aforementioned son in Indonesia where he works in commerce, so that he may take care of my treatment and follow up. When he arrived in Jordan, his passport was seized and he was asked to check back after four days. When I arrived from Yemen, I was taken by surprise [unclear] one day after my arrival. When we went to the Capital Security Department to receive his passport, he was detained for no reason. I informed the Yemeni embassy, which conducted some follow up and later on allowed me to see the reply. The embassy suggested that I travel to Yemen and follow up through the Foreign Ministry, especially considering that his detention has gone on since October 21, 2003 without any known reasons or legal justification.

Please be so kind as to direct our embassy in Jordan to follow up for the sake of releasing my son and transporting him to Yemen, or whatever you deem appropriate.

Best regards,

For the family of the aforementioned:

His mother: Ni`ma Naji Ali Al-Sabr
Presented by his in-law: Nasser Saleh Muhammad Balmashrafi [unclear]
[signature]

December 3, 2003