# EXHIBIT CC

Case 5:07-cv-02798-JW   Document 53-30   Filed 12/14/2007   Page 1 of 3

07/01/2007 11:35  009671212521           ALLAW CORP                    PAGE 04
FROM : OSAMA TELCOM         FAX NO. : 00967 2 38954:     Apr. 03 2005 07:08PM P10




/سفير الجمهورية اليمنية بالاردن          المحترم

بعد التحية :

الحاقاً بمذكرتنا رقم ١٧٢٧/٨٢٣/١٠/١٦ بتاريخ ٢٠٠٣/١٢/١٣م والمتضمنة احتجاز المواطن اليمني/ محمد فرج احمد بأتميله من قبل السلطات الاردنية .

الرجاء الرد على مذكرتنا في أسرع وقت من السرعة حيث ان اسرته في قلق شديد عليه .

للاطلاع والافادة .

وتقبلوا تحياتنا .



علي عبد الله الكاف
الشئونية والمغتربين

| | | |
|---|---|---|
| Republic of Yemen<br>Foreign Ministry | [emblem] | No. 16/10/833/1775<br>Date: December 10, 2003 |

Department of Consular and Expatriate Affairs

To be sent by fax

Republic of Yemen Ambassador in Jordan

Your Excellency:

Following up on our memorandum no. 16/10/823/1727, dated December 13 [sic], 2003, regarding the detention of the Yemeni citizen Mohamed Farag Ahmad Bashmilah by Jordanian authorities, please reply to our memorandum as quickly as possible, as his family members are very worried about him.

For your perusal and reply.

Best regards,

For Ambassador Ali Abdullah Al-Kaf
[signature]
Director, Department of Consular and Expatriate Affairs

[ink seal]
Republic of Yemen
Foreign Ministry