# EXHIBIT DD

07/01/2007  11:35   009671212521    ALLAW CORP    PAGE 07
FROM : OSAMA TELCOM              FAX NO. : 00967 2 389543

الرقم :
التاريخ :
الموافق :

جمهورية اليمنية
وزارة الخارجية

الدائرة القنصلية والمغتربين

الأخ/ سفير الجمهورية اليمنية - الأردن        المحترم

بعد التحية :..

بالإشارة إلى مذكرتكم رقم ١٢٨٩/٨٠١/١٠/١٦ بتاريخ ٢٠٠٣/١٢/١١م، حول قضية ترحيل المواطن اليمني/ محمد فرج أحمد باشبيله فإنه تم استدعاء أهله وأطلعوا على المذكرة ولكنهم يفيدوا بعدم وصول المذكور إلى اليمن والآن يريدون معرفة إلى أين تم ترحيله.
يرجى عمل اللازم مع السلطات الأردنية حول جهة المغادرة.

وتقبلوا تحياتنا ،،،



السفير/ علي عبد الله الكاف
رئيس الدائرة القنصلية والمغتربين

م/ الديلمي

| | | |
|---|---|---|
| Republic of Yemen<br>Foreign Ministry | [emblem] | No. 16/10/833/1800<br>Date: December 15, 2003 |

Department of Consular and Expatriate Affairs

To be sent by fax
[signature]

Republic of Yemen Ambassador in Jordan

Your Excellency:

In reference to your memorandum no. 16/10/801/1289, dated December 11, 2003, regarding the case involving the deportation of the Yemeni citizen Mohamed Farag Ahmad Bashmilah, his family members have been called to the office, and they have looked at the memorandum, but they have stated that the aforementioned has not arrived in Yemen. They now want to know to where he has been deported.

Please take necessary action with the Jordanian authorities regarding the departure destination.

Best regards,

For Ambassador Ali Abdullah Al-Kaf
[signature]
Director, Department of Consular and Expatriate Affairs

[ink seal]
Republic of Yemen
Foreign Ministry