| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|----|------|----------|---------------------|---------------------|----------------------|---------|
|    | **Governments** | | | | | |
| 2 | CRVENKOVSKI Branko | President of the Republic | FYROM | 27 April 2006 | Skopje | Delegation |
| 3 | MIHAILOVSKI Ljubomir | Minister of Interior | FYROM | 28 April 2006 | Skopje | Delegation |
| 4 | SEKERINSKA Radmila | Deputy Prime Minister | FYROM | 27 April 2006 | Skopje | Delegation |
| 5 | AHERN Dermot | Minister for Foreign Affairs | Ireland | 30 November 2006 | Brussels | Hearing |
| 6 | POLLARI Nicolò | Head of the Italian Intelligence and Security Services | Italy | 06 March 2006 | Brussels | Hearing |
| 7 | PASIONEK Marek | Undersecretary of State at the Chancellery of the Prime Minister | Poland | 09 November 2006 | Warsaw | Delegation |
| 8 | SIEMIĄTKOWSKI Zbigniew | Former Head of the Foreign Intelligence Agency (AW) | Poland | 10 November 2006 | Warsaw | Delegation |
| 9 | AMADO Luis | Minister for Foreign Affairs | Portugal | 05 December 2006 | Lisbon | Delegation |
| 10 | CARVALHO Fernando | Administrator of Navegação Aérea de Portugal (NAV) | Portugal | 05 December 2006 | Lisbon | Delegation |
| 11 | FALEIRO DE ALMEIDA Maria Helena | Director of Economic Regulation of Instituto Nacional de Aviação Civil (INAC) | Portugal | 05 December 2006 | Lisbon | Delegation |
| 12 | JARMELA PALOS Manuel | Director of Serviço de Estrangeiros e Fronteiras (SEF) | Portugal | 05 December 2006 | Lisbon | Delegation |
| 13 | ANDREESCU Anghel | Secretary of State for public order and security | Romania | 18 October 2006 | Bucharest | Delegation |
| 14 | FULGA Gheorghe | Former Head of the Romanian External Intelligence Service | Romania | 19 October 2006 | Bucharest | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **Governments** | | | | | |
| 15 | **MAIOR George** | Head of the Romanian Internal Intelligence Service | Romania | 18 October 2006 | Bucharest | Delegation |
| 16 | **MEDAR Sergiu Tudor** | National Security Adviser, Presidential Administration | Romania | 18 October 2006 | Bucharest | Delegation |
| 17 | **RADU Catalin** | Chief Inspector, Department of Civil Aviation, Ministry of Transport | Romania | 18 October 2006 | Bucharest | Delegation |
| 18 | **ROMERO** | Deputy Director of the Romanian Internal Intelligence Service | Romania | 18 October 2006 | Bucharest | Delegation |
| 19 | **TIMOFTE Radu** | Former Head of the Romanian Internal Intelligence Service | Romania | 18 October 2006 | Bucharest | Delegation |
| 20 | **VIERITA Adrian Cosmin** | Secretary of State for EU affairs, Ministry for Foreign Affairs | Romania | 17 October 2006 | Bucharest | Delegation |
| 21 | **VULCAN Dan** | Former Chief Inspector, Department of Civil Aviation, Ministry of Transport | Romania | 17 October 2006 | Bucharest | Delegation |
| 22 | **MORATINOS Miguel Angel** | Minister for Foreign Affairs | Spain | 14 September 2006 | Brussels | Hearing |
| 23 | **HOON Geoff** | Minister for Europe, Foreign and Commonwealth Office | United Kingdom | 05 October 2006 | London | Delegation |
| 24 | **BELLINGER John** | Department of State Legal Adviser Office | USA | 11 May 2006 | Washington | Delegation |
| 25 | **FRIED Dan** | Assistant Secretary of State, Bureau of European and Eurasian Affairs | USA | 11 May 2006 | Washington | Delegation |
| 26 | **WOOLSEY James** | Former CIA Director | USA | 12 May 2006 | Washington | Delegation |
| | **National Parliaments** | | | | | |
| 1 | **DELEPIÈRE Jean-Claude** | Chairman of the Permanent Committee R | Belgium | 06 March 2006 | Brussels | Hearing |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **National Parliaments** | | | | | |
| 2 | LIZIN Anne-Marie | President of the Senate of Belgium | Belgium | 06 March 2006 | Brussels | Hearing |
| 3 | ANDOV Stojan | President of the Human Rights Parliamentary Committee | FYROM | 28 April 2006 | Skopje | Delegation |
