| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| **Lawyers** | | | | | | |
| 9 | CHRISTIAN Louise | Lawyer of Martin MUBANGA | United Kingdom | 04 October 2006 | London | Delegation |
| 10 | MICKUM Brent | US lawyer of Bisher AL-RAWI and Jamil EL-BANNA | United Kingdom | 04 October 2006 | London | Delegation |
| 11 | PEIRCE Gareth | Lawyer for Bisher AL-RAWI and Jamil EL-BANNA | United Kingdom | 04 October 2006 | London | Delegation |
| 12 | STAFFORD SMITH Clive | Lawyer for Bisher AL-RAWI, Jamil EL-BANNA and Mohamed BINYAM | United Kingdom | 04 October 2006 | London | Delegation |
| **NGOs** | | | | | | |
| 1 | FITZGERALD Anne | Senior Research Policy Adviser | Amnesty International | 23 February 2006 | Brussels | Hearing |
| | | | | 04 October 2006 | London | Delegation |
| 2 | DIZDAREVIC Srdjan | President of the Helsinki Committee for Human Rights | Bosnia & Herzegovina | 25 April 2006 | Brussels | Hearing |
| 3 | NAJCEVSKA Mirjana | President of the Macedonian Helsinki Committee | FYROM | 28 April 2006 | Skopje | Delegation |
| 4 | BAUMANN Susanne | Amnesty International Germany | Germany | 19 September 2006 | Berlin | Delegation |
| 5 | MUGGENTHALER Ferdinand | Amnesty International Germany | Germany | 19 September 2006 | Berlin | Delegation |
| 6 | DASKAL Jennifer | US Advocacy Director | Human Rights Watch | 10 May 2006 | Washington | Delegation |
| 7 | MARINER Joanne | Director of Terrorism and Counterterrorism Program | Human Rights Watch | 23 February 2006 | Brussels | Hearing |
| 8 | SIFTON John | Counterterrorism Researcher | Human Rights Watch | 10 May 2006 | Washington | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **NGOs** | | | | | |
| 9 | STABEROCK Gerald | Director of the Global Security and the Rule of Law Programme | International Commission of Jurists | 30 November 2006 | Brussels | Hearing |
| 10 | CALINESCU Diana-Olivia | Executive Director APADOR-CH (Romanian Helsinki Committee) | Romania | 17 October 2006 | Bucharest | Delegation |
| 11 | WEBER Renate | Chair of the Open Society Foundation | Romania | 17 October 2006 | Bucharest | Delegation |
| 12 | BUNYAN Tony | Director | Statewatch | 23 February 2006 | Brussels | Hearing |
| 13 | CROSSMAN Gareth | Representative from Liberty NGO | United Kingdom | 04 October 2006 | London | Delegation |
| 14 | METCALFE Eric | Representative from Justice NGO | United Kingdom | 04 October 2006 | London | Delegation |
| 15 | BARUAH Smita | Physicians for Human Rights | USA | 10 May 2006 | Washington | Delegation |
| 16 | BRADSHAW John | Open Society Policy Center | USA | 10 May 2006 | Washington | Delegation |
| 17 | COLAIUTA Angela | Center for Victims of Torture | USA | 10 May 2006 | Washington | Delegation |
| 18 | GUDE Ken | Associate Director, International Rights and Responsibilities Program, The Center for American Progress | USA | 12 May 2006 | Washington | Delegation |
| 19 | MASSIMINO Elisa | Human Rights First, Director at the Washington office | USA | 09 May 2006 | Washington | Delegation |
| 20 | MUSA Jumana | Advocacy Director for Domestic Human Rights and International Justice | USA | 10 May 2006 | Washington | Delegation |
| 21 | OLSHANSKY Barbara | Director and Counsel of the Guantanamo Global Justice Initiative | USA | 09 May 2006 | Washington | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **Journalists** | | | | | |
| 1 | LAHODYNSKY Otmar | Journalist and European Editor of Austria's weekly magazine *Profil* | Austria | 10 October 2006 | Brussels | Hearing |
| 2 | TILLACK Hans-Martin | Journalist from *Stern Magazin* | Germany | 19 September 2006 | Berlin | Delegation |
| 3 | BIONDANI Paolo | Journalist from *Il Corriere della Sera* | Italy | 21 March 2006 | Brussels | Hearing |
| 4 | OLIMPIO Guido | Journalist from *Il Corriere della Sera* | Italy | 21 March 2006 | Brussels | Hearing |
| 5 | BONINI Carlo | Journalist from *La Repubblica* | Italy | 04 September 2006 | Strasbourg | Hearing |
| 6 | GIZIŃSKI Jarosław | Journalist from *Newsweek Polska* | Poland | 08 November 2006 | Warsaw | Delegation |
| 7 | KRZYKOWSKI Adam | Journalist from public TV *Olsztyn* | Poland | 09 November 2006 | Warsaw | Delegation |
| 8 | KSIĄŻEK Marek | Journalist from the region of Szczytno (free lance) | Poland | 09 November 2006 | Warsaw | Delegation |
| 9 | WROŃSKI Paweł | Journalist form *Gazeta Wyborcza* | Poland | 09 November 2006 | Warsaw | Delegation |
| 10 | LOURENCO Ricardo | Journalist from *Expresso* | Portugal | 05 December 2006 | Lisbon | Delegation |
| 11 | PEREIRA Micael | Journalist from *Expresso* | Portugal | 05 December 2006 | Lisbon | Delegation |
| 12 | CANDEA Stefan | Romanian Center for Investigative Journalism | Romania | 18 October 2006 | Bucharest | Delegation |
| 13 | RADU Cristian | Romanian Center for Investigative Journalism | Romania | 18 October 2006 | Bucharest | Delegation |
