**Annex 3:**

Table Summarizing Cooperation of the Governments with the TDIP Committee

| Country | Reaction from Permanent Representatives to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings[1] | Declinations to requests for meetings[2] | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Austria | In reply general cooperation with the TDIP was declared. | None | Ursula PLASSNIK, Minister for Foreign Affairs | None |
| Belgium | No written reaction[3] | No request for a meeting | N/A | Belgian authorities provided logistical support for facilitating the movements of TDIP invitees. |
| Bulgaria | No written reaction | No request for a meeting | N/A | None |
| Croatia | No written reaction | No request for a meeting | N/A | None |
| Cyprus | In reply, an information that the invitation was received. | No request for a meeting | N/A | None |
| Czech Republic | No written reaction | No request for a meeting | N/A | None |
| Denmark | In reply general cooperation with the TDIP was declared. | None | Fleming HANSEN, Minister of Transportation | • A copy of Government's reply to Council of Europe was sent,<br>• A copy of detailed dossier prepared for the Danish Parliament with large amount of technical data about flights was provided by Government to the TDIP. |

---

[1] Please refer for more details to annex 2 of the Explanatory Statement
[2] Please refer for more details to annex 4 of the Explanatory Statement
[3] TDIP Secretariat received a copy of a letter dated 10.03.2006 of Foreign Minister De Gucht to other Ministers concerned and to Parliament requesting cooperation with TDIP

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Estonia | No written reaction | No request for a meeting | N/A | None |
| Finland | No written reaction | No request for a meeting | N/A | None |
| France | In reply general cooperation with the TDIP was declared. | No request for a meeting | N/A | None |
| Germany | No written reaction | None | Frank-Walter STEINMEIER, Minister for Foreign Affairs<br><br>Klaus-Dieter FRITSCHE, Coordinator of Intelligence Services<br><br>Ernst UHRLAU[1], President of BND | None |
| Greece | In reply:<br><br>• General cooperation with the TDIP was declared,<br><br>• A brief summary of national investigation was provided. | No request for a meeting | N/A | • A copy of Government's reply to Council of Europe was sent,<br><br>• After a request of the TDIP, Government provided transcripts of parliamentary activities and a brief summary of preliminary investigations of "the Pakistani case" (17.11.2006). |

---

[1] Mr Fritsche and Mr Uhrlau are high officials

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Hungary | In reply general cooperation with the TDIP was declared. | No request for a meeting | N/A | None |
| Ireland | In reply general cooperation with the TDIP was declared. | Dermot AHERN, Minister for Foreign Affairs | Rory BRADY[1], Attorney General | A copy of Governments reply to Council of Europe was sent. |
| Italy | In reply a further cooperation with the TDIP was declared (after meeting with general Pollari). | Nicolò POLLARI, Head of SISMI[2] | Enrico MICHELI, Secretary of State responsible for intelligence services | None |
| Latvia | No written reaction | No request for a meeting | N/A | None |
| Lithuania | No written reaction | No request for a meeting | N/A | None |
| Luxembourg | In reply general cooperation with the TDIP was declared. | No request for a meeting | N/A | A copy of Government's reply to Council of Europe was sent. |
| Malta | No written reaction | No request for a meeting | N/A | None |
| Netherlands | In reply general cooperation with the TDIP was declared. | No request for a meeting | N/A | None |

---

[1] Mr Brady is a high official
[2] General Pollari is a high official

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Poland | In reply general cooperation with the TDIP was declared. | Marek PASIONEK[1], Undersecretary of State at the Chancellery of the Prime Minister | Andrzej LEPPER, Deputy Prime Minister<br><br>Anna FOTYGA, Minister of Foreign Affairs<br><br>Radosław SIKORSKI, Minister of National Defence<br><br>Zbigniew WASSERMANN, Minister Coordinator of Special Services | Copies of Government's replies to Council of Europe were sent. |
| Portugal | No written reaction | Luis AMADO, Minister for Foreign Affairs | None | After requests of the TDIP Chairman and of TDIP Member Ana Maria Gomes, Government provided a copy of Portugal's reply to Council of Europe (07.07.2006) and vast but not complete explanations and information about CIA flights (18.09.2006, 13.10.2006, 12.12.2006, 12.01.2007 and 16.01.2007). |

