# EXHIBIT X

1 of 1000 DOCUMENTS

The Toronto Star

March 2, 2007 Friday

# Sweden admits error in expelling Egyptian

**SECTION:** NEWS; Pg. A09

**LENGTH:** 194 words

**DATELINE:** STOCKHOLM

Sweden has overturned an expulsion order against a former Egyptian terror suspect handed over to U.S. agents and deported from the Scandinavian country in 2001.

The decision yesterday was a clear acknowledgment of wrongdoing in allowing Muhammed Alzery to be sent back to Egypt with another suspected extremist in a process orchestrated by the United States.

Alzery and Ahmed Agiza were imprisoned in Egypt on charges of terrorism, and claim they were tortured.

Sweden has been highly criticized by human rights organizations for allowing the men's removal.

Alzery, who was released without standing trial in 2003 after Egyptian authorities dismissed the allegations, has asked for damages and permanent residency in Sweden.

Swedish Justice Minister Tobias Billstrom, part of a centre-right cabinet that took power last year, said the previous Social Democratic government should not have allowed the rendition.

Critics also say Swedish security police surrendered too much authority when the men were handed over to U.S. agents at a Stockholm airport.

Agiza is still in prison in Egypt. He was convicted of leading an outlawed group aiming to overthrow Egypt's government.

**LOAD-DATE:** March 2, 2007

**LANGUAGE:** ENGLISH

**DOCUMENT-TYPE:** COLUMN

**PUBLICATION-TYPE:** NEWSPAPER

Copyright 2007 Toronto Star Newspapers, Ltd.