# EXHIBIT EE

# EUROPEAN PARLIAMENT



*2004*           *2009*

*Temporary Committee on the alleged use of European countries by the CIA for the transport and illegal detention of prisoners*

16.11.2006

# WORKING DOCUMENT N° 8

on the companies linked to the CIA, aircraft used by the CIA and the European countries in which CIA aircraft have made stopovers

Temporary Committee on the alleged use of European countries by the CIA for the transport and illegal detention of prisoners

Rapporteur: Giovanni Claudio Fava

## A) GENERAL REMARKS

### 1) INTRODUCTION

This working document from the rapporteur is complementary to the *Working document on the "extraordinary renditions"*, which is already available.[1] In both working documents, the rapporteur intends to fulfil the remit included in the Decision of the European Parliament of 18 January 2006.

The aim of this working document is to analyse:

- The different private companies and charter services that have been used by the CIA;

- The aircraft used by the CIA (in some cases, for proven "extraordinary renditions"), listed by their Registration Number (or tail number);

- The European countries in which CIA aircraft have made stopovers.


It is worth to remind that, in many occasions, it is not only the CIA the single organiser of the flights included in this working document (as in working document n°7), but also other entities of US administration, among which the Department of Defence, when granting the Civil Aircraft Landing Permits (CALP).


### 2) THE USE OF PRIVATE COMPANIES AND CHARTER SERVICES BY THE CIA

Within the context of the "extraordinary renditions", the CIA has often used private companies and charter services for aircraft rentals. Through civil flights it is possible to reach places where military aircraft would be considered suspicious. Furthermore, thanks to civil flights, the CIA avoids the duty to provide the information required by States concerning government or military flights, according to the Chicago Convention.

Most of these companies are the so-called "shell companies": they only exist on paper (post offices boxes, for instance) or they have a sole employee (normally a lawyer). These shell companies appear as the owners of aircraft which are systematically the subject of *buy-and-sell* operations. After each transaction, aircraft are re-registered in order to lose their tracks.

---

[1] See Working Document n° 7 PE 380.593.

**EN**

A good example of "shell game" operations is just the **Premier Executive**'s history. Premier Executive is a company whose business address is a P.O. Box out of Washington. Premier had the ownership of two aircraft: the Gulfstream V (with Registration Numbers N379P, N8068V and N44982) and the Boeing 737 (with Registration Numbers N313P and N4476S), used by the CIA for "extraordinary renditions"[2]. Both aircraft belonged to **Steven Express**, another shell company. Steven Express has a business address in Tennessee which is not correlated to any premises. Steven Express was taken over by a lawyer, on behalf of **Devon Holding**, once again a shell company. The lawyer was the sole representative/employee of Devon Holding. This kind of shell game enables CIA aircraft to lose their paths, and thus deleting any track of illegal operation linked to the aircraft.

Another example is what happened in November 2004, when The Sunday Times reported that the US leased the Gulfstream V jet (with Registration Numbers N379P, N8068V and N44982) for the transfer of detainees to Guantanamo and other US military bases. Two days later Premier Executive sold the aircraft to **Bayard Foreign Marketing**, another shell company. The name of the administrator, Leonard Bayard, has never been found in any public register.

The other aircraft, the Boeing 737 (with Registration Numbers N313P and N4476S) was sold to **Keeler and Tate Management**, once again a shell company without premises, without a website, whose only property was the Boeing 737. On the other hand, Premier Executive has vanished since 2005.[3]

Sometimes, shell companies used by the CIA rely on other real companies endowed with premises and employees, so called: "operating companies". These companies are entrusted to stand behind the shell companies; they provide the CIA aircraft with all necessary logistics (pilots, catering and technical assistance). In some cases the operating companies are directly linked to the CIA. One example is **Aero Contractor**, a company described[4] as the "major domestic hub of the Central Intelligence Agency's secret air service".

Finally, in other cases, the CIA leases aircraft from normal charter agents, as it is the case for **Richmor Aviation**. Richmor Aviation is one of the oldest charter and flight management companies with many customers, including also the CIA. The Gulfstream IV (with Registration Number N85VM), which was used in the abduction of Abu Omar[5], belongs to Richmor Aviation

Ultimately, in this inextricable net, there is also the possibility that a single aircraft managed by the CIA changes -in between missions- its Registration Number (as for the Gulfstream V, from Richmor Aviation, registered as N379P, then, N8068V and then

---

[2] See working document n° 7 PE 380.593.
[3] 24 USA: Below the radar - Secret flights to torture and 'disappearance' Amnesty International 5 April 2006 AI Index: AMR 51/051/2006
[4] Scott Shane, Stephen Grey and Margot Williams, *CIA Expanding Terror Battle Under Guise of Charter Flights*, New York Times, 31 May 2005.
[5] See working document n° 7 PE 380.593.

**EN**

N44982), as it will be explained later in this working document.

Some of the companies (namely: Centurion Aviation Services, Devon Holding Inc;
Premier Executive Transport Services; Rapid Air Trans; Richmor Aviation Inc;
Stevens Express and Tepper Aviation) have been beneficiaries of landing permits in
the US military bases all over the world, also for purpose of refuelling aircraft. This
kind of practice is usually excluded for all kind of civil flights.

