- As proved by official information received from the Romanian Government[73], on 6 December 2004, the aircraft registered N478GS, coming from Bagram (Afghanistan) had an accident when landing in Bucharest and destroyed its wheels and its tank. On board there were seven American passengers who disappeared quickly after the accident. One of them was carrying a gun.


**N4466A**


- N4466A is a Raytheon B300C aircraft.

- According to Eurocontrol records, the aircraft N4466 is owned by Steven Express (whilst according to Federal Aviation Administration records, it is owned by Aviation Specialties, this might be explained by some buy-and-sell operations). Both companies are two of the most notorious CIA shell companies.


**N58AS**
**and**
**N5139A**
**(2 different aircraft)**


- N58AS is a Beech 200C aircraft; N5139 is a Cessna 172 aircraft.

- Eurocontrol data shows these aircraft are both owned by Steven Express, a CIA shell company.

---

[73] Document received during the official delegation of the temporary committee to Romania from 16 until 19 October 2006.

**EN**

## C) EUROPEAN UNION MEMBER STATES ON WHICH CIA FLIGHTS HAVE MADE STOPOVERS

The following tables show an overview of the Member States that have been used by the CIA flights to make their stopovers, and are [mainly] based on the information provided by Eurocontrol.

These are some common elements for all the tables below:

- The tables include flights that have taken place from the end of 2001 until 31 December 2005.

- They refer only to European Union Member States (including Romania) where CIA flights have stopped over.[74]

- The mentioned aircraft are those already referred at the beginning of this working document.

- The term "suspicious locations" means countries:

  o where the presence of secret detention centres is publicly acknowledged or has been ascertained by the different testimonies before the temporary committee;

  o where the arbitrary detentions and use of torture are common practice according to official reports by several countries and international organisations.

(A list of the flight stopovers of CIA flights in the "suspicious locations" is included at the beginning of this working document).

---

[74] Tables do not include European countries like Iceland, Norway, Switzerland, Albania, Turkey, Bosnia Herzegovina, Croatia and FYROM. Thereafter, the whole amount of 1120 flights included in the tables is less that the total amount of 1245 flights (including all European countries) stated before.

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN GERMANY

| Total number of stopovers of CIA aircraft in German airports: 336 | |
|---|---|
| **GERMAN AIRPORTS** | |
| **Total number of German airports involved** | 15 airports involved |
| **List of German airports** | Frankfurt (267 stopovers); Brunswick (3); Ramstein (13); Köln-Bonn (3); Nurnberg (2); Hahn (1); Bremen (1); Munich (14); Berlin (4); Karlsruhe (1); Hannover (1); Hamburg (3); Leipzig (2); Augsburg (11); Stuttgart (10). |
| **CIA AIRCRAFT** | |
| **Total number of CIA aircraft having stopped over in Germany** | 28 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Germany** | N313P; N85VM; N829MG; N379P; N368CE; N2189M; N1HC; N50BH; N168BF; N168D; N505LL; N8213G; N6161Q; N8183J; N157A; N173S; N187D; N312ME; N1016M; N4009L; N4456A; N5139A; N5155A; N478GS; N475LC; N4466A; N58AS; N5139A |
| **Total number of stopovers in Germany for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 47 stopovers in Germany. Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Benyam Mohammed (Rabat-Kabul, 22.01.2004) **N85VM**: 12 stopovers in Germany. Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003) **N379P**: 37 stopovers in Germany. Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed al-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002). **N829MG**: 5 stopovers in Germany. Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002). **N368CE**: 66 stopovers in Germany **N2189M**: 44 stopovers in Germany **N1HC**: 14 stopovers in Germany **N50BH**: 1 stopover in Germany **N168BF**: 3 stopovers in Germany |

**EN**

| | |
|---|---|
| | **N168D**: 1 stopover in Germany<br>**N505LL**: 2 stopovers in Germany<br>**N8213G**: 26 stopovers in Germany<br>**N6161Q**: 5 stopovers in Germany<br>**N8183J**: 27 stopovers in Germany<br>**N157A**: 6 stopovers in Germany<br>**N173S**: 2 stopovers in Germany<br>**N187D**: 4 stopovers in Germany<br>**N312ME**: 2 stopovers in Germany<br>**N1016M**: 2 stopovers in Germany<br>**N4009L**: 6 stopovers in Germany<br>**N4456A**: 2 stopovers in Germany<br>**N5139A**: 1 stopover in Germany<br>**N5155A**: 1 stopover in Germany<br>**N478GS**: 6 stopovers in Germany<br>**N475LC**: 1 stopover in Germany<br>**N4466A**: 1 stopover in Germany<br>**N58AS**: 11 stopovers in Germany<br>**N5139A**: 1 stopover in Germany |
| | SUSPICIOUS LOCATIONS |
| **Total number of CIA flights having stopped over in Germany to or from suspicious locations** | **Afghanistan, Kabul: 12 flights**<br>N313P: Frankfurt - Kabul, 21.11.2003<br>N313P: Kabul - Frankfurt, 24.10.2004<br>N313P: Frankfurt - Kabul, 13.12.2004<br>N313P: Kabul - via Baghdad - Frankfurt, 15-16.12.2004<br>N85VM: Frankfurt - Kabul, 01.08.2002<br>N379P: Kabul - Frankfurt, 09.06.2002<br>N379P: Kabul - Frankfurt, 08.07.2002<br>N379P: Frankfurt - via Amman - Kabul, 19.07.2002<br>N379P: Kabul - via Tashkent, Uzbeckistan - Frankfurt, 10-11.12.2002<br>N379P: Frankfurt - via Rabat - Kabul, 11-12.12.2002<br>N379P: Frankfurt - via Amman - Kabul, 08-09.09.2003<br>N379P: Kabul -Frankfurt, 09.09.2003<br><br>**Jordan, Amman: 25 flights**<br>N313P: Frankfurt - Amman, 24.11.2002<br>N313P: Amman - Frankfurt, 24.11.2002<br>N313P: Frankfurt - Amman, 06.02.2003<br>N313P: Frankfurt - Amman, 14.08.2003<br>N313P: Frankfurt - Amman, 04.09.2003<br>N313P: Frankfurt - Amman, 06.01.2004<br>N313P: Frankfurt - Amman, 07.02.2004<br>N313P: Frankfurt - Amman, 03.03.2004<br>N313P: Frankfurt - Amman, 09.05.2004<br>N313P: Frankfurt - Amman, 03.09.2004<br>N313P: Frankfurt - Amman, 24.11.2004<br>N313P: Amman - Frankfurt, 24.11.2004<br>N58VM: Frankfurt - Amman, 18.01.2003<br>N379P: Frankfurt - Amman, 19.07.2002<br>N379P: Frankfurt - Amman, 08.09.2003<br>N379P: Amman - Frankfurt, 06.12.2003<br>N379P: Frankfurt - Amman, 18.01.2004<br>N379P: Amman - Frankfurt, 19.01.2004<br>N2189M: Amman - Frankfurt, 05.06.2003 |

