|  | **N219D**: 2 stopovers in Italy<br>**N1016M**: 1 stopover in Italy |
|---|---|
|  | SUSPICIOUS LOCATIONS |
| **Total number of CIA flights having stopped over in Italy to or from suspicious locations** | **Jordan, Amman: 9 flights**<br>N829MG: Rome - Amman, 08.10.2002<br>N379P: Amman - Rome, 15.02.2002<br>N2189M: Amman - Genova, 19.09.2003<br>N2189M: Amman - Olbia, 30.03.2005<br>N221SG: Amman - Brindisi, 28.03.2004<br>N221SG: Brindisi - Amman, 10.12.2004<br>N168D: Cagliari - Amman, 13.01.2005<br>N505LL: Amman - Venice, 21.05.2004<br>N219D: Venice - Amman, 06.05.2005<br><br>**Egypt, Cairo + Luxor: 3 flights**<br>N379P: Cairo - Rome, 20.01.2002<br>N221SG: Rome - Cairo, 01.04.2002<br>N221SG: Brindisi - Luxor, 04.02.2004<br><br>**Morocco, Rabat: 1 flight**<br>N85VM: Rabat - Sigonella, 05.05.2004<br><br>**Lybia, Misurata: 1 flight**<br>N85VM: Naples - Misurata, 05.05.2004 |

**EN**

## ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN FRANCE

| **Total number of stopovers of CIA aircraft in French airports: 28** | |
|---|---|
| **FRENCH AIRPORTS** | |
| **Total number of French airports involved** | 7 airports involved |
| **List of French airports** | Nice (7 stopovers); Paris (14); Caen (1); Grenoble (1); Cannes (1); Brest (2); Marseille (2). |
| **CIA AIRCRAFT** | |
| **Total number of CIA aircraft having stopped over in France** | 10 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in France** | N829MG; N368CE; N1HC; N50BH; N221SG; N168BF; N505LL; N8213G; N6161Q; N312ME. |
| **Total number of stopovers in France for each CIA aircraft and relevant details of specific aircraft** | **N829MG**: 6 stopovers in France<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N368CE**: 3 stopovers in France<br>**N1HC**: 10 stopovers in France<br>**N50BH**: 2 stopovers in France<br>**N221SG**: 1 stopover in France<br>**N168BF**: 2 stopovers in France<br>**N505LL**: 1 stopover in France<br>**N8213G**: 1 stopover in France<br>**N6161Q**: 1 stopover in France<br>**N312ME**: 1 stopover in France |
| **SUSPICIOUS LOCATIONS** | |
| **Total number of CIA flights having stopped over in France to or from suspicious** | |

**EN**

| locations | |
|---|---|
| | |

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN ROMANIA

| **Total number of stopovers of CIA aircraft in Romanian airports: 21** | |
|---|---|
| ROMANIAN AIRPORTS | |
| **Total number Romanian airports involved** | 5 airports involved |
| **List of Romanian airports [75]** | Bucaresti, Otopeni and Baneasa: 13 stopovers + 5 take-offs, as filed in flight plans [76]<br>Timisoara: 1 landing, as filed in flight plans[77]<br>Constanta, Kogalniceanu: 2 stopovers + 4 landings, as filed in flight plans[78]<br>Bacau: 1 stopover |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Romania** | 14 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in** | N313P; N85VM; N379P; N2189M; N1HC; N8213G; N157A; N173S; N187D; N312ME; N4009L; N4456A; N478GS; N4466A. |

---

[75] According to Eurocontrol data, flight logs concerning Romania have been filed with some inconsistencies. Flight Plans indicate a landing airport which does not correspond with the following taking off airport. This can be caused either because of emergency reasons or because the pilot of the aircraft hides intentionally the flight plans.

