# EXHIBIT FF

# INTEGRATED INITIAL FLIGHT PLAN PROCESSING SYSTEM

# IFPS USERS MANUAL



**EUROCONTROL**

# Edition N°: 12.0

www.cfmu.eurocontrol.int/cfmu/public/site_preferences/display_library_list_public.html

Edited & produced by the CFMU/User Relations and Development Bureau
©1995 European Organisation for the Safety of Air Navigation (EUROCONTROL)

EUROCONTROL
CFMU

BASIC CFMU HANDBOOK

IFPS USERS MANUAL

PART 6
Chapter Messages from KFSOXLDI

## 149.     CORRECTION OF MESSAGES FROM KSFOXLDI

*(1)*     *General*

The AFTN address KSFOXLDI is a collective address for Jeppesen flight planning services in San Francisco. This address is shown as an originator address for flight plans and associated messages filed directly by Jeppesen USA, but it is also used by a number of corporate operators and those aircraft operators who log into the Jeppesen system from remote locations.

Those aircraft operators who have an AFTN address, but use the services of Jeppesen, shall normally indicate their own AFTN address in any message submitted to the IFPS for processing, unless they are using the Jeppesen autofile system, which will generate the KSFOXLDI originator address.

*IFP Indicators*

[see SECTION 66. IFP INDICATORS].

Not relevant.

*(6)*     *General Procedures*

Where a message indicates KSFOXLDI as the originator address, it will not necessarily be possible to co-ordinate any necessary corrections to that message: successful co-ordination shall depend on whether the address is being used by Jeppesen for their flight planning services, or as a gateway address for an aircraft operator at a remote location.

In all cases, the IFPS staff shall contact Jeppesen in San Francisco to establish the true origin of the message.

- Where the message originates from Jeppesen flight planning services, the IFPS staff shall coordinate any necessary amendments, or if no agreement may be reached, the IFPS staff shall reject the message, having informed Jeppesen flight planning services of that action.

- Where the message originates from a source other than Jeppesen flight planning services, it may still be possible for Jeppesen to provide contact details for the aircraft operator. Where this is the case, the IFPS staff shall contact the aircraft operator and co-ordinate any necessary amendments, or if no agreement may be reached, the IFPS staff shall reject the message, having informed the aircraft operator of that action.

- Where the message originates from a source other than Jeppesen flight planning services, and no contact with the true message originator is possible, the IFPS staff shall apply **SCP1**.

Edited & produced by the CFMU/User Relations and Development Bureau
©1995 European Organisation for the Safety of Air Navigation (EUROCONTROL)