# EXHIBIT GG



(The image shows a sideways-oriented invoice from Luftfartsverket to Jeppesen Dataplan, 121 Albright Way, Los Gatos CA 95030 USA. Invoice no. 19122416, Cust. no. 160786, Invoice date 2002-01-02, Page 1. Period until 2001-12-31. Stockholm-Bromma (ESSB). Charges: Noise-charge 700.00; Landing Charge 1806.00; Terminal Navigation Charge 659.00; Emission Charge 93.40; Passenger Charge 862.00; Security Pax 171.00. Rounded -00.40. Total SEK 4373.00. Bank: S-E-Banken, Pg 18 09 74-8, Bg 133-7716, Account No. 5323-10 233 00.)

The Swedish Civil Aviation Administration  
STOCKHOLM-BROMMA  (ESSB)

Telno  +46 11-19 29 28  
Faxno  +46 11-19 26 30

**INVOICE SPECIFICATION A**

Invoice no 19122416    Cust no 100786 JEPPESEN DATAPLAN

Date: 2002-01-02  
Page 1  
Period until 2001-12-31

| A/D | Date | Time | Flight No | A/C reg | Type | MTOW | From/to | Charge | Pass | Quant | Wo nr | Rab % | Net amount | VAT bsd on |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 20011218 | 19:54 | | N379P | GLF5 | 41050 | HECA | Noise-charge | | 1 | | | 700.00 | |
| | | | | | | | | Landing Charge | | 1 | | | 1868.00 | |
| | | | | | | | | Terminal Navigation Charge | | 1 | | | 659.00 | |
| | | | | | | | | Emission Charge | | 1 | | | 83.40 | |
| D | 20011218 | 20:49 | | N379P | GLF5 | 41050 | HECA | Passenger Charge | 9 | | | | 862.00 | |
| | | | | | | | | Security Pax | 0 | | | | 171.00 | |