# EXHIBIT HH

```
============================================================
>>> From file : 011218.an1_input_manager.log.pif2op2.wri
============================================================

------------------------------------------------------

Date is              : 011218095857

Originat. Network : AFTN

Originat. Address : KSFOXLDI

Net Message Numbr :  9821

Time Stamp        :    180958

Addresses         :

LFPYIFPU

Message is        :

(FPL-N379P-IG

-GLF5/M-SDGHRWY/S

-HECA1430

-N0482F390 A1 METRU UL612 PLH/N0485F430 UL612 TRL UJ65 KFL UM872
 PES UW98 ANC UL612 CHI UZ906 BZO UM726 BAMKI UM852 HLZ UZ711 GES
 UN851 TRS

-ESSB0522 ESSA

-EET/LGGG0106 LIBB0208 LIMM0255 LOVV0326 EDUU0330 EDVV0404
 EDBB0416 EDVV0427 EKDK0428 ESMM0436 EKDK0438 ESMM0439 ESOS0459
 REG/N379P SEL/BCPR RVR/
 RMK/STS/STATE
 IFPS REROUTE ACCEPTED
 E/1029 P/11 R/UV S/M J/L D/2 26 C ORANGE
 A/WHT
 C/DINEEN)

------------------------------------------------------
```

```
--------------------------------------------------

Date is              : 011218100106

Originat. Network : AFTN

Originat. Address : KSFOXLDI

Net Message Numbr : 9885

Time Stamp           :       181000

Addresses            :

LFPYIFPU

Message is           :

(FPL-N379P-IG

-GLF5/M-SDGHRWY/S

-ESSB2000

-N0472F410 NOSLI UN850 RASMU UM736 TRT UM602 FLD UM725 GRZ UA15

 ANC UW98 PES UM872 KFL UM601 MIL UL613 PAXIS UL613 AXD A727

-HECA0432 HEAX

-EET/ESMM0021 EDBB0043 LKAA0111 EDBB0112 LKAA0112 LOVV0127

 LJLA0144 LDZO0154 LIMM0203 LIBB0208 LGGG0251 HECC0350

 REG/N379P SEL/BCPR

 RMK/STS/STATE

 HECA LANDING PERMIT 10400

 IFPS REROUTE ACCPETED

 E/1025 P/11 R/UV S/M J/L D/2 26 C ORANGE

 A/WHT

 C/DINEEN)

--------------------------------------------------
```