# TABLE OF CONTENTS

AMNESTY INTERNATIONAL, USA/JORDAN/YEMEN: TORTURE AND SECRET DETENTION: TESTIMONY OF THE "DISAPPEARED" IN THE "WAR ON TERROR" (AUG. 4, 2005) .................. **EXHIBIT A**

NEWSPAPER AND INTERNET NEWS ARTICLES FOLLOWING RELEASE OF AI'S REPORT ON AUG. 4, 2005 .................................................................................................................................. **EXHIBIT B**

AMNESTY INTERNATIONAL USA/YEMEN: SECRET DETENTION IN CIA "BLACK SITES" (NOV. 8, 2005) (PAGES 1-2, 5-19) .................................................................................................. **EXHIBIT C**

NEWSPAPER AND INTERNET NEWS ARTICLES FOLLOWING RELEASE OF AI'S REPORT ON NOV.8, 2005 .................................................................................................................................. **EXHIBIT D**

AMNESTY INTERNATIONAL, USA/JORDAN/YEMEN: BELOW THE RADAR: SECRET FLIGHTS TO TORTURE AND "DISAPPEARANCE" (APR. 5, 2006) (PAGES 9-16, 22-24, 28-30, 36-37) ................ **EXHIBIT E**

NEWSPAPER AND INTERNET NEWS ARTICLES FOLLOWING RELEASE OF AI APRIL 2006 REPORT .................................................................................................................................. **EXHIBIT F**

COUNCIL OF EUROPE PARLIAMENTARY ASSEMBLY COMMITTEE ON LEGAL AFFAIRS AND HUMAN RIGHTS, ALLEGED SECRET DETENTIONS AND UNLAWFUL INTER-STATE TRANSFERS INVOLVING COUNCIL OF EUROPE MEMBER STATES, (JUNE 12, 2006) (PAGES 1-7, 41) ................................ **EXHIBIT G**

NEWSPAPER AND INTERNET NEWS ARTICLES FOLLOWING RELEASE OF COUNCIL OF EUROPE'S REPORT ON JUNE 12, 2006 2006 ................................................................................................ **EXHIBIT H**

CLAUS BLOK THOMSEN, TORTURFLYET, POLITIKEN, (OCT. 21, 2007) ........................................ **EXHIBIT I**

AMNESTY INTERNATIONAL, DENMARK: AUTHORITIES MUST COME CLEAN ABOUT RENDITIONS, (OCT. 23, 2007) .................................................................................................................... **EXHIBIT J**

DENMARK LATEST EUROPEAN GOVERNMENT TO DUCK RENDITION PROBE, MALAYSIA SUN, (OCT. 31, 2007) .................................................................................................................... **EXHIBIT K**

ADDITIONAL NEWS REPORTS CONCERNING MR. BASHMILAH .............................................. **EXHIBIT L**

REPORT OF THE SPECIAL RAPPORTEUR ON THE PROMOTION AND PROTECTION OF HUMAN RIGHTS AND FUNDAMENTAL FREEDOMS WHILE COUNTERING TERRORISM, ADDENDUM, COMMUNICATIONS WITH GOVERNMENTS (DEC. 23, 2005) (PAGES 3-4, 8-10) ........................ **EXHIBIT M**

REPORT OF THE SPECIAL RAPPORTEUR ON TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT, MANFRED NOWAK, ADDENDUM, SUMMARY OF INFORMATION, INCLUDING INDIVIDUAL CASES, TRANSMITTED TO GOVERNMENTS AND REPLIES RECEIVED (MAR. 21, 2006) (PAGES 96-98, 340-341) ................................................................. **EXHIBIT N**

REPORT OF THE SPECIAL RAPPORTEUR ON THE PROMOTION AND PROTECTION OF HUMAN RIGHTS AND FUNDAMENTAL FREEDOMS WHILE COUNTERING TERRORISM, ADDENDUM, COMMUNICATIONS WITH GOVERNMENTS (MAR. 15, 2007) (PAGES 42-43) .............................. **EXHIBIT O**

REPORT OF THE SPECIAL RAPPORTEUR ON TORTURE AND OTHER CRUEL, INHUMAN OR DEGRADING TREATMENT OR PUNISHMENT, MANFRED NOWAK, ADDENDUM, MISSION TO JORDAN (JAN. 5, 2007) ................................................................................................................................. **EXHIBIT P**

REPORT OF THE SPECIAL RAPPORTEUR ON THE PROMOTION AND PROTECTION OF HUMAN RIGHTS AND FUNDAMENTAL FREEDOMS WHILE COUNTERING TERRORISM, ADDENDUM, COMMUNICATIONS WITH GOVERNMENTS (MAR. 15, 2007) (PAGES 19-22) .............................. **EXHIBIT Q**

NOTE VERBALE FROM THE PERMANENT MISSION OF JORDAN TO THE UNITED NATIONS OFFICE OF GENEVA ADDRESSED TO THE OFFICE OF THE HIGH COMMISSIONER FOR HUMAN RIGHTS (MAR. 22, 2007) ............................................................................................................................... **EXHIBIT R**

OPINIONS ADOPTED BY THE UNITED NATIONS WORKING GROUP ON ARBITRARY DETENTION (FEB. 2, 2007) (PAGES 41-44). ................................................................................................ **EXHIBIT S**