# EXHIBIT A

# EUROPEAN PARLIAMENT



*2004*    *2009*

*Temporary Committee on the alleged use of European countries by the CIA for the transport and illegal detention of prisoners*

16.11.2006

# WORKING DOCUMENT No 7

on 'extraordinary renditions'

Temporary Committee on the alleged use of European countries by the CIA for the transport and illegal detention of prisoners

Rapporteur: Giovanni Claudio Fava

## 2. ABOU ELKASSIM BRITEL

> Abou Elkassim Britel is an Italian citizen (he acquired Italian nationality in 1999) of Moroccan origin.
>
> It emerges from the documentation provided by his lawyer that the Italian citizen Abou Elkassim Britel left Italy on 17 June 2001 for Iran, and subsequently Pakistan. He was arrested in Lahore on 10 March 2002 on a charge of having a false passport, and was then transferred to Islamabad on 5 May 2002. Throughout this time Elkassim Britel was allegedly tortured and US agents were said to have taken part in his interrogations. Following his transfer in the form of 'extraordinary rendition', he is currently incarcerated in Morocco, where he is serving a nine-year prison sentence in inhuman conditions, following a high-speed trial tainted by irregularities, according to his lawyer and several NGOs; he is demanding to be allowed to return to Italy, despite the lack of action by the Italian authorities to date. He has been on hunger strike several times and is in a very poor state of health. The documents submitted to the temporary committee give some indication that the Italian authorities were aware at all times of Elkassim Britel's situation from his arrest onwards.
>
> His lawyer, Francesca Longi, appeared before the temporary committee on 14 September 2006.

According to the testimony of his lawyer and other sources, the Italian citizen Abou Elkassim Britel was supposedly taken from Pakistan to Morocco during the night of 24/25 May 2002.

Eurocontrol documents contain matching flight plan and/or CRCO data regarding the Gulfstream V with the registration number N379P (the same aircraft used to take El-Zari and Agiza from Stockholm to Cairo, and for transporting Binyam Mohammed) for the following flights:

- from Washington to Frankfurt am Main (Germany) on 23 May 2002 (departure: 00.45, arrival: 7.39);
- from Frankfurt am Main to Dubai (United Arab Emirates) on 23 May 2002 (departure: 10.08, arrival: 16.10);
- **from Islamabad (Pakistan) to Rabat (Morocco) on 24 May 2002 (departure: 21.05, arrival: 7.03 on 25 May);**
- from Rabat to Porto (Portugal) on 25 May 2002 (departure: 7.58, arrival: 9.19);
- from Porto to Washington on 26 May 2002 (departure: 8.00, arrival: 15.09).

The operator indicated is PREMIER EXECUTIVE TRANSPORT SERVICE[8].

No references to the flight (or flights) between Dubai and Islamabad on 23 or 24 May 2002 have been found in the documents provided by Eurocontrol, since Eurocontrol's remit does not extend to flights which take place outside Europe.

---

[8] See Working Document No 8, PE 380.984.

# EXHIBIT B

```
================================================================

>>> From file : 020524.an1_input_manager.log.pif2op2.wri

================================================================

Date is              : 020524130342

Originat. Network    : AFTN

Originat. Address    : KSFOXLDI

Net Message Numbr    : 18193

Time Stamp           :    241303

Addresses            :

LFPYIFPU

Message is           :

(FPL-N379P-IG

-GLF5/M-SDGHRWY/S

-GMME0830

-N0460F470 DCT CAE UR975 CBA UH899 IBALU UR724 VFA UP600 FTM P600

 MANIK

-LPPR0121 LEST

-EET/LPPC0034

 REG/N379P SEL/BCPR

 RMK/STS/STATE

 E/0447 P/9 R/UV S/M J/L D/2 26 C ORANGE

 A/WHT

 C/DINEEN)

---------------------------------------------------------
```

------------------------------------------------

```
Date is              : 020524132641
Originat. Network    : AFTN
Originat. Address    : KSFOXLDI
Net Message Numbr    : 18771
Time Stamp           :        241326
Addresses            :
LFPYIFPU
Message is           :
(FPL-N379P-IG
-GLF5/M-SDGHRWY/S
-OPRN2200
-N0476F390 DCT PS A453W KOTAL V455 JL A453 KB DCT VELDT/N0469F430
 UV838 RANAH/K0869S1310 UV838 AFGAN A240 RJ B449 DUKAN/N0472F430
 UB449 LUSAL UB111 ANARA/N0475F430 UB111 TBN VW71 BAG VG8 YAA
 UL610 IST UM603 TSL UG12 LOPOS/N0469F470 UG12 KRK UL995 BRD UM603
 ALG/N0465F450 UM603 MHN UN851 MGA UN869 RBT DCT
-GMME0927 GMMN
-EET/OAKX0019 UTAA0120 UTAK0222 UBBB0250 UGEE0325 LTAA0340
 LTBB0459 LGGG0531 LIBB0617 LIRR0639 LFFF0724 LECB0747 LECM0833
 GMMM0905
 REG/N379P SEL/BCPR
 RMK/STS/STATE
 AFGHANISTAN PMT OBTAINED BY OPERATOR
 TURKMENISTAN PMT GC/94/1138/230502
 TURKEY PMT CA T 3331
 RABAT LANDING PERMIT 6015 DAC/DTA/ST
 E/1247 P/9 R/UV S/M J/L D/2 26 C ORANGE
 A/WHT
 C/DINEEN)
```

