1  STEVEN M. WATT* swatt@aclu.org
   BEN WIZNER (SBN 215724) bwizner@aclu.org
2  JAMEEL JAFFER* jjaffer@aclu.org
   STEVEN R. SHAPIRO* sshapiro@aclu.org
3  ALEXA KOLBI-MOLINAS* akolbi-molinas@aclu.org
   AMERICAN CIVIL LIBERTIES
4  UNION FOUNDATION
   125 Broad Street, 18th Floor
5  New York, NY 10004
   Tel. 212.549-2500 / Fax 212.549.2651
6
   ANN BRICK (SBN 65296) abrick@aclunc.org
7  ACLU FOUNDATION OF
   NORTHERN CALIFORNIA
8  39 Drumm Street
   San Francisco, CA 94111
9  Tel. 415.621.2493 / Fax 415.255.1478

10 Additional Counsel Listed on Next Page

11

12            **IN THE UNITED STATES DISTRICT COURT**

13            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                      **SAN JOSE DIVISION**

15  BINYAM MOHAMED;
    ABOU ELKASSIM BRITEL;
16  AHMED AGIZA;
    MOHAMED FARAG AHMAD
17  BASHMILAH;
18  BISHER AL-RAWI,                    Civil Action No. 5:07-cv-02798 (JW)

19           Plaintiffs,
                                       **MOTION TO WITHDRAW AS COUNSEL**
20       v.

21  JEPPESEN DATAPLAN, INC.,

22           Defendant.

23
24
25
26
27

CLIVE STAFFORD SMITH*† clivess@mac.com
ZACHARY KATZNELSON† (SBN 209489) zachary@reprieve.org.uk
REPRIEVE
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641

PAUL HOFFMAN (SBN 71244) hoffpaul@aol.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
732 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel 310.999.7040, ext. 4 / Fax 310.999.7040

HOPE METCALF* hope.metcalf@yale.edu
NATIONAL LITIGATION PROJECT
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06520
Tel. 203.432.9404 / Fax 203.432.9128

MARGARET L. SATTERTHWAITE*++ satterth@juris.law.nyu.edu
INTERNATIONAL HUMAN RIGHTS CLINIC
WASHINGTON SQUARE LEGAL SERVICES, INC.
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street
New York, NY 10012
Tel. 212-998-6657 / Fax 212-995-4031

**Attorneys for Plaintiffs BINYAM MOHAMED, ABOU ELKASSIM BRITEL, AHMED AGIZA, MOHAMED FARAG AHMAD BASHMILAH, and BISHER AL-RAWI**
**\* Admitted Pro Hac Vice**
**† Attorneys for and on behalf of Plaintiff BINYAM MOHAMED only**
**++ Attorney for and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only**

## MOTION TO WITHDRAW AS COUNSEL

Alexa Kolbi-Molinas, undersigned counsel, moves to withdraw as counsel in the above captioned matter. In support of this motion, she shows as follows:

1. She became counsel on June 20, 2007.

2. She has accepted a position as Staff Attorney Fellow at the Reproductive Freedom Project of the American Civil Liberties Union. She has stopped working for and representing clients on behalf of the National Security Project of the American Civil Liberties Union Foundation.

4. Ben Wizner, Steven Watt, Steven Shapiro, and Jameel Jaffer of the American Civil Liberties Union Foundation and Ann Brick of the American Civil Liberties Union Foundation of Northern California will continue to represent the plaintiffs in this case.

5. The plaintiffs have consented to this motion.

This is the 17th day of December 2007.

                    Respectfully submitted,

                    __/s/ Alexa Kolbi-Molinas__
                    ALEXA KOLBI-MOLINAS
                    BEN WIZNER SBN 215724
                    STEVEN M. WATT
                    STEVEN R. SHAPIRO
                    JAMEEL JAFFER
                    American Civil Liberties Union
                    Foundation
                    125 Broad Street, 18th Floor
                    New York, NY 10004
                    Tel. 212.519.7870
                    Fax 212.549.2629

                    ANN BRICK, SBN 65296
                    American Civil Liberties Union
                    Foundation of Northern California
                    39 Drumm Street

San Francisco, CA, 94111
Tel. 415.621.2493
Fax 415.255.1478

*CLIVE STAFFORD-SMITH
*ZACHARY KATZNELSON
SBN 209489
Reprieve
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640
Fax +44 (0)207 353 4641

PAUL HOFFMAN, SBN 71244
Schonbrun DeSimone Seplow Harris & Hoffman LLP
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel. 310.396.0731, ext. 4
Fax 310.399.7040

HOPE METCALF
National Litigation Project
Allard K. Lowenstein International Human Rights Clinic
Yale Law School
127 Wall Street
New Haven, CT 06520
Tel. 203.432.9404
Fax 203.432.9128

MARGARET SATTERTHWAITE++
International Human Rights Clinic
Washington Square Legal Services, Inc.
New York University School of Law
245 Sullivan Street
New York, NY. 10012
Tel. 212.298.6657
Fax. 212.995.4031

\* For and on behalf of Plaintiff BINYAM MOHAMED only
++ For and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only