

IT IS SO ORDERED AS MODIFIED
Judge James Ware

STEVEN M. WATT* swatt@aclu.org
BEN WIZNER (SBN 215724) bwizner@aclu.org
JAMEEL JAFFER* jjaffer@aclu.org
STEVEN R. SHAPIRO* sshapiro@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY, 10004
Tel. 212.549.2500 / Fax 212.549.2651

ANN BRICK (SBN 65296) abrick@aclunc.org
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493 / Fax 415.255.1478

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
**San Jose Division**

| | |
|---|---|
| BINYAM MOHAMED;<br>ABOU ELKASSIM BRITEL;<br>AHMED AGIZA;<br>MOHAMED FARAG AHMAD BASHMILAH;<br>BISHER AL-RAWI<br><br>Plaintiffs,<br><br>v.<br><br>JEPPESEN DATAPLAN, INC.<br><br>Defendant. | Civil Action No. 5:07-cv-02798 (JW)<br><br>STIPULATION AND [PROPOSED] ORDER RE: PAGE LIMITS FOR PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Director, Federal Programs Branch
MICHAEL P. ABATE
Trial Attorney
michael.abate@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone: (202) 616-8209
Fax: (202) 616-8470

*Attorneys for the United States of America*

## STIPULATION AND PROPOSED ORDER

WHEREAS on October 19, 2007, the United States filed a Motion to Intervene, and a separate Motion to Dismiss, or in the Alternative, for Summary Judgment, in this action, both of which are currently scheduled for argument on February 4, 2008;

WHEREAS, by Stipulation and Order of this Court dated November 2, 2007 the parties agreed upon a briefing schedule on the United States' Motions;

WHEREAS, Plaintiffs are seeking leave of court to file a sixty (60) page brief in support of their Opposition to United States Motion to Dismiss, or in the Alternative, for Summary Judgment.

WHEREAS Counsel for the United States does not oppose Plaintiffs' motion to file a brief of up to sixty (60) pages;

1

NOW THEREFORE, Plaintiffs and the United States, through their undersigned counsel, hereby stipulate to the following page limit and ask that the Court make this stipulation an order of the Court:

Plaintiffs shall be permitted to file a brief in opposition to United States Motion to Dismiss, or in the Alternative, for Summary Judgment not to exceed sixty (60) pages.

Dated: December 5, 2007

UNITED STATES DEPARTMENT OF JUSTICE

By: /s/ Michael P. Abate

_____

Michael P. Abate

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: /s/ Steven M. Watt

_____

Steven M. Watt

**\*\*\* ORDER \*\*\***

Pursuant to the parties' Stipulation, the Court GRANTS Plaintiffs' administrative motion for enlargement of pages in their reply.

In addition, the Court invites the parties in for a Case Management Conference to discuss issues regarding potential conflicts which must be resolved prior to the Court's hearing on Defendants' motion to dismiss. Accordingly, the parties shall appear for a Case Management Conference on January 7, 2008 at 10 A.M.

Dated:  December 20, 2007                    _____
                                             JAMES WARE
                                             United States District Judge

Stipulation and [Proposed Order] Re: Page Limits For Plaintiffs' Opposition to United States' Motion to Dismiss, or in the Alternative, For Summary Judgment – Civil Action No. 5:07-cv-02798 (JW)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ADMINISTARTIVE MOTION FOR ENLARGEMENT OF PAGES BY PLAINTIFF, STIPULATION AND [PROPOSED] ORDER RE: PAGE LIMITS FOR PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT** will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

CARL J. NICHOLS
Deputy Assistant Attorney General

JOSEPH H. HUNT
Director, Federal Programs Branch

VINCENT M. GARVEY
Deputy Director, Federal Programs Branch

3

Stipulation and [Proposed] Order Re: Page Limits For Plaintiffs'
Opposition to United States' Motion to Dismiss, or in the Alternative, For Summary Judgment – Civil Action No. 5:07-cv-02798 (JW)

1  MICHAEL P. ABATE
2  Trial Attorney

3  U.S. Department of Justice
4  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, NW
5  Washington, DC 20001

                                            */s/ Steven M. Watt*

4

Stipulation and [Proposed Order] Re: Page Limits For Plaintiffs' Opposition to United States' Motion to Dismiss, or in the Alternative, For Summary Judgment – Civil Action No. 5:07-cv-02798 (JW)