UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 1/07/2008
**Case No:** C-07-02798 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez/Not Reported
**Interpreter:** N/A

## TITLE

**Mohamend v. Jeppesen Dataplan Inc.**

**Attorney(s) for Plaintiff(s):** Ben Wizener
**Attorney(s) for Defendant(s):** Daniel Collins
**Other Appearances:** Michael Abate (Government)

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

The Court went on the record to express concern of potential conflict.  The Court to further research potential conflict issue.  The Court did not express intent to recuse itself from the case at the current hearing.

The Court held the Case Management Conference off the record.  The Court continued the Government's Motion from February 4, 2008 to February 5, 2008 at 1:00 PM - 3:00 PM.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: