IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Binyam Mohamed, et al., | NO. C 07-02798 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Jeppesen Dataplan, Inc., | |
| Defendant. | |

The Court conducted a Case Management Conference on **January 7, 2008**. Counsel for the respective parties were present. Based on the discussion at the conference, the Court orders as follows:

(1) For the reasons stated on the record and by the parties' waiver, the Court finds there are no conflicts of interest in this case that require recusal of the Assigned District Judge under 28 U.S.C. § 455.

(2) In light of the complex issues involved with respect to the United States' various motions, the Court reschedules the hearing on those motions, which is currently set for February 4, 2008 at 9 a.m., to **February 5, 2008 at 1 p.m.**

Dated: January 7, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann Brick abrick@aclunc.org
Benjamin Elihu Wizner bwizner@aclu.org
Daniel Paul Collins Daniel.Collins@mto.com
Jameel Jaffer jjaffer@aclu.org
Joseph Scott Klapach joseph.klapach@mto.com
Margaret Lockwood Satterthwaite satterth@juris.law.nyu.edu
Michael Patrick Abate michael.abate@usdoj.gov
Steven M. Watt swatt@aclu.org

**Dated: January 7, 2008**                             **Richard W. Wieking, Clerk**

                                              **By:** **/s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**