JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Director, Federal Programs Branch
MICHAEL P. ABATE
Trial Attorney
michael.abate@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone:    (202) 616-8209
Fax:      (202) 616-8470
Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| | |
|---|---|
| BINYAM MOHAMED;<br>ABOU ELKASSIM BRITEL;<br>AHMED AGIZA;<br>MOHAMED FARAG AHMAD BASHMILAH;<br>BISHER AL-RAWI<br><br>Plaintiffs,<br><br>v.<br><br>JEPPESEN DATAPLAN, INC.<br><br>Defendant. | Case No. C-07-02798-JW<br><br>ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT |

1    Pursuant to Civil L.R. 7-11, and with the stipulation of counsel for the plaintiffs obtained
2    pursuant to Local Rule 7-12, the United States hereby moves for an order permitting it to exceed
3    the fifteen (15) page limit in filing its Reply in Support of the Motion to Dismiss or, in the
4    Alternative, for Summary Judgment.  The United States requests permission to file up to an
5    additional five (5) pages, totaling no more than twenty (20) pages of briefing.
6        The United States seeks to exceed the page limit prescribed by Local Rule 7-4(b) in order
7    to assist this Court by fully addressing the arguments raised by plaintiffs' Opposition to the
8    United States' Motion to Dismiss, or, in the Alternative, for Summary Judgment (which, with
9    this Court's permission, exceeded the relevant page limits set by local rule).

Dated: January 18, 2008                    Respectfully submitted,

                                           JEFFREY S. BUCHOLTZ
                                           Acting Assistant Attorney General

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney

                                           CARL J. NICHOLS
                                           Deputy Assistant Attorney General

                                           JOSEPH H. HUNT
                                           Director, Federal Programs Branch

                                           VINCENT M. GARVEY
                                           Deputy Director, Federal Programs Branch

                                            /s/ Michael P. Abate
                                           MICHAEL P. ABATE
                                           (IL. Bar No. 6285597)
                                           Trial Attorney
                                           michael.abate@usdoj.gov
                                           U.S. Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Avenue, NW
                                           Washington, DC 20001
                                           Phone:      (202) 616-8209
                                           Fax:        (202) 616-8470

                                           *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT will be served by means of the Court's CM/ECF system, which will send notifications of such filing to the following:

American Civil Liberties Union
Foundation of Northern California Inc.
Ann Brick
39 Drumm Street
San Francisco, CA 94111

American Civil Liberities Union
Jameel Jaffer
Steven R Shapiro
Steven M. Watt
Benjamin Elihu Wizner
125 Broad Street
18th Floor
New York, NY 10004

International Human Rights Clinic
Washington Square Legal Services, Inc
Margaret L. Satterthwaite
NYU School of Law
245 Sullivan Street
New York, NY 10012

Joseph Scott Klapach
Attorney at Law
355 S. Grand Ave., #3500
Los Angeles, CA 90071-1560

Munger Tolles & Olson
Daniel Paul Collins
Henry Weissman
355 So Grand Ave Ste 3500
Los Angeles, CA 90071-1560

National Litigation Project-Allard K. Lowenstein
International Human Rights Clinic
Hope R Metcalf
Yale Law School
127 Wall Street
New Haven, CT 06520

Reprieve
Zachary Philip Katznelson
Clive Stafford Smith
PO Box 52742
London, England, UK EC4P 4WS

                              */s/ Michael P. Abate*

Administrative Motion to Exceed Page Limit, Case No. C-07-02798-JW