UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 2/5/2008
**Case No.:** CR-07-02798 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Jana Ridenour
**Interpreter:** N/A

## TITLE

**Binyam Mohamed et al v. Jeppesen Dataplan, Inc.**

**Attorney(s) for Plaintiff(s):** Ben Wizner, Steven Watt, Ann Brick
**Attorney(s) for Defendant(s):** Michael Abate (USA), Joseph Hunt (USA), Daniel Collins

## PROCEEDINGS

USA (interested party)'s Motion to Intervene
USA (interested party)'s Motion to Dismiss or in the Alternative for Summary Judgment

## ORDER AFTER HEARING

**Hearing Held. The Court submitted the matter after oral argument. The Court to issue further order following hearing.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: