IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Binyam Mohamed, et al., | NO. C 07-02798 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Jeppesen Dataplan, Inc., | |
| Defendant. | |

Pursuant to the Court's February 13, 2008 Order Granting the United States' Motion to Intervene and Granting the United States' Motion to Dismiss With Prejudice, judgment is entered in favor of Defendant Jeppesen Dataplan, Inc., against Plaintiffs Binyam Mohamed, Abou Elkassim Britel, Ahmed Agiza, Mohamed Farag Ahmad Bashmilah, and Bisher al-Rawi.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: February 13, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann Brick, abrick@aclunc.org
Benjamin Elihu Wizner, bwizner@aclu.org
Daniel Paul Collins, Daniel.Collins@mto.com
Jameel Jaffer, jjaffer@aclu.org
Joseph Scott Klapach, joseph.klapach@mto.com
Margaret Lockwood Satterthwaite, satterth@juris.law.nyu.edu
Michael Patrick Abate, michael.abate@usdoj.gov
Steven M. Watt, swatt@aclu.org

**Dated: February 13, 2008**          **Richard W. Wieking, Clerk**

                                      **By:   /s/ JW Chambers**
                                             **Elizabeth Garcia**
                                             **Courtroom Deputy**