STEVEN M. WATT* swatt@aclu.org
BEN WIZNER (SBN 215724) bwizner@aclu.org
JAMEEL JAFFER* jjaffer@aclu.org
STEVEN R. SHAPIRO* sshapiro@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY, 10004
Tel. 212.549.2500 / Fax 212.549.2651

ANN BRICK (SBN 65296) abrick@aclunc.org
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493 / Fax 415.255.1478

Additional Counsel Listed on Next Page

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTHERN CALIFORNIA**
**San Jose Division**

**BINYAM MOHAMED;**
**ABOU ELKASSIM BRITEL;**
**AHMED AGIZA;**
**MOHAMED FARAG AHMAD BASHMILAH;**
**BISHER AL-RAWI**

**Plaintiffs,**

**v.**

**JEPPESEN DATAPLAN, INC.**

**Defendant.**

**Civil Action No. 5:07-cv-02798 (JW)**

**NOTICE OF APPEAL**

CLIVE STAFFORD SMITH*† clivess@mac.com
ZACHARY KATZNELSON† (SBN 209489)
Zachary@reprieve.org.uk
REPRIEVE
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641

PAUL HOFFMAN (SBN 71244) hoffpaul@aol.com
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
732 Ocean Front Walk, Suite 100
Venice, CA, 90291
Tel. 310.999.7040, ext. 4 / Fax 310.999.7040

HOPE METCALF* hope.metcalf@yale.edu
NATIONAL LITIGATION PROJECT
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT, 06520
Tel. 203.432.9404 / Fax 203.432.9128

MARGARET L. SATTERTHWAITE++ satterth@juris.law.nyu.edu
INTERNATIONAL HUMAN RIGHTS CLINIC
WASHINGTON SQUARE LEGAL SERVICES, INC.
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street
New York, NY 10012
Tel. 212.998.6657 / Fax 212.995.4031

**Attorneys for Plaintiffs BINYAM MOHAMED, ABOU EL KASSIM BRITEL, AHMED AGIZA, MOHAMED FARAG AHMAD BASHMILAH, and BISHER AL-RAWI**
***Admitted *Pro Hac Vice***
**†Attorneys for and on behalf of Plaintiff BINYAM MOHAMED only**
**++ Attorney for and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only. Admitted *Pro Hac Vice***

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

Binyam Mohamed, Abou Elkassim Britel, Ahmed Agiza, Mohamed Farag Ahmad Bashmilah, and Bisher Al-Rawi, the plaintiffs, appeal to the United States Court of Appeals for the Ninth Circuit, from the final judgment of the District Court for the district of Northern California, entered in this case on February 13, 2008, in favor of intervenor United States and defendant Jeppesen Dataplan, Inc.

Dated: March 13, 2008

Respectfully submitted,

[signature]

STEVEN M. WATT
BEN WIZNER, SBN 215724
JAMEEL JAFFER
STEVEN R. SHAPIRO
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. 212.519.7870
Fax 212.549.2629

ANN BRICK, SBN 65296
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493
Fax 415.255.1478

*CLIVE STAFFORD-SMITH
*ZACHARY KATZNELSON, SBN 209489
Reprieve
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640

Fax +44 (0)207 353 4641

PAUL HOFFMAN, SBN 71244
Schonbrun DeSimone Seplow Harris & Hoffman LLP
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel. 310.396.0731, ext. 4
Fax 310.399.7040

HOPE METCALF
National Litigation Project
Allard K. Lowenstein International Human Rights Clinic
Yale Law School
127 Wall Street
New Haven, CT 06520
Tel. 203.432.9404
Fax 203.432.9128

MARGARET L. SATTERTHWAITE++
International Human Rights Clinic
Washington Square Legal Services, Inc.
New York University School of Law
245 Sullivan Street
New York, NY 10012
Tel. 212.998.6657 / Fax 212.995.4031

* For and on behalf of Plaintiff BINYAM MOHAMED only
++ For and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only

**The Honorable James Ware, Case no. 5:07-cv-02798**

Certificate of Service

I hereby certify that on March 13, 2008, I served the foregoing by overnight courier on:

Jeffrey S. Bucholz
Acting Assistant Attorney General

Scott N. Schools
United States Attorney

Carl J. Nichols
Deputy Assistant Attorney General

Joseph H. Hunt
Director, Federal Programs Branch

Vincent M. Garvey
Deputy Director, Federal Programs Branch

Michael P. Abate
Trial Attorney
U.S. Department Of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C., 20001

Henry Weissman

Daniel P. Collins

Joseph S. Klapach
Munger, Tolles, & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

[signature]
Steven Watt

**NOTICE OF APPEAL Case no. 5:07-cv-02798**