The Honorable James Ware, Case no. 5:07-cv-02798

STEVEN M. WATT* swatt@aclu.org
BEN WIZNER (SBN 215724) bwizner@aclu.org
JAMEEL JAFFER* jjaffer@aclu.org
STEVEN R. SHAPIRO* sshapiro@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY, 10004
Tel. 212.549.2500 / Fax 212.549.2651

ANN BRICK (SBN 65296) abrick@aclunc.org
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493 / Fax 415.255.1478

Additional Counsel Listed on Next Page

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA
San Jose Division

| | |
|---|---|
| BINYAM MOHAMED;<br>ABOU ELKASSIM BRITEL;<br>AHMED AGIZA;<br>MOHAMED FARAG AHMAD BASHMILAH;<br>BISHER AL-RAWI<br><br>Plaintiffs,<br><br>v.<br><br><br>JEPPESEN DATAPLAN, INC.<br><br>Defendant. | Civil Action No. 5:07-cv-02798 (JW)<br><br>REPRESENTATION STATEMENT |

REPRESENTATION STATEMENT Case no. 5:07-cv-02798

The Honorable James Ware, Case no. 5:07-cv-02798

1  CLIVE STAFFORD SMITH*† clivess@mac.com
2  ZACHARY KATZNELSON† (SBN 209489)
   Zachary@reprieve.org.uk
3  REPRIEVE
   PO Box 52742
4  London EC4P 4WS
   England
5  Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641

6  PAUL HOFFMAN (SBN 71244) hoffpaul@aol.com
7  SCHONBRUN DESIMONE SEPLOW
   HARRIS & HOFFMAN LLP
8  732 Ocean Front Walk, Suite 100
   Venice, CA, 90291
9  Tel. 310.999.7040, ext. 4 / Fax 310.999.7040

10 HOPE METCALF* hope.metcalf@yale.edu
11 NATIONAL LITIGATION PROJECT
   ALLARD K. LOWENSTEIN INTERNATIONAL
12 HUMAN RIGHTS CLINIC
   YALE LAW SCHOOL
13 127 Wall Street
   New Haven, CT, 06520
14 Tel. 203.432.9404 / Fax 203.432.9128

15
   MARGARET L. SATTERTHWAITE*++ satterth@juris.law.nyu.edu
16 INTERNATIONAL HUMAN RIGHTS CLINIC
   WASHINGTON SQUARE LEGAL SERVICES, INC.
17 NEW YORK UNIVERSITY SCHOOL OF LAW
   245 Sullivan Street
18 New York, NY 10012
19 Tel. 212.998.6657 / Fax 212.995.4031

20 **Attorneys for Plaintiffs BINYAM MOHAMED, ABOU EL KASSIM BRITEL, AHMED AGIZA, MOHAMED FARAG AHMAD BASHMILAH, and BISHER AL-RAWI**
21 *Admitted *Pro Hac Vice*
22 †**Attorneys for and on behalf of Plaintiff BINYAM MOHAMED only**
   ++ **Attorney for and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH**
23 **only.**

The Honorable James Ware, Case no. 5:07-cv-02798

REPRESENTATION STATEMENT

<u>Plaintiffs</u>

Pursuant to Circuit Rule 3-2 in the Federal Rules of Appellate Procedure, Binyam Mohamed is identified as a plaintiff. He is represented by:

STEVEN M. WATT
BEN WIZNER
JAMEEL JAFFER
STEVEN R. SHAPIRO
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY, 10004
Tel. 212.549.2500 / Fax 212.549.2651

ANN BRICK
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493 / Fax 415.255.1478

CLIVE STAFFORD SMITH
ZACHARY KATZNELSON
Zachary@reprieve.org.uk
REPRIEVE
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640 / Fax +44 (0)207 353 4641

PAUL HOFFMAN
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
732 Ocean Front Walk, Suite 100
Venice, CA, 90291
Tel. 310.999.7040, ext. 4 / Fax 310.999.7040

HOPE METCALF
NATIONAL LITIGATION PROJECT
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC

REPRESENTATION STATEMENT Case no. 5:07-cv-02798

The Honorable James Ware, Case no. 5:07-cv-02798

YALE LAW SCHOOL
127 Wall Street
New Haven, CT, 06520
Tel. 203.432.9404 / Fax 203.432.9128

