| | |
|---|---|
| | FILED |
| UNITED STATES COURT OF APPEALS | JUL 21 2008 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| BINYAM MOHAMED; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>JEPPESEN DATAPLAN, INC.,<br><br>        Defendant - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>        Intervenor - Appellee. | No. 08-15693<br><br>D.C. No. 5:07-CV-02798-JW<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

      The motion of Professors William G. Weaver and Robert M. Pallitto for leave to file an amicus brief and any response thereto shall be referred for disposition to the panel that considers the merits of the case. Any further motions to file a friend of the court brief shall be treated in the same fashion.

      Court records do not currently reflect that the district court has issued the certificate of record. Appellants shall monitor the issuance of the certificate of record.

                          For the Court:
                          MOLLY C. DWYER
                          Clerk of the Court


                          Alihandra M. Totor
                          Deputy Clerk
                          Ninth Cir. R. 27-7/Advisory Note to Rule 27
                              and Ninth Circuit Rule 27-10

amt/Pro Mo 21Jul 2008