# FILED

UNITED STATES COURT OF APPEALS

JUL 23 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BINYAM MOHAMED; et al.,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>JEPPESEN DATAPLAN, INC.,<br><br>    Defendant - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor - Appellee. | No. 08-15693<br><br>D.C. No. 5:07-CV-02798-JW<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

Appellee Jeppesen Dataplan, Inc.'s unopposed motion for an extension of time to file the answering brief is granted. The answering brief is due August 26, 2008.

The optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellants shall monitor the issuance of the certificate.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10