FILED

SEP 03 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BINYAM MOHAMED; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>JEPPESEN DATAPLAN, INC.<br>    Defendant - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor - Appellee. | No. 08-15693<br><br>D.C. No. 5:07-CV-02798-JW<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

    Intervenor-appellee United States of America's unopposed motion for procedures for filing documents containing classified information is granted.

    The brief of intervenor-appellee United States of America to be filed with the Clerk's Office shall have the notation "[REDACTED TEXT]" on the front of the brief. Along with this brief, intervenor-appellee United States of America will also file and serve a "Notice of Lodging," explaining that a non-public, classified version of the brief and the classified Hayden declaration has been lodged with the Department of Justice Court Security Officer. The non-public classified version of the brief will be made available by the Department of Justice Court Security Officer to the judges assigned to this case.

    Appellants' opposed motion to amend caption is denied.

    Copies of appellee's motion shall be retained for the panel's reference.

amt/Pro Mo commissioner 1Sep 2008