**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BINYAM MOHAMED,<br><br>   Plaintiff(s),<br>   v.<br>JEPPESEN DATAPLAN INC,<br><br>   Defendant(s). | NO. C 07-02798 JW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **June 22, 2009 at 10:00 AM** (30 days from date of remand). On or before **June 12, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: May 7, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael Patrick Abate michael.abate@usdoj.gov
Ann Brick abrick@aclunc.org,nshaikh@aclunc.org
Daniel Paul Collins Daniel.Collins@mto.com,Laurie.Thoms@mto.com
Jameel Jaffer jjaffer@aclu.org,rrowe@aclu.org
Joseph Scott Klapach joseph.klapach@mto.com,gigi.ruegsegger@mto.com
Margaret Lockwood Satterthwaite satterth@juris.law.nyu.edu
Steven M. Watt swatt@aclu.org,ahardikar@aclu.org
Benjamin Elihu Wizner bwizner@aclu.org,scorris@aclu.org

**Dated: May 7, 2009**                               **Richard W. Wieking, Clerk**

                                                      **By:    /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California