

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BINYAM MOHAMED, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>JEPPESEN DATAPLAN, INC.,<br><br>  Defendant,<br><br>  and<br><br>UNITED STATES OF AMERICA,<br><br>  Intervenor. | Civil Action No. C 07-02798 JW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the parties' representation that there are rehearing or rehearing *en banc* petitions currently pending in the Ninth Circuit, the Court VACATES the Case Management Conference set for June 22, 2009. The Court will set a new conference date once a final decision is issued by the Ninth Circuit.

Dated: June 16, 2009

_____
JAMES WARE
United States District Judge