| 4 | ARIFI Teuta | President of the Foreign Affairs Committee | FYROM | 28 April 2006 | Skopje | Delegation |
| 5 | CASULE Slobodan | Member of Parliament (Former Minister of Foreign Affairs) | FYROM | 27 April 2006 | Skopje | Delegation |
| 6 | JORDANOVSKI Ljupco | President of the Parliament | FYROM | 28 April 2006 | Skopje | Delegation |
| 7 | RAHIC Esad | President of the Parliamentary Committee for Defence and Security | FYROM | 28 April 2006 | Skopje | Delegation |
| 8 | RISTOVA-ASTERUD Karolina | President of the Parliament's EU Affairs Committee | FYROM | 28 April 2006 | Skopje | Delegation |
| 9 | SAMOILOVSKA CVETANOVA Ganka | Member of the Parliament's EU Affairs and Foreign Affairs Committees | FYROM | 28 April 2006 | Skopje | Delegation |
| 10 | GROHE Hermann | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 11 | HARTMANN Michael | Vice-Chairman, 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 12 | HUBINGER Anette | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 13 | JUNG Johannes | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 14 | KASTER Bernhard | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 15 | KAUDER Siegfried Kauder | Chairman, 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | | **National Parliaments** | | | | |
| 16 | KOHLER Kristina | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 17 | KONIGSHAUS Hellmut | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 18 | MAYER Stephan | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 19 | MOGG Ursula | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 20 | NACHTWEI Winfried | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 21 | NESKOVIC Wolfgang | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 22 | OPPERMANN Thomas | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 23 | PAU Petra | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 24 | STADLER Max | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 25 | STRÖBELE Hans-Christian | 1st Committee of Inquiry of the German Bundestag | Germany | 19 September 2006 | Berlin | Delegation |
| 26 | MELESCANU Teodor | Vice president of the Romanian Senate and Member of the Special Inquiry Committee | Romania | 17 October 2006 | Bucharest | Delegation |
| 27 | NICOLAI Norica | Senator, Chairwoman of the Special Committee of the Romanian Parliament | Romania | 17 October 2006 | Bucharest | Delegation |
| 28 | RAICU Romeo | Chairman of the Romanian Foreign Intelligence Service Oversight Parliamentary Committee | Romania | 17 October 2006 | Bucharest | Delegation |
| 29 | STROE Radu | Chairman of the Parliamentary Committee for the Oversight of the Romanian Intelligence Services | Romania | 17 October 2006 | Bucharest | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| **National Parliaments** | | | | | | |
| 30 | TALPES Ioan | Senator, Member of the Committee for National Security and Defence | Romania | 19 October 2006 | Bucharest | Delegation |
| 31 | MELIN Mats | Chief Parliamenary Ombudsman | Sweden | 04 May 2006 | Brussels | Hearing |
| 32 | ANCRAM Hon Michael | MP, Member of the Intelligence and Security Committee | United Kingdom | 04 October 2006 | London | Delegation |
| 33 | GAPES Mike | Chairman of the Foreign Affairs Committee | United Kingdom | 04 October 2006 | London | Delegation |
| 34 | TYRIE Andrew | MP, Chairman of the All-Party Parliamentary Group on extraordinary rendition | United Kingdom | 05 October 2006 | London | Delegation |
| 35 | DURBIN Richard | Senator | USA | 12 May 2006 | Washington | Delegation |
| 36 | HORTON Scott | Chair of the Committee on International Law, House of Representatives | USA | 09 May 2006 | Washington | Delegation |
| 37 | MARKEY Edward | Member of House of Representatives | USA | 12 May 2006 | Washington | Delegation |
| 38 | SPECTER Arlen | Senator | USA | 12 May 2006 | Washington | Delegation |
| 39 | WEXLER Robert | Member of House of Representatives | USA | 10 May 2006 | Washington | Delegation |