| 14 | COSMACIUC Calin | Journalist from the *Evenimentul Zilei* | Romania | 17 October 2006 | Bucharest | Delegation |
| 15 | DANGA Mihaela | Deputy Director at the Center for Independent Journalism | Romania | 19 October 2006 | Bucharest | Delegation |



| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| **Journalists** | | | | | | |
| 16 | IONESCU Maria | Editor in chief at Observator de Constanta newspaper | Romania | 18 October 2006 | Bucharest | Delegation |
| 17 | MUTLER Allison | Associated Press Writer | Romania | 18 October 2006 | Bucharest | Delegation |
| 18 | VALLES Matias | Journalist from *Diario de Mallorca* | Spain | 20 April 2006 | Brussels | Hearing |
| 19 | COBAIN Ian | Journalist from *The Guardian* | United Kingdom | 05 October 2006 | London | Delegation |
| 20 | NORTON-TAYLOR Richard | Journalist from *The Guardian* | United Kingdom | 05 October 2006 | London | Delegation |
| 21 | GREY Stephen | Journalist free lance | United Kingdom | 21 March 2006 | Brussels | Hearing |
| | | | | 04 October 2006 | London | Delegation |
| **Academics and research** | | | | | | |
| 1 | BORN Hans | Senior Fellow of the Geneva Centre for the Democratic Control of Armed Forces (DCAF) | (DCAF) Geneva | 25 September 2006 | Strasbourg | Hearing |
| 2 | JANKULOVSKI Zvonimir | Security expert, (Former FYROM Ambassador to the Council of Europe) | FYROM | 29 April 2006 | Skopje | Delegation |
| 3 | DE SCHUTTER Olivier | Coordinator or the EU Network of Independent Experts | Network of Independent Experts on Fundamental Rights | 30 May 2006 | Brussels | Hearing |
| 4 | ANDERS Chris | Legislative Counsel, American Civil Liberties Union | USA | 11 May 2006 | Washington | Delegation |
| 5 | BEESON Ann | Associate Legal Director, American Civil Liberties Union | USA | 11 May 2006 | Washington | Delegation |
| 6 | GUITTA Olivier | Consultant, The American Legislative Exchange Council | USA | 12 May 2006 | Washington | Delegation |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|---|---|---|---|---|---|---|
| | **Academics and research** | | | | | |
| 7 | HALPERIN Morton H. | Senior Fellow and Director of the Security and Peace Initiative, The Center for American Progress | USA | 12 May 2006 | Washington | Delegation |
| 8 | KORB Lawrence J. | Senior Fellow, The Center for American Progress | USA | 12 May 2006 | Washington | Delegation |
| 9 | McNAMARA Sally | International Relations Project Director, The American Legislative Exchange Council | USA | 12 May 2006 | Washington | Delegation |
| 10 | RIVKIN David | Partner, Baker & Hostetler LLP, The American Legislative Exchange Council | USA | 12 May 2006 | Washington | Delegation |
| 11 | RUNDLET Peter | Vice President for National Security, The Center for American Progress | USA | 12 May 2006 | Washington | Delegation |
| 12 | SATTERTHWAITE Margaret L. | Assistant Professor of Clinical Law & Faculty of New York University School of Law | USA | 09 May 2006 | Washington | Delegation |
| 13 | WATT Steven M. | Staff Attorney, American Civil Liberties Union | USA | 11 May 2006 | Washington | Delegation |
| | **Others** | | | | | |
| 1 | EGAN Suzanne | Commissioner of the Irish Human Rights Commission | Ireland | 28 November 2006 | Brussels | Hearing |
| 2 | MANNING Maurice | President of the Irish Human Rights Commission | Ireland | 28 November 2006 | Brussels | Hearing |
| 3 | HORGAN Edward | Former UN peacekeeper and Retired Commandant of the Irish Army | Ireland | 20 April 2006 | Brussels | Hearing |
| 4 | RÄBOCK | Witness (Coleman BARRACKS) | Mannheim | 12 December 2006 | Mannheim | Fact finding mission |
| 5 | SCHINDLER | Witness (Coleman BARRACKS) | Mannheim | 12 December 2006 | Mannheim | Fact finding mission |

| No | Name | Function | Country/Institution | Date of the meeting | Place of the meeting | Remarks |
|----|------|----------|---------------------|---------------------|----------------------|---------|
| | **Others** | | | | | |
| 6 | **WRIGHT Peter** | Peace activist | Mannheim | 12 December 2006 | Mannheim | Fact finding mission |
| 7 | **JURCZENKO Jarosław** | Chairman of the Board, Szczytno/Szymany Airport | Poland | 09 November 2006 | Warsaw | Delegation |
| 8 | **KOS Jerzy** | Former Chairman of the Board, Szczytno/Szymany Airport | Poland | 10 November 2006 | Warsaw | Delegation |
| 9 | **PRZEWŁOCKA Mariola** | Former Director of Szczytno/Szymany Airport | Poland | 23 November 2006 | Brussels | Hearing |
| 10 | **AL-RAWI Wahab** | Brother of Bisher AL-RAWI | United Kingdom | 04 October 2006 | London | Delegation |
| 11 | **MURRAY Craig** | Former Ambassador to Uzbekistan | United Kingdom | 20 April 2006 | Brussels | Hearing |
| 12 | **JOHNSON-THOMAS Brian** | Expert on arms trade | United Kingdom | 21 June 2006 | Brussels | Rapporteur |