---

[1] Mr Pasionek is a high official

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Romania | In reply general cooperation with the TDIP was declared. | Anghel ANDREESCU, Secretary of State for public order and security<br><br>Adrian Cosmin VIERITA, Secretary of State for EU affairs | Vasile BLAGA, Minister for Internal Affairs<br><br>Mihai-Razvan UNGUREANU, Minister for Foreign Affairs | • Copy of Government's reply to Council of Europe was sent,<br>• Confidential report of Romanian Border Police on accident of a CIA plane was provided to the TDIP delegation by Government. |
| Slovakia | No written reaction | No request for a meeting | N/A | None |
| Slovenia | No written reaction | No request for a meeting | N/A | None |
| Spain | In reply general cooperation with the TDIP was declared. | Miguel Angel MORATINOS, Minister for Foreign Affairs | Alberto SAIZ CORTES, Secretary of State, Director of CNI | None |

| Country | Reaction to the TDIP invitation for cooperation (Chairman's letter of 22.02.2006) | Meetings | Declinations to requests for meetings | Useful elements provided to the TDIP |
|---|---|---|---|---|
| Sweden | In reply: General cooperation with the TDIP was declared and a summary of national investigation was provided. | None | Carl BILDT, Minister for Foreign Affairs | None |
| Turkey | No written reaction | No request for a meeting | N/A | None |
| United Kingdom | No written reaction | HOON Geoff, Minister for Europe | Margaret BECKETT, Secretary of State for Foreign and Commonwealth Affairs<br><br>Des BROWNE, Secretary of State for Defence<br><br>John REID, Secretary of State for the Home Office<br><br>Douglas Alexander, Secretary of State for Transport and Secretary of State for Scotland<br><br>Elisa MANNINGHAM-BULLER, Director General of Security Service (MI5)<br><br>John SCARLET[1], Chief of the Secret Intelligence Service (MI6) | None |

---

[1] Ms Manningham-Buller and Mr Scarlet are high officials

**Annex 4:**

**List of people who declined
the TDIP Committee's invitations for meetings**

- **COUNCIL OF THE EUROPEAN UNION**

<u>**Javier SOLANA,** Secretary General and High Representative CFSP</u>
*Reason given for not meeting the Committee:*
Mr Solana **met with the TDIP Committee on 2nd May 2006** and agreed to meet once more. **The second invitation of the Committee was turned down** by Mr Solana as he has found some comments in the draft report of the TDIP Committee as "*unjust and erroneous*"[1].

<u>**Erkki TUOMIOJA,** President of the EU Council</u>
No reason given for not meeting the Committee: "*I would like to underscore the importance attached to and the continued cooperation given by the Presidency and the Secretary-General/High Representative to your Committee's work even if I am not able to appear before your Committee.*"[2]

-----

- **AUSTRIA**

<u>**Ursula PLASSNIK,** Minister for Foreign Affairs</u>
According to State Secretary Hans Winkler, who replied on her behalf: "*Es liegen zu diesen Vorgängen keine weiteren Erkenntnisse vor, sodass keine weiteren Auskünfte erteilt werden können. Ein persönliches Erscheinen vor dem Ausschuss erscheint angesichts dieser Sachlage nicht erforderlich.*"[3]

-----

- **DENMARK**

<u>**Fleming HANSEN,** Minister of Transportation</u>
*Reason given for not meeting the Committee:*
All information available about the TDIP issues was sent to the Danish Parliament and has been forwarded to the EP.[4]

-----

---

[1] Letter of 14 December 2006 to EP President Josep Borrell
[2] Letter of 29 November 2006 to TDIP Chairman Carlos Coelho
[3] Letter of 13 December to TDIP Chairman Carlos Coelho
[4] Letter of 8 November 2006 to TDIP Chairman Carlos Coelho

- **GERMANY**

**Frank-Walter STEINMEIER,** Minister for Foreign Affairs
*Reason given for not meeting the Committee:*
Open in principle to meet but did not want to come before the Bundestag's Inquiry Committee would have finished dealing with the el-Masri case.[1]

**Klaus-Dieter FRITSCHE,** Coordinator of Intelligence Services
**Ernst UHRLAU,** President of BND
*Reason given for not meeting the Committee:*
Not allowed to meet by Government.[2]

---

- **IRELAND**

**Rory BRADY,** Attorney General
*Reason given for not meeting the Committee:*
No authorisation from Government.

---

- **ITALY**

**Enrico MICHELI,** Secretary of State responsible for intelligence services
*Reason given for not meeting the Committee:*
Busy agenda.