## 3) DETAILS OF THE COMPANIES INVOLVED

Shell Companies,

- o CROWELL AVIATION TECHNOLOGIES, INC
- o PATH CORPORATION
- o RAPID AIR TRANS, INC.
- o STEVENS EXPRESS LEASING, INC
- o AVIATION SPECIALTIES, INC
- o DEVON HOLDING AND LEASING, INC
- o CENTURION AVIATION SERVICES
- o BAYARD FOREIGN MARKETING, LLC.
- o KEELER & TATE MANAGEMENT, LLC

The last two companies in the list have replaced the Premier Executive Transport
Services, Inc., (one of the Operating Companies) once that Premier sold the aircraft
Boeing 737 and Gulfstream V to Bayard Foreign Marketing, LLC and to Keeler &
Tate Management, LLC. Afterwards Premier disappeared.

Operating Companies

- o AERO CONTRACTORS, LTD. (NORTH CAROLINA)

    Aero Contractors was funded in 1979 by Jim Rhyne, ex pilot of Air
    America, a company used by CIA during the Vietnam War. Aero
    Contractors' pilots, according to the New York Times "are the discreet bus
    drivers of the battle against terrorism, routinely sent on secret missions to
    Baghdad, Cairo, Tashkent and Kabul". The New York Times adds: "Aero
    Contractors is in fact a major domestic hub of the Central Intelligence
    Agency's secret air service".[6] Indeed, according to FAA records, Aero
    Contractors leases its aircraft from Premier Executive Transport (shell

---

[6] *C.I.A. Expanding Terror Battle Under Guise of Charter Flights*
By SCOTT SHANE, STEPHEN GREY and MARGOT WILLIAMS, May 31, 2005
http://www.nytimes.com/2005/05/31/national/31aircraft.html?ei=5088&en=6007accb4801296c&ex=1275192000&
partner=rssnyt&emc=rss&pagewanted=print

**EN**

company) [7], namely the Boeing 737 (N 4476S, ex N313P). Aero Contractor has no web site and does not advertise its activities. All the resources come from the CIA, from the US Army and other Government agencies. However, Aero Contractors remains a real company, with premises and eighty employees.

Aero Contractors is the operating company of the following shell companies:

- STEVENS EXPRESS LEASING, INC
- PREMIER EXECUTIVE TRANSPORT SERVICE
- AVIATION SPECIALTIES, INC
- DEVON HOLDING AND LEASING, INC

o PEGASUS TECHNOLOGIES, INC

Pegasus Technologies works on avionics (aviation electronics), sensor, and electrical systems of CIA aircraft. This presumably includes top-secret encrypted-communications systems and night-vision systems.[8]

o TEPPER AVIATION

Tepper Aviation is a company controlled directly by the CIA.[9] It operates from the Bob Sikes Airport, Florida. The European base is Rhein-Main, in Germany (an U.S. Air Force /NATO military, closed on 30 December 2005). Tepper uses three aircraft belonging to the shell company Rapid Air Trans: the Lockheed N2189M, the N4557C and N8183J (*see below*).

o RICHMOR AVIATION

Philip H. Morse, owner of the Gulfstream IV jet (and partner of the Boston Red Sox), confirmed to the newspaper Globe and Tribune[10] that his private jet was rented several times to the CIA[11]. According to the FAA records, the aircraft belongs to the Assembly Point Aviation Inc., whose Mr. Morse is the sole employee. The renting company is Richmor Aviation, in Hudson. The jet's Registration Number was N85VM, then changed to N227SV, and it was used for the "extraordinary rendition" of Abu Omar[12]. Mr Morse

---

[7] "Aero Contractors, which operates from a blue hangar at the Johnston airport, leased the jets for about a year, in about 2002 or 2003, from Massachusetts-based Premier Executive Transport Services, Blowers said. (...) Aero Contractors let its leases with Premier Executive expire about a year ago, Aero Contractors no longer offers jets for its clients and instead leases turboprop aircraft." http://www.newsobserver.com/news

[8] Pegasus Technologies, Inc. http://sss-mag.com/rfs/intro.html

[9] http://www.nytimes.com/2005/05/31/national/31aircraft.html?ex=1275192000en=6007accb4801296cei=5088partner=rssnytemc=rss

[10] US: CIA Uses Jet Owned by Red Sox Partner, by Gordon Edes, The Boston Globe: http://www.boston.com/news/globe.

[11] "It's chartered a lot (...) It just so happens one of our customers is the CIA.(...) I was glad to have the business, actually. I hope it was all for a real good purpose." http://www.boston.com/news/globe

[12] See working document n° 7 PE 380.593.

**EN**

deems that his aircraft was rented to the CIA by Richmor Aviation for about three years.[13]

o   SUBSIDIARIES OF BLACKWATER USA

This company is an important contractor for the CIA and the US military. It provides personnel and training as well as aviation services through its two subsidiaries:

- AVIATION WORLDWIDE SERVICES, INC. (FLORIDA)
- PRESIDENTIAL AIRWAYS (FLORIDA)

Both companies fly Spanish CASA C-212 wide-body passenger/cargo aircraft. These aircraft carry paratroopers and over-sized cargo and can operate from short and unimproved runways. In Europe, Malta is the base for these aircraft.