**EN**

N2189M: Amman - Frankfurt, 21.07.2003
N2189M: Frankfurt - Amman, 03.08.2003
N8183J: Amman - Frankfurt, 09.03.2003
N8183J: Amman - Frankfurt, 20.01.2004
N8183J: Amman - Frankfurt, 11.11.2004
N187D: Frankfurt - via Bucharest - Amman, 27.08.2004

**Uzbekistan, Tashkent: 28 flights**
N379P: Tashkent-Frankfurt, 13.04.2002
N379P: Frankfurt - Tashkent, 12.10.2002
N379P: Frankfurt - Tashkent, 13.11.2002
N379P: Tashkent-Frankfurt, 10.12.2002
N379P: Frankfurt - Tashkent, 30.12.2002
N379P: Tashkent-Frankfurt, 02.01.2003
N379P: Frankfurt - Tashkent, 24.03.2003
N379P: Frankfurt - Tashkent, 04.06.2003
N379P: Frankfurt - Tashkent, 28.07.2003
N2189M: Tashkent-Frankfurt, 05.01.2002
N2189M: Tashkent -Ramstein, 05.02.2002
N2189M: Tashkent-Frankfurt, 10.02.2002
N2189M: Tashkent-Frankfurt, 19.02.2002
N2189M: Tashkent-Frankfurt, 24.02.2002
N2189M: Tashkent-Frankfurt, 13.03.2002
N2189M: Tashkent-Frankfurt, 19.03.2002
N2189M: Tashkent-Frankfurt, 09.08.2002
N2189M:Tashkent-Frankfurt, 21.09.2002
N2189M: Tashkent-Frankfurt, 14.11.2002
N2189M: Tashkent-Frankfurt, 29.11.2002
N2189M:Tashkent-Frankfurt, 08.12.2002
N2189M:Tashkent-Frankfurt, 04.04.2003
N8183J: Tashkent-Frankfurt, 16.05.2002
N8183J: Tashkent-Frankfurt, 17.06.2002
N8183J: Tashkent-Frankfurt, 13.07.2002
N8183J: Tashkent-Frankfurt, 18.07.2002
N8183J: Tashkent-Frankfurt, 30.07.2002
N8183J: Tashkent-Frankfurt, 17.01.2003

**Turkmenistan, Ashkhabad: 99 flights**
N368CE:
Frankfurt - Ashkhabad
Ashkhabad - Frankfurt
<u>From 09.06.2005 to 30.11.2005 for 99 times.</u>

**Egypt, Cairo + Luxor + Hurghada: 21 flights**
N85VM: Ramstein - Cairo, 17.02.2003
N739P: Cairo - via Tashkent - Frankfurt, 12-13.04.2002
N2189M: Frankfurt - Luxor, 22.10.2002
N2189M: Luxor - Frankfurt, 24.10.2002
N2189M: Frankfurt - Luxor, 04.11.2002
N2189M: Frankfurt - Luxor, 16.11.2002
N2189M: Luxor - Frankfurt, 18.11.2002
N8213G: Hurghada - Frankfurt, 25.08.2003
N8213G: Frankfurt - Hurghada, 30.08.2003
N8213G: Hurghada - Frankfurt, 01.09.2003
N8213G: Frankfurt - Hurghada, 03.09.2003
N8213G: Hurghada - Frankfurt, 03.10.2003
N8213G: Frankfurt - Hurghada, 04.10.2003

**EN**

N8213G: Hurghada - Frankfurt, 06.10.2003
N8213G: Frankfurt - Hurghada, 07.10.2003
N8183J: Frankfurt - Luxor, 08.05.2002
N8183J: Frankfurt - Luxor, 18.05.2002
N8183J: Luxor - Frankfurt, 20.05.2002
N8183J: Frankfurt - Luxor, 20.07.2002
N8183J: Luxor - Frankfurt, 22.07.2002
N8183J: Frankfurt - Luxor, 11.12.2002

**Morocco, Rabat: 5 flights**
N313P: Rabat - Frankfurt, 19.11.2003
N85VM: Frankfurt - Rabat, 21.05.2004
N85VM: Rabat - Frankfurt, 22.05.2004
N379P: Frankfurt - Rabat, 11.12.2002
N8213G: Rabat - Frankfurt, 10.11.2004