| N313P: | | |
|---|---|---|
| Kabul (Afghanistan) | **Timisoara (Romania)** | 25/01/2004 |
| **Bucaresti (Romania)** | Palma De Mallorca (Spain) | 26/01/2004 |
| N85VM: | | |
| Amman (Jordan) | **Constanta (Romania)** | 26/01/2004 |
| **Bucaresti(Romania)** | Barcelona(Spain) | 27/01/2004 |
| N85VM: | | |
| Tenerife(Spain) | **Constanta(Romania)** | 12/04/2004 |
| **Bucaresti (Romania)** | Casablanca (Morocco) | 12/04/2004 |
| N379 | | |
| Praha (Czech Republic) | **Constanta (Romania)** | 25/10/2003 |
| **Bucaresti (Romania)** | Amman (Jordan) | 25/10/2003 |
| N1HC | | |
| Porto (Portugal) | **Constanta (Romania)** | 05/11/2005 |
| **Bucaresti (Romania)** | Amman (Jordan) | 05/11/2005 |

[76] Flight Logs subject to inconsistencies, see above footnote
[77] Flight Logs subject to inconsistencies, see above footnote
[78] Flight Logs subject to inconsistencies, see above footnote

**EN**

| Romania | |
|---|---|
| **Total number of stopovers in Romania for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 2 stopovers in Romania.<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Benyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N85VM**: 3 stopovers in Romania.<br>Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003)<br>**N379P**: 1 stopover in Romania.<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed al-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N2189M**: 1 stopover in Romania<br>**N1HC**: 1 stopover in Romania<br>**N8213G**: 1 stopover in Romania<br>**N157A**: 1 stopover in Romania<br>**N173S**: 1 stopover in Romania<br>**N187D**: 1 stopover in Romania<br>**N312ME**: 1 stopover in Romania<br>**N4009L**: 1 stopover in Romania<br>**N4456A**: 3 stopovers in Romania<br>**N478GS**: 3 stopovers in Romania<br>**N4466A**: 1 stopover in Romania |
| | **SUSPICIOUS LOCATIONS** |
| **Total number of CIA flights having stopped over in Romania to or from suspicious locations** | **Afghanistan, Kabul + Bagram US Air Base: 5 flights**<br>N313P: Kabul– via Szymany, Poland – Bucharest, 22.09.2003<br>N313P: Kabul– Timisoara, 25.01.2004<br>N739P: Bucharest – via Amman, Jordan – Kabul, 25.10.2003<br>N478GS: Bucharest – Bagram US Air Base, 05.12.2004<br>N478GS: Bagram US Air Base - Bucharest, 06.12.2004<br><br>**Jordan, Amman: 8 flights**<br>N58VM: Amman – Constanta, 26.01.2004<br>N58VM: Amman – Constanta, 01.10.2004<br>N739P: Bucharest - Amman, 25.10.2003<br>N2189M: Amman – Constanta, 13.06.2003<br>N2189M: Costanta - Amman, 14.06.2003<br>N1HC: Bucharest – Amman, 05.11.2005<br>N187D: Bucharest – Amman, 27.08.2004<br>N4456A: Bucharest – via Athens, Greece – Amman, 25.08.2004<br><br>**Morocco, Rabat + Casablanca: 2 flights**<br>N313P: Bucharest – Rabat, 22.09.2003<br>N58VM: Bucharest – Casablanca, 12.04.2004<br><br>**Cuba, Guantanamo:**<br>N313P: Bucharest – via Rabat, Morocco – Guantanamo, 23.09.2003<br>N85VM: Guantanamo – via Tenerife, Spain – Constanta, 12.04.2004 |

**EN**

**Iraq, Baghdad:**
N313P: Baghdad - via Kabul, Afghanistan – Timisoara, 25.01.2004[79]
N739P: Bucharest – via Amman, Jordan and Kabul, Afghanistan – Baghdad, 25.10.2003
N187D: Bucharest – via Amman, Jordan - Baghdad