------------------------------------------------

# EXHIBIT C

**P6_TA(2007)0032**

**Transportation and illegal detention of prisoners**

**European Parliament resolution on the alleged use of European countries by the CIA for the transportation and illegal detention of prisoners (2006/2200(INI))**

*The European Parliament,*

- having regard to its resolution of 15 December 2005 on the presumed use of European countries for the transportation and illegal detention of prisoners by the CIA[1],

- having regard to its decision of 18 January 2006 setting up a Temporary Committee on the alleged use of European countries by the CIA for the transportation and illegal detention of prisoners[2],

- having regard to its resolution of 6 July 2006 on the alleged use of European countries by the CIA for the transportation and illegal detention of prisoners, adopted midway through the work of the Temporary Committee[3],

- having regard to the delegations which the Temporary Committee sent to the Former Yugoslav Republic of Macedonia, the United States, Germany, the United Kingdom, Romania, Poland and Portugal,

- having regard to the hearings, numbering no fewer than 130, held by the Temporary Committee in the course of its meetings, delegation missions and confidential interviews,

- having regard to all the written contributions received by the Temporary Committee or to which it has had access, particularly the confidential documents forwarded to it, notably by the European Organisation for the Safety of Air Navigation (Eurocontrol) and the German Government, or which it has obtained from various sources,

- having regard to its resolution of 30 November 2006 on the progress made in the EU towards the Area of freedom, security and justice (AFSJ) (Articles 2 and 39 of the EU Treaty)[4], notably its paragraph 3,

- having regard to its resolution of 13 June 2006 on the situation of prisoners at Guantánamo[5],

- having regard to Rule 175 of its Rules of Procedure,

- having regard to the report of the Temporary Committee on the alleged use of European countries by the CIA for the transportation and illegal detention of prisoners (A6-0020/2007),

---

[1] OJ C 286 E, 23.11.2006, p. 509.
[2] OJ C 287 E, 24.11.2006, p. 159.
[3] *Texts Adopted*, P6_TA(2006)0316.
[4] *Texts Adopted*, P6_TA(2006)0525.
[5] *Texts Adopted*, P6_TA(2006)0254.

62. Urges the Italian Minister of Justice to process, as soon as possible, the requests for extradition of the 26 US citizens referred to, for the purpose of standing trial in Italy;

63. Condemns the extraordinary rendition of Italian citizen Abou Elkassim Britel, who was arrested in Pakistan in March 2002 by the Pakistani police and interrogated by US and Pakistani officials, and subsequently rendered to the Moroccan authorities and imprisoned in the detention facility 'Temara', where he remains detained; emphasises that the criminal investigations in Italy against Abou Elkassim Britel were closed with no charges having been brought;

64. Regrets that, according to the documentation provided to the Temporary Committee by Abou Elkassim Britel's lawyer, the Italian Ministry of Internal Affairs was in 'constant cooperation' with foreign secret services concerning the case of Abou Elkassim Britel, following his arrest in Pakistan;

65. Urges the Italian Government to take concrete steps in order to obtain the immediate release of Abou Elkassim Britel and ensure that any judicial proceedings against Abu Omar can be prosecuted in the Court of Milan;

66. Deeply regrets that Italian territory was used by the CIA to make a stopover during the flight that was used to carry out the extraordinary rendition of Maher Arar, who gave testimony to the Temporary Committee, from the United States to Syria, via Rome;

67. Notes the 46 stopovers made by CIA-operated aircraft at Italian airports and expresses serious concern about the purpose of those flights which came from or were bound for countries linked with extraordinary rendition circuits and the transfer of detainees;

THE UNITED KINGDOM

68. Welcomes the meeting in London with the UK Minister for Europe and the fact that the UK Government supplied documents and explanations; notes that the UK authorities could not answer all the questions raised by the Temporary Committee delegation to London;

69. Takes note of the declarations made by UK Secretary of State for Foreign and Commonwealth Affairs, Margaret Beckett, in a written response to a parliamentary question whereby she admitted that the UK Government had been aware of a secret CIA prison network before US President George W. Bush acknowledged its existence in September 2006; asks the UK Government to state whether it has raised the issue with the US authorities and whether, and, if so, when, it informed or discussed the issue with other European governments;

70. Thanks the UK's All-Party Parliamentary Group on Extraordinary Renditions (APPG), comprising members of the House of Commons and the House of Lords, for its work and for providing the Temporary Committee delegation to London with a number of highly valuable documents;

71. Condemns the extraordinary rendition of Bisher Al-Rawi, an Iraqi citizen and resident in the United Kingdom, and Jamil El-Banna, a Jordanian citizen and resident in the United Kingdom, who were arrested by Gambian authorities in Gambia in November 2002,