Pursuant to Circuit Rule 3-2 in the Federal Rules of Appellate Procedure, Abou Elkassim Britel is identified as a plaintiff. He is represented by:

STEVEN M. WATT
BEN WIZNER
JAMEEL JAFFER
STEVEN R. SHAPIRO
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY, 10004
Tel. 212.549.2500 / Fax 212.549.2651

ANN BRICK
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493 / Fax 415.255.1478

PAUL HOFFMAN
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
732 Ocean Front Walk, Suite 100
Venice, CA, 90291
Tel. 310.999.7040, ext. 4 / Fax 310.999.7040

HOPE METCALF
NATIONAL LITIGATION PROJECT
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT, 06520
Tel. 203.432.9404 / Fax 203.432.9128

Pursuant to Circuit Rule 3-2 in the Federal Rules of Appellate Procedure, Ahmed Agiza is identified as a plaintiff. He is represented by:

REPRESENTATION STATEMENT Case no. 5:07-cv-02798

The Honorable James Ware, Case no. 5:07-cv-02798

1  STEVEN M. WATT
   BEN WIZNER
2  JAMEEL JAFFER
   STEVEN R. SHAPIRO
3  AMERICAN CIVIL LIBERTIES
4  UNION FOUNDATION
   125 Broad Street, 18th Floor
5  New York, NY, 10004
   Tel. 212.549.2500 / Fax 212.549.2651
6
7  ANN BRICK
   ACLU FOUNDATION OF
8  NORTHERN CALIFORNIA
   39 Drumm Street
9  San Francisco, CA, 94111
   Tel. 415.621.2493 / Fax 415.255.1478
10
11 PAUL HOFFMAN
   SCHONBRUN DESIMONE SEPLOW
12 HARRIS & HOFFMAN LLP
   732 Ocean Front Walk, Suite 100
13 Venice, CA, 90291
   Tel. 310.999.7040, ext. 4 / Fax 310.999.7040
14
15 HOPE METCALF
   NATIONAL LITIGATION PROJECT
16 ALLARD K. LOWENSTEIN INTERNATIONAL
   HUMAN RIGHTS CLINIC
17 YALE LAW SCHOOL
   127 Wall Street
18 New Haven, CT, 06520
   Tel. 203.432.9404 / Fax 203.432.9128
19
20      Pursuant to Circuit Rule 3-2 in the Federal Rules of Appellate Procedure,
21 Mohamed Farag Ahmad Bashmilah is identified as a plaintiff. He is represented by:
22
   STEVEN M. WATT
23 BEN WIZNER
   JAMEEL JAFFER
24 STEVEN R. SHAPIRO
   AMERICAN CIVIL LIBERTIES
25 UNION FOUNDATION
   125 Broad Street, 18th Floor
26 New York, NY, 10004
27 Tel. 212.549.2500 / Fax 212.549.2651
28

**REPRESENTATION STATEMENT** Case no. 5:07-cv-02798

The Honorable James Ware, Case no. 5:07-cv-02798

ANN BRICK
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493 / Fax 415.255.1478

PAUL HOFFMAN
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
732 Ocean Front Walk, Suite 100
Venice, CA, 90291
Tel. 310.999.7040, ext. 4 / Fax 310.999.7040

HOPE METCALF
NATIONAL LITIGATION PROJECT
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT, 06520
Tel. 203.432.9404 / Fax 203.432.9128

MARGARET L. SATTERTHWAITE*++ satterth@juris.law.nyu.edu
INTERNATIONAL HUMAN RIGHTS CLINIC
WASHINGTON SQUARE LEGAL SERVICES, INC.
NEW YORK UNIVERSITY SCHOOL OF LAW
245 Sullivan Street
New York, NY 10012
Tel. 212.998.6657 / Fax 212.995.4031

Pursuant to Circuit Rule 3-2 in the Federal Rules of Appellate Procedure, Bisher Al-Rawi is identified as a plaintiff. He is represented by:

STEVEN M. WATT
BEN WIZNER
JAMEEL JAFFER
STEVEN R. SHAPIRO
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY, 10004
Tel. 212.549.2500 / Fax 212.549.2651