| **Judiciary** | | | | | | |
| 1 | HOFMANN Martin | Prosecutor, Munich | Germany | 10 July 2006 | Brussels | Hearing |
| 2 | DIETRICH Wolf-Dieter | Prosecutor, Mannheim | Germany | 12 December 2006 | Mannheim | Fact finding mission |
| 3 | SPATARO Armando | Senior Prosecutor, Milan | Italy | 23 February 2006 / 09 October 2006 | Brussels | Hearing |
| 4 | GONZALEZ MOTA Vicente | Prosecutor of Audencia Nacional | Spain | 20 November 2006 | Brussels | Hearing |
| **Judiciary** | | | | | | |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| 5 | ZARAGOZA Javier | Chief Prosecutor of Audiencia Nacional | Spain | 20 November 2006 | Brussels | Hearing |
| **Council of Europe** | | | | | | |
| 1 | DAVIS Terry | Secretary General | Council of Europe | 13 October 2006 | Strasbourg | Hearing |
| 2 | GIL-ROBLES Alvaro | Former Commissioner for Human Rights | Council of Europe | 02 May 2006 | Brussels | Hearing |
| 3 | HAMMARBERG Thomas | Commissioner for Human Rights | Council of Europe | 24 April 2006 | Brussels | Working lunch |
| 4 | MARTY Dick | Chairman of Legal Affairs and Human Rights Committee/ Rapporteur on alleged secret detentions of the Parliamentary Assembly | Council of Europe (Parliamentary Asembly) | 23 February 2006 | Brussels | Hearing |
| | | | | 03 July 2006 | Strasbourg | |
| **International organisations** | | | | | | |
| 1 | AGUADO Victor | Director General | Eurocontrol | 03 October 2006 | Brussels | Hearing |
| 2 | GAINCHE Francis | Adviser to the Director of the Central Flow Management | Eurocontrol | 20 September 2006 | Brussels | Rapporteur |
| 3 | NOWICKI Marek Antoni | Former Kosovo Ombudsman (2000-2005)& President of the Helsinki Foundation for Human Rights (Poland) | Kosovo | 14 September 2006 | Brussels | Hearing |
| | | | Poland | 09 November 2006 | Warsaw | Delegation |
| 4 | NOWAK Manfred | UN Special Rapporteur on Torture | United Nations | 04 May 2006 | Brussels | Hearing |
| 5 | SCHEININ Martin | UN Special Rapporteur for Promotion and Protection of Human Rights while Countering Terrorism | United Nations | 03 October 2006 | Brussels | Hearing |
| 6 | PETRITSCH Wolfgang | Former UN High Representative | United Nations: Bosnia & Herzegovina | 20 November 2006 | Brussels | Hearing |
| 7 | PICARD Michèle | Former President of Human Rights Chamber | United Nations / Council of Europe: Bosnia & Herzegovina | 25 April 2006 | Brussels | Hearing |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **Victims** | | | | | |
| 1 | BEHARI Masaad Omer | Resident in Austria of Sudanese origin | Austria | 10 October 2006 | Brussels | Hearing |
| 2 | ARAR Maher | Canadian citizen | Canada | 23 March 2006 | Brussels | Hearing |
| 3 | EL MASRI Khaled | German citizen | Germany | 13 March 2006 | Strasbourg | Hearing |
| 4 | KURNAZ Murat | German resident of Turkish origin | Germany | 22 November 2006 | Brussels | Hearing |
| 5 | MUBANGA Martin | British and Zambian citizen | United Kingdom | 04 October 2006 | London | Delegation |
| | **Lawyers** | | | | | |
| 1 | OLESKEY H. Stephen | Counsel for Six citizens of Bosnia and Herzegoina imprisoned at Guantanamo Bay | Bosnia & Herzegovina | 25 April 2006 | Brussels | Hearing |
| 2 | EDWARDH Marlys | Lawyer of Maher ARAR | Canada | 23 March 2006 | Brussels | Hearing |
| 3 | WALDMAN Lorne | Lawyer of Maher ARAR | Canada | 23 March 2006 | Brussels | Hearing |
| 4 | DOCKE Bernhard | Lawyer of Murat KURNAZ | Germany | 14 September 2006 / 22 November 2006 | Brussels | Hearing |
| 5 | GNJIDIC Manfred | Lawyer of Khaled EL MASRI | Germany | 13 March 2006 | Strasbourg | Hearing |
| 6 | PINAR Gül | Lawyer of Mohammed ZAMMARS's family | Germany | 14 September 2006 | Brussels | Hearing |
| 7 | LONGHI Francesca | Lawyer of Abou ELKASSIM BRITEL | Italy | 14 September 2006 | Brussels | Hearing |
| 8 | JÖNSSON Kjeff | Lawyer of MOhammed EL-ZARY (Egyptian citizen), alleged victim | Sweden | 23 March 2006 | Brussels | Hearing |