**BIANCO Enzo,** Chairman of the Committee for Intelligence and Security Services and for State Secret
*Reason given for not meeting the Committee:*
Busy agenda.

**Gianni LETTA,** former Secretary of State responsible for intelligence services
*Reason given for not meeting the Committee:*
Mr Letta would not come, as the Secretary in office (Micheli) had refused.

---

- **POLAND**

**Andrzej LEPPER,** Deputy Prime Minister
*Reason given for not meeting the Committee:*
Mr Lepper initially confirmed and afterwards another representative of Government was singled out to meet the TDIP delegation.

---

[1] Letter of 30 November 2006 to TDIP Chairman Carlos Coelho
[2] Letter of 21 November 2006 of Minister Thomas de Maizière to TDIP Chairman Carlos Coelho

**Anna FOTYGA, Minister of Foreign Affairs**
*Reason given for not meeting the Committee:*
No information on the TDIP issues.[1]

**Radosław SIKORSKI, Minister of National Defence**
*Reason given for not meeting the Committee:*
Mr Sikorski initially confirmed and afterwards claimed busy agenda.

**Zbigniew WASSERMANN, Minister Coordinator of Special Services**
*Reason given for not meeting the Committee:*
Mr Wassermann seconded his deputy Under-Secretary Marek Pasionek[2] as the representative of Government.[3]

**Marek BIERNACKI, MP, Chairman of Special Services Committee of the Sejm**
*Reason given for not meeting the Committee:*
Mr Biernacki initially confirmed a meeting and afterwards informed that he had no information on TDIP issues and refused to meet.[4]

**Jerzy SZMAJDZIŃSKI, MP, former Minister of National Defence (2001 - 2005)**
*Reason given for not meeting the Committee:*
Busy agenda.

**Andrzej BARCIKOWSKI, former Head of the Internal Security Agency (ABW) 2002 - 2005**
*Reason given for not meeting the Committee:*
The law on national secrets forbids Mr Barcikowski to discuss the TDIP issues.

**Mariusz HARAF, Commander of Border Guards responsible for controls at the Szymany airport**
*Reason given for not meeting the Committee:*
Mr Haraf initially confirmed and later informed that the TDIP shall seek an authorisation for the meeting from Minister for Internal Affairs.

**Sylwester LATKOWSKI, film director and journalist (free lance)**
*Reason given for not meeting the Committee:*
Only an independent film would allow him to express his point of view on the TDIP issues without being misinterpreted.

**Paweł SMOLEŃSKI, Journalist from Gazeta Wyborcza**
*Reason given for not meeting the Committee:*
Mr Smolenski initially confirmed and later claimed busy agenda.

---

[1] Letter of 16 October 2006 of Director Jarosław Lindenberg to TDIP Secretariat
[2] Mr Pasionek is not a member of Government but a civil servant
[3] Letter of 31 October 2006 to TDIP Chairman Carlos Coelho
[4] Letter of 27 October 2006 to TDIP Chairman Carlos Coelho

**Tomasz STAROWIEYSKI, former Chairman of the Board of the Szczytno/Szymany Airport owner (2004 - 2006)**
*Reason given for not meeting the Committee:*
Mr Starowieyski claimed that he could not devote the whole day for travelling to Warsaw and meeting the TDIP delegation.

- **PORTUGAL**

**Luis A. FONSECA DE ALMEIDA, President of National Institute for Civil Aviation (INAC)**
*Reason given for not meeting the Committee:*
Mr Fonseca singled out Director Falerio de Almeida to represent the Institute, as he was not its President anymore at the time of the meeting.

**Carlos GONCALVES DE COSTA, President of Conselho de Administração da NAV**
*Reason given for not meeting the Committee:*
Mr Gonçalves singled out Mr Carvalho to represent the NAV as his agenda was busy.