## 4) EUROPEAN STOPOVERS OF CIA FLIGHTS

Between the end of 2001 and the end of 2005, flights involving aircraft directly or indirectly operated by the CIA stopped over at European airports more than one thousand times. We know for certain that some of these flights were used to carry out "extraordinary renditions" (Abu Omar, Maher Arar, Khaled el-Masri, Ahmed al-Giza, Mohamed El-Zari, Binyam Mohammed, Bisher al Rawi, Jamil El-Banna, Abou Elkassim Britel[14]). However, given the routes taken by many flights and some of the countries of origin and destination (Afghanistan, Azerbaijan, Egypt, Iraq, Jordan, Libya, Morocco, Turkmenistan, Uzbekistan, Guantanamo), it is logical to assume that the involvement of these aircraft in the practice of "extraordinary renditions" and in the transport of detainees is more extensive that the number of proven cases.

### a) Research method used

The findings were obtained by comparing Eurocontrol (the agency responsible for controlling European air space) data with those of the FAA (the Federal Aviation Administration, which keeps data on all aircraft flying out of or into the USA).

The research focused on the aircraft belonging to or having been operated by airlines linked to the CIA and which have flown frequently in Europe after 9/11.

We focused our analysis on thirty-seven Registration Numbers of aircraft. Nevertheless

---

[13] by Gordon Edes, The Boston Globe March 21st, 2005, http://www.corpwatch.org/article.php?id=11988
[14] See working document n° 7 PE 380.593.

**EN**

it is very likely that the aircraft used by the CIA during these years in Europe were more copious.

The thirty-seven Registration Numbers analysed in this working document, correspond to thirty-two different aircraft; this means that, sometimes, the same aircraft has been re-registered at least once (*see below*).

### b) Preliminary conclusions

On the basis of the data obtained from Eurocontrol on the thirty-two aircraft (corresponding to thirty-seven Registration Numbers) monitored, it may be said that:

1. All the aircraft were operated by companies linked to or controlled by the CIA.

2. The flight logs obtained from Eurocontrol confirm that since 11 September the thirty-two aircraft monitored have made at least **1245 stopovers in Europe** (the 25 EU Member States, Romania, Iceland, Norway, Switzerland, Albania, Turkey, Bosnia Herzegovina, Croatia and the Former Yugoslavia Republic of Macedonia (FYROM)) very often flying between European airports and destinations in Asia, the Middle East and Africa.

3. In some cases we have evidence that some of these aircraft were used for proven "extraordinary renditions" (Abu Omar, Maher Arar, Khaled el-Masri, Ahmed al-Giza and Mohamed al-Zari, Binyam Mohammed, Bisher Al Rawi and Jamil El Banna, Abu Al Kassem Britel), given that aircraft on our list were used in each case.[15]

4. The routes taken and the countries flown to by CIA aircraft (including Afghanistan, Azerbaijan, Egypt, Iraq, Jordan, Libya, Morocco, Turkmenistan, Uzbekistan and Guantanamo) confirm that the flights could also have been used for "extraordinary renditions" or other cases of transfer of prisoners. Namely, the following suspect stopovers were recorded between the end of 2001 and the end of 2005:

   a. 72 in Jordan
   b. 76 in Azerbaijan
   c. 52 in Turkmenistan
   d. 61 in Egypt
   e. 46 in Uzbekistan
   f. 40 in Iraq
   g. 38 in Afghanistan
   h. 40 in Morocco
   i. 14 in Libya

---

[15] See working document n° 7 PE 380.593.

k.  11 at Guantanamo

5.  It should be noted that in many of the countries referred to, torture and imprisonment without trial are common. Manfred Nowak, UN Special Rapporteur on Torture, stressed in his last report to the General Assembly that some countries, including the United States, the United Kingdom, France and Sweden, had violated international human rights conventions by deporting suspected terrorists to countries such as Egypt, Syria, Algeria and Uzbekistan, where there was a high risk of them being tortured.[16] Some of the countries referred to (namely Georgia, Morocco, Azerbaijan, Egypt, Uzbekistan, Jordan, Syria, Afghanistan, Turkmenistan and Iraq) were recently the subject of concerns expressed by the US State Department which took a critical view of the situation in the relevant Human Rights Country Reports, particularly as regards the use of torture, arbitrary detention and the situation of prison inmates[17]. Finally, Bob Baer, a former CIA agent, said in an interview given to the New Statesman[18]: "If you want them to be tortured, you send them to Syria. If you want someone to disappear - never to see them again - you send them to Egypt".[19]

6.  It is worth reminding that, on several occasions, prisoners are also transported by different means other than civil or military aircraft (i.e. helicopters, cars etc.). As an example, in the "extraordinary rendition" of Maher Arar, he was transported from Amman (where he arrived in a CIA flight from Bangor, Maine, via Rome) to the Syrian prison of Far'Falastin by car.

---

[16] http://daccessdds.un.org/doc/UNDOC/GEN/N05/476/51/PDF/N0547651.pdf?OpenElement
[17] http://www.state.gov/g/drl/rls/hrrpt
Morocco: http://www.state.gov/g/drl/rls/hrrpt/2003/27934.htm
Azerbaijan: http://www.state.gov/g/drl/rls/hrrpt/2003/27826.htm
Egypt: http://www.state.gov/g/drl/rls/hrrpt/2004/41720.htm
Uzbekistan: http://www.unhchr.ch/tbs/doc.nsf/(Symbol)/CAT.C.CR.28.7.En?Opendocument
Jordan:http://www.unhcr.org/cgi-bin/texis/vtx/rsd/rsddocview.html?tbl=RSDCOI&id=441821a334
Syria: http://www.state.gov/g/drl/rls/hrrpt/2002/18289.htm
Afghanistan: http://www.state.gov/g/drl/rls/hrrpt/2000/sa/721.htm
Turkmenistan: http://www.state.gov/g/drl/rls/hrrpt/2004/41714.htm
Iraq: http://www.state.gov/g/drl/rls/hrrpt/2005/61689.htm
Libya: http://www.state.gov/www/global/human_rights/1998_hrp_report/libya.html