**Azerbaijan, Baku: 61 flights**
N313P: Frankfurt - Baku, 14.06.2003
N2189M: Baku - Frankfurt, 15.12.2001
N2189M: Frankfurt - Baku, 16.12.2001
N2189M: Frankfurt - Baku, 06.01.2002
N2189M: Baku - Ramstein, 17.01.2002
N2189M:  Ramstein - Baku, 22.01.2002
N2189M: Baku - Ramstein, 25.01.2002
N2189M: Frankfurt - Baku, 26.01.2002
N2189M: Frankfurt - Baku, 06.02.2002
N2189M: Frankfurt - Baku, 11.02.2002
N2189M:  Ramstein - Baku, 20.02.2002
N2189M:  Ramstein - Baku, 26.02.2002
N2189M: Frankfurt - Baku, 15.03.2002
N2189M: Frankfurt - Baku, 21.03.2002
N2189M: Frankfurt - Baku, 11.02.2002
N2189M: Frankfurt - Baku, 11.08.2002
N2189M: Frankfurt - Baku, 13.09.2002
N2189M: Frankfurt - Baku, 23.09.2002
N2189M: Baku - Frankfurt, 25.09.2002
N2189M: Frankfurt - Baku, 26.09.2002
N2189M: Baku - Frankfurt, 04.10.2002
N2189M: Frankfurt - Baku, 08.10.2002
N2189M: Baku - Frankfurt, 12.10.2002
N2189M: Frankfurt - Baku, 15.10.2002
N2189M: Baku - Frankfurt, 19.10.2002
N2189M: Frankfurt - Baku, 27.10.2002
N2189M: Baku - Frankfurt, 29.10.2002
N2189M: Frankfurt - Baku, 31.10.2002
N2189M: Baku - Frankfurt, 02.11.2002
N2189M: Frankfurt - Baku, 20.11.2002
N2189M: Frankfurt - Baku, 01.12.2002
N2189M: Frankfurt - Baku, 31.03.2003
N2189M: Frankfurt - Baku, 09.04.2003
N2189M: Baku - Frankfurt, **11**.04.2003
N2189M: Frankfurt - Baku, 08.05.2003
N2189M: Baku - Frankfurt, 10.05.2003
N2189M: Frankfurt - Baku, 23.07.2003
N2189M: Baku - Frankfurt, 26.07.2003
N8183J: Baku - Frankfurt, 15.12.2001
N8183J: Frankfurt - Baku, 12.04.2002

**EN**

N8183J: Baku - Frankfurt, 19.04.2002
N8183J: Ramstein - Baku, 21.04.2002
N8183J: Baku - Frankfurt, 25.04..2002
N8183J: Frankfurt - Baku, 27.04.2002
N8183J: Baku - Frankfurt,05.05.2002
N8183J: Frankfurt - Baku, 22.05.2002
N8183J: Frankfurt - Baku, 19.06.2002
N8183J: Frankfurt - Baku, 27.06.2002
N8183J: Frankfurt - Baku, 15.07.2002
N8183J: Frankfurt - Baku, 24.07.2002
N8183J: Frankfurt - Baku, 08.01.2003
N8183J: Frankfurt - Baku, 21.01.2003
N8183J: Frankfurt - Baku, 10.02.2003
N8183J: Frankfurt - Baku, 12.03.2003
N8183J: Frankfurt - Baku, 03.09.2003
N8183J: Frankfurt - Baku, 09.09.2003
N8183J: Baku - Frankfurt, 12.09. 2003
N8183J: Frankfurt - Baku, 14.09.2003
N8183J: Baku - Frankfurt, 16.09.2003
N8183J: Frankfurt - Baku, 18.09.2003
N187D: Munchen -Baku, 25.07.2005


**Iraq, Baghdad: 46 flights**
N313P: Baghdad - Frankfurt, 24.07.2003
N313P: Frankfurt - Baghdad, 06.08.2003
N313P: Frankfurt - Baghdad, 17.11.2003
N313P: Frankfurt - Baghdad, 14.12.2003
N313P: Baghdad - Frankfurt, 14.06.2004
N313P: Frankfurt - Baghdad, 30.07.2004
N313P: Baghdad - Frankfurt, 09.09.2004
N313P: Baghdad - Frankfurt, 16.12.2004
N379P: Baghdad - Frankfurt, 21.06.2003
N379P: Baghdad - Frankfurt, 06.09.2003
N379P: Frankfurt - Baghdad, 11.09.2003
N379P: Frankfurt - Baghdad, 23.06.2004
N368CE: Frankfurt - Baghdad, 05.09.2005
N368CE: Baghdad - Frankfurt, 06.09.2005
N368CE: Frankfurt - Baghdad, 12.09.2005
N368CE: Baghdad - Frankfurt, 13.09.2005
N368CE: Frankfurt - Baghdad, 19.09.2005
N368CE: Baghdad - Frankfurt, 20.09.2005
N368CE: Frankfurt - Baghdad, 26.09.2005
N368CE: Baghdad - Frankfurt, 27.09.2005
N368CE: Frankfurt - Baghdad, 03.10.2005
N368CE: Baghdad - Frankfurt, 04.10.2005
N368CE: Frankfurt - Baghdad, 10.10.2005
N368CE: Baghdad - Frankfurt, 11.10.2005
N368CE: Frankfurt - Baghdad, 17.10.2005
N368CE: Baghdad - Frankfurt, 18.10.2005
N368CE: Frankfurt - Baghdad, 24.10.2005
N368CE: Baghdad - Frankfurt, 25.10.2005
N368CE: Frankfurt - Baghdad, 31.10.2005
N368CE: Baghdad - Frankfurt, 01.11.2005
N368CE: Frankfurt - Baghdad, 07.11.2005
N368CE: Baghdad - Frankfurt, 08.11.2005
N368CE: Frankfurt - Baghdad, 11.11.2005
N368CE: Baghdad - Frankfurt, 12.11.2005