**Azerbaijan, Baku**
N157A: Baku – Bucharest, 09.05.2003
N312ME: Bucharest – Baku, 24.04.2003
N4009L: Bucharest – Baku, 21.05.2005
N4466A: Bacau – via Ankara, Turkey – Baku, 19-20.03.2004

---

[79] Flight Logs subject to inconsistencies, see above footnote

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER
## IN THE CZECH REPUBLIC

| Total number of stopovers of CIA aircraft in the Czech Republic airports: 21 | |
|---|---|
| CZECH AIRPORTS | |
| **Total number of Czech airports involved** | 2 airports involved |
| **List of Czech airports** | Praha (19 stopovers); Pardubice (2). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in the Czech Republic** | 7 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in the Czech Republic** | N313P; N85VM; N379; N2189M; N1HC; N168D; N4456A. |
| **Total number of stopovers in Czech Republic for each CIA aircraft and relevant details of specific aircraft.** | **N313P**: 3 stopovers in Czech Republic<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Binyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N85VM**: 3 stopovers in Czech Republic<br>Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003)<br>**N379P**: 9 stopovers in Czech Republic<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed El-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N2189M**: 1 stopover in Czech Republic<br>**N1HC**: 3 stopovers in Czech Republic<br>**N168D**: 1 stopover in Czech Republic<br>**N4456A**: 1 stopover in Czech Republic |
| SUSPICIOUS LOCATIONS | |

**EN**

| Total number of CIA flights having stopped over in the Czech Republic to or from suspicious locations | **Afghanistan, Kabul, Kandahar: 4 flights**<br>N313P: Kabul- Praha, 08.01.2004<br>N313P: Kandahar- Praha, 06.05.2005<br>N85VM: Praha- Kabul- Praha, 20-21.09.2004<br>N379: Kabul- Praha, 22.01.2004<br><br>**Jordan, Amman: 2 flights**<br>N379: Praha- Amman, 05.12.2003<br>N2189M: Amman- Praha, 24.05.2004<br><br>**Uzbekistan, Tashkent: 3 flights**<br>N313P: Praha- Tashkent, 21.09.2003<br>N379: Praha- Tashkent, 03.03.2003<br>N379: Praha- Tashkent, 22.07.2003<br><br>**Baghdad, Iraq: 1 flight**<br>N379: Praha- Baghdad, 13.12.2003 |
|---|---|

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN THE NETHERLANDS

| **Total number of stopovers of CIA aircraft in the Netherlands airports: 15** | |
| --- | --- |
| NETHERLANDS AIRPORTS | |
| **Total number of Netherlands airports involved** | 3 airports involved |
| **List of Netherlands airports** | Amsterdam (9 stopovers); Groningen (1); Rotterdam (5). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in the Netherlands** | 3 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped in the Netherlands** | N829MG; N1HC; N505LL. |
| **Total number of stopovers in the Netherlands for each CIA aircraft and relevant details of specific aircraft** | **N829MG**: 4 stopovers in the Netherlands<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N1HC**: 10 stopovers in the Netherlands<br>**N505LL:** 1 stopover in the Netherlands |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in the Netherlands to or from suspicious locations** | |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN HUNGARY

| Total number of stopovers of CIA aircraft in Hungarian airports: 13 | |
|---|---|
| HUNGARIAN AIRPORTS | |
| **Total number of Hungarian airports involved** | 1 airport involved |
| **List of Hungarian airports** | Budapest (13 stopovers). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Hungary** | 10 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Hungary** | N2189M; N1HC; N221SG; N168D; N6161Q; N8183J; N157A; N187D; N4456A; N475LC. |
| **Total number of stopovers in Hungary for each CIA aircraft and relevant details of specific aircraft** | **N2189M**: 1 stopover in Hungary<br>**N1HC**: 1 stopover in Hungary<br>**N221SG:** 1 stopover in Hungary<br>**N168D:** 2 stopovers in Hungary<br>**N6161Q:** 1 stopover in Hungary<br>**N8183J**: 1 stopover in Hungary<br>**N157A:** 1 stopover in Hungary<br>**N187D:** 1 stopover in Hungary<br>**N4456A**: 1stopover in Hungary<br>**N475LC:** 3 stopovers in Hungary |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in Hungary to or from suspicious locations** | **Jordan, Amman: 2 flights**<br>N168D: Budapest- Amman, 04.10.2005<br>N8183J: Amman- Budapest, 30.05.2003<br><br>**Baku, Azerbaijan: 1 flight**<br>N168D: Baku- Budapest, 31.08.2004<br><br>**Tashkent, Uzbekistan:1 flight**<br>N2189M: Tashkent- Budapest, 27.03.2002 |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN POLAND