**REPRESENTATION STATEMENT Case no. 5:07-cv-02798**

The Honorable James Ware, Case no. 5:07-cv-02798

ANN BRICK
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493 / Fax 415.255.1478

PAUL HOFFMAN
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
732 Ocean Front Walk, Suite 100
Venice, CA, 90291
Tel. 310.999.7040, ext. 4 / Fax 310.999.7040

HOPE METCALF
NATIONAL LITIGATION PROJECT
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
YALE LAW SCHOOL
127 Wall Street
New Haven, CT, 06520
Tel. 203.432.9404 / Fax 203.432.9128

### Defendants

Pursuant to Circuit Rule 3-2 in the Federal Rules of Appellate Procedure, Jeppesen Dataplan, Inc. is identified as a defendant. Jeppesen Dataplan, Inc., is represented by:

HENRY WEISSMAN
DANIEL P. COLLINS
JOSEPH S. KLAPACH
MUNGER, TOLLES & OLSON, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

**REPRESENTATION STATEMENT Case no. 5:07-cv-02798**

The Honorable James Ware, Case no. 5:07-cv-02798

<u>Intervenors</u>

Pursuant to Circuit Rule 3-2 in the Federal Rules of Appellate Procedure, the United States of America Inc. is identified as an intervenor. The United States of America is represented by:

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
CARL J. NICHOLS
Deputy Assistant Attorney General
JOSEPH H. HUNT
Director, Federal Programs Branch
VINCENT M. GARVEY
Deputy Director, Federal Programs Branch
MICHAEL P. ABATE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
Phone: (202) 616-8209
Fax: (202) 616-8470

Dated: March 13, 2008

Respectfully submitted,

_____
STEVEN M. WATT
BEN WIZNER, SBN 215724
JAMEEL JAFFER
STEVEN R. SHAPIRO
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel. 212.519.7870

**REPRESENTATION STATEMENT** Case no. 5:07-cv-02798

Fax 212.549.2629

ANN BRICK, SBN 65296
American Civil Liberties Union Foundation
of Northern California
39 Drumm Street
San Francisco, CA, 94111
Tel. 415.621.2493
Fax 415.255.1478

*CLIVE STAFFORD-SMITH
*ZACHARY KATZNELSON, SBN 209489
Reprieve
PO Box 52742
London EC4P 4WS
England
Tel. +44 (0)207 353 4640
Fax +44 (0)207 353 4641

PAUL HOFFMAN, SBN 71244
Schonbrun DeSimone Seplow Harris &
Hoffman LLP
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel. 310.396.0731, ext. 4
Fax 310.399.7040

HOPE METCALF
National Litigation Project
Allard K. Lowenstein International
Human Rights Clinic
Yale Law School
127 Wall Street
New Haven, CT 06520
Tel. 203.432.9404
Fax 203.432.9128

MARGARET L. SATTERTHWAITE++
International Human Rights Clinic
Washington Square Legal Services, Inc.
New York University School of Law
245 Sullivan Street
New York, NY 10012
Tel. 212.998.6657 / Fax 212.995.4031

**REPRESENTATION STATEMENT Case no. 5:07-cv-02798**

The Honorable James Ware, Case no. 5:07-cv-02798

\* For and on behalf of Plaintiff BINYAM MOHAMED only
++ For and on behalf of Plaintiff MOHAMED FARAG AHMAD BASHMILAH only

REPRESENTATION STATEMENT Case no. 5:07-cv-02798

The Honorable James Ware, Case no. 5:07-cv-02798

Certificate of Service

I hereby certify that on March 13, 2008, I served the foregoing by overnight courier on:

Jeffrey S. Bucholz
Acting Assistant Attorney General

Scott N. Schools
United States Attorney

Carl J. Nichols
Deputy Assistant Attorney General

Joseph H. Hunt
Director, Federal Programs Branch

Vincent M. Garvey
Deputy Director, Federal Programs Branch

Michael P. Abate
Trial Attorney
U.S. Department Of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C., 20001

Henry Weissman

Daniel P. Collins

Joseph S. Klapach
Munger, Tolles, & Olson, LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

Steven Watt

REPRESENTATION STATEMENT Case no. 5:07-cv-02798