**Antonio FIGUEIREDO LOPES, former Minister for Home Affairs**
**Paulo PORTAS, former Minister for Defence**
*Reason given for not meeting the Committee:*
Current Government's representatives would meet the TDIP delegation and no information on the TDIP issues.

- **ROMANIA**

**Vasile BLAGA, Minister of Internal Affairs**
*Reason given for not meeting the Committee:*
Busy agenda - Secretary of State Vierita singled out to deputise Mr Blaga.

**Mihai-Razvan UNGUREANU, Minister of Foreign Affairs**
*Reason given for not meeting the Committee:*
Busy agenda - Secretary of State Andreescu singled out to deputise Mr Ungureanu.

- **SPAIN**

**Alberto SAIZ CORTES, Secretary of State, Director of CNI**
*Reason given for not meeting the Committee:*
Another representative of Government was singled out to meet the delegation.

- **SWEDEN**

<u>**Carl BILDT,**</u> <u>Minister for Foreign Affairs</u>
*Reason given for not meeting the Committee:*
Busy agenda.[1]

---

- **UNITED KINGDOM**

<u>**Margaret BECKETT,**</u> <u>Secretary of State for Foreign and Commonwealth Affairs</u>
*Reason given for not meeting the Committee:*
Ms Beckett claimed busy agenda and singled out Minister Hoon to deputise her.

<u>**Des BROWNE,**</u> <u>Secretary of State for Defence</u>
<u>**John REID,**</u> <u>Secretary of State for the Home Office</u>
<u>**Douglas Alexander,**</u> <u>Secretary of State for Transport and Secretary of State for Scotland</u>
No reasons given for not meeting the Committee. Officials representing the Home Office, Ministry of Defence and the Department of Transport were present during the meeting with Minister Hoon.[2]

<u>**Elisa MANNINGHAM-BULLER,**</u> <u>Director General of Security Service (MI5)</u>
<u>**John SCARLET,**</u> <u>Chief of the Secret Intelligence Service (MI6)</u>
<u>**Irfan SIDDIQ,**</u> <u>member of the Diplomatic Service</u>
*Reason given for not meeting the Committee:*
No authorisation for a meeting from Government.

<u>**Richard DEARLOVE,**</u> <u>former Head of MI6</u>
<u>**Michael WOOD,**</u> <u>former Legal Adviser of the Foreign & Commonwealth Office</u>
No reasons given for not meeting the Committee.[3]

---

- **FORMER YUGOSLAV REPUBLIC OF MACEDONIA**

<u>**Aleksandar BOZINOVSKI,**</u> <u>Journalist of Vreme newspaper</u>
*Reason given for not meeting the Committee:*
Logistical problems.

---

[1] Letter of 7 December 2006 to TDIP Chairman Carlos Coelho
[2] Letter of 11 September 2006 of Minster Geoff Hoon to TDIP Head of Secretariat
[3] Letter of 27 July 2006 of Minster Margaret Beckett to TDIP Head of Secretariat

- **COUNCIL OF EUROPE**

**Christos ROZAKIS**, Vice-President of the European Court of Human Rights
*Reason given for not meeting the Committee:*
No authorisation from the ECHR.

---

- **UNITED STATES OF AMERICA**

**Condoleezza RICE,** Secretary of State
*Reason given for not meeting the Committee:*
Government decided that Assistant Secretary of State Daniel Fried would represent it.

**Pat ROBERTS,** Chairman of the Select Committee on Intelligence of US Senate
*Reason given for not meeting the Committee:*
Mr Roberts' policy of confidentiality does not allow him to discuss the TDIP issues.

**Jim BINGAMAN,** Senator
**Sam BROWNBACK,** Senator
**Jo Ann DAVIS,** Member of House of Representatives
**Russell FEINGOLD,** Senator
**Jane HARMAN,** Member of House of Representatives
**Pete HOEKSTRA,** Member of House of Representatives
**Darrell ISSA,** Member of House of Representatives
**John KERRY,** Senator
**Tom LANTOS,** Member of House of Representatives
**John Patrick LEAHY,** Senator
**Carl LEVIN,** Senator
**John McCAIN,** Senator
**Nancy PELOSI,** Member of House of Representatives
**John D. ROCKEFELLER,** Senator
**Christopher SHAYS,** Member of House of Representatives
**Chris SMITH,** Member of House of Representatives
**Porter J. GOSS,** CIA Director
**Tyler DRUMHELLER,** former CIA agent
**Michael SCHEUER,** former CIA agent
No reason given for not meeting the Committee.