RE 380.984v02-00   DT\641333EN.doc


[18] http://www.newstatesman.com/Politics
[19] http://www.counterpunch.org/rajiva12052005.html


**EN**

**5) TABLE WITH THE COMPANIES AND AIRCRAFT USED BY THE CIA FOR THE "EXTRAORDINARY RENDITION" FLIGHTS**

| CIA OPERATING COMPANIES | SHELL COMPANIES | OTHER PRIVATE COMPANIES | REGISTRATION NUMBER OF THE AIRCRAFT USED BY THE CIA |
|---|---|---|---|
| PEGASUS TECHNOLOGIES, INC → | → PATH CORPORATION | | N505LL; N221SG |
| TEPPER AVIATION → | → RAPID AIR TRANS, INC. . | | N2189M<br>N8183J<br>N4557C |
| AERO CONTRACTORS, LTD → | → STEVENS EXPRESS LEASING, INC | | N173S; N4009L; N313P+N4476S; N58AS; |
| | → PREMIER EXECUTIVE =<br>→ BAYARD FOREIGN MARKETING, LLC.<br>+<br>→ KEELER & TATE MANAGEMENT, LLC | | N379P+N8068V+N44982<br>N313P+N4476S |
| | → AVIATION SPECIALTIES, INC | | N157A; N312ME; N4456A; N5139A<br>N5155A; N6161Q; |
| | → DEVON HOLDING AND LEASING, INC | | N168D; N187D; N196D; N219D |
| BLACKWATER → | → AVIATION WORLD WIDE SERVICES +<br>→ PRESIDENTIAL AIRWAYS | | N964BW; N965BW; N966BW;<br>N967BW; N968 BW |
| RICHMOR AVIATION | | | N227SV-N85VM |
| | CENTURION AVIATION SERVICES | | N478GS; N475LC |
| | CROWELL AVIATION TECHNOLOGIES; PRESCOTT | | N1016M;<br>N8213G |
| | | PREMIER AIRCRAFT MANAGEMENT;<br>WELLS FARGO BANK;<br>UNITED STATES AVUATION Co.;<br>CRYSTAL JET AVIATION;<br>PRESIDENTIAL AVIATION | N368CE; N168BF<br>N1HC; N50BH<br>N829MG+ N259SK |

**EN**

## B) AIRCRAFT USED BY THE CIA FOR "EXTRAORDINARY RENDITIONS"

This part of the working document indicates the thirty-two aircraft used by the CIA for its flights, including those operations to carry out "extraordinary renditions".

The following aircraft are ordered by their Registration Numbers. As already stated, this is because thirty-two aircraft have used a total amount of thirty-seven Registration Numbers. In the list below, when 2 or 3 Registration Numbers appear with the sign "+", it means that the aircraft was re-registered at least once.

### N 313P + N4476S

- N313P (later N4476S) is a Boeing 737-7ET aircraft,[20] and it can transport up to 127 passengers.

- First registered by Stevens Express Leasing Inc, and then re-registered, on 1st May 2002 by Premier Executive Transport Services. On 1st December 2004 Keeler & Tate Management re-registered the aircraft as N4476S. The three companies are all CIA shell companies.[21] Stevens Express Leasing Inc. and Premier Executive Transport Services were both permitted to land at US military bases worldwide.[22]

- It has been proved that this was the aircraft used for the "extraordinary renditions" of the German citizen Khaled el-Masri from Skopje to Afghanistan on 24 January 2004, and the Ethiopian citizen Binyam Mohammed, legal resident in the UK, from Rabat to Kabul on 22 January 2004.[23]

- Human Rights Watch has identified it as the "aircraft that the CIA used to move several prisoners to and from Europe, Afghanistan, and the Middle East in 2003 and 2004".[24] According to Eurocontrol records, the jet has flown regularly between destinations that are known for or suspected of being used for the detention or rendition of prisoners. From 2002 to 2005, it made at least three stops at Guantanamo, nine stops in Kabul, seven in Morocco, 13 in Jordan, five in Pakistan, three in Kuwait, ten in Baghdad, and eleven in Libya.

- Most of the landings by N313P in Europe have at major civilian airports or joint civilian-military airports including Frankfurt (72 times), Shannon (24), United Kingdom (23), Palma de Mallorca (7), Poland, Romania, Check Republic, Malta, Cyprus and Geneva.

---

[20] http://registry.faa.gov/aircraftinquiry
[21] http://web.amnesty.org/library/index/engamr510512006
[22] www.amnesty.org/resources/flash/torture/renditions/ - 12k
[23] See Working Document n° 7 PE 380.593.
[24] www.hrw.org

**N85VM + N227SV**

- N85VM (later N227SV) is a Gulfstream IV jet. It can transport up to 19 passengers, but it is usually configured for 8/14 passengers.