**EN**

|  | N368CE: Frankfurt - Baghdad, 14.11.2005<br>N368CE: Baghdad - Frankfurt, 15.11.2005<br>N368CE: Frankfurt - Baghdad, 18.11.2005<br>N368CE: Baghdad - Frankfurt, 19.11.2005<br>N368CE: Frankfurt - Baghdad, 21.11.2005<br>N368CE: Baghdad - Frankfurt, 22.11.2005<br>N368CE: Frankfurt - Baghdad, 25.11.2005<br>N368CE: Baghdad - Frankfurt, 26.11.2005<br>N368CE: Frankfurt - Baghdad, 28.11.2005<br>N368CE: Baghdad - Frankfurt, 29.11.2005<br>N2189M: Frankfurt - Baghdad, 27.05.2003<br>N312ME Munchen - via Papos -Baghdad, 24-25.07.2005<br><br>**Lybia, Misurata: 1 flight**<br>N313P: Frankfurt - Misurata, 21.04.2004<br><br>**Guantanamo: 1 flight**<br>N313P Frankfurt - via Kabul and Rabat - Guantanamo, 21.11.2003 |
|---|---|

## ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN THE UK

| Total number of stopovers of CIA aircraft in UK airports: 170 | |
|---|---|
| **UK AIRPORTS** | |
| **Total number of UK airports involved** | 26 airports involved |
| **List of UK airports** | London (26 stopovers); Luton (15); Glasgow (19); Brize Norton (3); Leuchars (5); Edinburgh (15); East Midlands (3); Biggin Hill (4); Londonderry (3); Prestwick (36); Farnborough (10); Birmingham (2) ; Inverness (1); Manchester (1); Coventry (1) ; Hawarden (1); Newcastle (1); Wick (4); Fairford (2); Portsmouth ; (1) Bournemouth (1); Aberdeen (1); Cardiff (3); Blackpool (1); Mildenhall (1); Northolt (10) |
| **CIA AIRCRAFT** | |
| **Total number of CIA aircraft having stopped over in the UK** | 24 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in the UK** | N313P; N85VM; N829MG; N379P; N368CE; N2189M; N1HC; N50BH; N168BF; N168D; N8213G; N8183J; N157A; N173S; N187D; N196D; N1016M; N4009L; N4456A; N5139A; N5155A; N478GS; N475LC; N4466A. |
| **Total number of stopovers in the UK for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 18 stopovers in the UK.<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Benyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N85VM**: 11 stopovers in the UK.<br>Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003)<br>**N379P**: 34 stopovers in the UK.<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed al-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N829MG**: 3 stopovers in UK.<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N368CE**: 6 stopovers in the UK<br>**N2189M**: 5 stopovers in the UK<br>**N1HC**: 13 stopovers in the UK |

**EN**

| | |
|---|---|
| | **N50BH**: 6 stopovers in the UK<br>**N168BF**: 31 stopovers in the UK<br>**N168D**: 3 stopovers in the UK<br>**N8213G**: 6 stopovers in the UK<br>**N8183J**: 6 stopovers in the UK<br>**N157A**: 1 stopover in the UK<br>**N173S**: 1 stopover in the UK<br>**N187D**: 1 stopover in the UK<br>**N196D**: 2 stopovers in the UK<br>**N1016M**: 1 stopover in the UK<br>**N4009L**: 3 stopovers in the UK<br>**N4456A**: 1 stopover in the UK<br>**N5139A**: 1 stopover in the UK<br>**N5155A**: 1 stopover in the UK<br>**N478GS**: 4 stopovers in the UK<br>**N475LC**: 11 stopovers in the UK<br>**N4466A**: 1 stopover in the UK |
| | SUSPICIOUS LOCATIONS |
| **Total Number of CIA flights having stopped over in the UK to or from suspicious locations** | **Afghanistan, Kabul: 5 flights**<br>N58VM: Kabul, Afghanistan -Edinburgh, 25.11.2002<br>N58VM: Luton- via Paphos, Cyprus –Kabul, Afghanistan, 15.12.2004<br>N739P: Kabul- via Baku, Azerbaijan –Glasgow, 9.07.2003<br>N739P: Kabul- via Cairo, Egypt – Glasgow, 24.07.2003<br>N739P: Kabul– Glasgow, 19.12.2003<br><br>**Jordan, Amman: 4 flights**<br>N739P: Amman-Prestwick, 12.02.2002<br>N739P: Amman-Northolt, 16.01.2003<br>N739P: Amman-Prestwick, 25.06.2004<br>N2189M: Prestwick- Amman, 19.01.2004<br><br>**Uzbekistan, Tashkent: 6 flights**<br>N739P: Prestwick-Tashkent-Prestwick, 13-14.12.2001<br>N739P: Tashkent-Prestwick,19.06.2002<br>N739P: Tashkent-Glasgow, 11.02.2003<br>N739P: Tashkent-Glasgow, 31.07.2003<br>N739P: Tashkent-Prestwick, 17.08.2003<br>N739P: Tashkent-Prestwick, 24.09.2003<br><br>**Egypt, Cairo: 4 flights**<br>N739P: Cairo– Prestwick, 20.12.2001<br>N739P: Cairo– Glasgow, 24.07.2003<br>N168BF: London-Cairo, 05.05.2003<br>N168BF: Farnborough-Cairo, 14.03.2005<br><br>**Morocco, Casablanca + Tanger + Marrakech: 11 flights**<br>N739P: Marrakech-Northolt, 15.05.2004<br>N168BF: Casablanca-London, 16.12.2004<br>N168BF: London-Casablanca, 16.01.2005<br>N168BF: Casablanca- Farnborough, 05.02.2005<br>N168BF: Tanger-London, 02.04.2005<br>N168BF: Farnborough-Casablanca, 05.04.2005<br>N168BF: Casablanca-Farnborough, 08.04.2004<br>N168BF: Farnborough-Casablanca, 24.04.2005 |