| Total number of stopovers of CIA aircraft in Polish airports: 11 | |
|---|---|
| POLISH AIRPORTS | |
| **Total number of Polish airports involved** | 3 airports involved |
| **List of Polish Airports** | Szymany (3 stopovers); Warzawa (7); Krakow (1). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Poland** | 4 different CIA aircraft |
| **List of CIA aircraft (Registration Numbers) having stopped over in Poland** | N313P; N379; N1HC; N8213G. |
| **Total number of stopovers in Poland for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 1stopover in Poland<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul , 24.01.2004) and Binyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N379P**: 6 stopovers in Poland<br>Aircraft used for the Extraordinary Renditions of Ahmed Agiza and Mohammed El-Zari (Stockholm-Cairo, 18.12.2001), Abu Al Kassem Britel (Islamabad-Rabat, 25.05.2002), Benyamin Mohammed (Islamabad-Rabat, 21.07.2002) Bisher Al Rawi and Jamil El Banna (Banjul-Kabul, 09.12.2002).<br>**N1HC**: 3 stopovers in Poland<br>**N8213G**: 1 stopover in Poland |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in Poland to or from suspicious locations** | **Afghanistan, Kabul: 3 flights**<br>N313P: Kabul- Szymany, 22.09.2003<br>N379: Kabul- Warzawa, 07.03.2003<br>N379: Kabul- Szymany, 25.03.2003<br><br>**Rabat, Morocco: 2 flights**<br>N379: Rabat- Warzawa, 07.02.2003<br>N379: Warzawa- Rabat, 06.06.2003 |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN MALTA

| **Total number of stopovers of CIA aircraft in Maltese airports: 7** | |
|---|---|
| MALTESE AIRPORTS | |
| **Total number Maltese airports involved** | 1 airport involved |
| **List of Maltese airports** | Malta (7 stopovers). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Malta** | 6 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Malta** | N313P; N85VM; N168D; N8213G; N6161Q; N196D. |
| **Total number of stopovers in Malta for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 1 stopover in Malta<br>Aircraft used for the Extraordinary Renditions of Khaled el-Masri (Skopje-via Baghdad-Kabul, 24.01.2004) and Binyam Mohammed (Rabat-Kabul, 22.01.2004)<br>**N85VM**: 1 stopover in Malta<br>Aircraft used for the Extraordinary Rendition of Abu Omar (Ramstein-Cairo, 17.02.2003)<br>**N168D**: 1 stopover in Malta<br>**N8213G**: 2 stopovers in Malta<br>**N6161Q**: 1 stopover in Malta<br>**N196D**: 1 stopover in Malta |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in Malta to or from suspicious locations** | **Jordan, Amman: 2 flights**<br>N168D: Amman- Malta, 12.08.2005<br>N196D: Malta- Amman, 18.05.2004<br><br>**Egypt, Alexandria, Cairo, Hurghada: 3 flights**<br>N85VM: Cairo- Malta, 16.12.2004<br>N8213G: Malta- Hurghada, 25.08.2004<br>N6161Q: Alexandria- Malta, 02.08.2005<br><br>**Lybia, Hllt: 1 flight**<br>N313P: Malta- Hllt, 12.12.2003 |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN SWEDEN