**Colin POWELL,** former Secretary of State
*Reason given for not meeting the Committee:*
No authority to discuss the topic.

**Dana PRIEST,** Journalist of Washington Post
*Reason given for not meeting the Committee:*
No permission for a meeting from her editors.

**BAER Bob,** former CIA agent
**Richard CLARKE,** former CIA agent
*Reasons given for not meeting the Committee:*
Busy agenda.

- **EGYPT**

**Montasser AL-ZAYAT,** Lawyer of Abu OMAR
*Reason given for not meeting the Committee:*
Mr Al-Zayat initially confirmed and afterwards refused to meet without giving any reason.

**Hossam EL-HAMALAWY,** Journalist
*Reason given for not meeting the Committee:*
No authorisation from his publisher.

- **OTHERS**

**Louise ARBOUR,** UN High Commissioner for Refugees
*Reason given for not meeting the Committee:*
Busy agenda.

**Jaap DE HOOP SCHEFFER,** Secretary General of NATO
*Reason given for not meeting the Committee:*
No intention to meet.

**Jakob KELLENBERGER,** President of International Red Cross
*Reason given for not meeting the Committee:*
The IRC's policy of confidentiality.

**George ROBERTSON,** former Secretary General of NATO
*Reason given for not meeting the Committee:*
Busy agenda.

**Michael STEINER,** former Head of UN Interim Administration Mission in Kosovo
*Reason given for not meeting the Committee:*
Mr Steiner claimed that authorisation of both UN Secretary General and German Foreign Minister would be needed to meet the TDIP Committee.

# PROCEDURE

| Title | The alleged use of European countries by the CIA for the transportation and illegal detention of prisoners |
|---|---|
| Procedure number | 2006/2027(INI) |
| Committee responsible<br>    Date authorisation announced in plenary | TDIP<br>18.1.2006 |
| Committee(s) asked for opinion(s)<br>    Date announced in plenary | |
| Rapporteur(s)<br>    Date appointed | Giovanni Claudio Fava<br>26.1.2006 |
| Previous rapporteur(s) | |
| Discussed in committee | 14.12.2006    18.12.2006    15.1.2007 |
| Date adopted | 23.1.2007 |
| Result of final vote | +  28<br>-  17<br>0   3 |
| Members present for the final vote | Alexander Alvaro, Frieda Brepoels, Kathalijne Maria Buitenweg, Giusto Catania, Carlos Coelho, Simon Coveney, Giorgos Dimitrakopoulos, Giovanni Claudio Fava, Jas Gawronski, Ana Maria Gomes, Ignasi Guardans Cambó, Sylvia-Yvonne Kaufmann, Magda Kósáné Kovács, Wolfgang Kreissl-Dörfler, Barbara Kudrycka, Sarah Ludford, Marian-Jean Marinescu, Claude Moraes, Józef Pinior, Mirosław Mariusz Piotrowski, Hubert Pirker, Bogusław Rogalski, Luca Romagnoli, Eoin Ryan, José Ignacio Salafranca Sánchez-Neyra, György Schöpflin, Inger Segelström, Hannes Swoboda, Konrad Szymański, Charles Tannock, Elena Valenciano Martínez-Orozco, Jan Marinus Wiersma |
| Substitute(s) present for the final vote | Panayiotis Demetriou, Proinsias De Rossa, Roger Helmer, Erna Hennicot-Schoepges, Jeanine Hennis-Plasschaert, Sajjad Karim, Helmut Kuhne, Jean Lambert, Henrik Lax, Bill Newton Dunn, Rihards Pīks, Marie-Line Reynaud, Bogusław Sonik, Josef Zieleniec |
| Substitute(s) under Rule 178(2) present for the final vote | Panagiotis Beglitis, Philip Bushill-Matthews, Pasqualina Napoletano, Neil Parish. |
| Date tabled | 30.1.2007 |
| Comments<br>(available in one language only) | |