- It is owned by Assembly Point Aviation Inc., registered in May 1995 in New York State. The aircraft was registered as N85VM until September 2004, when it was re-registered as N227SV. Operated by Richmor Aviation, a company based at the Columbia County airport (Hudson, New York) and Scotia (New York).[25] Landing rights permitting to land at US military bases worldwide (expiration February 15, 2005) were granted to Richmor Aviation. Its owners have admitted leasing the aircraft to the CIA, but have said it is not used exclusively by the agency.[26]

- <u>It has been proved that this was the aircraft used for the "extraordinary rendition" of the Egyptian national Abu Omar, who was granted a refugee status in Italy, from Ramstein to Cairo on 17 February 2003.</u>[27]

- This jet has flown in Europe and Asia (Afghanistan, Morocco, Dubai, Jordan, Italy, Germany, Romania, Japan, Switzerland, Azerbaijan and the Czech Republic). It is reported to have flown in or out of military airports in Romania on three occasions in 2004. The flights included two direct flights from Amman, Jordan, and one flight from Guantanamo Bay (with a later stop in Morocco).

**N829MG+N259SK**

- N829MG (later N259SK) is a Gulfstream III. It is registered to Presidential Aviation, one of the CIA shell companies.

- <u>It has been proved that this was the aircraft used for the "extraordinary rendition" of Syrian-Canadian national Maher Arar from the US to Jordan, via Rome, on 8 October 2002.</u>[28]

**N379P +N8068V + N44982**

- N379P (later N8068V and N44982) is a Gulfstream V executive Jet. It can make non-stop Washington-Kabul in 12 hours. The aircraft can transport up to 18 passengers, but it is usually configured for 8 passengers.

---

[25] www.richmor.com
[26] http://www.boston.com/news/nation/washington/articles/2005/03/20/jet_owned_by_part_owner_of_red_sox_tied_to_us?mode=PF
[27] See Working Document n° 7 PE 380.593.
[28] See Working Document n° 7 PE 380.593.

**EN**

- It was registered N379P in February 2000 by Premier Executive Transport Services, a CIA shell company which exists only on papers. The address corresponds to a post office mail box. Over the past few years, those very same Post Office mail boxes have been registered to 325 other fictitious names, as well as a company called Executive Support OFC, another CIA shell company. Premier Executive's aircraft were permitted to land on US bases worldwide (expiration 15 October 2005).[29]

- The Gulfstream V was re-registered as N8068V at the beginning of 2004; again re-registered as N44982 in December 2004 by Bayard Foreign Marketing, a phantom company registered in Oregon State since August 2003. No other aircraft was registered by Bayard Foreign Marketing. The aircraft was put up for sale in late 2005, and is now the property of a company based in Miami, Florida.[30]

- It has been proved that this was the aircraft used for the "extraordinary renditions" of the two Egyptian asylum-seekers Agiza and el-Zary from Stockholm to Cairo on 18 December 2001, the Italian citizen Elkassim Britel from Islamabad to Rabat on 24 May 2002, the British residents Bisher Al-Rawi and Jamil El-Banna (who was granted refugee status) from Banjul to Kaboul, via Cairo, on 8 December 2002, and the Ethiopian citizen Binyam Mohammed, legal resident in the UK, from Islamabad to Rabat on 21 July 2001.[31]

- The N379P (known as "Guantanamo Express") is one of the most notorious prisoner transport aircraft used by the CIA.

- It made several landings in Poland and Romania on direct flights to and from Kabul. The N379P also filed flight records with Eurocontrol stating a direct flight from Kabul to Warsaw on June 5, 2003, arriving Warsaw at 10:33 PM and departing Warsaw early the next morning at 1:04 AM to arrive Rabat/Sale, Morocco at 4:39 AM. The N379P also filed flight records with Eurocontrol stating a direct roundtrip flight from Kabul to Warsaw on July 29, 2003, arriving Warsaw early July 30 at 12:47 AM and then departing Warsaw at 2:40 AM to arrive Kabul at 7:25 AM.

### N368CE

- The N368CE is a Boeing 737-300 registered to a shell company called Premier Aircraft Management and incorporated in North Las Vegas, Nevada. Recently, the ownership of the Boeing has shifted from Premier Aircraft Management to a sister company called Vision Airlines.

---

[29] http://web.amnesty.org/library/index/engamr510512006
[30] See an advertisement for the sale of this Gulfstream V executive jet at US Aircraft Sales: http://www.usaircraftsales.com/Forsale/SPECS%20GV%20581%20%202.pdf.
[31] See Working Document n° 7 PE 380.593.

**EN**

- It is surprising to notice the routes made by the N368CE from June 2005 to November 2005. It made almost daily the route Frankfurt (Germany)-Ashkhabad (Turkmenistan). From September 2005 to end of November 2005, the aircraft made the almost daily route to Frankfurt-Ashkhabad-Frankfurt and Frankfurt-Bagdad-Frankfurt.

- The N368CE was the object of an inquiry of the UK Parliament. [32]

### N 2189M

- The aircraft with number N2189M is a Lockheed L-100-30 Hercules (C-130). N2189M is owned by CIA contractor Tepper Aviation.

- Among its flights, it is surprising to notice that the aircraft has as a favourite route Frankfurt / Ramstein - Tashkent (Uzbekistan) (15 times), and Frankfurt / Ramstein - Baku (Azerbaijan) and back (38 times).

- The N2189M appeared in the House of Commons written answer from the Secretary of State for Transport, Mr Darling. On March the 17th 2006, Liberal Democrat Foreign Affairs spokesman Michael Moore asked Mr Darling for details of landings by six jets; among them, one with the Registration Numbers N2189M. In a written parliamentary answer, Mr Darling confirmed the aircraft had landed 10 times at UK airports since January 1 2001.