**EN**

N168BF: Casablanca-Farnborough, 02.05.2005
N168BF: Farnborough- Casablanca, 15.06.2005
N168BF: Tanger- Farnborough, 19.06.2005

**Lybia, Misurata+Tripoli: 9 flights**
N313P: Northolt - Tripoli, 19.10.2003
N313P: Misurata - Northolt, 22.10.2003
N313P: Northolt - Misurata, 28.10.2003
N313P: Misurata - Northolt, 29.10.2003
N313P: Northolt - Misurata, 01.12.2003
N313P: Misurata - Northolt, 03.12.2003
N313P: Northolt-via Malta- Tripoli, 12.12.2003
N313P: Misurata - Brize-Norton, 12.12.2003
N313P: Misurata - Glasgow, 19.01.2005

**EN**

## ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN IRELAND

| Total number of stopovers of CIA aircraft in Irish airports: 147 | |
|---|---|
| IRISH AIRPORTS | |
| **Total number of Irish airports involved** | 4 airports involved |
| **List of Irish Airports** | Shannon (138 stopovers); Dublin (7); Cork (1); Eikn (1). |
| CIA AIRCRAFT | |
| **Total Number of CIA aircraft having stopped over in Ireland** | 14 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Ireland** | N313P; N85VM; N829MG; N379P; N368CE; N2189M; N1HC; N50BH; N505LL; N6161Q; N8183J; N312ME; N478GS; N475LC. |
| **Total number of stopovers in Ireland for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 13 stopovers in Ireland<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Binyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N85VM**: 18 stopovers in Ireland<br>Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003)<br>**N829MG**: 2 stopovers in Ireland<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N379P**: 14 stopovers in Ireland<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed El-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N368CE**: 4 stopovers in Ireland<br>**N2189M**: 3 stopovers in Ireland<br>**N1HC**: 1 stopover in Ireland<br>**N50BH**: 4 stopovers in Ireland<br>**N505LL**: 1 stopover in Ireland<br>**N6161Q**: 1 stopover in Ireland<br>**N8183J**: 3 stopovers in Ireland |

**EN**

|  | **N312ME:** 1 stopover in Ireland<br>**N478GS:** 42 stopovers in Ireland<br>**N475LC:** 40 stopovers in Ireland |
|---|---|
|  | SUSPICIOUS LOCATIONS |
| **Total number of CIA flights having stopped over in Ireland to or from suspicious locations** | **Afghanistan, Kabul: 3 flights**<br>N85VM: Kabul- Shannon, 17.12.2003<br>N85VM: Shannon- Kabul, 13.08.2004<br>N478GS: Shannon- via Bucharest- Bagram, 04-05.12.2004<br><br>**Jordan, Amman: 8 flights**<br>N313P: Amman- Shannon, 04.03.2004<br>N313P: Amman- Shannon, 27.04.2004<br>N313P: Amman- Shannon, 10.05.2004<br>N313P: Shannon- Amman, 03.06.2004<br>N313P: Amman- Shannon, 01.08.2004<br>N85VM: Shannon- via Larnaca, Cyprus- Amman, 05-06.12.2002<br>N379P: Amman- Shannon, 01.08.2002<br>N379P: Amman- Shannon, 09.11.2002<br><br>**Baku, Azerbaijan: 3 flights**<br>N85VM: Baku- Shannon, 28.04.2004<br>N85VM: Baku- Shannon, 15.08.2004<br>N475LC: Baku- Shannon, 11.12.2005<br><br>**Egypt, Cairo, El Sheikh: 10 flights**<br>N85VM: Cairo- Shannon, 18.02.2003<br>N85VM: Shannnon- El Sheikh, 26.04.2004<br>N478GS: Shannon- Cairo, 07.10.2003<br>N478GS: Cairo- Shannon, 16.10.2003<br>N478GS: Shannon- Cairo, 22.10.2003<br>N478GS: Cairo- Shannon, 31.10.2003<br>N478GS: Luxor- Shannon, 09.12.2003<br>N478GS: Luxor- Shannon, 21.01.2004<br>N478GS: Hurghada- Shannon, 07.03.2004<br>N478GS: Shannon- Hurghada, 19.11.2004<br><br>**Rabat, Morocco: 2 flights**<br>N379P: Rabbat- Shannon, 22.07.2002<br>N379P: Rabat- Shannon, 18.09.2002<br><br>**Baghdad, Iraq: 2 flights**<br>N313P: Baghdad- Shannon, 14.12.2003<br>N379P: Shannon- via Larnaca, Cyprus- Baghdad, 20-21.01.2004 |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN PORTUGAL

| **Total number of stopovers of CIA aircraft in Portuguese airports: 91** | |
|---|---|
| PORTUGUESE AIRPORTS | |
| **Total number of Portuguese airports involved** | 7 airports involved |
| **List of Portuguese airports** | Cascais (1 stopover); Faro (1); Lajes (6); Lisboa (4); Ponta Delgada (32); Porto (27); Santa Maria (20); |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Portugal** | 17 different CIA aircraft |
| **List of CIA aircraft (Registration Numbers) having stopped over in Portugal** | N313P; N85VM; N829MG; N379P; N368CE; N2189M; N1HC; N50BH; N221SG; N168D; N505LL; N4557C; N8213G, N8183J; N187D; N219D; N312ME. |
| **Total number of stopovers in Portugal for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 8 stopovers in Portugal<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Binyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N85VM**: 8 stopovers in Portugal<br>Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003)<br>**N829MG**: 7 stopovers in Portugal<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N379P**: 13 stopovers in Portugal<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed El-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N368CE**: 3 stopovers in Portugal<br>**N2189M**: 3 stopovers in Portugal<br>**N1HC**: 2 stopovers in Portugal<br>**N50BH**: 2 stopovers in Portugal |