| Total number of stopovers of CIA aircraft in Swedish airports: 6 | |
|---|---|
| **SWEDISH AIRPORTS** | |
| **Total number of Swedish airports involved** | 3 airports involved |
| **List of Swedish airports** | Stockholm (4 stopovers); Orebro (1); Malmoe (1). |
| **CIA AIRCRAFT** | |
| **Total number of CIA aircraft having stopped over in Sweden** | 5 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Sweden** | N829MG; N379; N50BH; N168BF; N8213G. |
| **Total number of stopovers in Sweden for each CIA aircraft and relevant details of specific aircraft** | **N829MG**: 1 stopover in Sweden.<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N379:** 1 stopover in Sweden<br>**N50BH:** 2 stopovers in Sweden<br>**N168BF:** 1 stopover in Sweden<br>**N8213G:** 1 stopover in Sweden |
| **SUSPICIOUS LOCATIONS** | |
| **Total number of CIA flights having stopped over in Sweden to or from suspicious locations** | **Egypt, Cairo: 1 flight**<br>N379: Cairo- Stockholm-Cairo, 18.12.2001 |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN BELGIUM

| | |
|---|---|
| **Total number of stopovers of CIA aircraft in Belgian airports: 4** | |
| BELGIAN AIRPORTS | |
| **Total number of Belgian airports involved** | 2 airports involved |
| **List of Belgian airports** | Antwerpen (2 stopovers); Brussels (2). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Belgium** | 2 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Belgium** | N829MG; N1HC. |
| **Total number of stopovers in Belgium for each CIA aircraft and relevant details of specific aircraft** | **N829MG**: 2 stopovers in Belgium<br>Aircraft used for the Extraordinary Rendition of Maher Arar (Rome-Amman, 08.10.2002).<br>**N1HC**: 2 stopovers in Belgium |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in Belgium to or from suspicious locations** | |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN ESTONIA

| Total number of stopovers of CIA aircraft in Estonian airports: 3 | |
|---|---|
| **ESTONIAN AIRPORTS** | |
| **Total number of Estonian airports involved** | 1 airport involved |
| **List of Estonian airports** | Parnu (3 stopovers). |
| **CIA AIRCRAFT** | |
| **Total number of CIA aircraft having stopped over in Estonia** | 2 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Estonia** | N313P; N2189M. |
| **Total number of stopovers in Estonia for each CIA aircraft and relevant details of specific aircraft** | **N313P**: 2 stopovers in Estonia<br>**N2189M**: 1 stopover in Estonia |
| **SUSPICIOUS LOCATIONS** | |
| **Total number of CIA flights having stopped over in Estonia to or from suspicious locations** | |

**EN**

## ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN LUXEMBOURG

| **Total number of stopovers of CIA aircraft in Luxembourg airports: 3** | |
|---|---|
| **LUXEMBOURG AIRPORTS** | |
| **Total number of Luxembourg airports involved** | 1 airport involved. |
| **List of Luxembourg airports** | Luxembourg (3 stopovers). |
| **CIA AIRCRAFT** | |
| **Total number of CIA aircraft having stopped over in Luxembourg** | 2 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Luxembourg** | N8213G; N312ME. |
| **Total number of stopovers in Luxembourg for each CIA aircraft and relevant details of specific aircraft** | **N8213G:** 2 stopovers in Luxembourg<br>**N312ME:** 1 stopover in Luxembourg |
| **SUSPICIOUS LOCATIONS** | |
| **Total number of CIA flights having stopped over in Luxembourg to or from suspicious locations** | |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN SLOVENIA

| **Total Number of stopovers of CIA aircraft in Slovenian airports: 3** | |
|---|---|
| SLOVENIAN AIRPORTS | |
| **Total number Slovenian airports involved** | 1 airports involved |
| **List of Slovenian airports** | Ljubljana (3 stopovers). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Slovenia** | 1 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Slovenia** | N168BF. |
| **Total number of stopovers in Slovenia for each CIA aircraft and relevant details of specific aircraft** | **N168BF**: 3 stopovers in Slovenia |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in Slovenia to or from suspicious locations** | |