### N1HC

- N1HC is a Gulfstream V, registered to the Charter-Firma United States Aviation Co. (US AV) of Tulsa, Oklahoma, an air charter company. The US AV is a charter company working with the CIA as with any other private client. The N1HC is listed [33] as an alleged CIA aircraft according to the report of the Scottish National Party .

- Between June 2002 and June 2005 N1HC lands or takes off from Italy ten times at the airports of Milano Malpensa e Linate, Venezia San Nicolò, Pisa Galilei, Napoli Capodichino, Roma Ciampino.

---

[32] http://www.publications.parliament.uk/pa/cm200506/cmhansrd/cm060317/text/60317w02.htm#60317w02.html_sbhd2
[33] http://www.statewatch.org/cia/documents/cia-snp-report-scotland-18-01-06.pdf

**EN**

**N50BH**

- N50BH is a Gulfstream III owned by Crystal Jet Aviation and used by the CIA in the past for prisoner transports and flights to Guantanamo. It has been seen at Stockholm's main airport Arlanda between June 21st and 23rd, 2002, before flying on to Iceland.

- It is investigated by the Canadian authorities, as it would have been flying from Canada, via Keflavík in Iceland before going to Turkey.[34] This Gulfstream III appears in sales and rental websites.[35]

**N221SG**

- N221SG is a Lear Jet 35. The aircraft is registered to Path Corporation of Rehoboth Beach Delaware, identified as a CIA shell company.

- After the flight had been spotted in Istanbul on 7 March 2005, Turkish media reported that individuals of interest to the CIA have been captured by the country's security services and then handed over to the American intelligence agency.[36] The aircraft took off from Istanbul on March 7, 2005 and landed at Copenhagen at 09:00 local time, where it remained for 23 hours before departing at 08:04 on March the 8th directed to Keflavik, Iceland. National broadcaster DR (Denmark) reported that there has been an inquiry by Red-Green Alliance's MP on this aircraft[37]. Following the same line, also the Scottish National Party, discussed about this aircraft in one of its Reports.[38]

**N168BF**

- N168BF is a Raytheon Hawker 800XP registered to Business Focus Sdn. of Kuala Lumpur, Malaysia (also reportedly owned by Wells Fargo Bank). It is a mid-size business jet which normally takes 6-8 passengers.

- The aircraft was not previously linked with the CIA but it is owned by a company which has other aircraft used by the intelligence organisation[39].

---

[34] http://en.wikipedia.org/wiki/Black_site#_note-33
[35] http://www.controller.com/listings/forsale/list.asp?catid=&pcid=1003442&etid=1&dlr=1&setype=8&PREF=0&thumbs=0&pg=1&guid;
http://www.charterhub.com/listings/forcharter/list.asp?guid=&dst=&PG=59&thumbs=1&pref=0

[36] http://en.wikipedia.org/wiki/N221SG
[37] http://www.cphpost.dk/get/91925.html
[38] http://www.statewatch.org/cia/documents/cia-snp-report-scotland-18-01-06.pdf
[39] http://www.eurotrib.com/story/2005/11/15/122813/72

**EN**

**N168D**

- The N168D is a Cessna 120 Casa CN-235M-220 operated by Aero Contractors, the first pilots'                    provider                    for                    CIA aircraft.[40]http://www.planepictures.net/netsearch4.cgi?srch=Aero+Contractors&stype=a irline&srng=2 N168D is an aircraft owned by the CIA front company Devon Holding & Leasing Inc.

- Another Devon ship, similar to N168D, is N187D, serial C143. It is also involved in the CIA rendition issue.[41]

- Amnesty International Canada formally asked Minister of Transport Jean Lapierre whether the government dealt with the allegations concerning the reported landings in Newfoundland of a turboprop with Registration Number N168D on August 13, 2005.[42]

**N505LL**

- N505LL is a De Havilland (Canada) DHC-8-315B registered to Path Corporation of Rehoboth Beach. The company (Path Corporation) is listed among the CIA shell companies in the Scottish National Party report (by the MP Angus Robertson SNP Foreign Affairs Spokesman), together with the aircraft (N505LL), which is cited as an alleged CIA aircraft.[43]

- Hurriyet, a state-owned Anatolia news agency,[44] reported that the CIA aircraft N505LL is alleged to have been destined for a secret CIA prison, landed for a stopover in Istanbul on its way to the Netherlands on November 15, 2005. Hurriyet said the N505LL aircraft arrived at Istanbul's Sabiha Gokcen airport from Baku, Azerbaijan, and left for Amsterdam's Schiphol Airport the next day.

**N4557C**

- N4557C is a Lockheed L-100-30 Hercules, registered to Rapid Air Transport Inc., identified by the New York Times as one of shell companies controlled by the CIA.[45]

---

[40] http://www.airport-data.com/aircraft/N168D.html
[41] http://www.amnesty.ca/archives/CIA_aircraft_landings_open_letter_22nov05.php

[43] www.snp.org/snpnews/2005/snp_press_release.2006-01-18.7084056276/2006-01-20.0197801266/download
[44] http://www.hurriyet.com.tr
[45] http://www.thestar.com/NASApp/cs/ContentServer?pagename=thestar/Layout/Article_Type1&c=Article&pubid=968163 964505&cid=1134915545866

**EN**

- Flight logs indicate that the N4557C Hercules was among at least seven aircraft with alleged CIA links that have landed at Canadian airports in recent months.[46]

- According to newspaper *The Toronto Star*, "the Hercules, flying to Newfoundland via New Hampshire, began its journey at Bob Sikes Airport in Crestview (USA) a reported hub for CIA-owned aircraft."[47] Alex Neve, secretary general of Amnesty's Canadian branch, wrote to Canadian Transport Minister Jean Lapierre inquiring about reports of possible CIA landings of N4557C in Canada.[48]

### N8213G

- N8213G is a Lockheed L100-30 Hercules. The aircraft has space for cargo and for about 100 passengers.