| | |
|---|---|
| | **N221SG**: 3 stopovers in Portugal<br>**N168D**: 4 stopovers in Portugal<br>**N505LL**: 2 stopovers in Portugal<br>**N4557C**: 2 stopovers in Portugal<br>**N8213G**: 28 stopovers in Portugal<br>**N8183J**: 1 stopover in Portugal<br>**N187D**: 1 stopover in Portugal<br>**N219D**: 2 stopovers in Portugal<br>**N312ME**: 2 stopovers in Portugal |
| <td colspan="2" align="center">SUSPICIOUS LOCATIONS</td> |

| | |
|---|---|
| **Total number of CIA flights having stopped over in Portugal to or from suspicious locations** | **Afghanistan, Kabul: 3 flights**<br>N379P: Porto- Kabul, 17.09.2002<br>N379P: Kabul- via Cairo, Egypt- Porto, 19.05.2003<br>N379P: Kabul- via Alger, Algeria- Porto, 23.05.2003<br><br>**Jordan, Amman: 5 flights**<br>N313P: Porto- Amman, 03.07.2005<br>N313P: Amman- Santa Maria, 04.07.2005<br>N379P: Amman- Porto, 17.02.2004<br>N2189M: Porto- via Athens, Greece- Amman, 26-27.06.2005<br>N4557C: Amman- via Diagoras, Greece- Porto, 27-28.06.2005<br><br>**Baku, Azerbaijan: 1 flight**<br>N313P: Porto- Baku, 25.08.2003<br><br>**Egypt, Cairo: 1flight**<br>N379P: Cairo- Porto, 19.05.2003<br><br>**Rabat, Morocco: 6 flights**<br>N85VM: Rabat- Santa Maria, 31.07.2004<br>N379P: Rabat- Porto, 25.05.2002<br>N379P: Rabat- Porto, 15.09.2002<br>N379P: Rabat- Porto, 06.06.2003<br>N379P: Porto- Rabat, 03.12.2003<br>N368CE: Rabat- Santa Maria, 14.04.2004<br><br>**Lybia, Misurata: 1 flight**<br>N85VM: Santa Maria-Misurata-Santa Maria, 26-29.07.2004<br><br>**Guantanamo, Cuba: 3 flights**<br>N85VM: Guantanamo- Santa Maria, 07.11.2003<br>N85VM: Santa Maria- Guantanamo, 31.07.2004<br>N379P: Porto- via Rabat, Morocco- Guantanamo, 03.12.2003<br><br>**Baghdad, Iraq: 2 flights**<br>N379P: Baghdad- Porto, 29.10.2003<br>N379P: Baghdad- Porto, 09.06.2005 |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN SPAIN

| | |
|---|---|
| **Total number of stopovers of CIA aircraft in Spain airports: 68** | |
| SPANISH AIRPORTS | |
| **Total number of Spanish airports involved** | 10 airports involved |
| **List of Spanish airports** | Palma De Mallorca (18 stopovers); Ibiza (2); Madrid (3); Barcelona (4); Tenerife (17); Málaga (6); Alicante (1); Vigo (1); Sevilla (8); Valencia(8) |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Spain** | 16 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Spain** | N313P; N85VM; N829MG; N379P; N2189M; N1HC; N50BH;N221SG; N168BF; N168D; N505LL; N8213G; N187D; N196D; N219D; N478GS. |
| **Total number of stopovers in Spain for each CIA aircraft and relevant details of specific aircraft** | **N313P:** 7 stopovers in Spain.<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul, 24.01.2004) and Binyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N85VM:** 9 stopovers in Spain.<br>Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003)<br>**N379P:** 5 stopovers in Spain.<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed al-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N829MG:** 2 stopovers in Spain.<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N2189M:** 5 stopovers in Spain.<br>**N1HC:** 4 stopovers in Spain.<br>**N50BH:** 2 stopovers in Spain.<br>**N221SG:** 3 stopovers in Spain.<br>**N168BF:** 4 stopovers in Spain.<br>**N168D:** 6 stopovers in Spain.<br>**N505LL:** 1 stopover in Spain.<br>**N8213G:** 9 stopovers in Spain.<br>**N187D:** 5 stopovers in Spain.<br>**N196D:** 1 stopover in Spain. |