**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN FINLAND

| Total number of stopovers of CIA aircraft in Finish airports: 2 | |
|---|---|
| **FINISH AIRPORTS** | |
| **Total number of Finish airports involved** | 1 airport involved |
| **List of Finish airports** | Helsinki (2 stopovers). |
| **CIA AIRCRAFT** | |
| **Total number of CIA aircraft having stopped over in Finland** | 2 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Finland** | N1HC; N8213G. |
| **Total number of stopovers in Finland for each CIA aircraft and relevant details of specific aircraft** | **N1HC**: 1 stopover in Finland<br>**N8213G:** 1 stopover in Finland |
| **SUSPICIOUS LOCATIONS** | |
| **Total number of CIA flights having stopped over in Finland to or from suspicious locations** | **Afghanistan, Kabul: 1 flight**<br>N1HC: Kabul- Helsinki, 09.07.2005 |



# ANALYSIS OF CIA FLIGHTS HAVING STOPED OVER IN AUSTRIA

| **Total number of stopovers of CIA aircraft in Austrian airports: 1** | |
|---|---|
| AUSTRIAN AIRPORTS | |
| **Total number of Austrian airports involved** | 1 airport involved |
| **List of Austrian airports** | Wien (1 stopover). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Austria** | 1 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Austria** | N368CE. |
| **Total number of stopovers in Austria for each CIA aircraft and relevant details of specific aircraft** | **N368CE**: 1 stopover in Austria |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in Austria to or from suspicious locations** | |

**EN**

## ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN DENMARK

| Total number of stopovers of CIA aircraft in Danish airports: 1 | |
|---|---|
| DANISH AIRPORTS | |
| **Total number of Danish airports involved** | 1 airport involved |
| **List of Danish airports** | Kobenhavn (1 stopover). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over  in Denmark** | 1 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Denmark** | N221SG |
| **Total number of stopovers in Denmark for each CIA aircraft and relevant details of specific aircraft** | **N221SG:** 1 stopover in Denmark |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in Denmark to or from suspicious locations** | |



**EN**

# ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN LITHUANIA

| Total number of stopovers of CIA aircraft in Lithuanian airports: 1 | |
|---|---|
| LITHUANIAN AIRPORTS | |
| **Total number of Lithuanian airports involved** | 1 airport involved |
| **List of Lithuanian airports** | Vilnius (1). |
| CIA AIRCRAFT | |
| **Total number of CIA aircraft having stopped over in Lithuania** | 1 different CIA aircraft. |
| **List of CIA aircraft (Registration Numbers) having stopped over in Lithuania** | N8213G. |
| **Total number of stopovers in Lithuania for each CIA aircraft and relevant details of specific aircraft** | **N8213G:** 1 stopover in Lithuania |
| SUSPICIOUS LOCATIONS | |
| **Total number of CIA flights having stopped over in Lithuania to or from suspicious locations** | |

**EN**

## ANALYSIS OF CIA FLIGHTS HAVING STOPPED OVER IN SLOVAKIA

| Total number of stopovers of CIA aircraft in Slovak airports: 1 | |
|---|---|
| **SLOVAK AIRPORTS** | |
| **Total number of Slovak airports involved** | 1 airport involved |
| **List of Slovak airports** | Bratislava (1). |
| **CIA AIRCRAFT** | |
| **Total number of CIA aircraft having stopped over in Slovakia** | 1 different CIA aircraft |
| **List of CIA aircraft (Registration Numbers) having stopped over in Slovakia** | N1HC. |
| **Total number of stopovers in Slovakia for each CIA aircraft and relevant details of specific aircraft** | **N1HC**: 1 stopover in Slovakia |
| **SUSPICIOUS LOCATIONS** | |
| **Total number of CIA flights having stopped over in Slovakia to or from suspicious locations** | |