- It flies under Prescott Support's name. The name "Prescott" is painted on the side of the aircraft. According to US press reports, the Prescott Support s company serves as a cover for the CIA's prisoner transports and has been linked to the US government.[49]

### N 6161Q

- N6161Q is a Twin Otter aircraft. The Twin Otter is equipped with a number of unusual blade antennae on the upper fuselage.[50] The U.S. Federal Aviation Administration records show that the aircraft belongs to Aviation Specialties, a company identified by the New York Times as being a front for the CIA.[51]

- The Twin Otter aircraft was located at Shannon airport on the night of Sunday 7th August 2005. The Irish Department of Foreign affairs has refused to respond to citizen complaints on the issue of this aircraft identified as owned by and registered by the CIA front company Aviation Specialties Inc.[52]

### N8183J

---

[46] http://www.thestar.com/NASApp/cs/ContentServer?pagename=thestar/Layout/Article_Type1&c=Article&pubid=968163 964505&cid=1134915545866
[47] *Controversial 'CIA' aircraft landed in Nfld.* Dec. 18, 2005, by Jim Bronskill, *CANADIAN PRESS*: http://www.cp.org/english/hp.htm
[48] http://www.thestar.com/NASApp/cs/ContentServer?pagename=thestar/Layout/Article_Type1&c=Article&pubid=968163 964505&cid=1134915545866 , *The Toronto Star*
[49] CIA prisoner aircraft landed in Finland, claims paper, Thursday, November 24, 2005 http://www.dailytimes.com.pk/default.asp?page=2005%5C11%5C24%5Cstory_24-11-2005_pg7_49
[50] http://www.airliners.net/search/photo.search?front=yes&maxres=500&keywords=N6161Q
[51] http://www.ltvnews.com/printarticle.php?id=4160
[52] http://www.villagemagazine.ie/article.asp?sid=1&sud=40&aid=243 *The Village*, Ireland's Current affairs weekly

**EN**

- N8183J is a Hercules Lockheed cargo aircraft C-100-30 (L382G), owned by the CIA shell company Rapid Air Tran (Transport). Tepper Aviation, Inc., maintains and operates these aircraft out of the Bob Sikes Airport in Crestview (a CIA hub). The European base of the Lockheeds N8183J is Rhein-Main, Germany. According to *Der Spiegel*, and the *New York Times*, Tepper is linked to CIA.[53] Tepper Aviation is also listed as a CIA company in the Amnesty report.[54]

- On January 21, 2003, N8183J was en route to Baku, Azerbaijan, from Frankfurt when it was intercepted by the two Austrian jet fighters over neutral Austrian airspace. The jet fighters normally would have forced the aircraft to land, but they only intercepted it. The Austrian Foreign Ministry considered the aircraft as "civilian" and saw no reason to authorize the ministry of defence to force the aircraft to land. The Hercules N8183J, was investigated but got a pass because it is a cargo aircraft. An investigation later revealed that the aircraft had taken off from the Rhein-Main Airbase in Frankfurt and was operated by Tepper Aviation, CIA front company.[55]

- According to European flight records, Tepper C-130 N8183J's favourite route seems to be Frankfurt-Tashkent; Frankfurt-Luxor; Frankfurt-Baku. It is spotted in other European places as Shannon, Antalya, Prestwick and Iraklion.

- It has been the subject of an enquiry in the House of Commons.[56]

### N157A

- N157A is an 11-seat Beech turboprop with Registration Number N157A.

- Flight logs indicate that the aircraft, registered to Washington by Aviation Specialties Inc., one of the alleged CIA front companies; has frequently turned up at Johnston County Airport in Smithfield, N.C., a known hub of covert U.S. air operations.[57]

- In May 17th, 2003, N157A filed incomplete data while travelling through Romania.[58]

### N173S

---

[53] http://www.nytimes.com/2005/05/31/national/31aircraft.html?ei=5088&en=6007accb4801296c&ex=1275192000&partner=rssnyt&emc=rss&pagewanted=print;http://service.spiegel.de/cache/international/spiegel/0,1518,387185,00.html
[54] http://web.amnesty.org/library/index/engamr510512006
[55] http://service.spiegel.de/cache/international/spiegel/0,1518,387185,00.html "*The Hunt for Hercules N8183J*" Georg Mascolo, Hans-Jürgen Schlamp and Holger Stark.
[56] http://www.statewatch.org/news/2006/mar/04uk-cia-flights.htm
[57] http://www.ctv.ca/servlet/ArticleNews/story/CTVNews/20060222/cialinked_landings_060222/20060222?hub=Canada
[58] www.hrw.org

**EN**

- The N173S is a Beech B300 registered to Stevens Express Leasing, Tennessee, one of the CIA front Companies. [59]

- It appears in the list of landings and flights in Romania. [60]

### N187D

- **N187D** is a Casa CN235 CT7 registered to Devon Holding and Leasing, a CIA shell company.
- Its name appears in the website of the Austrian Parliament as a subject of parliamentary enquiries. [61]

### N196D

- The **N196D** is a Casa CN-235-300M which has been operated lately by the shell company Devon Holding and Leasing, Inc. Records indicate two owners: Devon Holding and Stevens Express Leasing Company of Tennessee, another shell company investigated for torture flights. [62]

- Its name appears in the website of the Canadian parliament as a subject of a parliamentary enquiry. [63]

### N219D

- **N219D** is a Casa CN235-300 (N219D) of Spanish manufacture. It is registered by Devon Holding and Leasing Inc, a CIA shell company operated by Aero Contractors.