**EN**

| | N219D: 4 stopovers in Spain.<br>N478GS: 1 stopover in Spain. |
|---|---|

| | SUSPICIOUS LOCATIONS |
|---|---|
| **Total number of CIA flights having stopped over in Spain to or from suspicious location** | **Afghanistan, Kabul: 6 flights**<br>N313P: Palma De Mallorca -via Baghdad - Kabul, 12.03.2004<br>N313P: Kabul -via Algiers - Palma de Mallorca, 22.01.2004<br>N313P: Kabul - via Bucharest- Palma De Mallorca, 26.01.2004<br>N58VM: Kabul -via Djibouti - Palma De Mallorca, 13-14.06.2004<br>N58VM: Kabul -via Cairo- Palma de Mallorca, 07.09.2004<br>N58VM: Madrid- via Luxor, Egypt - Kabul, 16-17.12.2003<br><br>**Iraq, Baghdad: 4 flights**<br>N168D: Baghdad - via Larnaca, Cyprus- Palma De Mallorca, 14-15.01.2005<br>N187D: Sevilla - via Iraklion, Greece- Baghdad, 11-12.11.2005<br>N313P: Palma De Mallorca -via Skopje FYROM- Baghdad, 23-24.01.2004<br>N313P: Palma De Mallorca - Baghdad, 12.03.2004<br><br>**Cuba, Guantanamo: 3 flights**<br>N85VM: Guantanamo - Tenerife, 12.04.2004<br>N8068V: Palma De Mallorca - via Misurata, Libya- Guantanamo, 07.09.2004<br>N8068V: Guantanamo- via Misurata, Lybia- Palma De Mallorca, 15.09.2004<br><br>**Jordan, Amman: 5 flights**<br>N313P:Palma De Mallorca -via Misurata, Lybia- Amman, 26.04.2004<br>N85VM: Amman - via Bucharest - Barcelona, 26-27.01.2004<br>N221SG: Amman - via Brindisi, Italy - Malaga, 28-29.03.2004<br>N221SG: Malaga - via Brindisi, Italy - Amman, 10.12.2004<br>N168D: Amman - via Malta - Palma De Mallorca, 12.08.2005<br><br>**Lybia, Misurata: 8 flights**<br>N313P: Misurata - Palma De Mallorca, 09.03.2004<br>N313P: Palma De Mallorca - Misurata, 26.04.2004<br>N313P: Misurata - Palma De Mallorca, 17.01.2005<br>N313P: Palma De Mallorca - Misurata, 19.01.2005<br>N313P: Misurata - Ibiza, 15.02.2005<br>N85VM: Misurata -Tenerife, 05.05.2004<br>N379P: Palma De Mallorca -Misurata, 07.09.2004<br>N379P: Misurata - Palma De Mallorca, 15.09.2004<br><br>**Egypt, Cairo + Luxor + Hurghada: 10 flights**<br>N85VM: Madrid - Luxor, 16.12.2003<br>N85VM: Cairo - Palma De Mallorca, 07.09.2004<br>N379P: Tenerife - Luxor, 27.05.2003<br>N221SG: Malaga - via Brindisi, Italy - Luxor, 03-04.02.2004<br>N8213G: Valencia - Luxor, 26.03.2002<br>N8213G: Luxor - Valencia, 28.03.2002<br>N8213G: Valencia - Luxor, 04.05.2002<br>N8213G: Luxor - Valencia, 06.05.2002<br>N8213G: Valencia - Hurghada, 07.08.2003<br>N478GS: Cairo - Madrid, 08.03.2003<br><br>**Morocco, Casablanca + Rabat: 7 flights**<br>N313P: Rabat -Via Kabul and Algiers -Palma de Mallorca, 22.01.2004<br>N313P: Rabat -Ibiza, 12.02.2005 |

| | |
|---|---|
| | N313P: Ibiza -Rabat, 15.02.2005<br>N85VM: Tenerife -via Bucharest, Romania -Casablanca, 12.04.2004<br>N85VM: Palma De Mallorca -Rabat, 04.05.2004<br>N85VM: Tenerife - Rabat, 01.10.2004<br>N739P: Rabat -Tenerife, 25.03.2004 |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN GREECE

| Total number of stopovers of CIA aircraft in Greek airports: 64 | |
|---|---|
| GREEK AIRPORTS | |
| **Total number of Greek airports involved** | 8 airports involved |
| **List of Greek airports** | Athens (42 stopovers); Iraklion (10); Kerkira (5); Diagoras (1); Thessaloniki (1); Mikonos (1); Rodos (3); Khios (1). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Greece** | 19 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Greece** | N313P; N829MG; N379P; N368CE; N2189M; N168BF; N168D; N505LL; N4557C; N8213G; N6161Q; N8183J; N187D; N312ME; N1016M; N4009L; N4456A; N478GS; N475LC. |
| **Total number of stopovers in Greece for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 1 stopover in Greece<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Binyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N829MG**: 1 stopover in Greece<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N379P**: 7 stopovers in Greece<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed El-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N368CE**: 2 stopovers in Greece<br>**N2189M**: 2 stopovers in Greece<br>**N168BF**: 1 stopover in Greece<br>**N168D**: 2 stopovers in Greece<br>**N505LL**: 1 stopover in Greece<br>**N4557C**: 3 stopovers in Greece<br>**N8213G**: 16 stopovers in Greece<br>**N6161Q**: 3 stopovers in Greece<br>**N8183J**: 2 stopovers in Greece |

**EN**

|  | **N187D:** 3 stopover in Greece<br>**N312ME:** 2 stopovers in Greece<br>**N1016M:** 2 stopovers in Greece<br>**N4009L:** 2 stopovers in Greece<br>**N4456A:** 3 stopovers in Greece<br>**N478GS:** 7 stopovers in Greece<br>**N475LC:** 4 stopovers in Greece |
|---|---|
|  | SUSPICIOUS LOCATIONS |
| **Total number of CIA flights having stopped over in Greece to or from suspicious locations** | **Afghanistan, Kabul, Kandahar: 3 flights**<br>N313P: Athens- Kandahar, 01.05.2005<br>N379: Kabul- Athens, 29.09.2002<br>N8213G: Kabul- Athens, 11.05.2003<br><br>**Jordan, Amman: 13 flights**<br>N829MG: Amman- Athens, 09.10.2002<br>N2189M: Iraklion- Amman, 15.10.2004<br>N168D: Kerkira- Amman, 11.08.2005<br>N4557C: Iraklion- Amman, 11.11.2004<br>N4557C: Amman- Diagoras, 27.06.2005<br>N4557C: Iraklion- Amman, 01.12.2005<br>N6161Q: Amman- Iraklion, 21.07.2004<br>N6161Q: Kerkira- Amman, 08.08.2004<br>N8183J: Iraklion- Amman, 24.05.2004<br>N8183J: Iraklion- Amman, 08.04.2005<br>N4456A: Athens- Amman, 25.08.2004<br>N4456A: Amman- Mikonos, 19.08.2005<br>N4456A: Khios- Amman, 04.09.2005<br><br>**Baku, Azerbaijan: 3 flights**<br>N168D: Baku- Iraklion, 22.07.2005<br>N505LL: Athens- Baku, 05.02.2003<br>N187D: Baku- Kerkira, 23.04.2005<br><br>**Egypt, Cairo, Luxor, Hurghada: 3 flights**<br>N4009L: Athens- Cairo, 01.12.2001<br>N4009L: Kerkira- Luxor, 21.01.2003<br>N478GS: Hurghada- Athens, 10.10.2003<br><br>**Baghdad, Iraq: 1 flight**<br>N187D: Iraklion- Baghdad, 12.11.2005 |