- This aircraft has landed in Santa Maria (Azores) the 17 May 2004 and an identical aircraft with Registration Number N187D landed the next day in Lajes (Azores). It also appears in the documents of the Austrian parliament as a subject of a parliamentary enquiry. [64]

### N312ME

---

[59] http://www.airport-data.com/aircraft/N173S.html
[60] http://www.evz.ro/article.php?artid=256217

[61] http://www.parlament.gv.at/pls/portal/docs/page/PG/DE/XXII/J/J_03666/FNAMEORIG_053586.HTML

[62] www.faa.gov
[63] http://www.parl.gc.ca/38/1/parlbus/chambus/house/debates/155_2005-11-22/han155_1435-F.htm
[64] http://www.parlament.gv.at/pls/portal/docs/page/PG/DE/XXII/J/J_03673/FNAMEORIG_053587.HTML

**EN**

- The **N312ME** is a Beech B200C registered to Aviation Specialties of Washington, DC, a CIA shell company.

- It appears in the list of landings in Romania. Notably, on April 24, 2003 the Beech aircraft departed from Frankfurt at 05:29 to arrive at Bucharest/Baneasa at 09:13; and took off from Bucharest Baneasa at 10:22 to arrive at Baku at 14:01.

### N1016M

- **N1016M** is a Cessna 208, registered, according to the Federal Aviation Administration, to Crowell Aviation Technologies, a CIA shell company.[65]

- **N1016M** was under scrutiny by the Scottish parliament[66] as well as by the Austrian parliament, as a subject of parliamentary enquiries linked to CIA activities in Europe.[67]

### N4009L

- N4009L is a Raytheon B300C, registered to Stevens Express Leasing (CIA shell company).

- It is one of the aircraft which have been submitted to a parliamentary enquiry by the Austrian Parliament.[68]

### N4456A

- N4456A is a Raytheon B200C, registered to Aviation Specialties, a CIA listed shell company.[69]

- It appears in the list of landings in Romania.

---

[65] http://www.nytimes.com/2005/05/31/national/31aircraft.html?ei=5090&en=6087acc3480a296c&ex=1275192000&pagewanted=print
[66] http://www.scottish.parliament.uk/business/pqa/wa-06/wa0207.htm; http://www.snp.org/snpnews/2005/snp_press_release.2006-01-18.7084056278/plonearticle_preview_popup?attach_id=b80c20aaeb35e51310131fb4348cf9f4
[67] http://www.parlament.gv.at/pls/portal/docs/page/PG/DE/XXII/J/J_03671/fname_053589.pdf

[68] www.parlament.gv.at/pls/portal/docs/page/PG/DE/XXII/AB/AB_03643/fname_056733.pdf -
[69] http://web.amnesty.org/library/index/ENGAMR510512006

**EN**

**N5139A**

- N5139A is a BL-144 Beech B200C. It is registered by Aviation Specialties, a corporation listed as a shell company for the CIA.[70]

**N5155A**

- N5155A is an aircraft which, according to the records of the Federal Aviation Administration, belongs to Aviation Specialties a corporation listed as a shell company for the CIA.[71]

**N478GS**
**and**
**N475LC**
**(2 different aircraft)**

- Aircraft N478GS and N475LC belong to the company Centurion Aviation Services.

- This company is relevant, within the framework of CIA flights, as a beneficiary of the so-called "landing permits" in the US military bases all over the world. The Civil Aircraft Landing Permit (CALP) authorizes aircraft to land on US military bases worldwide. These companies are generally private. In the past (until year 2005) such landing permits were attributed to companies notoriously linked to CIA such as Devon Holding Inc; Premier Executive Transport Services; Rapid Air Trans; Richmor Aviation, Inc; Stevens Express and Tepper Aviation. Currently 10 companies hold such certificates.[72] The last CALP granted to the company Centurion Aviation Services expired on 1 October 2006.

- According to flight logs, both aircraft (N478GS + N475LC) made the most frequent stopovers in Shannon airport, Ireland (76 stopovers in total). Other European airports constantly visited are: UK, Greece, Turkey and Romania. As regards non-European airports, the most used ones are: Kuwait, Egypt, Qatar, Israel, Georgia and Bahrain.

---

[70]http://www.nytimes.com/2005/05/31/national/31aircraft.html?pagewanted=3&ei=5088&en=6007accb4801296c&ex=1275192000&partner=rssnyt&emc=rss
[71]http://www.nytimes.com/2005/05/31/national/31aircraft.html?pagewanted=3&ei=5088&en=6007accb4801296c&ex=1275192000&partner=rssnyt&emc=rss
[72] http://web.amnesty.org/library/index/ENGAMR510512006

**EN**