**EN**

## ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN CYPRUS

| **Total number of stopovers of CIA aircraft in Cyprus airports: 57** | |
|---|---|
| CYPRUS AIRPORTS | |
| **Total number of Cyprus airports involved** | 2 airports involved |
| **List of Cyprus airports** | Larnaca (48 stopovers); Paphos (9). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Cyprus** | 15 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Cyprus** | N313; N85VM; N379; 368CE; 168BF; 168D; N6161Q; N219D; N312ME; N1016M; N4009L; N4456; N5155A; N478GS; N475LC. |
| **Total number of stopovers in Cyprus for each CIA aircraft and relevant details of specific aircraft** | **N313P: 5 stopovers in Cyprus**<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Binyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N85VM: 5 stopovers in Cyprus**<br>Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003)<br>**N379P: 11 stopovers in Cyprus**<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed El-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N368CE: 10 stopovers in Cyprus**<br>**168BF: 4 stopovers in Cyprus**<br>**N168D: 1 stopover in Cyprus**<br>**N6161Q: 1 stopover in Cyprus**<br>**N219D: 1 stopover in Cyprus**<br>**N312ME: 1 stopover in Cyprus**<br>**N1016M: 2 stopovers in Cyprus**<br>**N4009L: 1 stopover in Cyprus**<br>**N4456: 2 stopovers in Cyprus**<br>**N5155A: 1 stopover in Cyprus** |

**EN**

| | **N478GS**: 3 stopovers in Cyprus<br>**N475LC**: 9 stopovers in Cyprus |
|---|---|
| | SUSPICIOUS LOCATIONS |
| **Total number of CIA flights having stopped over in Cyprus to or from suspicious locations** | **Afghanistan, Kabul: 4 flights**<br>N313P: Kabul- Larnaca, 13.03.2004<br>N85VM: Paphos- Kabul, 13.06.2004<br>N85VM: Paphos- Kabul, 07.09.2004<br>N85VM: Paphos- Kabul, 16.12.2004<br><br>**Jordan, Amman: 9 flights**<br>N313P: Amman- Larnaca, 04.09.2003<br>N313P: Amman- Larnaca, 07.02.2004<br>N379: Larnaca- Amman, 10.05.2004<br>N6161Q: Larnaca- Amman, 10.03.2003<br>N1016M: Larnaca- Amman, 12.01.2003<br>N1016M: Amman- Larnaca, 16.04.2003<br>N4009L: Amman, Larnaca, 25.08.2003<br>N5155A: Larnaca- Amman, 25.08.2003<br>N475LC: Amman- Larnaca- Amman, 13-15.02.2005<br><br>**Egypt, Cairo: 3 flights**<br>N313P: Cairo- Larnaca, 08.07.2003<br>N379: Cairo- Larnaca, 21.11.2002<br>N379: Larnaca- Cairo, 09.02.2003<br><br>**Rabat, Morocco: 2 flights**<br>N313P: Larnaca- Rabat, 21.01.2004<br>N379: Larnaca- Rabat, 09.05.2003<br><br>**Baghdad, Iraq: 3 flights**<br>N379: Larnaca- Baghdad, 21.01.2004<br>168D: Baghdad- Larnaca, 14.01.2005<br>N312ME: Paphos- Baghdad, 25.07.2005 |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN ITALY

| **Total number of stopovers of CIA aircraft in Italian airports: 46** | |
|---|---|
| ITALIAN  AIRPORTS | |
| **Total number of Italian airports involved** | 15 Italian airports |
| **List of Italian airports** | Pisa (3 stopovers); Rome (9); Sigonella (1); Naples (3); Bari (1); Florence (3) Venice (4): Palermo (3); Milan (9); Brindisi (4); Cagliari (1); Catania (1); Olbia (2); Genova (1); Montichiari (1) |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Italy** | 13 different CIA aircraft |
| **List of CIA aircraft (Registration Numbers) having stopped over in Italy** | N313P; N85VM; N829MG; N379P; N2189M; N1HC; N50BH; N221SG; N168D;N505LL; N6161Q; N219D; N1016M |
| **Total number of stopovers in Italy for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 1 stopover in Italy Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Benyam Mohammed (Rabat-Kabul, 22.01.2004) <br> **N85VM**: 7 stopovers in Italy. Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003) <br> **N379P**: 3 stopovers in Italy. Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed al-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002). <br> **N829MG**: 6 stopovers in Italy. Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002). <br> **N2189M**: 2 stopovers in Italy <br> **N1HC**: 12 stopovers in Italy <br> **N50BH**: 5 stopovers in Italy <br> **N221SG**: 4 stopovers in Italy <br> **N168D**: 1 stopover in Italy <br> **N505LL**: 1 stopover in Italy <br> **N6161Q**: 1 stopover in Italy |

**EN**